AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

|  |  |
|---|---|
| FIGMA, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-06507 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kanyun Holding Group Co. Ltd. a/k/a Beijing Kanyun Holdings Co., Ltd.
Floor 6, Area F, Block A, Lei Shing Hong Center, No. 8, Guangshun South Street,
Wangjing, Chaoyang District
Beijing, 100000
China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*