| | |
|---|---|
| Michael J. Bettinger (CA SBN 122196)<br>mbettinger@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Samuel N. Tiu (CA SBN 216291)<br>stiu@sidley.com<br>Brooke S. Böll (CA SBN 318372)<br>brooke.boll@sidley.com<br>Marissa X. Hernandez (CA SBN 341449)<br>marissa.hernandez@sidley.com<br>SIDLEY AUSTIN LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 896-6095<br>Facsimile : (213) 896-6600<br><br>*Attorneys for Defendants*<br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., AND KANYUN HOLDING GROUP CO. LTD. | Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>Jonathan M. Morris (CA SBN 356152)<br>jonathanmorris@mofo.com<br>Holly M. Petersen (CA SBN 351588)<br>hollypetersen@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Bita Rahebi (CA SBN 209351)<br>brahebi@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br><br>*Attorneys for Plaintiff*<br>FIGMA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIGMA, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD.,<br><br>    Defendants. | Case No. 3:24-cv-06507-JD<br><br>**STIPULATION** |

The parties hereby stipulate that Defendants Motiff Pte. Ltd., Yuanfudao HK Ltd., and Kanyun Holding Group Co. Ltd. have waived service and have until February 13, 2025 to respond to the Complaint.

Date: January 23, 2025                              Respectfully Submitted,

                                                    SIDLEY AUSTIN LLP

                                    By:   /s/ Michael J. Bettinger
                                          Michael J. Bettinger
                                          Samuel N. Tiu
                                          Brooke S. Böll
                                          Marissa X. Hernandez

                                          *Attorneys for Defendants*
                                          *MOTIFF PTE. LTD., YUANFUDAO HK LTD.,*
                                          *AND KANYUN HOLDING GROUP CO. LTD.*


Date: January 23, 2025                              MORRISON & FOERSTER LLP

                                    By:   /s/ Bita Rahebi
                                          Richard S.J. Hung
                                          Bita Rahebi
                                          Holly M. Petersen
                                          Jonathan M. Morris

                                          *Attorneys for Plaintiff*
                                          *FIGMA, INC.*

**SIGNATURE ATTESTATION**

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby certify that every signatory has concurred in this filing.

Date: January 23, 2025                    　　/s/ *Michael J. Bettinger*　　　　
　　　　　　　　　　　　　　　　　　　　Michael J. Bettinger