| | |
|---|---|
| 1 | RICHARD S.J. HUNG (CA SBN 197425) |
|   | rhung@mofo.com |
| 2 | JONATHAN M. MORRIS (CA SBN 356152) |
|   | jonathanmorris@mofo.com |
| 3 | HOLLY M. PETERSEN (CA SBN 351588) |
|   | hollypetersen@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone:   (415) 268-7000 |
| 6 | Facsimile:   (415) 268-7522 |
| 7 | BITA RAHEBI (CA SBN 209351) |
|   | brahebi@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard |
| 9 | Los Angeles, California 90017 |
|   | Telephone:   (213) 892-5200 |
| 10 | Facsimile:   (213) 892-5454 |
| 11 | *Attorneys for Plaintiff* |
|   | FIGMA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., | Case No. 3:24-cv-06507-JD |
| Plaintiff, | **DECLARATION OF MEGG MENEGUZZI IN SUPPORT OF FIGMA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., | Courtroom: 11 |
| | Judge: Hon. James Donato |
| Defendants. | |

I, Megg Meneguzzi, declare as follows:

1. My title is Manager, Strategic Finance at Figma, Inc. I submit this declaration in support of Figma's Administrative Motion to File Under Seal based upon matters within my own personal knowledge. If called to testify, I could and would competently testify to the matters as set forth below.

2. I have been employed at Figma since September 2021. As part of my job responsibilities, I perform financial analyses, drive annual and quarterly planning and budgeting processes, and allocate and deploy the company's resources efficiently.

3. I understand that Figma moves to seal the below identified portions of my declaration in Support of Figma's Preliminary Injunction Motion ("Meneguzzi Declaration") and the Declaration of W. Todd Schoettelkotte in Support of Figma's Preliminary Injunction Motion ("Schoettelkotte Declaration").

| Table 1: Requests to Seal or Redact Figma's R&D Expenditures | | |
|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Content** |
| Exhibit 1 to Meneguzzi Declaration in Support of Figma's Preliminary Injunction Motion | Highlighted portions at p. 1. | Confidential information on annual expenditures for the Figma Platform. |
| Schoettelkotte Declaration in Support of Figma's Preliminary Injunction Motion | Highlighted portion at ¶ 8. | Confidential information on total research and development expenditures for the Figma Platform. |

4. The highlighted portions of Exhibit 1 to the Meneguzzi Declaration include confidential summary information on Figma's research and development expenditures for the Figma Platform. I understand that the highlighted portion of the Schoettelkotte Declaration refers to that same information.

5. Exhibit 1 to the Meneguzzi Declaration reflects proprietary and highly confidential summary financial information on Figma's expenditures in its platform. Figma has not publicly disclosed or described this information. Disclosure of this highly confidential information would allow others to benchmark their expenditures against Figma's actual investments in developing the Figma Platform. The proposed redaction in the Schoettelkotte Declaration is narrowly tailored and includes only the portion of the declaration discussing the confidential information contained in Exhibit 1. Specifically, this portion discloses Figma's total expenditures in the research and development of its platform. Figma's confidentiality interests will be prejudiced if the information is made public.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 22, 2025 in Oakland, California.

DocuSigned by:

Megg Meneguzzi
A03A78BB0D6D47A...

Megg Meneguzzi

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of Megg Meneguzzi in Support of Figma's Administrative Motion to File Under Seal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Megg Meneguzzi has concurred in this filing.

Dated: January 23, 2025                                  */s/ Richard S.J. Hung*

                                                                                Richard S.J. Hung