RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DECLARATION OF JONATHAN M. MORRIS IN SUPPORT OF FIGMA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Courtroom:  11 <br> Judge:  Hon. James Donato |

I, Jonathan Morris, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel in this action for Plaintiff Figma, Inc. ("Figma"). I submit this declaration in support of Figma's Administrative Motion to File Under Seal and pursuant to Civil Local Rule 79-5 to establish compelling reasons for sealing certain documents filed in connection with Figma's Preliminary Injunction Motion. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently as follows.

2. Specifically, Figma moves to seal portions of Exhibit 1 to the Declaration of Megg Meneguzzi in Support of Figma's Preliminary Injunction Motion ("Meneguzzi Declaration") and related references to that exhibit in the Declaration of W. Todd Schoettelkotte in Support of Figma's Preliminary Injunction Motion ("Schoettelkotte Declaration").

3. Figma submits proposed redactions to Exhibit 1 to the Meneguzzi Declaration and ¶ 8 of the Schoettelkotte Declaration. Ms. Meneguzzi, Manager, Strategic Finance at Figma, also submits a declaration ("Meneguzzi Sealing Declaration") in support of sealing these materials. As described in further detail below in Table 1 and in the Meneguzzi Sealing Declaration, compelling reasons exist for sealing the listed portions of the following:

| Table 1: Requests to Seal or Redact Figma's R&D Expenditures | | | |
|---|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Content** | **Basis for Sealing** |
| Exhibit 1 to the Meneguzzi Declaration in Support of Figma's Preliminary Injunction Motion | Highlighted portions at p. 1. | Confidential information on annual expenditures for the Figma Platform. (Meneguzzi Sealing Decl. ¶ 3.) | Disclosure of this information would cause competitive harm to Figma by allowing others to benchmark their expenditures against Figma's actual investments in developing its platform. (Meneguzzi Sealing Decl. ¶ 5.) Disclosure would also undermine Figma's competitive advantage by providing others insight into the financial resources needed to introduce competing products or features. (*Id.*) |

| Table 1: Requests to Seal or Redact Figma's R&D Expenditures ||||
|---|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Content** | **Basis for Sealing** |
| Schoettelkotte Declaration in Support of Figma's Preliminary Injunction Motion | Highlighted portion at ¶ 8. | Confidential information on total R&D expenditures for the Figma Platform. (Meneguzzi Sealing Decl. ¶ 3.) | Same as above. |

4. I have confirmed that this request is "narrowly tailored to seek sealing of only sealable material," in accordance with Civil Local Rule 79-5.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 23, 2025 in San Francisco, California.

                                                           */s/ Jonathan M. Morris*
                                                            Jonathan M. Morris

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of Jonathan M. Morris in Support of Figma's Administrative Motion to File Under Seal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jonathan M. Morris has concurred in this filing.

Dated: January 23, 2025              */s/ Richard S.J. Hung*
                                     Richard S.J. Hung