RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:   (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DECLARATION OF MEGG MENEGUZZI IN SUPPORT OF FIGMA'S PRELIMINARY INJUNCTION MOTION** <br><br> Courtroom:  11 <br> Judge:  Hon. James Donato |

I, Megg Meneguzzi, declare as follows:

1. My title is Manager, Strategic Finance at Figma, Inc. I submit this declaration in support of Figma's Preliminary Injunction Motion based upon matters within my own personal knowledge. If called to testify, I could and would competently testify as follows.

2. I have been employed at Figma since September 2021. As part of my job responsibilities, I perform financial analyses, drive annual and quarterly planning and budgeting processes, and allocate and deploy the company's resources efficiently.

3. Figma maintains records in the ordinary course of its business of its expenditures, which include its investments in research and development ("R&D"). Attached as **Exhibit 1** is a summary of Figma's R&D expenditures through September 30, 2024. Figma's R&D expenditures through 2023 have been audited. Its 2024 expenditures, including its R&D expenditures, are currently being audited.

4. I also know from my interactions with Katphin Moo, Director, Scalable Support that Figma has customer support tickets and maintains these records in the ordinary course of its business. Attached as **Exhibits 2 and 3** are true and correct copies of certain of these tickets that have been redacted to protect customer identifying information.

5. I also know from my interactions with Segen Haile, Senior Revenue Analyst that Figma maintains its executed Service Orders in the ordinary course of its business. Attached as **Exhibits 4-7** are true and correct copies of Service Orders executed by Yuanfudao HK Ltd.

6. Attached as **Exhibit 8** is a true and correct copy of Figma's Master Subscription Agreement, dated July 24, 2019. This exhibit is publicly available on Figma's website https://www.figma.com/legal/ssa/archive/v2019-07-24/.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 22, 2025 in Oakland, California.



Megg Meneguzzi

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of Megg Meneguzzi in Support of Figma's Preliminary Injunction Motion. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Megg Meneguzzi has concurred in this filing.

Dated: January 23, 2025             /s/ Richard S.J. Hung
                                    Richard S.J. Hung