# **EXHIBIT 2**

#  #1147903 Pricing BRL

| Submitted | Received via | Requester |
|---|---|---|
| October 12, 2024 at 2:10 PM | Web Form | |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Figma | Jawana Millet |

| Triaged by | Sentiment confidence | Sentiment | Language confidence | Language | Intent confidence |
|---|---|---|---|---|---|
| From user fields | High | Neutral | High | English | Low |

| Intent | | | Area | Ticket Tier | Grouping | User Tier | Time spent last update (sec) |
|---|---|---|---|---|---|---|---|
| Billing::Price clarification::Price is different than expected | | | General::Billing | Tier 1 | Pro | Pro | 150 |

| Total time spent (sec) | Billing contact reason | Ticket language |
|---|---|---|
| 331 | Pricing and plan inquiry | English |

---

October 12, 2024 at 2:10 PM

Hello, I'm form Brazil and I want to know if Figma has some specific pricing in BRL?

To give you an idea, in Brazil the minimum wage is R$1,412BRL, if we pay the annual to give some discount this represents ~57% of this value.

Is there any way we can use Figma at a price that is consistent with the Brazilian economy?

Thanks

---

**Jawana Millet**   October 14, 2024 at 9:43 PM

Hi ███,

Though Figma doesn't offer discounts in our pricing structure, our Professional plan provides a reduced rate of $12/month for a Design seat or $3/month for a FigJam seat when you subscribe to an annual plan (note this requires payment upfront for the year at $144 and $36). Otherwise, our current discount offering is limited to the Education plan for students and educators.

The monthly payment option on the Professional Plan allows for you to add or remove seats at any time, so with that option you can easily lower costs as needed by reducing seats.

Our free, Starter Plan allows up to 3 Design and 3 FigJam files in a team. Many find that to be sufficient to get started with Figma. You can read more about this in this article from our Help Center: Plans and teams in Figma

Thanks for your understanding, and we're so glad to hear your team is enjoying using Figma.

Jawana M.
Product Support Specialist
Figma

---

October 14, 2024 at 10:39 PM

Hi Jawana, I understand.

The problem is that this price is quite expensive for us Brazilians because we have a lot of taxes here. I am a freelance UI Designer/Front-end developer, and even if I only pay for my own use, the cost is still high. With Freepik, we recently got a 40% discount on the annual plan, because for us the dollar costs 5x more, since it is too high to convert, since we earn in BRL.

Isn't there any kind of discount based on the country's economy?

If we could sell our designs on Figma Community, that would at least help us pay for this cost, but we can't even do that. I make some resources available for free on Figma Community, and I could create a premium version so that I can at least afford the professional plan.

Brazilians would certainly be very grateful for this.

Thanks

---

**Jawana Millet**   October 15, 2024 at 2:09 PM

Hi ,

Unfortunately, other than the reduced rates mentioned in my previous message, there is not much more I can do from my end as we do not provide discounts.

Apologies for any inconvenience.

Jawana M.
Product Support Specialist
Figma

---

October 15, 2024 at 4:54 PM

Hello Jawana, no problems, I understand. Thanks

Exist some way to migrate all my Figma projects to https://motiff.com or have to be manual?
Thanks

---

**Jawana Millet**   October 15, 2024 at 6:41 PM

Hey there,

Before you can move a project to a different team, you need to:

- Join both teams
- Have `can edit` permissions in both teams

You can check your access by navigating to each team and clicking the **Members** icon. Next to your name, you should see `can view` or `can edit`. This process will have to be done manually for each project.

Please let me know if you need any further assistance, I am here to help!


Jawana M.
Product Support Specialist
Figma

Support Software by **Zendesk**