# EXHIBIT 3

## #1155813 Assistance with Enabling Figma AI

**Submitted**
October 21, 2024 at 11:11 PM

**Received via**
Web Widget

**Requester**
[redacted]

**Status**
Open

**Type**
-

**Priority**
Normal

**Group**
Resolutions

**Assignee**
Andrew Tien

**Triaged by**
Manual

**Related trend**
AI::AI

**Area**
AI - General Questions

**Ticket Tier**
Enterprise Support

**Grouping**
Organization

**User Tier**
Org

**Time spent last update (sec)**
7282

**Total time spent (sec)**
16704

**Account contact reason**
Something else

**Ticket language**
English

---

October 21, 2024 at 11:11 PM

Hi, I would like to start using Figma AI on this account. Could someone assist me with how to enable it? Thank you!

------------------
Submitted from: https://www.figma.com/[redacted]

---

**Florin Sandu**  October 22, 2024 at 2:12 PM

Hi there,

Florin here from the Enterprise Support team - Thanks so much for reaching, apologies for any confusion! Just to keep you in the loop, even though UI3 has been fully launched, we're still working on gradually rolling out Figma AI.

Figma AI might not be available in your account just yet, but no worries! As soon as it's ready for you, you'll see a notification in the product with all the details. Thanks so much for your patience while we get everything set up for you! If you have any questions at all, please let me know!

Best, Cordialement, Saludos Cordiales

Florin - Enterprise Support Specialist

---

October 22, 2024 at 11:46 PM

Hi Florin, thanks!

Could you help us accelerate the process to enable AI in our account?

The team are testing other tools like UIzard and Motiff. We have company AI meetings and I'd love to explore the Figma AI features. I feel that we are getting a bit behind.

Regards,



---

**Florin Sandu**   October 23, 2024 at 3:39 PM                                                                                              Internal note

**Summary of issue:** The customer is seeking assistance to enable Figma AI on their account and to accelerate the activation process. They want to explore Figma AI features for their team, as they are currently testing other tools like UIzard and Motiff and feel they are falling behind in AI integration. Additionally, they aim to use Figma AI for upcoming company meetings focused on AI to maintain a competitive edge with other tools.

**What steps I've taken to resolve issue (list any/all linked resources you've referenced): sent the macro we have**

**Blocker:**

Org enabled AI



User settings



**Andrew Tien** October 23, 2024 at 7:22 PM

Following up with the AI cross functional working group to see what can be done here.

Internal note

**Andrew Tien**  October 23, 2024 at 7:25 PM  *Internal note*

https://figma.slack.com/archives/C07Q4CY7W5R/p1729707913195239

---

**Florin Sandu**  October 24, 2024 at 7:09 AM  *Internal note*

to be checked later on with Andrew and Sofia

---

**Andrew Tien**  October 25, 2024 at 11:28 PM  *Internal note*

Hi Florin!

I've reviewed this ticket and it appears we need further clarification from our crossfunctional partners in order to respond. Based on this, I've assigned this ticket to myself and will be responsible for further responses.

Feel free to follow this ticket if you're curious!

Support Software by **Zendesk**