
1  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
2  JONATHAN M. MORRIS (CA SBN 356152)
   jonathanmorris@mofo.com
3  HOLLY M. PETERSEN (CA SBN 351588)
   hollypetersen@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:   (415) 268-7000
6  Facsimile:   (415) 268-7522

7  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
9  Los Angeles, California 90017
   Telephone:   (213) 892-5200
10 Facsimile:   (213) 892-5454

11 *Attorneys for Plaintiff*
   FIGMA, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | FIGMA, INC., | Case No. 3:24-cv-06507-JD |
   |---|---|
   | Plaintiff, | **DECLARATION OF JOHN LAI, PH.D., IN SUPPORT OF FIGMA'S PRELIMINARY INJUNCTION MOTION** |
   | v. | |
   | MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., | |
   | Defendants. | Courtroom: 11<br>Judge: Hon. James Donato |

LAI DECL. ISO FIGMA'S PRELIMINARY INJUNCTION MTN.
CASE NO. 3:24-cv-06507-JD

I, John Lai, declare as follows:

1. My title is Manager, Software Engineering at Figma, Inc. I submit this declaration in support of Figma's Motion for Preliminary Injunction based upon matters within my own personal knowledge. If called to testify, I could and would competently testify to the matters below.

2. I have been employed at Figma since April 2021. Figma's flagship software, Figma Design, enables distributed teams to efficiently collaborate on product designs. My work is focused on continued development of technical infrastructure and core functionalities of the Figma Platform so it meets the needs of users worldwide.

3. Figma's source code reflects significant creative and engineering efforts by its talented engineers. The source code for the Figma Platform, which encompasses Figma Design, is among Figma's most valuable assets. Security policies such as comprehensive confidentiality agreements, access-controlled repositories, and strict device security protocols help to ensure the confidentiality of Figma's source code.

4. Figma maintains a Help Center on its website with articles documenting features of the Figma Platform. The contents of the articles reflect the creative input of Figma's Product Support team.

5. I know from my interactions with Frances Zlotnick, Security Scientist, that Figma maintains limited information concerning user activity and associated user account information. This information facilitates user access to the Figma Platform and allows Figma personnel to monitor its security. Each user account can be associated with one or more organizational accounts to allow the user to access the organization's content.

6. The information indicates that the organizational accounts for Yuanfudao HK Ltd. ("Yuanfudao") had over 2,000 unique user accounts. Users with "motiff.com," "kanyun.com," and "yuanfudao.com" addresses have all been associated with these organizational accounts. For example, a user with the name Yuanzu Yang and a "kanyun.com" e-mail address accessed the Figma Platform using an account associated with Yuanfudao's organizational accounts. As another example, a user with the name Tim Yang and a "motiff.com" e-mail address accessed the

Figma Platform using an account associated with Yuanfudao's organizational accounts.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed January 22, 2025 in San Francisco, California.

Signed by:

*John Lai*

5B97B647684645B...

John Lai, Ph.D.

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of John Lai, Ph.D., in Support of Figma's Preliminary Injunction Motion. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that John Lai, Ph.D., has concurred in this filing.

Dated: January 23, 2025

/s/ Richard S.J. Hung
Richard S.J. Hung