RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD.,<br><br>Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DECLARATION OF KARAN SINGH, PH.D., IN SUPPORT OF FIGMA'S PRELIMINARY INJUNCTION MOTION**<br><br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato |

1    I, Karan Singh, hereby declare as follows:

2    **I.    INTRODUCTION**

3    1.    I am a Professor of Computer Science at the University of Toronto.  I co-direct the

4    graphics and human computer interaction laboratory "dgp" (the dynamic graphics project).

5    2.    I understand that Figma, Inc. alleges Defendants Motiff Pte. Ltd., Yuanfudao HK

6    Ltd., and Kanyun Holding Group Co. Ltd. (collectively, the "Motiff Entities") infringe Figma's

7    copyrights.  I also understand that Figma alleges the Motiff Entities have breached contractual

8    obligations through their development of the Motiff product and remain in breach through any

9    ongoing development and Motiff's distribution of the Motiff product.

10    3.    I have been asked by counsel for Figma to provide expert opinions in the

11    above-captioned case to assist the Court in determining whether the Motiff product (1) infringes

12    Figma's copyrights and (2) reflects reverse engineering.  I set forth my opinions in this

13    Declaration below.

14    4.    I am being compensated for my work in connection with this matter at my current

15    standard consulting rate of $700 per hour.  I am separately being reimbursed for any out-of-

16    pocket expenses.  My compensation is not based in any way on the outcome of the litigation or

17    the nature of the opinions that I express.

18    **II.    QUALIFICATIONS**

19    5.    My *curriculum vitae* details my qualifications, experience, honors, patents,

20    presentations, grants, and publications.  It is attached as **Appendix A**.

21    6.    In 1991, I received my Bachelor of Technology degree in Computer Science and

22    Engineering from the Indian Institute of Technology.  The Ohio State University awarded me a

23    Master of Science degree in 1992, and a Ph.D. in 1995, both in Computer and Information

24    Science.  My Ph.D. dissertation concerned creating models and representations of digital humans

25    that could interact in graphical environments.  I can read and program fluently in various

26    computer programming languages, such as C, C++, Pascal, Java, and various scripting languages.

27    7.    In 1994, I was invited to conduct research at the Advanced Telecommunications

28    Research laboratory in Kyoto, Japan.  During that time, I researched virtual reality technology,

specifically designing graphic environments in which human characters interact with computers.

8.     Between 1995 and 1999, I worked at Alias|Wavefront in Toronto, Canada.  My responsibilities included designing character animation and facial modeling tools for the first release of Maya, a software system for computer graphical modeling, animation, and rendering. The software won a technical Oscar in 2003 and is still the premiere software package used for these functions today.

9.     In 1999, I joined a start-up company in California called Paraform Inc.  My work involved developing a system that transformed 3D scanned data from real objects into useable digital models for a variety of downstream applications.

10.     Also in 1999, I served as a Visiting Professor of Computer Science at the University of Otago in New Zealand.  During that time, I taught and conducted research in computer graphics.

11.     Since 2002, I have been a Professor of Computer Science at the University of Toronto, where I co-direct a graphics and human-computer interaction laboratory "dgp" (the dynamic graphics project), conduct research, and teach classes in computer science, graphics, and in human-computer interaction.

12.     In the past 22 years, I have consulted with various companies in the information technology, graphics, animation, and design space.  Recently, I consulted for Weta Digital in New Zealand and helped create a facial animation system for the film *Avatar: The Way of Water*.  The movie won an Oscar award for Best Visual Effects in 2023.

13.     I have supervised research that has been successfully commercialized.  For example, Autodesk acquired MeshMixer in 2011.  The MeshMixer software allows for 3D object modeling and fabrication.  I also have co-founded multiple companies, including Conceptualiz (software that processes and manipulates medical imaging data for surgical planning) and JALI Research (facial animation).  Several high-profile, high-production-value video games like *Cyberpunk 2077* have used JALI Research's software to animate speech for their characters.

14.     My research interests lie in interactive graphics, spanning geometric and anatomic modeling, visual perception, character and facial animation, sketch-/touch-based interfaces, and

1  interaction techniques for Augmented Reality and Virtual Reality (AR/VR).

2      15.    I have authored or co-authored over 150 peer-reviewed publications on a variety of

3  topics in computer science.  In particular, I have published numerous articles on creative

4  interfaces and interactive techniques for graphic design and animation. I am an inventor on

5  several U.S. patents related to topics in human-computer interaction and computer graphics.

6      16.    To the best of my recollection, I have testified as an expert in the following cases

7  in depositions or at trial during the previous four years:  *3Shape A/S v. Align Tech*, No. 18-cv-

8  886-LPS (D. Del.), *Align Tech v. 3Shape A/S*, No. 17-1647-LPS (D. Del.), and *Maxell v.*

9  *Samsung*, No. 23-cv-00092-RWS (E.D. Tex.).

10  **III.    MATERIALS CONSIDERED**

11      17.    I reviewed the Figma Platform, including aspects of its architecture, data

12  structures, code, behaviors, and graphical user interface ("GUI").

13      18.    I also examined the Motiff product, which is sometimes referred to in this

14  Declaration as "Motiff," including certain aspects of its data structures, code, behaviors, and GUI

15  discernable without access to its source code.

16      19.    In addition, I have reviewed publicly available materials such as Figma's website

17  and Help Center.  I similarly reviewed Motiff's website and Help Center.

18      20.    I have also reviewed portions of the publicly available Skia Graphics Engine

19  source code and related documentation available at the Skia Graphics Engine website located at

20  the following URL: https://skia.org.

21      21.    In forming the opinions in this Declaration, I have reviewed all the material cited

22  (or included as screenshots from examinations of the product) in this Declaration, as well as the

23  documents, things, and materials listed in **Appendix B**.  I also had discussions with Figma

24  employees John Lai and Luke Anderson.

25      22.    If called to testify or to give additional opinions regarding this matter, I reserve the

26  right to rely upon additional materials that may be provided to me or that are relied upon by the

27  Motiff Entities.

28

IV.    **LEGAL PRINCIPLES**

23.    I have not been asked to offer an opinion on the law; however, as an expert assisting the Court, I understand that I am obliged to follow existing law.  I have therefore been asked to apply the following legal principles to develop my opinions.

24.    I understand the owner of a copyright has the right to exclude any other person from reproducing, distributing, performing, displaying, or preparing derivative works from the work covered by copyright for a specific term.

25.    I understand a copyrighted work can be, amongst other things, a literary work, a graphic work, or a computer program.  Facts, ideas, procedures, processes, systems, methods of operation, concepts, principles, or discoveries, however, cannot themselves be copyrighted.

26.    I understand that to prevail on a claim of copyright infringement, a plaintiff must show the plaintiff is the owner of the copyright, that the defendant copied original expression from the copyrighted work, and that the defendant caused the infringement.

27.    I understand that to prove that a defendant copied the plaintiff's work, a plaintiff may use direct or indirect evidence.  I understand direct evidence can include, *e.g.*, an admission that the defendant copied the plaintiff's work.  I understand that proof of copying by indirect evidence requires evidence showing that the defendant had access to the plaintiff's copyrighted work and that there are substantial similarities between the defendant's work and the plaintiff's copyrighted work, or that there are striking similarities between the defendant's work and the plaintiff's copyrighted work that raises the inference of access.  I understand that these signs of copying, itself, do not need to be expressive elements protected by copyright.

28.    I understand that a plaintiff must prove both substantial similarity under the "extrinsic test" and substantial similarity under the "intrinsic test."  I understand that the "extrinsic test" is an objective comparison of specific expressive elements.  I understand that the "intrinsic test" is a subjective comparison that focuses on whether the ordinary, reasonable audience would find the works substantially similar in the total concept and feel of the works.

29.    I understand that the "extrinsic test" requires analytical dissection of the work to compare expressive elements.  I understand that where an expressive element can only be

expressed one way, such that the idea and the expression "merge," or where the expression itself necessarily follows, or is indispensable to expressing the idea, or constitutes the standard way of expressing an idea, the expression is only protected against virtually identical copying.

30.    I understand that for computer programs, copyright protection extends not only to the literal elements of a program, *i.e.*, its source code and object code, but also to its "nonliteral" elements, such as the program architecture, structure, sequence and organization, operational modules, and computer-user interface.  I understand the analytic dissection of the "extrinsic test" includes examining various nonliteral components, such as screens, menus, and keystrokes.

31.    I understand that one who causes a copyrighted work to be reproduced in the United States, or used as the basis of a derivative work distributed in the United States, without authority from the owner, during the term of the copyright, infringes the copyright.

32.    I also understand that a person may be liable for another person's infringement by vicariously infringing or contributorily infringing a copyright.  I understand that a person is vicariously liable for copyright infringement by another if the person has profited directly from the infringing activity and had the right and ability to supervise or control the infringing activity. I understand that a person is contributorily liable for copyright infringement by another if the person knows or should have known of the infringing activity and induces or materially contributes to the activity.

## V.    OPINIONS

33.    In my expert opinion, the Motiff product and articles from Motiff's Help Center show substantial similarities to the Figma Platform and articles from Figma's Help Center.  The similarities include numerous similarities that are unlikely to arise in the absence of copying. Numerous specific expressive elements, protected by Figma's copyrights, show objective similarity with expressive elements of the Motiff product and articles from Motiff's Help Center.

34.    In my expert opinion, the similarities between the Figma Platform and the Motiff product would not arise between independently developed products or without substantial copying.  Striking similarities include identical code snippets, replicated deviations from consistent style conventions, similar data structures, and replicated bugs.

35.    In my expert opinion, numerous specific expressive elements of the Figma Platform—including Figma's deviations from consistent coding style conventions and bugs—are objectively similar to corresponding aspects of the Motiff product. Expressive elements of the Figma Platform replicated with objectively similar expression in the Motiff product include literal elements of code and text and non-literal elements including data structures, interface elements, and bugs. These elements appear in Figma's registered copyrights for Figma Design.

36.    In my expert opinion, numerous specific expressive elements of Figma Help Center articles are objectively similar to corresponding Motiff Help Center articles. Expressive elements include the organization and structure of articles, headers, paragraphs, bullets, and sentences and the literal text of numerous headers and phrases. These elements appear in Figma's registered copyrights for the Help Center articles.

37.    In my expert opinion, the Motiff product's network connections indicate hosting of the Motiff product in the United States that makes reproductions of Figma's copyrighted works.

**A.    Objective Similarities Show Copying of the Figma Platform**

38.    Programming decisions place unique stamps on a product and can establish programming lineage in software code. Independently developed pieces of code are unlikely to reflect identical design choices and quirks.

39.    Versions of Figma's source code from August 2020, January 2023, and March 2024 are copyrighted, bearing U.S. Copyright Registrations TXu002441751, TXu002441752, and TXu002441753. These registrations protect all aspects of the Figma Platform I consider below. Based on my review, and from a technical standpoint, significant aspects of the Figma Platform and Figma Design have been copyrighted.

**1.    Copied Shader Code Indicates Unlawful Appropriation**

40.    Generating an image from a representation is called rendering. For a computer program to render a design on a computer screen, the computer program includes small sub-programs called "shaders" to run on the user's graphics card ("GPU"). GPUs use shaders to determine the appropriate color and brightness for each pixel. Software developers write custom shaders to work closely and specifically with the code that invokes the shader (*i.e.*, the portion of

the computer program that asks the GPU to run the shader).  The tight coupling between the custom shader code and the invoking code means the shader code reflects the invoking code.

41.     The Figma Platform and the Motiff product distribute certain portions of their code to user's browsers, referred to as the "client" code.  The distributed client code includes shaders in a form condensed ("minified") from fully expressive source code.  Developers use compilers to automate the "minifying" process of condensing the full shader code into the smallest essential form.  Automated minifying means the full shader code can still be written more expressively to make it easier to understand (and allow for easier debugging).

42.     The Motiff product's and the Figma Platform's minified shaders are visible to an advanced user with a browser's developer tools.  I analyzed the minified shader code from the Figma Platform as well as from the Motiff product.  Based on my review, I believe the Motiff product copies the Figma Platform's original and expressive code.

43.     The images below show the results of a diff tool's character-by-character comparison of several of the Motiff product's minified shaders with the equivalent minified Figma Platform shader.  The green font indicates characters in the Motiff product that differ from those in the Figma Platform's minified shader.  The red font indicates characters that do not appear in the Motiff product but appear in the Figma Platform's minified shader.  The grey font indicates identical minified code.  Green and red pairs and permutations show a direct substitution or equivalent re-arrangement of one arbitrary variable for another (*e.g.*, in the way x+y and y+x are each equivalent).  The minifying process means the ordering of such characters is arbitrary.

44.     A diff of one of the Motiff product's minified shaders' code and the Figma Platform's minified "blend tile custom" shader code shows identical structure and organization.

```
precision highp float;uniform sampler2D gi,yB;uniform int uq;uniform float CE;varying vec2 e;const vec3 h
=vec3(.2126,.7152,.0722);const float l=float(255)/float(255),m=float(230)/float(255),k=float(204)/float(2
55);float Aa_(vec3 a){return min(min(a.r,a.g),a.b);}float Hma(vec3 a){return max(max(a.r,a.g),a.b);}float
Iga(vec3 a){return Hma(a)-Aa_(a);}float Jha(vec3 a){return dot(a,vec3(.3,.59,.11));}vec3 Bna(vec3 a,vec3
id){float ab=Jha(id);vec3 ba=a+(ab-Jha(c));float db=Aa_(ba),fg=Hma(ba);ba=dab-dc.?mix(vec3(a),b),a,b/(id-d
e)):fg>1.?mix(vec3(ab),ba,(1.-ab)/(fg-ab)):ba;return ba;}vec3 KNa(vec3 a,vec3 db,vec3 fe){float bc=Iga(a)
;vec3 cd=vec3(0.);if(bc>0.){float ig=Aa_(a),nh=Iga(db);cd=(a-ig)*nh/bc;}return bc+cd;}void main(){ve
c4 rj=texture2D(gi,ef)*CE,vb=texture2D(yB,ef);float bc=rj.a,a=vk.a;vec3 cb=vk.rgb;if(bc==0.)gl_FragColor=
vec4(cb,a);else{vec3 d=rj.rgb,fg=d*(1.-a)+cb*(1.-bc);if(uq==4)cb=mix(d*a,cb*bc);else if(uq==4)fg+d*cb;e
lse if(uq==5)fg=max(vec3(0.),d+c-b-c*a);else if(uq==6){vec3 zx=max(d*a,.003922),Dz=(a-cb)*vec4*step(.003922
,a-cb);fg+=bc*a*(1.-min(vec3(1.),D/z/x));}else if(uq==7)fg+=max(d*a,c*b*c);else if(uq==8)fg=d+cb>cb;els
e if(uq==9)fg=min(vec3(1.),d+cb);else if(uq==10){vec3 EO=max(a*(bc-d),.003922),FR=c*b*c*step(.003922,cb);
fg+=bc*a*min(vec3(1.),FR/EO);}else if(uq==11)fg+=mix(bc*a-2.*(a-cb)*(bc-d),2.*d*cb,vec3(lessThanEqual(2.*
cb,vec3(a)))));else if(uq==13)fg+=mix(2.*d*c,b,c*a-2.*(a-cb)*(bc-d),vec3(greaterThan(2.*d,vec3(bc))));else
if(uq==14)fg+=abs(c*b*c-d*a);else if(uq==15)fg+=d*a+c*b*c-2.*d*c*b*c;else if(uq==3(0.),nh=d,ie=cb;if(bc
>0.)nh/=bc;if(a>0.)ie/=a;if(uq==12){vec3 IT=1.-ie,Jp=(16.*ie-12.)*ie+3.,Mr=inversesqrt(ie+1e-6)-1.,qm=mix
(Jp,Mr,vec3(greaterThan(ie,vec3(.25)))));qm=mix(qm,IT,vec3(greaterThan(nh,vec3(.5)))),pl=1.+qm*(2.*nh-
1.));}else pl=uq==16?KNa(nh,ie,ie):uq==17?KNa(ie,nh,ie):uq==18?Bna(nh,ie):uq==19?Bna(ie,nh):pl;fg+=bc*a*p
l;}gl_FragColor=vec4(fg,bc+a-bc*a);}}const float j=1./float(512);
```

45.     Another of Motiff product's minified shaders' code and the Figma Platform's minified "clamped blur tile" shader code shows similarly identical structure and organization.

```
precision highp float;uniform sampler2D gw;uniform vec4 Gv;uniform vsample vec2 Hi;uniform float Bs;varying vec2 e;const
vec3 h=vec3(.2126,.7152,.0722);const float l=float(255)/float(255),m=float(230)/float(255),k=float(204)/float(255);void
d main(){vec2 a=clamp(ef,Gv.xy,Gv.zw);float vk=Bs;vec4 DB=vec4;if(DR=wk;for(int cj=1;cj<32;cj+=2){if(f(l
oat(cj)>Bs)break;float b=float(cj),dc=min(b+1.,Bs);vec2 fd=a-l*w*b,ie=a+l*w*b,ng=a-l*w*dc,pa=l*w*dc;float E1=(Bs-b)*float(
fd==clamp(fd,Gv.xy,Gv.zw)),Fm=(Bs-b)*float(ie==clamp(ie,Gv.xy,Gv.zw)),Jp=(Bs-dc)*float(ng==clamp(ng,Gv.xy,Gv.zw)),Jz=(Bs
-dc)*float(cd==clamp(ph,Gv.xy,Gv.zw)),qk+=1*1p,rz=ie+m*Jr;vec2 MT=fd*E1+ng*1p}/Gv,W=(1z*Fm+ph*Jr)/r,z;O+=texture2D(gi,MT
)*rz+texture2D(gi,W)*rz;QR+=rz+zz;}gl_FragColor=2O/QR;}const float j=1./float(512);
```

46.     Another of the Motiff product's minified shaders' code and the Figma Platform's minified "unclamped blur tile" shader code shows similarly identical structure and organization.

```
precision highp float;uniform sample vec2 gw;uniform vsample vec2D Hi;uniform float Bs;varying vec2 e;const vec3 h=vec3(.2
126,.7152,.0722);const float l=float(255)/float(255),m=float(230)/float(255),k=float(204)/float(255);void main(){float
h=Bs;vec4 pj=texture2D(gi,ef)*nh;float qk=nh;for(int ag=1;ag<32;ag+=2){if(float(ag)>Bs)break;float ba=float(ag),db=min(b
a+1.,Bs);vec2 rl=d-l*w*ba,vm=d+l*w*ba,zp=d-l*w*db,Dr=d+l*w*db;float fc=Bs-ba,id=Bs-db,vec2 Ex=Cl*fc+zp*id}/ce,
Fz=(vm*fc+Dr*id)/ce;pj=ce*(texture2D(gi,Ex)+texture2D(gi,Fz)),qk+=2.*ce;}gl_FragColor=p/q;}const float j=1./float(512);
}
```

47.     Another of the Motiff product's minified shaders' code and the Figma Platform's minified "image" shader code shows similarly identical structure and organization.

```
precision highp float;uniform sampler2D gi;uniform boolint xja;uniform intbool Rka;uniform float CE;varying vec2 e;const
vec3 h=vec3(.2126,.7152,.0722);const float l=float(255)/float(255),m=float(230)/float(255),k=float(204)/float(255);}vec3
naA(vec3 c){for(int a=0;a<3;a++){float br=c[a],ig=br<0.?-1.:1.,de=abs(b);c[a]=ig*de=-c.0404575/b/12.:1=pow((de+.05
5)/1.055,2.4);}return cd;}vec3 oa1(vec3 fc){vec3 cd;for(int a=0;a<3;a++){float b=fc[a],ig=b<0.?-1.:1.,de=abs(b);cd[a]=de
>.003131?.ig*(1.055*pow(de,.4166667)-.055):12.92*b;}return cd;}vec3 yla(vec3 a,int b){if(Rb==0)return a;else if(Rb==1){vec
3 bc=naA(a);mat3 cd=mat3(.412391,.212639,.019331,.357584,.715169,.119195,.180481,.072192,.950532),de=mat3(2.493497,-.829
489,.035846,-.931384,1.762664,-.076172,-.402711,.023925,.956885);vec3 fg=de*c*p;}return ip;}else if(Rb==2){vec
c3 nh==uA(a);mat3 pj=mat3(.486571,.228975,0,.265668,.691739,.045113,.198217,.079287,1.043944),uk=mat3(3.24097,-.969244,.
05563,-1.537383,1.875968,-.039777,-.498611,.041555,1.056972);vec3 zl=uk*pj*nh,vm=oa1(zl),zr;jr
eturn a;}vec4 zaX(){return xla?texture2D(gi,fract(ef)):ef==clamp(ef,0.,1.)?texture2D(gi,ef):vec4(0.);}void main(){vec4 a
=zaX();if(a.a!=0.)a.rgb=yla(a.rgb/a.a,ja)*a.a_;gl_FragColor=a*CE;}const float j=1./float(512);
```

48.     In my experience, it would be highly unlikely that an independently developed product would include minified shader code with the same expressive structure and organization because it depends on the implementation of both the full shader and invoking code.

49.     The organization and structure of the minified shader code reflects the expression

1   in the shader source code and associated invoking source code.  The similarities therefore indicate

2   copying extends to the expressive organization and structure of Figma's copyrighted shader

3   source code in the Motiff products' shader code.  Further, although for given invoking source

4   code, there may be limited expressions of the custom shader code, there are many possible

5   expressions for the combined source code.  The copying in the Motiff product therefore likely

6   extends to Figma's copyrighted source code that invokes the custom shaders.

7        50.    The structure and organization of the minified shader code are objectively similar

8   expressive elements of literal expression, in a manner analogous similar object code resulting

9   from copyrighted Figma source code.  The source code for Motiff product's shader and invoking

10  code (that cannot be discerned directly from the minified shader code available) also likely copies

11  literal expression in Figma's copyrighted source code.  If not, the Motiff product's source code

12  still likely derives from Figma's source code.

### 2.    Copied GPU Strings Indicates Unlawful Appropriation

14       51.    I understand that over many years of operating at scale, Figma identified rendering

15  bugs associated only with specific and rarely used GPUs.  These rendering bugs do not come

16  from bugs in Figma's code.  Instead, the rendering bugs reflect underlying bugs in the GPUs or

17  their drivers.  Figma therefore includes unique workarounds specifically for these GPUs.

18       52.    The Figma Platform queries the client machine's graphics drivers for the identifier

19  string of the GPU.  The Figma Platform then attempts to match the response against a set of

20  identifier strings for the bugged GPUs.  If one is matched, the Platform applies the appropriate

21  workaround.  The strings for matching to the bugged GPUs are part the client code.

22       53.    The Figma Platform's set of GPU-matching strings are not visible to the typical

23  user, but an advanced user can use developer tools to determine them from the web app's data.

24  The set of GPU strings contained in the Figma Platform are: (1) "`Mesa Intel(R)`

25  `Graphics (ADL GT2)`"; (2) "`Mesa Intel(R) Xe Graphics (TGL GT2)`";

26  (3) "`Adreno (TM) 725`"; (4) "`Adreno (TM) 730`"; (4) "`Adreno (TM) 740`";

27  (5) "`Adreno (TM) 750`."

28       54.    The Motiff product contains the same set of hardcoded GPU strings as the Figma

Platform. The Motiff product therefore must need to detect the same GPUs as the Figma Platform to implement workarounds. Further, it is unlikely that these rare GPUs would be tested to ensure compatibility for a newly released product instead of discovering bugs with rare GPUs over time based on reports from users with these rare GPUs adopting the product.

55.    It is exceedingly unlikely that Motiff or Kanyun independently implemented the Motiff Product code, given that (1) the Motiff product must experience bugs with the same set of rare GPUs as the Figma Platform and (2) the Motiff Entities already have knowledge of the same set of rare GPUs that cause the Figma Platform to experience bugs before operating at scale.

56.    The need to detect the same GPUs that experience bugs in Figma's base code, absent workarounds, indicates at least copying of non-literal expressive elements of the Figma Platform absent the workarounds—the bugs to work around themselves. Bugs are, almost by definition, non-functional, and not the only or typical expression of the intended idea—because they do not function as intended or even express the intended idea. Replicating rendering bugs for the same GPUs, before workarounds, is objectively similar expression of non-literal elements.

57.    Experiencing bugs for the same set of graphics cards is exceedingly unlikely with an independent implementation. The Motiff product's default code, necessitating detection of these graphics cards to activate workarounds from for bug-free operation, is therefore also likely to at least be derived from or even copy and unlawfully appropriate the literal expression of Figma default code and workarounds.

### 3.    Copied Functional Design Choices Facilitate Unlawful Appropriation

58.    The Motiff product replicates design choices in the Figma Platform, indicating it copies the Figma Platform and suggesting unlawful appropriation of Figma's copyrighted works.

59.    For example, the Motiff product replicates the behavior of the Figma Platform when transferring data to the user's graphics processor for rendering text. The Figma Platform will copy repeated data to the GPU, a design choice favoring simpler code over performance. Transferring the repeated data once, then making further copies from one GPU memory location to another, optimizes performance but requires more complex code.

60.    I monitored the size of data the Motiff product transfers from main memory to the

GPU's memory when rendering repeated characters (*e.g.*, "AAA"). The size of the data transfer grows in equally sized steps for each repeated character, the same as the Figma Platform. I understand the Motiff Entities tout having gone to great lengths to optimize their product's performance. This suggests they would have made the opposite design choice without copying.

61.    As another example, the Motiff product replicates the behavior of the Figma Platform for representing quadratic curves. Figma's API for plugins can define quadratic curves, but once defined, the Figma Platform represents the curves as cubic curves, a design choice favoring code simplicity. Quadratic curves are a special case that can be represented more efficiently, but taking advantage of this potential requires more complex code. This is because cubics are the more general graphical representation for curves.

62.    The Motiff product shows the same behavior.[1] The Motiff Entities' touted focus on performance suggests the opposite design choice if developing their product independently.

63.    In my experience, design choices made counter to developer's stated objectives typically reflect reuse of existing code. Multiple design choices, all counter to the Motiff Entities' touted performance focus, reinforce each other to indicate copying of significant portions of the Figma Platform's source code. These choices facilitate copying of code that either (1) makes the design choices or (2) depends on the design choices, including expressive elements of the Figma Platform's source code. Confirming the extent requires comparing the source code, but if not, those portions of the Motiff product's source code still likely derive from Figma's source code.

### 4.    Data Structures Indicate Copying and are Objectively Similar

### i.    Copied ".fig" document format

64.    The Motiff product's document format shares similarities with the ".fig" document format from the Figma's Platform. The similarities, including expressive elements like names, values, and organization and structure indicate copying and satisfy the extrinsic test. Replicated deviations from consistent styling conventions—like bugs—blatantly require this conclusion.

---

[1] I reserve the right to opine on the similarities between Figma's API and the Motiff product's API should documentation for the Motiff API be published or produced in this matter.

65.    The document formats both save representations of the objects contained in the document and include raw data and certain extra derived data. Both formats group data into the same categories: lines, symbols, and derived data. Within each category, each element (*e.g.*, a line, a symbol, etc.) has a set of fields (*i.e.*, the properties relevant to that element) and data (*i.e.*, the values for that property). The fields and values correspond to the properties and available options in the GUI, but the field's names and values do not need to adhere to the presentation in the GUI. The document formats can condense and must uniquely specify each field and value.

66.    I compared the representation of lines in the document format below. The visual presentation appears different because of the differences in the tools available to view Figma's format and extracting the information from the Motiff product's document format.



Figma                                                                    Motiff

67.    Both formats' lines have similar properties, each of which use the same data types. Line properties include `directionality`, `lineType`, `isFirstLineOfList`, `listStartOffset`, and `indentationLevel`. All these properties use the same expressive names in both formats. For instance, each name uses a "camelCase" style of concatenating multiple words using capitals for the first letter of each subsequent word for readability.

68.    While the camelCase style is a relatively common style convention, the set of names is an expressive set of descriptors indicative of copying and satisfying the extrinsic test for unlawful appropriation. The entire set of names allows for extensive permutations of the expression, even if any one name might only have a comparatively limited set of options.

69.    The data types (*e.g.*, number, string, or Boolean) the fields use to store values are the same. For example, in both formats, `lineType` stores a string (as opposed to, *e.g.*, a number encoding the type of line). An expressive string provides better readability requires transferring additional data. Motiff's touted performance focus suggests the opposite design choice.

70.    The string values also replicate expressive choices.  The Figma format, for the example, stores the `lineType` of a typical line as a string with expressive descriptor "`PLAIN`." The Motiff product uses the same descriptor in its string "`LINE_TYPE_PLAIN`," as opposed to "`STANDARD`," "`REGULAR`," "`DEFAULT`," "`NORMAL`," or another expressive descriptor.

71.    The symbol data and derived symbol data groups replicate expressive choices as well.  The names of each group are identical, using the same camelCase style: "`symbolData`," and "`derivedSymbolData`." The `symbolData` group is shown below.

72.    The `symbolData` groups both contain data in a sub-node identically named "`symbolOverrides`." Both formats' `symbolOverrides` contain fields for the blend mode (named "`blendMode`"), color ("`color`"), opacity ("`opacity`"), and visibility ("`visible`").

73.    Like lines groups, the field names in both formats' `symbolData` groups use the camelCase style convention.  String values use the same capital letters convention.  This is expected; a codebase will typically (or nearly always) use a consistent style convention.



Figma                                          Motiff

74.    But replicated deviations from a style convention stand out like a replicated coding bug.  Like a bug, deviations from a consistent style convention are inherently expressive.  The deviations have no function and—as they break convention—are not the typical or only means of expressing an idea.

75.    One common style convention requires using an "`is`" prefix for Boolean variables (*i.e.*, true or false data).  Both `isFirstLineOfList` fields in the `lines` groups use this convention, but both `visible` fields in the `symbolData` groups do not.  Typically, given the camelCase convention, developers would style this pair as either: (1) `isFirstLineOfList` and `isVisible` or (2) `firstLineOfList` and `visible`.

76.    Another deviation occurs in the (identically named) `derivedSymbolData` groups' (identically named) `fontMetaData` fields, both shown below.  The (identically named) `fontStyle` fields' data types are strings ("`NORMAL`" or "`FONT_STYLE_NORMAL`").  The string values use the same all capitals convention as the line groups' `lineType` fields' string values (but using "`NORMAL`" instead of "`PLAIN`" this time).  But the string values for the `family` and `style` fields in the `key` sub-groups of `fontMetaData` deviate from the all-capitals style (`family` and `style` have string values "`Inter`" and "`Regular`".)



| Figma | Motiff |
|---|---|

77.    In my experience, it is highly unlikely independent document formats would share the same set of deviations from consistent style conventions.  The deviations, along with the .fig document format's structure and organization, choice of the set of variable names, associated data types, and value string descriptors are expressive.  The replicated expressive elements (including data types counter to a performance focus) indicate copying and are objectively similar.

### ii.    Copied autosave database schema

78.    The Motiff product's autosave schema (*i.e.*, the defined format of a database: its tables, the format of data in each table, and the relationships between data) share objective similarities of expressive elements that appear in an older version of Figma Design's autosave schema and indicate copying.  The older version is protected in Figma's registered copyrights.

79.    The autosave database schemata can be inspected with a browser's developer tools

1    and are shown below.  The name of the Motiff product's autosave schemes even using the same

2    version number as the prior version of Figma's autosave schema ("`-v2`") despite the Motiff

3    product's recent June 2024 release.



4

5

6

7

8

9

10

11

12

13    80.    The Motiff product's autosave schema has the same structure and organization.

14    The Motiff product's schema has the same number of main tables that each store equivalent data.

15    Two of the tables are identically named (`node-changes` and `referenced-nodes`); two of

16    the table names are slightly changed with simple substitutions: `offline-` for `editor-` in

17    `editor-sessions` and `blob-changes` for `saved-images`.  ("BLOB" is an abbreviation

18    of Binary Large Object, a common way of storing generic data in a database that is not readily

19    stored as individual entries of numeric, text, or Boolean data like an image.)

20    81.    The identically named `referenced-nodes` tables contain an identically named

21    `offlineSessionId` field and a `nodeId` field (renamed `blobId`).  The identically named

22    `node-changes` tables have an `editorSessionId` field (renamed `offlineSessionId`)

23    and a `nodeID` field (but the Motiff product's schema substitutes a lowercase `d` for uppercase `D`).

24    82.    Figma's `editor-sessions` table, renamed `offline-sessions`, contains

25    identically named `id`'s with the same key-values relationship to entries in an identically named

26    `session-index` auxiliary table.  The `session-index` values associated with an `id` each

27    consist of three fields.  In Figma's schema, the `session-index` fields are `userID`,

28    `fileKey`, and `sessionID`.  In the Motiff schema, the renamed `session-index` fields are

1    userId (lowercase d for uppercase D), docId ("doc" for "file" and "Id" for "Key"), and

2    sid (abbreviating "sessionID").

3        83.    Figma's saved-images table, renamed blob-changes, contains an

4    editorSessionID field, renamed offlineSessionId, and a hash field, that operates as

5    an identifier, renamed blobId. (Hashing is a way of generating a unique identifier for data.)

6        84.    In my experience, it is highly unlikely independently developed database schema

7    formats would share identical structure and organization. The shared structure and organization,

8    including equivalent tables with equivalent fields and the same relationships between fields, are

9    expressive elements that are objectively similar and indicative of copying.

10                    iii.    Copied render tree and debugging tool

11        85.    Figma's approach to rendering uses an intermediate data structure: a render tree.

12    The render tree expressively arranges specific types of elements as nodes. A debugging tool,

13    accessible from the browser developer tools console, prints out the render tree in a particular text

14    format. The Motiff product uses a similar render tree and includes a tool that prints the Motiff

15    render tree in a similar format. The similarities indicate copying and include expressive elements

16    that are objectively similar.

17        86.    Using the debugging tools, I considered output from both Figma and Motiff. In

18    the examples below, both outputs have a single group containing the elements on the canvas. The

19    Motiff output shows this nested below an additional top level group and further details about the

20    nodes at each level of the tree. The groups in both products denote the elements on the canvas as

21    either a "FILL" or a "BLUR." In the examples here, the blurs are properties of drop shadows

22    applied to a rectangle. Each blur shows the blur radius ("radius=4"). The fill elements in each

23    product print the color properties of each shape, *e.g.*, "SOLID" and the hex color code. Although

24    the Motiff output has additional detail, both trees use groups, fills, and blurs to organize the

25    structure of the tree in the same way and use vertical and horizontal lines to organize the tree

26    structure. Shared expressive elements include the organization and structure of the render trees,

27    the format of the debugging tools' representation of the tree, and aspects of the debugging tools'

28    format for printing the information from each node of the tree.

87.    In my experience, it is unlikely independently developed products would contain such a similar rendering tree structure or express the render tree with a debugging tool so similarly.  The shared elements indicate copying and include objectively similar expression.

Figma

```
GROUP bgBlurSafe
|   └──BLUR radius=4 bgBlurSafe
|       └──FILL paintedGeometry=([SOLID color=#000000 opacity=0.25] numPathCommands=6) isRect bgBlurSafe
|──FILL paintedGeometry=([SOLID color=#38388B opacity=1] numPathCommands=6) isRect bgBlurSafe
└──FILL paintedGeometry=([SOLID color=#D9D9D9 opacity=0.52] numPathCommands=6) bgBlurSafe
```

Motiff

```
Node nodeId=0:1 bounds=(x=-262144 y=-262144 w=524288 h=524288) kIsPage kHasChildren kHasBackground
└─Group bounds=(x=-262144 y=-262144 w=524288 h=524288)
|   ├─Fill shape=(Rect x=-262144 y=-262144 w=524288 h=524288) paints=[(Solid 0xFFEDEEF0)] transform=I bounds=(x=-262144 y=-262144 w=524288 h=524288)
|   └─Group bounds=(x=-586 y=-606 w=907 h=866) NodeChildren
|       ├─Node nodeId=602:0 bounds=(x=-586 y=-606 w=561 h=518)
|       |   └─Group bounds=(x=-586 y=-606 w=561 h=518)
|       |       ├─Blur radius=4 clamp=infinite bounds=(x=-540 y=-560 w=515 h=472)
|       |       |   └─Fill shape=(Rect w=507 h=464) paints=[(Solid 0x33000000)] transform=(-536 -556) bounds=(x=-536 y=-556 w=507 h=464)
|       |       └─Fill shape=(Rect w=507 h=464) paints=[(Solid 0xFF4416DE)] transform=(-586 -606) bounds=(x=-586 y=-606 w=507 h=464)
|       └─Node nodeId=802:2 bounds=(x=-134 y=-212 w=455 h=472)
|           └─Fill shape=(Oval w=455 h=472) paints=[(Solid 0x80C4C4C4)] transform=(-134 -212) bounds=(x=-134 y=-212 w=455 h=472)
```

### 5.    Copied Rendering Idiosyncrasies (Bugs) Are Unlawfully Appropriated

88.    The Figma Platform's rendering code contains various bugs and idiosyncrasies; the Motiff product replicates many of these same bugs and idiosyncrasies.  I have identified below a non-exhaustive list of bugs and idiosyncrasies that are present in the Figma Platform and reproduced in the Motiff Product.

89.    In my experience, it is highly unlikely that independently developed products would experience the same bugs, let alone so many.  Nor do I find it likely that such esoteric bugs would be identified if like-for-like replication was intentional during independent development.

90.    As discussed above, bugs are inherently expressive elements.  Idiosyncrasies are similarly expressive, and as idiosyncrasies, are not the typical means of expression of an idea. Replication of so many bugs demonstrates substantial copying of non-literal elements of the Figma Platform that are each objectively similar expressive elements.

91.    The replication of so many bugs also indicates copying of substantial portions of Figma's rendering source code and suggests copying extends to expressive elements that would be objectively similar.  Confirming the extent of copying and dissecting the objective similarities expression requires comparing the source code, but if not, the Motiff product's rendering source code almost undoubtedly derives from the Figma Platform's rendering source or object code.

i.      **Copied outside stroke error (or "bullseye bug")**

92.    The Figma Platform displays an unintended error when rendering an outside stroke, *i.e.*, an outside border.  For example, when applying an outside stroke with a width of 200 pixels to a 100-pixel diameter red circle, a "bullseye" will appear with an unintended gap between the red circle and the outside stroke as shown below.  The Motiff product has the same the error.

93.    The rendering logic involved that would give rise to this bug means it is unlikely this error arises due to a bug in underlying libraries.  The replication indicates copying of the non-literal expression and suggests copying of the Figma Platform's rendering source code.

          

Figma                                    Motiff

ii.     **Copied offset path error**

94.    The Figma Platform can display another stroke-rendering bug when displaying certain offset paths, *i.e.*, curve segments, that should be smooth and continuous, as shown below. The Motiff product has the same exact error.

95.    The rendering logic involved that would give rise to this bug means it is unlikely this error arises due to a bug in underlying libraries.  The replication indicates copying of the non-literal expression and suggests copying of the Figma Platform's rendering source code.

          

Figma                                    Motiff

### iii.    Copied curved stroke-end error

96.    The Figma Platform can display another unintended error when the user creates a curved stroke with a final segment shorter than the stroke width.  Specifically, if the stroke has three points slightly out of line, the rendered stroke will unexpectedly omit a semicircle where the stroke segments overlap, as shown below.  The Motiff product has the same exact error.

97.    The rendering logic involved that would give rise to this bug means it is unlikely this error arises due to a bug in underlying libraries.  The replication indicates copying of the non-literal expression and suggests copying of the Figma Platform's rendering source code.

    

Figma                                                          Motiff

### iv.    Copied drop shadow error

98.    When rendering a drop shadow that has been applied to an object with a gradient within a frame, the Figma Platform will display an unintuitive behavior upon swapping the frame's direction: the gradient flips, but the drop shadow does not.  Both elements give the impression of a light source.  The Motiff product displays the same unintuitive behavior.

99.    A design choice leads to this behavior.  The replication indicates copying of the non-literal expression and suggests copying of the Figma Platform's rendering source code.

    

Figma                                                          Motiff

### v.    Copied red heart emoji error

100.    When rendering a red heart emoji (❤), the Figma Platform will display another

1    unintended error—a flat black heart (♥), shown below.  The Motiff product has the same error.

2        101.    The rendering logic involved that would give rise to this bug means it is unlikely

3    this error arises due to a bug in underlying libraries.  The replication indicates copying of the non-

4    literal expression and suggests copying of the Figma Platform's rendering source code.

    

            Figma                               Motiff

            **vi.    Copied dash line idiosyncrasies**

10       102.    When rendering certain dashed lines (*e.g.*, with dashes specified as 30 pixels in

11   length), the Figma Platform will display a unique design idiosyncrasy: in certain scenarios, the

12   dashes will appear substantially shorter than defined, as shown below.  The dashed-border of the

13   unfilled rectangles specify 30-pixel dashes.  The red rectangle shows the expected 30-pixel dash

14   length, but the rendered dashes come up short.  The Motiff product has the same idiosyncrasy.

15       103.    The corners also have a specific shape differing from typical web standards, such

16   as corners rendered from HTML/CSS.  The Motiff product has the same idiosyncrasy.

17       104.    A specific and intentional design choice leads to this idiosyncrasy.  The replication

18   indicates copying of the non-literal expression and suggests copying of the Figma Platform's

19   rendering source code.

    

            Figma                               Motiff

            **vii.    Copied line node to vector node conversion**

27       105.    When converting a line node to a vector node, the Figma Platform will erroneously

28   shift the vector node to a half-pixel position.  Although often unnoticed, the shift is undesirable:

the conversion should not affect the image. The Motiff product has the same error.

106. The replication indicates copying of the non-literal expression and suggests copying of the Figma Platform's rendering source code.

### viii.    Copied SVG export rendering error

107. When exporting certain images to the SVG file format from the Figma Platform, certain transparencies render inappropriately. The centered image, as shown in Figma Design, renders with a transparent top layer when exported. The Motiff product produces the same error.



Figma's Export                    Motiff's Export

108. Based on my review, this arises due to a design choice. The replication indicates copying of the non-literal expression and suggests copying of the Figma Platform's SVG export source code.

### 6.    Copied Paid Features Access Bug Indicates Unlawful Appropriation

109. The Motiff product reproduces an undisclosed bug in Figma Design's API calls that allows free users to bypass limitations against accessing certain paid features. In my experience, it is inconceivable that an independently developed product would have the same bug. The potential implications vastly differ from esoteric rendering oddities. Its replication indicates blatant copying of the Figma Platform's source code.

### 7.    Objectively Similar Interface Elements Indicate Copying

110. The Figma Platform's GUI and the Motiff product's GUI share a vast number of similarities. The Motiff Product copies the Figma Platform's introductory onboarding messages,

warning messages, error messages, images, icons, layouts, toggles, visual style, and options, among other things.  Copying is so extensive that the Motiff product's GUI is virtually identical to Figma Design's GUI.  The similarities cannot be explained away as merely standard aspects of GUIs; many of the copied elements are expressive and distinct from common GUI conventions used by alternative design tools.  The copying includes numerous expressive elements that are objectively similar.

### i.    Copied Toolbar Menus and Iconography

111.    The Figma Platform and the Motiff product have similar toolbars with menu iconography denoting similar functions.  Other than the menu bar's color (substituting white for black) and the substitution of a common triple bar menu (also referred to as a "hamburger") icon for the Figma logo denoting the main menu, the set is virtually identical.

112.    For the left-hand side of the top menu bar, shown below, the duplicated tools have identical functions and use virtually identical iconography—depicting the same shapes or objects, all represented as outlines, and with similar orientations and proportions.  The same downwards chevron signifies a dropdown.  Each dropdown contains further tools that share similar icons.



Figma                                                                                Motiff

113.    From left to right, the similar icons group similar tools that use the same shortcut key bindings.  The Figma logo or a default hamburger accesses the main menu.  The arrowhead outline, oriented to the upper left, accesses a drop down for the move (key bind: V) and scale (K) tools, each with the similar outline-based icons.  The squared octothorpe (or hash) accesses the frame (F) and slide tools (S).  The outline of a rectangle accesses tools for different shapes, including a rectangle (R), line, (L), arrow (Shift-L), ellipse (O), polygon (no key bind), star (no key bind), and an image tool (Ctrl-Shift-K).  The pen tools (P) are both denoted with an outline of a fountain pen nib.  (Figma's additional pencil tool, accessible via dropdown from the pen tool is absent in the Motiff product.)  The text tool (T) is denoted with a T character.  The Motiff product omits a contextual menu present in Figma that is represented by two squares, a diamond, and a plus sign.  The hand tool (H) is denoted with an outline of a hand with the thumb pointing left.

1    The comment tool (C) is denoted by speech bubble, oriented up and to the right from the

2    imagined speaker.  The Motiff product's menus continue with a dedicated puzzle piece icon for

3    plugins and a dedicated AI tool that offer similar functionality to Figma's contextual menu.

4         114.    The icons, menu groupings, order, and key bindings differ from common patterns

5    for graphic design software.  For example, the industry standard typically uses a mouse pointer,

6    instead of an arrowhead, to group the select and pan function together instead of grouping pan

7    and zoom.  The industry standard uses a separate magnifying glass for zoom.

8         115.    The similarities in the choice of icons, the icons art style, the menu groupings,

9    order, and key bindings are all expressive elements that are objectively similar.

10        116.    The right-hand side of the top menu bar also has duplicated tools, as shown below.

11   From left to right, the right-hand side of the top menu bar contains the active users tool, a share

12   button, a toggle for Dev Mode, a presenting tool, and zoom menu.  Dev Mode, operating as a

13   distinct mode for the interface of editor, is available via toggles.  The toggles use the same icon

14   and visual styling as a sliding toggle.  The Motiff products menu bar omits a library tool from the

15   top menu bar.

16        117.    Users and share functions are commonly present in the top right of a web

17   application's menu bar, but Dev Mode operates as as a distinct mode.  Using an entirely distinct

18   mode for the interface is unusual for web applications or graphic design software.  Nor is the slide

19   toggle's design with a glyph indicating "code" a standard expression for an option in web app

20   menus or toolbars.  The Dev Mode interface and toggle are objectively similar expressive

21   elements that indicate copying.



Figma                                                              Motiff

### ii.    Copied error panes

26        118.    The Figma Platform and the Motiff product have virtually identical error panes.

27   The "Export disabled" error pane only differs in the background color and the alert icon, as

28   shown below.  Other examples of virtually identical error messages include those that appear

1   when attempting prototyping connections (*i.e.*, to create a mockup of how an interface functions,

2   connecting a button with a new pane it leads to) without having at least two items to connect, and

3   notifications related to network interrupts and fonts.  The error messages, and their placements in

4   the context of the interface, are all objectively similar expressive elements that indicate copying.

 

Figma                                                    Motiff

**iii.     Copied setup and onboarding panes**

13  119.    The Figma Platform and the Motiff product have virtually identical setup and

14  onboarding instruction panes.  An example is the library onboarding pane, shown below.  The

15  instructions are in the same order and use virtually identical icons.  Additional examples include

16  moving files to a team to publish assets, multiplayer onboarding, and team library onboarding.

17  These panes and their content are closely tied to features of the Figma Platform, rather than

18  standard expressions commonly used in user interfaces.  The messages, including the icons,

19  shared text, arrangement on the pane, and links (other than the blue color, standard for a link) are

20  objectively similar expressive elements that indicate copying.

 

Figma                                                    Motiff

#### iv. Copied interface elements

120.    The Figma Platform and the Motiff product share stylings of dozens of interface elements.  One example, shown below, is how margins are displayed upon hovering.  Both show pixel values in orange boxes with white numbers upon a mouse hover.  The design, including the placement, choice of color, the match between the color of the measurement value indicator and the line indicating the specific distance measured, differs from typical expression.  Additional examples include icon detection, toggles, and library update notifications.  The shared designs are objectively similar expressive elements that indicate copying.

    

Figma                                               Motiff

#### v. Copied multi-step user workflows

121.    The Figma Platform and the Motiff product share numerous multi-step guided workflows and their specific panes.  The color profile settings workflow panes, shown below, share a common layout, options, messages, and visual style, including the choice and coloring of buttons (including their selected/unselected indicators).  The second pane includes the same notification when appropriate (using the same text "Some colors might be clipped.  Learn More") in the same way.  The only difference is which option is on top or bottom.

    

1

Figma                                    Motiff

2
First Pane



15

Figma                                    Motiff

16
Second Pane (Alternatives)

122.    Additional examples include workflows for syncing offline changes, multiplayer onboarding (using the same name for real-time collaboration typically associated with gaming), various library operations, and handling missing fonts.  The shared workflows and each step-for-step alike set of panes are objectively similar expressive elements that indicate copying.

### vi.    Copied content editing panes

123.    The Figma Platform and the Motiff product share numerous content editing panes. I show two example that appear in the identically named Dev Mode below: the Selected Text Pane and Selected Frame Pane.  Additional examples include the Fill Rule editor plugin panes, the "Skew Dat" plugin panes, and scroll behavior editing panes.

124.    The panes share the same layout, visual style (including the same orange measurement indicators discussed above), means of indicating different content areas through

Singh Decl. ISO Preliminary Injunction
Case No. 3:24-cv-06507-JD

26

differing background colors, the choice of that color, and property groupings names.  Much of the design, including the placement, content labels, choice of colors, and measurement value indicators, differ from typical expression of similar editing panes.  The design elements discussed are all objectively similar expressive elements that indicate copying.

   

Figma                                        Motiff

Selected Text Pane (Dev Mode)




Figma                                                Motiff

Selected Frame Pane (Dev Mode)

### i.    Copied overall GUI design

125.    The Figma Platform and the Motiff product's GUIs, shown below, share a virtually identical overall layout.  The GUIs share the arrangement of: (1) the top menu bar (with similarities including those between the left and right sections discussed above in ¶¶ 111-17); (2) left content listing pane (offering the same layers and assets viewers that include searching); (3) right content editing panes (with exemplary similarities discussed above in ¶¶ 123-24); (4) central canvas; and (5) circular help button bearing a question mark and floating bottom right.

126.    The Figma Platform and the Motiff product's GUIs also share similar overall color schemes and visual identities (apart from the menu bar color).  The default canvas color, before any configuration by the user, only differs by a slight difference in shade.  Differences in the inclusion of certain menu bar items does not impact the visual styling.  Considering the trend for application interfaces to adopt a light or dark color scheme consistent with overall system settings (that does not currently impact the menu bar colors here), in my opinion, the two interfaces are virtually identical.



Figma                                    Motiff

### ii.    Differences from other design editor GUIs

127.    The Figma Platform's editor GUI is distinct from other editor GUIs.  The copied Motiff GUI is far more similar to the Figma Platform GUI than either are to these other editors. Images from other design software programs including Sketch's and Adobe XD's GUIs, from documentation available on their websites and exhibited as Exhibits ("Exs.") 1 and 2, are shown below.



Sketch                                    Adobe XD

128.    Although all four GUIs share the basic structure of elements arranged around a canvas on the left, right, and top, the organization, structure, and content of each toolbar or pane differs from the Motiff GUI and the Figma Platform's GUI it copies.  In the Sketch GUI, the left-hand pane orients the GUI, with the top bar extending from the edge of the left-hand pane instead of running across the entire top.  In Adobe XD, users can find tool selection options in the left-hand bar instead of across the top like the Figma Platform's GUI.

129.     Sketch's and Adobe XD's tool selections themselves also differ from the Figma Platform's tool selections.  For example, Sketch labels each tool selection with a text description.  Adobe XD presents more tools on the toolbar itself, instead of using drop-downs to group tools.

130.     The right-hand panes all show properties of selected design elements, but Sketch, Adobe XD, and the Figma Platform GUI all present them in a different way.  They use different iconography and use different organization and grouping of properties.

131.     There are further differences arising from the difference in distribution method (*i.e.*, web-app vs. native application), including Adobe XD's use of the system menu bar, but these differences are at least partly a function of the distribution method.  Excluding them to only consider the other expressive design elements provides a useful benchmark for the purposes of objective comparison between the Motiff and Figma Design GUIs.

**B.     Documentation Similarities Indicate Copying and Satisfy the Extrinsic Test**

132.     Certain articles from Figma's Help Center are copyrighted, bearing U.S. Copyright Registrations TXu002443057, TXu002443868, and TXu002443873.  These registrations include all the articles from the Figma Help Center I consider below.

133.     The Motiff product's documentation contains numerous similarities with the Figma's Help Center documentation.  For example, I compare the first topic from the articles for managing color profiles below.  The full articles are included as Exs. 3 and 4.

134.     The header for the first paragraph is the same, apart from substituting a reference to Motiff for "design files."  The first sentence is almost identical, apart from the substitution of "leading" for "which can lead."  The second sentence discusses the same "team" growth issue's relationship with "inconsisten[t]" colors.  The four bullets address the exact same features available for addressing this problem, in the same order.

135.     Further headers in the articles are, in the same order:

- "Supported color profiles," identical;

- "Choose your preferred color profile," identical;

- "Change the color profile of a file" and "Change color profile," similar, with subheadings:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- "Keep color values (Assign)" and "Keep color values," similar; and

- "Keep appearance (Convert)," identical;

- "Undo a color profile change" and "Undo changes to the color profile," similar;

- "Assign a color profile to a legacy file," omitted from the Motiff article; and

- "Export assets," identical.



**Manage color profiles in design files**

**Who can use this feature**

Available on all plans

Available in Figma Design in the browser and on the desktop app

Requires can edit permission to the file

Different displays use different technologies to render color, which can lead to visual inconsistencies between the different devices, monitors, browsers, and applications. As a team grows, inconsistencies can also grow.

With color management in Figma, you can:

- Maintain color consistency even if teammates have different displays
- Choose your preferred color profile for all newly created design files
- Change colors in a file from one color profile to another
- Export assets to a specific color profile

Figma



**Manage color profiles in Motiff**

Different displays use different technologies to render color, leading to visual inconsistencies between different devices, monitors, browsers, and applications. As the team size increases, inconsistency issue becomes more and more obvious.

With the color management in Motiff, you can perform the following actions:

- Maintain color consistency even if team members have different displays.
- Set a color profile for newly created files.
- Change the color profile of a file.
- Export the same design content as the color profile.

Motiff

136.    The text and bullets in each heading are, like the first, highly similar.  Instructions

1  are highly similar, reflecting virtually identical interface design discussed above in ¶¶ 125-26 and

2  further cross-references therein.  Descriptions of the effects are also highly similar, reflecting the

3  inclusion of the same features and mechanics.  The differences amount to no more than

4  paraphrasing of individual phrases, like those discussed above in ¶ 134-35, above, and ¶ 137,

5  below.

6       137.    Exemplary sentences from the "Keep appearance (Convert)" section show the type

7  of similarities between the Figma Help Center article's and the Motiff Help Center's sentences:

8       "When you convert a file to a different color profile, *the **colors'** underlying data* changes,
        but will look the same or as similar as possible" (Figma, emphasis added)

9

10      "When you convert a file to a different color profile, *the underlying data **of the color***
        changes, but will look the same or as similar as possible." (Motiff, emphasis added)

11

12      138.    Further examples of articles with similar copying of expressive elements include

13  articles documenting: corner radius smoothing, Exs. 5-6; colors generally, Exs. 7-8; smart

14  selections, Exs. 9-10; image loading, Exs. 11-12; offline use, Exs. 13-14; browser configuration,

15  Exs. 15-16; user management, Exs. 17-18; subscription management, Exs. 19-20; guides for Dev

16  Mode, Exs. 21-23, code snippets, Exs. 24-25, navigation, Exs. 26-27; prototypes, Exs. 28-29;

17  library descriptions, Exs. 30-31; swapping components, Exs. 32-33; shadows and blurs, Exs. 34-

18  35; and text properties, Exs. 36-37.

19      139.    The similarities in all these articles indicate substantial copying.  The formatting,

20  structure, and organization of elements, including article topics, headings, paragraphs, bullets, and

21  substantial portions of individual sentences, are all objectively expressive elements that indicate

22  copying. Typically, only individual phrases differ through paraphrasing.  These elements are all

23  complex enough not to be the only ways to express the article's information.

24      **C.    The Motiff Entities Make Reproductions in the United States**

25      140.    The Motiff entities host materials on servers in the United States.  Developer tools

26  enable an advanced user to monitor the communications between a web app client and the

27  external servers.  The Motiff product's client code connects to a variety of web servers to send

28  and receive content, including aspects of the program code.

1      141.   Software developer's tools allow for monitoring the hostnames and the IP

2   addresses of a program's network connections.  Various databases are available that report

3   information about IP addresses, including, *e.g.*, the internet service provider and the geographic

4   location associated with an IP address.  (And network monitoring tools can often retrieve this

5   information automatically.)

6      142.   The Motiff client connects to servers associated with Amazon CloudFront.

7   CloudFront is a content delivery service that uses proxy servers to cache web application content

8   near a user's location.  Local connections have less latency (facilitating more responsive web

9   applications and collaboration) in the same way long distance calling was traditionally more

10  expensive.  The Motiff client connects to CloudFront servers in the United States.

11     143.   The Motiff client also connects to `api.motiff.com` and `motiff.com`, at an

12  IP address associated with the ISP Amazon Technologies Inc.'s datacenter in Ashburn, Virginia.

13     144.   The Motiff client further connects to `clog.yuanfudao.com`, at an IP address

14  associated with the ISP Aliyun Computing Co. Ltd.'s datacenter in Beijing, China.

1

2          I declare under penalty of perjury under the laws of the United States of America that the

3   foregoing is true and correct.

4          Executed on January 17, 2025 in Delhi, India.

5

6                                                              _____

7                                                              Karan Singh, Ph.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **ATTESTATION OF E-FILED SIGNATURE**

2        I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this

3    Declaration of Karan Singh, Ph.D., i in Support of Figma's Preliminary Injunction Motion.  In

4    compliance with Civil L.R. 5-1(i)(3), I hereby attest that Karan Singh, Ph.D.,  has concurred in

5    this filing.

6

7        Dated: January 23, 2025                      /s/ Richard S.J. Hung

8                                                     Richard S.J. Hung

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# APPENDIX A

**Karan Sher Singh**

*University*
40 St. George St.,
Dept. of Computer Science, Univ. of Toronto,
Toronto, ON M5S 2E4 CANADA
email: karan@dgp.toronto.edu
www: http://www.dgp.toronto.edu/~karan

*Home*
889 Carlaw Ave.
Toronto, ON M4K 3L4
CANADA
phone: (416) 419-8455

**Bio and Career Highlights**

Karan Singh is an expert in Computer Graphics and Human Computer Interaction, and a Professor in Computer Science (since 2002) at the University of Toronto. Born and raised in India, he has lived and worked in many parts of the world including Canada, China, France, India, Japan, New Zealand, Singapore, and U.S.A. He holds a BTech. (1991), MS (1992), and PhD (1995) in Computer Science and Engineering. His research interests lie at the intersection of art, Artificial Intelligence (AI), Computer Graphics (CG) and Human Computer Interaction (HCI): spanning interactive modeling and animation, visual perception, visualization, sketch/touch and interfaces for the web and Augmented/Virtual Reality. Karan has been a development lead on the technical Oscar (2003) winning modeling and animation system *Maya*. He has co-founded multiple companies including sketch2/FindSpace (acquired by MRI Software 2021), JanusVR, conceptualiz, and JALI Research, and supervised the design and research of critically acclaimed research systems ILoveSketch, MeshMixer (acquired by Autodesk in 2011), and FlatFab. Karan co-directs a globally reputed graphics and HCI lab, DGP, has over 150 peer-reviewed publications, and has supervised over 50 MS/PhD/ postdoctoral students. He was the R&D Director for the 2005 Oscar winning animated short film *Ryan* and has had an exhibition of electronic art titled Labyrinths. He was awarded a University of Toronto President's Impact Award in 2018 for contributions in computer graphics, design and animation, and an IIT-Madras Distinguished Alumni Award in 2024. His research on audio-driven facial animation *JALI*, has been used to animate speech for characters in major AAA games like *Cyberpunk 2077* and *Call of Duty: Modern Warfare2*. His work on anatomically animated faces *Animatomy*, was one of the important technical advances in the film *Avatar: the way of water*, for which it was awarded the Oscar for the best Visual Effects 2023. He is an affiliate of the BMO lab for creative research in Art and Performance, the Vector Institute for AI, and has recently taken over leadership of the School of Cities India to focus on urban problems relating to people and our planet.

**Degrees**

- Ph.D., *Computer and Information Science*. Ohio State University.                    12/92-10/95
  *Thesis*: Realistic Human figure Synthesis and Animation for VR applications.
- M.S., *Computer and Information Science.* Ohio State University.          09/91-11/92
- B.Tech., *Computer Science and Engineering*. IIT Madras, India.          08/87-07/91

**Employment**

- Jul 2002- present: *Professor*, Computer Science, University of Toronto, Canada.
- Jan 2024 - present: *Associate Director*, School of Cities India, University of Toronto, Canada.
- Jan 2020-present: *Academic researcher*, Weta Digital  https://www.wetafx.co.nz
- Jul 2017-present: *Co-Founder*, JALI Inc. www.jaliresearch.com
- Dec 2014-2020: *Co-Founder*, JanusVR www.janusvr.com (open source)
- Jul 2014-2018: *Co-Founder,* FlatFab www.flatfab.com (open source)
- Jan 2006- May 2021: *Co-Founder*, Sketch2, (acquired by MRI software).
- Jun 1999- Jun 2001: *Technical Lead*, Paraform Inc., Santa Jose, CA.
- Dec 1995- Jan.1999: *Graphics Researcher,* Alias Inc., Toronto, Canada.
- Jan 1994- Dec 1994: *Invited researcher*, Communication Systems Research Labs, Advanced Telecommunications Research (ATR), Kyoto, Japan.
- Apr 1994- Nov 1994: *Bartender*, Taberuna Matano, Nara, Japan.

**Visiting Professorships**

- Winter 2020, Victoria University, New Zealand.
- Winter 2013, NUS Singapore.
- Summer 2011, INRIA Rhone-Alpes.
- Summer 2009, INRIA Sophiantipolis.
- Aug. 2008 – March 2009, Computer Science, Indian Inst. of Tech. (IIT) Delhi.
- Summer 2008, Microsoft Research, Beijing.
- Winter 2007, Computer Science, University of Pennsylvania.
- Summer 2005, Computer Science, University of Texas, Austin.
- Feb.1999- May 1999: Computer Science, University of Otago, New Zealand.
- Summer 1989-1993: *Student, Counselor, Instructor,* The Ross Program (Number Theory & Combinatorics).

**Selected Honours and awards**

- *IIT Madras Distinguished Alumni Award*, 2024. https://acr.iitm.ac.in/latestdaas/prof-karan-sher-singh/
- ***Avatar: the way of water,*** Oscar VFX, 2023 (Facial animation R+D).
- *University of Toronto, President's Impact Award, 2018*
  https://research.utoronto.ca/honours-awards/presidents-impact-award-academy
- *Canadian Human Computer Communications Society*, *Lifetime Achievement Award*, May 2019.
  http://graphicsinterface.org/awards/chccs-scdhm-achievement/karan-singh/
- *University of Toronto Inventor of the year Award 2015.*
- *MITACS* 2008-2009 Mentorship Award of Excellence.
- *Indo-Canada Chamber of Commerce* (Technology Award), 2008.
- ***Ryan.*** (Software R&D Director)  **Oscar** (Best Animated Short) 2005, *Cannes* 2004, Kodak Discovery, Young Critic's Prize, Canal+ Best Film, *SIGGRAPH* 2004, Los Angeles, CA, Electronic Theater, Jury Prize, *Annecey* International Film Festival 2004, Jury Award, *Prix Arts Electronica* 2004, Golden Nica,  *Ottawa* animation festival, Grand Prize, *Genie* (Best Canadian Animation) 2005.
- ***Maya 1.0, 1998.*** **(Technical Oscar 2003,** only 38 such awards since 1930) for R&D work on character and facial animation tools that is now the de facto commercial standard in modeling and animation.

**Litigation Consulting** (testifying expert)

- Maxell (Mayer Brown, No. 5:23-cv-00092-RWS).
- Align (Bartlit Beck, C.A. No. 6:20-cv-00979).
- Align (Bartlit Beck, C.A. No. 18-886-LPS).
- Align (Paul Hastings, C.A. No. 17-1647-LPS, C.A. No. 18-886-LPS).
- Apple (Gibson Dunn NDCAL 12-cv-00630-LHK).
- Apple (Morrison Foerster ITC 337-TA-796, NDCAL Case No. 11-cv-01846 LHK).
- PARTEQ Research and Development (Susman Godfrey No. 2:I4-cv-53 E.D. Tex.).
- Leapfrog (Morrison Foerster C.A. No. 14-261-RGA).

**Selected Patents (25 in total)**

1. System and method for generation of an interactive color workspace M Shugrina, W Zhang, F Chevalier, S Fidler, K Singh, US Patent 11,263,791, 2022.
2. System and method for animated lip synchronization P Edwards, C Landreth, E Fiume, K Singh, US Patent 10,839,825, 2020.
3. Method and system for linking a first virtual reality (VR) immersive space with a second VR immersive space. James McCrae, Karan Singh. (US pat. 10,593,105, 2020).
4. Interactive labyrinth curve generation and applications H. Pedersen, K. Singh (US pat. no. 7928983), 2006.
5. Method and apparatus for geometric model deformation using wires K. Singh (U.S. patent no. 6,204,860) 1999.

**Selected Keynotes, Invited Lectures and Colloquia** ACM Distinguished Speaker 2017-2020

- *Expressive Facial Modeling and Animation.* Keynote: ACM Symposium on Computer Animation SCA, Aug. 2024.
- *High performance Interfaces for Modeling and Animation* Keynote: (ACM/EG High Performance Graphics 21)
- *Expressive Facial Modeling and Animation.* Keynote: ACM Motion in Games, Nov. 2019.
- *...On Creative Visual Communication.* Keynote, SIBGRAPI, SIBGAMES 2018.
- *The immersive internet:* colloquium *VRTO, LSI 2017, SIGGRAPH 2017, SIGGRAPH asia 2017.*
- *Making Faces.* Distinguished Lecture: Animafest Zagreb, June 13, 2015.
- *The future of internet interaction.* Meet the Media Guru, Future ways of living, Milan, June 11, 2015.
- *Perception, Drawing and Interactive Modeling.* College de France June 8, 2015. *http://www.college-de-france.fr/site/marie-paule-cani/symposium-2015-06-08-11h45.htm*
- *Psychorealism, anatomy and animation,* Chinese International film festival, Hangzhou April 2007.
- *Art and science of computational anatomic modeling,* Ontario Science Center, Nov. 2005.
- *Labyrinths and Mazes,* INRIA Grenoble June 2005, Ross Program 2005.

**Selected Publications (last 10 years, 150+ in total)** http://www.dgp.toronto.edu/~karan/pubs.htm

- [PAS24] $S^3$: *Speech, Script and Scene driven Head and Eye Animation,* Y. Pan, R. Agrawal, K. Singh, *ACM Transactions on Graphics (TOG), presented at SIGGRAPH 2024* (12 pages).
- [Y+24] *3D-Layers: Bringing Layer-Based Color Editing to VR Painting.* E. Yu, F. Chevalier, K. Singh, A. Bousseau. *ACM Transactions on Graphics (TOG), presented at SIGGRAPH 2024* (15 pages).
- [N+24] *Surface-Filling Curve Flows via Implicit Medial Axes.* Y. Noma, S. Sellan, N. Sharp, K. Singh, A. Jacobson. *ACM Transactions on Graphics (TOG), presented at SIGGRAPH 2024* (11 pages).
- [P+24] *Diffusion Handles: Enabling 3D Edits for Diffusion Models by Lifting Activations to 3D.* K Pandey, P Guerrero, M Gadelha, Y Hold-Geoffroy, K. Singh, N. Mitra. *Highlight IEEE CVPR 2024.* (13 pages)
- [Y+24ii] *ProInterAR: A Visual Programming Platform for Creating Immersive AR Interactions.* H. Ye, J. Leng, P. Xu, K. Singh, H. Fu, *ACM CHI 2024* (15 pages).
- [F+23] *MAGIC: Manipulating Avatars and Gestures to Improve Remote Collaboration.* Catarina Fidalgo, Mauricio Sousa, Daniel Mendes, Rafael dos Anjos, Daniel Medeiros, Karan Singh, and Joaquim Jorge. *IEEE Conference on Virtual Reality and 3D User Interfaces (IEEE VR), 2023.*
- [PCS23] *Juxtaform: interactive visual summarization for exploratory shape design,* K. Pandey, F. Chevalier, K Singh. *ACM Transactions on Graphics (TOG), to be presented at SIGGRAPH 2023* (14 pages).
- [C+22] *Animatomy: an Animator-centric, Anatomically Inspired System for 3D Facial Modeling, Animation and Transfer.* B. Choi, H. Eom, B. Mouscadet, S. Cullingford, K. Ma, S. Gassel, S. Kim, A. Moffat, M. Maier, M. Revelant, J. Letteri, K. Singh. *ACM Transactions on Graphics (TOG), presented at SIGGRAPH Asia 2022* (9+14 pages).
- [P+22] *Animatomy: an Animator-centric, Anatomically Inspired System for 3D Facial Modeling, Animation and Transfer* Y. Pan, C. Landreth, E. Fiume, K. Singh. *ACM Transactions on Graphics (TOG), presented at SIGGRAPH Asia 2022* (9 pages).
- [PBS22] *Face Extrusion Quadmeshes.* K. Pandey, J Baerentzen, K Singh. *ACM Transactions on Graphics (TOG), presented at SIGGRAPH 2022* (9 pages).
- [Y+22] *Piecewise-Smooth Surface Fitting onto Unstructured 3D Sketches.* E Yu, R Arora, J Baerentzen, K Singh, A Bousseau *ACM Transactions on Graphics (TOG), presented at SIGGRAPH 2022* (17 pages).
- [CSG21] *PosterChild: Blend-Aware Artistic Posterization.* CKT Chao, K Singh, Y Gingold. Computer Graphics Forum 40 (4), 87-99. (13 pages).
- [AS21] *Mid-Air Drawing of Curves on 3D Surfaces in Virtual Reality.* R. Arora and K. Singh. *ACM Transactions on Graphics (TOG), presented at SIGGRAPH 2021* (17 pages).
- [KS21] *Optimizing UI Layouts for Deformable Face-Rig Manipulation.* J. Kim and K. Singh. *ACM Transactions on Graphics (TOG), SIGGRAPH 2021* (12 pages).
- [A+21] *Interactive Modelling of Volumetric Musculoskeletal Anatomy.* R. Abdrashitov, S. Bang, D. Levin, A. Jacobson, K. Singh. *ACM Transactions on Graphics (TOG), SIGGRAPH 2021* (13 pages).
- [K+21] *Levitating Rigid Objects with Hidden Rods and Wires.* S. Kushner, R. Ulinski, K. Singh, D. Levin, A. Jacobson, *Computer Graphics Forum CGF, Eurographics 2021.* R. (12 pages).
- [B+21] *Space, Time, and Choice: A Unified Approach to Flexible Personal Scheduling.* V Bilbily, E Huynh, K Singh,

F Chevalier. The 34th Annual ACM Symposium on User Interface Software and Technology, ACM UIST, 484-497 (14 pages).

- [DSG21] *SurgeonAssist-Net: Towards Context-Aware Head-Mounted Display-Based Augmented Reality for Surgical Guidance*. M Doughty, K Singh, NR Ghugre. International Conference on Medical Image Computing and Computer-Assisted Intervention (ACM MICCAI 21). (11 pages).
- [Y+21] *CASSIE: Curve and Surface Sketching in Immersive Environments*. E Yu, R Arora, T Stanko, J Baerentzen, K Singh, A Bousseau. In Proceedings of the CHI Conference on Human Factors in Computing Systems (ACM CHI 2021) (14 pages).
- [PCS21] *Color by Numbers: Interactive Structuring and Vectorization of Sketch Imagery*. A.D. Parakkat, M.P. Cani, K. Singh. In Proceedings of the CHI Conference on Human Factors in Computing Systems (ACM CHI 2021) (11 pages).
- [X+20] *RigNet: Neural Rigging for Articulated Characters*. Z Xu, Y Zhou, E Kalogerakis, C Landreth, K Singh. *ACM Transactions on Graphics 2020 (SIGGRAPH)* (14 pages).
- [S+20] *Nonlinear Color Triads for Approximation, Learning, and Direct Manipulation of Color Distributions*. M. Shugrina, A. Kar, S. Fidler, K. Singh. *ACM Transactions on Graphics 2020 (SIGGRAPH)* (14 pages).
- [ACS20] *Interactive Exploration and Refinement of Facial Expression using Manifold Learning*. R. Abdrashitov, F. Chevalier, K. Singh ACM UIST 2020. (10 pages).
- [BFS19] *Signifier-Based Immersive and Interactive 3D Modeling*. A Bærentzen, JR Frisvad, K Singh, 25th ACM Symposium on Virtual Reality Software and Technology, *(ACM VRST, 2019)*.
- [A+19] *MagicalHands: Mid-Air Hand Gestures for Animating in VR*. R Arora, RH Kazi, DM Kaufman, W Li, K Singh. *(ACM UIST 2019)* (10 pages).
- [X+19] Predicting Animation Skeletons for 3D Articulated Models via Volumetric Nets. Z Xu, Y Zhou, E Kalogerakis, K Singh. *2019 International Conference on 3D Vision (3DV)*. (10 pages).
- [A+19ii] *Volumetric Michell trusses for parametric design & fabrication* R Arora, A Jacobson, TR Langlois, Y Huang, C Mueller, W Matusik, W. Matusik, A. Shamir, K. Singh, D. Levin. Proceedings of the ACM Symposium on Computational Fabrication, *(ACM SCF 2019)* (13 pages).
- [S+19ii] *Creative Flow+ Dataset*. M. Shugrina, S. Fidler, K. Singh. Computer Vision and Pattern Recognition (IEEE CVPR) 2019.
- [S+19] *Color Builder: a Direct Manipulation Interface for Versatile Color Theme Authoring*. M. Shugrina, W. Zhang, F. Chevalier, S. Fidler, K. Singh. In Proceedings of the CHI Conference on Human Factors in Computing Systems (ACM CHI '19).
- [L+19] *HoloDoc: Enabling Mixed Reality Workspaces that Harness Physical and Digital Content*. Z. Li, M. Annett, K. Hinckley, K. Singh and D. Wigdor. In Proceedings of the CHI Conference on Human Factors in Computing Systems (ACM CHI '19).
- [AJS19] *A system for efficient 3D printed stop-motion face animation,* R. Abdrashitov, A. Jacobson, K. Singh. *ACM Transactions on Graphics 2019 (SIGGRAPH)* (12 pages).
- [X+18] *Model-Guided 3D Sketching*, P Xu, H Fu, Y Zheng, K Singh, H Huang, CL Tai, *IEEE Transactions on Visualization and Computer Graphics 2018.* (13 pages).
- [Z+18] *VisemeNet: Audio-Driven Animator-Centric Speech Animation*. Y. Zhou, C. Landreth, E. Kalogerakis, K. Singh. *ACM Transactions on Graphics 2018 (SIGGRAPH 2018)*.
- [A+18] *SymbiosisSketch: Combining 2D & 3D Sketching for Designing Detailed 3D Objects in Situ*. R. Arora, R. Habib, T. Grossman, K. Singh, and G. Fitzmaurice. Proceedings of the ACM SIGCHI Conference on Human Factors in Computing Systems 2018 (12 pages).
- [WS17] *Bend-a-rule: a fabrication-based workflow for 3D planar contour acquisition*. M. Wei, K. Singh. *Proceedings of ACM Syposium on Computational Fabrication SCF 2017,* (8 pages).
- [S+17] *Participatory Shelter Design for Displaced Populace: Reflections from a User Study*. S. Sabie, S. Easterbrook, C. Munteanu, K. Singh, O. St-Cyr, F. Hashim. HCI across Borders Symposium 2017. (7 pages)
- [A+17ii] *Experimental Evaluation of Sketching on Surfaces in VR*. R. Arora, R. Habib, F. Anderson, T. Grossman, K. Singh, and G. Fitzmaurice. Proceedings of the ACM SIGCHI C?mference on Human Factors in Computing Systems 2017 (12 pages).
- [A+17] *SketchSoup: Exploratory Ideation using Design Sketches*. R. Arora, I. Darolia, V. P. Namboodiri, K. Singh and A. Bousseau, *Computer Graphics Forum, CGF 2016* (11 pages).
- [E+16] *JALI: An Animator-Centric Viseme Model for Expressive Lip-Synchronization*. P. Edwards, C. Landreth, E. Fiume, K. Singh. *ACM Transactions on Graphics 2016* (SIGGRAPH 2016) (11 pages).

- [X+16] *Using Isophotes and Shadows to Interactively Model Normal and Height Fields*. Q Xu, S Liu, Y Gingold, K Singh. Computers & Graphics 2016 (13 pages).
- [WSK16] *Foreshortening produces errors in the perception of angles pictured as on the ground*. M Wnuczko, K Singh, JM Kennedy *Attention, Perception, & Psychophysics 78 (1), 309-316, 2016* (8 pages).
- [H+16ii] *Multi-Device Storyboards for Cinematic Narratives in VR*.  R. Henrikson, B. Araujo, F. Chevalier, K. Singh, R. Balakrishnan (ACM UIST 2016) (11 pages).
- [LS16] *Gestural Motion Editing using Mobile Devices*. N. Lockwood, K. Singh. (ACM Motion in Games 2016) (6 pages).
- [H+16] *Storeoboard: Sketching Stereoscopic Storyboards*. R. Henderson, B. Araujo, F. Chevalier, K.Singh, R. Balakrishnan. *Proceedings of the SIGCHI conference on Human Factors in computing systems* (CHI '16). (12 pages). [A+16] *Snake Charmer: Physically Enabling Virtual Objects*. B Araujo, R Jota, V Perumal, JX Yao, K Singh, D Wigdor. Proceedings of the TEI'16: Tenth International Conference on Tangible Embedded, and Embodied Interaction. (9 pages).
- [dPS15] *SecondSkin: Sketch-based Construction of Layered 3D Models*. C. de Paoli, K. Singh. *ACM Transactions on Graphics 2015* (SIGGRAPH 2015) (10 pages).
- [B+15] *Modeling Character Canvases from Cartoon Drawing*. M. Bessmeltsev, W. Chang, A. Sheffer, K. Singh. *ACM Transactions on Graphics 2015* (SIGGRAPH 2015) (14 pages).
- [C+15] *ColorBless: Augmenting Visual Information for Colorblind People with Binocular Luster Effect*. S. Chua, H. Zhang, M. Hammad, S. Zhao, S. Goyal, K. Singh. *ACM Transactions on Computer-Human Interaction (TOCHI), 21, 6 (January 2015), Article 32, (presented at CHI'15)* (20 pages)
- [XGS 15] *Inverse Toon Shading: Interactive Normal Field Modeling with Isophotes*. Q. Xu, Y. Gingold, K. Singh. SBIM, Expressive 2015 Best Paper Award.
- [X+14] *True2Form: 3D Curve Networks from 2D Sketches via Selective Regularization*. B. Xu, W. Chang, A. Sheffer, A. Bousseau, J. McCrae, K. Singh. *ACM Transactions on Graphics 2014 (presented at* SIGGRAPH 2014). (13 pages).
- [BAS14] *Interactive Shape Modeling using a Skeleton-Mesh Co-Representation*. A. Baerentzen, R. Abdrashitov, K. Singh. *ACM Transactions on Graphics 2014 (presented at* SIGGRAPH 2014). (10 pages).
- [SS14] *Flow complex based shape reconstruction from 3D curves*. B. Sadri, K. Singh. *ACM Transactions on Graphics 2014 (presented at* SIGGRAPH 2014). (15 pages).
- [X+14ii] *Zero-latency tapping: using hover information to predict touch locations and eliminate touchdown latency*. H. Xia, R. Jota, B. McCanny, Z. Yu, C. Forlines, K. Singh, and D. Wigdor. *Proceedings of the 2014 symposium on User Interface Software and Technology* (ACM UIST). (9 pages).
- [MUS14] *FlatFitFab: Interactive Modeling with Planar Sections*. J. McCrae, N. Umetani, K. Singh *Proceedings of the 2014 symposium on User Interface Software and Technology* (ACM UIST). (10 pages).
- [A+14] *Mosaic: Sketch-Based Interface for Creating Digital Decorative Mosaics*. R. Abdrashitov, E. Guy, J. Yao, K. Singh. *Expressive: Sketch-Based Interfaces and Modeling, 2014.* Best paper Award.
- [F+14] *LACES: Live Authoring Through Compositing and Editing of Video Stream*. D. Freeman, S. Santosa, F. Chevalier, R. Balakrishnan and K. Singh  *Proceedings of the SIGCHI conference on Human Factors in computing systems* (CHI '14). April 2014.

**Selected Teaching** (43 undergraduate courses, 16 graduate courses at U of Toronto)

- CSC 317 Computer Graphics.
- CSC 373 Algorithm Design, Analysis and Complexity.
- CSC 199 The Natural world and computer graphics.
- CSC 148 Introduction to Computer Science.
- CSC 490 Capstone Design Course: Stroke, touch and mobile interaction
- CSC 491 Capstone Design Course: Interactive Graphics.
- CSC 2529 Character Animation.
- CSC 2505 Geometric Modeling.
- CSC 2521 Topics in HCI/Graphics: Sketch interaction, perception and modeling.
- CSC 2521 Interactive 3D modeling for design and fabrication.
- CSC 2524 Topics in Interactive Computing AR/VR.
- CSC 2529 Facial animation.

# APPENDIX B

**Karan Singh, Ph.D.**
**Appendix B – List of Materials Considered[1]**

Software
- Figma Platform, available at http://www.figma.com
- Motiff, available at http://www.motiff.com

Documentation
- Portions of the Figma Help Center, available at http://help.figma.com
- Portions of the Motiff Help Center, available at https://www.motiff.com/help/docs
- Portions of the Skia Graphics Engine source code and documentation, available at https://skia.org
- Portions of the Sketch user interface documentation, available at https://sketch.com
- Portions of the Adobe XD user interface documentation, available at https://helpx.adobe.com

Copyright Registrations
- U.S. Copyright Registration TXu002441751
- U.S. Copyright Registration TXu002441752
- U.S. Copyright Registration TXu002441753
- U.S. Copyright Registration TXu002443057
- U.S. Copyright Registration TXu002443868
- U.S. Copyright Registration TXu002443873

Databases
- WHOIS lookups for IP addresses identified from Motiff product

Court Documents
- Figma's Complaint for Copyright Infringement and Breach of Contract, D.I. 1

Help Center Articles

| Motiff Help Center Article | Figma Help Center Article |
|---|---|
| Ex. 3, "Manage color profiles in Motiff \| Motiff Help Center"  https://motiff.com/help/docs/sections/64851546582028 | Ex. 4, "Manage color profiles in design files – Figma Learn - Help Center"  https://help.figma.com/hc/en-us/articles/360039825114-Manage-color-profiles-in-design-files |

---

[1] In addition to the materials listed below, I incorporate by reference all documents cited or discussed in my expert report.

| Motiff Help Center Article | Figma Help Center Article |
|---|---|
| Ex. 5, "Corner radius and smoothing \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/3771216 2769664 | Ex. 6, "Adjust corner radius and smoothing – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360050986854-Adjust-corner-radius-and-smoothing |
| Ex. 7, "Colors in Motiff \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/3771211 2438016 | Ex. 8, "Paints in Figma"<br><br>https://help.figma.com/hc/en-us/articles/360041003694-Paints-in-Figma |
| Ex. 9, "Smart selection \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/7393445 9432195 | Ex. 10, "Arrange layers with Smart selection – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360040450233-Arrange-layers-with-Smart-selection |
| Ex. 11, "Image loading and performance \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/7320738 9362440 | Ex. 12, "Image loading and performance – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360052988373-Image-loading-and-performance |
| Ex. 13, "Can I use Motiff offline? \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/8989844 6992641 | Ex. 14, "What can I do offline in Figma?"<br><br>https://help.figma.com/hc/en-us/articles/360040328553-What-can-I-do-offline-in-Figma |
| Ex. 15, "How do I configure my browser for Motiff? \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/9017151 7169926 | Ex. 16, "How do I configure my browser for Figma?"<br><br>https://help.figma.com/hc/en-us/articles/360039828614-How-do-I-configure-my-browser-for-Figma |

| Motiff Help Center Article | Figma Help Center Article |
|---|---|
| Ex. 17, "Members and guests of an organization \| Motiff Help Center"<br><br>https://motiff.com/help/docs/sections/101470896999680 | Ex. 18, "Get started with organizations – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360039957374-Get-started-with-organizations |
| Ex. 19, "Add, manage or renew subscriptions \| Motiff Help Center"<br><br>https://motiff.com/help/docs/sections/232982865729537 | Ex. 20, "Add, manage, or renew annual subscriptions – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360039829894-Add-manage-or-renew-annual-subscriptions |
| Ex. 21, "Guide to Dev Mode \| Motiff Help Center"<br><br>https://motiff.com/help/docs/sections/232648479013382 | Ex. 22, "What's new in Dev Mode? – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/20652568757399-What-s-new-in-Dev-Mode |
|  | Ex. 23, "Guide to Dev Mode – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/15023124644247-Guide-to-Dev-Mode |
| Ex. 24, "Use code snippets in Dev Mode \| Motiff Help Center"<br><br>https://motiff.com/help/docs/sections/232648479013124 | Ex. 25, "Use code snippets in Dev Mode – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/15023202277399-Use-code-snippets-in-Dev-Mode |
| Ex. 26, "Select layers in Dev Mode \| Motiff Help Center"<br><br>https://motiff.com/help/docs/sections/232648479013383 | Ex. 27, "Navigate designs in Dev Mode – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/15023152204951-Navigate-designs-in-Dev-Mode |

| Motiff Help Center Article | Figma Help Center Article |
|---|---|
| Ex. 28, "Present your prototypes \| Motiff Help Center"<br><br>https://motiff.com/help/docs/sections/232648479013125 | Ex. 29, "Play your prototypes – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360040318013-Play-your-prototypes |
| Ex. 30, "Add descriptions to libraries \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/232662391532032 | Ex. 31, "Add descriptions to styles, components, and variables – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/7938814091287-Add-descriptions-to-styles-components-and-variables |
| Ex. 32, "Swap component and instance \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/37712049523456 | Ex. 33, "Create and insert component instances – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360039150173-Create-and-insert-component-instances |
| Ex. 34, "Apply shadow and blur effects \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/37712158575360 | Ex. 35, "Apply shadow or blur effects – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360041488473-Apply-shadow-or-blur-effects |
| Ex. 36, "Text properties \| Motiff Help Center"<br><br>https://motiff.com/help/docs/articles/37712141798144 | Ex. 37, "Explore text properties – Figma Learn - Help Center"<br><br>https://help.figma.com/hc/en-us/articles/360039956634-Explore-text-properties |