RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

Attorneys for Plaintiff
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF FIGMA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: 11<br>Judge: Hon. James Donato |

I, Richard S.J. Hung, declare as follows:

**I.     INTRODUCTION**

1.     I am a partner with the law firm of Morrison & Foerster LLP, counsel for Plaintiff Figma in this matter. I submit this declaration in support of Figma's Preliminary Injunction Motion and Expedited Discovery Motion. I have personal knowledge of the matters below and could and would testify competently as follows.

2.     Attached as **Exhibit 1** is a true and correct copy of Figma's Certificate of Registration for U.S. Copyright Registration No. TXu002441751, titled "Figma Design August 2020."

3.     Attached as **Exhibit 2** is a true and correct copy of Figma's Certificate of Registration for U.S. Copyright Registration No. TXu002441752, titled "Figma Design – January 2023."

4.     Attached as **Exhibit 3** is a true and correct copy of Figma's Certificate of Registration for U.S. Copyright Registration No. TXu002441753, titled "Figma Design – March 2024."

5.     Attached as **Exhibit 4** is a true and correct copy of Figma's Certificate of Registration for U.S. Copyright Registration No. TXu002443868, titled "Figma Learn – Missing font alert in Figma Design and 7 Other Unpublished Works."

6.     Attached as **Exhibit 5** is a true and correct copy of Figma's Certificate of Registration for U.S. Copyright Registration No. TXu002443873, titled "Figma Learn – Use code snippets in Dev Mode and 6 Other Unpublished Works."

7.     Attached as **Exhibit 6** is a true and correct copy of Figma's Certificate of Registration for U.S. Copyright Registration No. TXu002443057, titled "Figma Learn – Swap components and instances and 6 Other Unpublished Works."

8.     Attached as **Exhibit 7** is a true and correct copy of the Accounting and Corporate Regulatory Authority ("ACRA") business profile for Motiff Pte. Ltd., dated December 18, 2024.

9.     Attached as **Exhibit 8** is a true and correct copy of the Pitchbook company profile for Yuanfudao HK Ltd., dated December 18, 2024.

1     10.   Attached as **Exhibit 9** is a true and correct copy of the China Instant Basic Automated Verification Report ("GWBMA Report") for Kanyun Holdings Group Co. Ltd., dated December 15, 2024.

    11.   Attached as **Exhibit 10** is a true and correct copy of a YiCai article entitled, "Chinese Tutorial Firm Yuanfudao Diversifies After Rules Tightened," dated September 30, 2022.  The article is available at https://www2.yicaiglobal.com/news/chinese-tutorial-firm-yuanfudao-diversifies-after-rules-tightened.

    12.   Attached as **Exhibit 11** is a certified translation of a true and correct copy of a 36kr article entitled, "Yuanfudao to Launch Motiff, an AI-Powered Design Tool for UI Designers," dated April 20, 2023.

    13.   Attached as **Exhibit 12** is a true and correct copy of an email sent by Motiff employee Yike Li (liyikebj@kanyun.com) to Figma's counsel, dated August 27, 2024.

    14.   Attached as **Exhibit 13** is a true and correct copy of Motiff's blog post entitled, "Welcome to Motiff: UI design tool for the AI era," published on the Motiff website on June 5, 2024.

    15.   Attached as **Exhibit 14** is a true and correct copy of Motiff's blog post entitled, "Performance magic behind Motiff," published on the Motiff website on June 18, 2024.

    16.   Attached as **Exhibit 15** is a true and correct copy of a press release entitled, "Motiff Unleashes the Power of AI in Design with Groundbreaking Launch at SuperAI Summit," dated June 6, 2024, from PR Newswire.

    17.   Attached as **Exhibit 16** is a true and correct copy of a discussion thread on X (formerly Twitter), initiated by Motiff co-founder Haoran (Ryan) Zhang on June 5, 2024, including the reply by Mr. Zhang posted on June 12, 2024.

    18.   Attached as **Exhibit 17** is a true and correct copy of a post made by Mr. Zhang on X on June 12, 2024.

    19.   Attached as **Exhibit 18** is a true and correct copy of a post made by Mr. Zhang on X on December 10, 2024.

    20.   Attached as **Exhibit 19** is a true and correct copy of Motiff's blog post entitled,

"The Best Figma Alternative, Motiff – A Detailed Comparison," published on the Motiff website on November 3, 2024.

21. Attached as **Exhibit 20** is a true and correct copy of a landing page on the Motiff website entitled, "Figma to Motiff," available at https://motiff.com/figma-to-motiff.

22. Attached as **Exhibit 21** is a true and correct screenshot of a video I received from Figma on June 26, 2024.

23. Attached as **Exhibit 22** is a true and correct copy of a South China Morning Post article entitled, "Chinese AI apps eye overseas markets for growth amid tough competition, regulation at home," dated August 25, 2024. The article is available at https://www.scmp.com/print/tech/tech-trends/article/3275747/chinese-ai-apps-eye-overseas-markets-growth-amid-tough-competition-regulation-home.

24. Attached as **Exhibit 23** is a true and correct copy of Motiff's blog post entitled, "Pricing philosophy of Motiff," published on the Motiff website on June 5, 2024.

25. Attached as **Exhibit 24** is a true and correct copy of an online discussion thread entitled, "Figma clones," posted to the Reddit forum "r/FigmaDesign" on September 18, 2024.

26. Attached as **Exhibit 25** is a certified translation of a true and correct copy of a discussion thread posted by LinkedIn user Bruno Biagioni on July 8, 2024, including user comments as of December 12, 2024.

27. Attached as **Exhibit 26** is a true and correct copy of the comments on a YouTube video entitled, "Figma Vs Motiff - New AI Design Tool! | Better Pricing, AI UI Design, Design Systems & More," uploaded to YouTube by user Punit Chawla on August 26, 2024, as of December 12, 2024. This video is available at https://www.youtube.com/watch?v=-hPeN2EWjjc.

28. Attached as **Exhibit 27** is a true and correct copy of a landing page on the Motiff website entitled, "Pricing," available at https://www.motiff.com/pricing.

29. Attached as **Exhibit 28** is a true and correct copy of Motiff's blog post entitled "AI Layout: The Dream of Dynamic Flexibility," published on the Motiff website on June 5, 2024.

30. Attached as **Exhibit 29** is a true and correct copy of an online discussion thread entitled, "Figma Vs Motiff - New AI Design Tool! | Better Pricing, AI UI Design, Design

Systems & More," posted to the Reddit forum "r/FigmaCommunity" on August 26, 2024.

31.     Attached as **Exhibit 30** is a true and correct copy of a discussion thread posted by LinkedIn user Stayu Kasabov on July 22, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of January 2025 in San Francisco, California.

                                                  */s/ Richard S.J. Hung*
                                                  Richard S.J. Hung