# EXHIBIT A

1   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
2   JONATHAN M. MORRIS (CA SBN 356152)
    jonathanmorris@mofo.com
3   HOLLY M. PETERSEN (CA SBN 351588)
    hollypetersen@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone:    (415) 268-7000
6   Facsimile:    (415) 268-7522

7   BITA RAHEBI (CA SBN 209351)
    brahebi@mofo.com
8   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
9   Los Angeles, California 90017
    Telephone:    (213) 892-5200
10  Facsimile:    (213) 892-5454

11  *Attorneys for Plaintiff*
    FIGMA, INC.
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  FIGMA, INC.,                           Case No. 3:24-cv-06507-JD

18                  Plaintiff,             **PLAINTIFF FIGMA INC.'S
                                           FIRST SET OF INTERROGATORIES
19          v.                             TO DEFENDANT MOTIFF PTE. LTD.**

20  MOTIFF PTE. LTD., YUANFUDAO HK
    LTD., and KANYUN HOLDINGS GROUP        Courtroom:  11, 19th Floor
21  CO. LTD.,                              Judge:  Hon. James Donato

22                  Defendants.            Action Filed:  September 16, 2024
                                           Trial Date:  None Yet Set
23

24

25

26

27

28

Under Federal Rules of Civil Procedure 26 and 33, Plaintiff Figma, Inc. ("Figma") asks that Defendant Motiff Pte. Ltd. ("Motiff") respond to the following First Set of Interrogatories, in writing and under oath, within fourteen (14) days.

**DEFINITIONS**

1.    Each Interrogatory incorporates each definition and instruction, as appropriate.

2.    "Affiliate" refers to any other entity that has substantial influence, control, financial interest, or ownership interest in another entity, including parent companies, subsidiaries, joint ventures, sister companies, and other entities acting in concert with or under common control or ownership of that entity.  Motiff's Affiliates include Defendants Yuanfudao HK Ltd. ("Yuanfudao") and Kanyun Holding Co. Ltd. ("Kanyun").

3.    The terms "and," "all," and "or" are terms of inclusion and should be construed both disjunctively and conjunctively.

4.    "Accused Feature or Element" refers to any aspect of the Motiff Product alleged to infringe Figma's copyrights, as explained in Figma's Complaint or preliminary injunction motion. This includes, but is not limited to, the Motiff Product's: (i) graphical user interface elements; (ii) rendering behavior (e.g. bugs or idiosyncrasies in graphics rendering); (iii) shader code; (iv) GPU identifier strings and corresponding workarounds; and (v) Help Center articles.

5.    "Communications" means oral or written communications of any kind, whether direct or indirect, including inquiries, complaints, discussions, conversations, negotiations, agreements, meetings, interviews, telephone conversations, letters, correspondences, memoranda, notes, telegrams, facsimiles, electronic mail (e-mail) messages and attachments, instant or direct messages (including SMS messages, text messages, Apple iMessages, Slack messages, Teams messages), memoranda, documents, writings, or other forms of communications.

6.    "Complaint" refers to the operative complaint (currently ECF No. 1).

7.    "Concerning" refers to and includes "constituting," "evidencing," "supporting," "regarding," "mentioning," "reflecting," "concerning," "relating to," "referring to," "pertaining to," "alluding to," "responding to," "proving," "discussing," "assessing," "disproving," "connected with," "commenting on," "about," "showing," "describing," and/or logically or

factually relating to the matter described in the Interrogatory in which the term appears.

8.    "Copying" refers to reproducing, mimicking, imitating, or otherwise replicating the functionality, design, structure, appearance, or underlying elements of the Figma Platform or any associated content, tools, or features, whether directly or indirectly.

9.    "Defendants" means Motif, Yuanfudao, and Kanyun and any subsequently added defendants, including their employees, agents, attorneys, accountants, representatives, predecessors or successors-in-interest, corporations or partnerships under their direction, and any other person or entity acting on their behalf or under their control.

10.    "Describe" means to provide a narrative statement or description.  This includes (i) identifying all individuals and entities involved; (ii) providing a timeline and detailed account of all relevant events and actions; and (iii) identifying all documents, communications, and materials related to the description.

11.    "Document(s)" has its broadest definition under the Federal Rules, *e.g.*, anything that would be a "writing" or "recording" under Rule 101 of the Federal Rules of Evidence or a "document" under Rule 34 of the Federal Rules of Civil Procedure.  "Document(s)" includes every original (and any copy with annotations or attachments) of every writing or recording, whether handwritten, typed, drawn, printed, or recorded by any physical, mechanical, electronic or electrical means, including electronically stored information and electronic data compilations. Non-identical drafts or annotated versions are separate Documents.  For the avoidance of doubt, Documents includes Communications, including e-mails.

12.    "Figma" means Figma and its agents, directors, officers, employees, representatives, attorneys, past or present, and any and all predecessor or successor companies, joint ventures, partnerships, corporations, or business entities.  "Figma" also refers to any division, company, corporation, or other business entity affiliated with or owned by Figma, in whole or in part, and the agents, directors, officers, employees, consultants, and attorneys of any of them, including all persons subject to Figma's direction or control or who are acting or purporting to act on its behalf.

13.    "Figma Platform" means any product, component, system, and related software

applications, tools, and add-ons that are designed, developed, produced, tested, or distributed by Figma and its Affiliates, including, but not limited to, Figma Design, FigJam, Dev Mode, Figma Slides, the Figma Help Center, and other associated documentation. "Figma Platform" also refers to the Source Code or source code segments for these products and their related scripts, libraries, and executables.

14.    "Identify," when referring to:

(a)    a person, means to state an individual's: (i) full name; (ii) current or last known business affiliation, including business address(es), position, and business telephone number; and (iii) roles, affiliations, and contributions related to the subject matter of the Interrogatory.

(b)    an entity, means to state its: (i) full name; (ii) state of incorporation; (iii) current or last known business address; (iv) current or last known telephone number; and (v) roles, affiliations, and contributions related to the subject matter of the Interrogatory.

(c)    a document, means to state its: (i) creation date; (ii) author; (iii) recipient(s); (iv) indirect recipient(s), whether via "cc," "bcc," or otherwise; (v) basic nature, including if applicable; (vi) its title; and (vii) its Bates or identifier number. Documents to be "identified" include documents in Motiff's possession, custody, or control, documents that Motiff knows once existed but that no longer exist, and other documents of which Motiff is aware.

15.    "Motiff Entities" refers collectively to Motiff, Yuanfudao, and Kanyun and their agents, directors, officers, employees, representatives, attorneys, past or present, and any and all predecessor or successor companies, joint ventures, partnerships, corporations, or business entities. "Motiff Entities" also refer to any division, company, corporation, or other business entity affiliated with or owned by Defendants in whole or in part, or that owns Defendants in whole or in part, and the agents, directors, officers, employees, consultants, and attorneys of any of them, including all persons subject to Defendant's direction or control or who are acting or purporting to act on its behalf.

16.    "Motiff Product" refers to any product, component, system, and related software

applications, tools, and add-ons that are produced, tested, distributed, or sold by the Motiff

Entities, including all versions, updates, derivatives, and related materials.  "Motiff Product" also

refers to the Source Code or source code segments for these products and their related scripts,

libraries, and executables.

17.    "Reverse Engineering" refers to any attempt to discover, analyze, or replicate the

underlying structure, Source Code, object code, ideas, know-how, algorithms, architecture, or

proprietary features of the Figma Platform or any associated content, tools, or features.

18.    "Source Code" means computer instructions and data definitions, as well as

associated documents, comments and revision histories, formulas, engineering specifications, or

schematics, that define or otherwise describe in detail the algorithms or structure of software or

hardware designs, expressed in a form suitable for input to an assembler, compiler, or other data

translator or other data processing module.  "Source Code" may be written in any programming

language or scripting language.

19.    "User" means any person or entity that has engaged with, utilized, subscribed to,

purchased, or otherwise interacted with the Motiff Product or related services, whether on a free

or paid basis.  This includes customers, trial users, testers, and individuals or entities targeted as

potential users.

20.    "You" or "Your" refers to and includes the specific Defendant providing

information in response to these Requests and their Affiliates, agents, directors, officers,

employees, representatives, attorneys, past or present, and any and all predecessor or successor

companies, joint ventures, partnerships, corporations, or business entities.  "You" and "Your"

also refers to any division, company, corporation, or other business entity affiliated with or owned

by Defendant Motiff in whole or in part, or that owns Defendant Motiff in whole or in part, and

the agents, directors, officers, employees, consultants, and attorneys of any of them, including all

persons subject to Defendant Motiff's direction or control or who are acting or purporting to act

on its behalf.

## INSTRUCTIONS

1.    If You view a question, instruction, or definition as ambiguous, please identify the

alleged ambiguity and Your interpretation when answering.

2.      An Interrogatory seeking Your knowledge or information extends to that in the possession of Your agents, employees, representatives, and, unless privileged, attorneys.  If Your answer is not based upon Your personal knowledge, please state the source Your knowledge or information.

3.      If You object to part of an Interrogatory, please answer the remainder.  If Your answer is partial or incomplete, please note as much.

4.      If You elect to specify and produce business records in answer to an Interrogatory, please specify the records in adequate detail as to allow Figma to identify those records.

5.      When specific fact(s) are necessary to understand an Interrogatory answer, please provide those facts.

6.      If an Interrogatory requests "each basis" for a contention or allegation, please provide each legal and factual basis for the contention or allegation and the supporting evidence.

7.      If an Interrogatory calls for numerical or chronological information, please provide Your best estimate if you lack precise figures or dates.  If You provide an estimate, please provide the basis for Your estimate.

8.      If you claim privilege or work product protection when objecting or responding to an Interrogatory, please provide a privilege log that identifies the withheld information.

9.      Under Rule 26 of the Federal Rules of Civil Procedure, Your answers to these Interrogatories are continuing.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:**

For each Accused Feature or Element, Describe Your development and deployment process, including the specific development timeframes, corporations, entities, and individuals involved, materials and services (including third-party materials) upon which You relied, and Your manner and locations of distribution.

**INTERROGATORY NO. 2:**

Describe each instance in which You referred to, referenced, or otherwise considered

Figma or any aspect of the Figma Platform when designing, developing, marketing, or selling the Motiff Product.

**INTERROGATORY NO. 3:**

Describe every instance in which You accessed the Figma Platform, whether directly or indirectly, including who accessed it, when access occurred, and why accessed occurred.

**INTERROGATORY NO. 4:**

Describe all efforts by You or any other entity to Reverse Engineer or Copy any aspects of the Figma Platform.

**INTERROGATORY NO. 5:**

State all explanations for why the Accused Features and Elements are identical or similar to the corresponding features and elements in Figma's Platform.

**INTERROGATORY NO. 6:**

Describe all efforts by You to attract actual or potential Users in the United States, including Your marketing and sales efforts, whether directly or through any third parties.

**INTERROGATORY NO. 7:**

Describe the pricing and process for determining the pricing of the Motiff Product, including any comparisons made to Figma or other competitors.

**INTERROGATORY NO. 8:**

Describe the relationship between Motiff, Kanyun, Yuanfudao, and any of their Affiliates, including the role and function of each entity in developing, marketing, and distributing the Motiff Product.


Dated: January 23, 2025                                     MORRISON & FOERSTER LLP


                                                            By: */s/ Richard S.J. Hung*
                                                            Richard S.J. Hung

                                                            *Attorneys for Plaintiff*
                                                            FIGMA, INC.