# EXHIBIT B

| | |
|---|---|
| From: | Hung, Richard S. J. |
| To: | Tiu, Samuel N.; Bettinger, Mike; Rahebi, Bita |
| Cc: | Hernandez, Marissa X.; Morris, Jonathan M.; Petersen, Holly M.; Gerrish, Gina L. |
| Subject: | RE: Figma v. Motiff et al |
| Date: | Thursday, January 30, 2025 3:55:17 PM |
| Attachments: | image001.png |
| | image002.png |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Sam,

I have been traveling today (ironically, to Southern California) and thus have been delayed on responding.

After conferring with our client, we continue to believe that our prior proposal is fair. We are offering the Motiff entities 6 weeks and only asking 3 weeks for ourselves. This is, in part, to accommodate your insistence on delaying discovery until next week and deferring depositions until after the Motiff entities file their opposition.

Moreover, our proposal is proportional to the response timeframes. The Motiff entities get, in total 8 weeks to repond, and Figma gets 4 for its reply.

If you insist on burdening the Court with a late motion to extend based on your insistence on claiming more days for yourself, that is your prerogative. But I again encourage you to accept our prior proposal.

Assuming that it will be acceptable to you, we are working up a redline and will send it shortly.

Rich

---

**RICHARD S.J. HUNG**
T: (415) 268-7602
C: (415) 412-1865
rhung@mofo.com

**MORRISON FOERSTER**

---

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Thursday, January 30, 2025 3:17 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>; Bettinger, Mike <mbettinger@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

---

Rich and Bita,

Do we have your agreement and authorization to file the draft stipulation, which removes your previous objections, and my supporting declaration? I have left voicemail messages to both of you earlier today (one for Bita at about 1pm and another one for Rich at a little past 2pm) following up on the draft stipulation. But I still have not received any word from you either in response to my emails sent last night and this morning or phone calls this afternoon.

We would like to work this out without the Court's intervention, but the clock is running for us on this extension given that we are only a week away from our opposition deadline. If we do not hear from you by 5 pm today, we will understand your non-response as a rejection of the stipulation and start filing our *ex parte* motion.

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Thursday, January 30, 2025 12:06 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>; Bettinger, Mike <mbettinger@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Rich and Bita,

Here is the draft stipulation and proposed order (and supporting declaration) for the briefing schedule and hearing date, as outlined in my prior email. Please let us know if we have your authorization to file the stipulation jointly.

Best,
Sam

**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Tiu, Samuel N.
**Sent:** Thursday, January 30, 2025 10:00 AM
**To:** Hung, Richard S. J. <RHung@mofo.com>; Bettinger, Mike <mbettinger@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Rich and Bita,

Last night, as you requested, we took another look at your proposal. We accepted your proposed dates of May 1 hearing and April 17 reply brief deadline, and compromised on our proposed March 27 opposition date to instead adjust it to March 24 for our opposition. We understand that this compromise addresses your objections. With your approval, we will prepare the stipulation and send it to you this morning.

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095

stiu@sidley.com

**From:** Tiu, Samuel N.
**Sent:** Wednesday, January 29, 2025 10:39 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>; Bettinger, Mike <mbettinger@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Rich and Bita,

We understand that May 8 hearing poses a scheduling conflict for your client. To come to a compromise, we propose the following which splits the one-week difference between the parties and keeps your proposed May 1 hearing date.

- Opposition due March 24
- Reply due April 17
- Hearing on May 1.

Please let us know if we have an agreement.

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

**From:** Hung, Richard S. J. <RHung@mofo.com>
**Sent:** Wednesday, January 29, 2025 8:38 PM
**To:** Bettinger, Mike <mbettinger@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Tiu, Samuel N. <stiu@sidley.com>
**Cc:** Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Mike:

As our two proposals and robust correspondence confirm, we have tried hard to accommodate your request – all while accommodating our client's own schedule and desire for preliminary relief.

On timing, I understand that:

- Figma's Singaporean counsel wrote you about related copyright issues in August 2024;
- Figma brought a Singaporean lawsuit on the same overlapping issues in September 2024; and
- Kanyun was served via the Chinese ministry on December 11, 2024 (although we did not learn of this until over a month later, when we received the packet via international mail).

We also are proposing to give you an additional six weeks (not "shortened" time) and proposing half that extension for ourselves. As noted, we also have our own client scheduling issues.

That the parties disagree over defendants' desire for still an additional week (i.e., bringing the total time to nine weeks) for its opposition does not mean that we are being "fundamentally unfair."

Again, we have tried hard to accommodate your request and hope you will consider our last proposal.

Rich

---

**RICHARD S.J. HUNG**
T: (415) 268-7602
C: (415) 412-1865
rhung@mofo.com

**MORRISON FOERSTER**

---

**From:** Bettinger, Mike <mbettinger@sidley.com>
**Sent:** Wednesday, January 29, 2025 8:15 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Tiu, Samuel N. <stiu@sidley.com>; Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

---

Bita, thanks for the note but you overlook the fact that you had 7+ months to prepare your motion, and all of the declarations and exhibits. To demand that we respond in a shortened period of time and then allow you another month to reply is, in our view, fundamentally unfair.

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Date:** Wednesday, Jan 29, 2025 at 8:31 PM
**To:** Tiu, Samuel N. <stiu@sidley.com>, Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>, Hernandez, Marissa X. <marissa.hernandez@sidley.com>, Morris, Jonathan M. <JonathanMorris@mofo.com>, Petersen, Holly M. <HollyPetersen@mofo.com>, Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Sam and Mike,

Thanks for the call. We gave your latest proposal due consideration, but cannot agree. Your proposed May 8 hearing date both is too far out and poses a scheduling conflict for our client team.

We ask that you reconsider the proposal I outlined in my email below. Our proposal gives Defendants an additional 6 weeks for their opposition, such that they will have 8 full weeks to prepare their brief.

Our proposed shorter extension for our reply (an additional 3 weeks) reflects Defendants insistence on postponing the start of PI-related discovery until next week and the depositions of their declarants and witnesses until after they file their opposition brief.

As I mentioned during our call, we did not delay filing our PI motion. We filed it the very same day that Defendants waived service.

In view of our efforts to compromise and reach a resolution, we sincerely hope you will accept our proposal. If you do elect to seek relief from the Court, please indicate the following in your papers:
- Figma's opposition to your proposed schedule -- and our compromise proposal;
- That we advised Defendants on January 15 that we would be moving for a preliminary injunction motion promptly after they accepted/waived service; and
- When each Defendant first became aware of the U.S. lawsuit.

Bita

---

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Wednesday, January 29, 2025 2:47 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

Bita –

We cannot agree to March 20, as we need the time until March 27. If Plaintiff wants four weeks to do the reply, then the hearing date has to move by a week. The one week difference does not prejudice Plaintiff since Plaintiff waited over four months from the filing of the complaint and over seven months from Motiff's alleged launch date to file its PI motion. Our last offer is as follows. Please advise today if you agree. If we don't have agreement today, we have no choice but to file the motion.

Opposition – March 27
Reply – April 24
Hearing May 8

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Wednesday, January 29, 2025 12:18 PM
**To:** Tiu, Samuel N. <stiu@sidley.com>; Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Hi Sam,

March 27 is too far out. We are willing to compromise with the following:

|  | **Figma Response** |
|---|---|
| **Opposition brief** | March 20 |
| **Reply brief** | April 17 |
| **Hearing** | May 1 (subject to the Court's availability) |

As to PI-related discovery, we are agreeable to the 8 interrogatories, but need responses to our 18 RFPs. We can agree to 8 rogs + 18 RFPs. Can we agree to run the clock starting Monday as Motiff has had the discovery since January 23 and it would essentially be getting 4 weeks to respond under your proposal while we would be getting two weeks? As we mentioned on Monday, the sooner you can get the discovery you want to us, the better. To the extent additional written discovery is required about the 8 rogs/18 RFP expedited response timeframe, that will be available to the parties through the regular channels identified in the FRCP.

On the depositions, we see no reason to delay scheduling. We have identified the folks we want to depose with half day depositions and ask that you begin working on the schedule. We can take these depos post-opposition brief, as you requested, but given the short-turnaround, we ask that you get going on scheduling. We recognize that today is the start of Lunar New Year and not asking you begin today, but it is something that should be advanced promptly.

Bita

---

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Wednesday, January 29, 2025 7:52 AM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

**External Email**

---

Rich,

What is your client's position on the schedule? We would like to work this out, but the clock is running for us to file an *ex parte* motion. If we don't have an agreement, we have no choice but to file the motion.

Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Hung, Richard S. J. <RHung@mofo.com>
**Sent:** Tuesday, January 28, 2025 5:12 PM
**To:** Tiu, Samuel N. <stiu@sidley.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>

**Subject:** RE: Figma v. Motiff et al

Hi Sam,

Thanks for this. (Nor did I somehow acquiesce to or "acknowledge" your client's actual availability – especially as some of our own PRC clients are available over the next two weeks. . . . Nevertheless, I understand that you do not intend to identify witnesses at this time.)

Let us confer with our client on your current proposal and revert.

Thanks again -- Rich

---

**RICHARD S.J. HUNG**
T: (415) 268-7602
C: (415) 412-1865
rhung@mofo.com

**MORRISON FOERSTER**

---

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Tuesday, January 28, 2025 3:30 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

---

Hi Rich,

Thank you for your counterproposal. We have a further proposal below. Noting that you also want more time for your reply brief, we increased Plaintiff's time to reply from our original proposed 2 weeks to 2.5 weeks (well beyond the standard 1 week required by the local rules) and in compromise, we shortened the time for our opposition from our original proposed date by 2.5 weeks. We also moved up the proposed hearing date by 1 week, but ensuring that the judge still has sufficient time to review the briefings before the hearing.

Regarding the PI-related discovery, we can agree to a fourteen-day response period for discovery with the understanding that discovery does not start until next Thursday's scheduled 26(f) conference, which is the first day the parties can serve discovery pursuant to the judge's standing order and the FRCP. We also propose that the 14-day expedited discovery response deadline only apply to priority PI discovery limited to 10 RFPs and 8 Interrogatories.

Further, as we explained during yesterday's call and you acknowledge in your below email, our clients are unavailable through the Lunar New Year holiday. Therefore, we are unable to identify witnesses for depositions at this time.

Please let us know if Plaintiff is agreeable to these terms.

|  | **Figma Counterproposal** | **Defendants' Counterproposal** |
|---|---|---|
| **Opposition brief** | March 6 | March 27 |
| **Reply brief** | April 3 | April 14 |
| **Hearing** | April 17 (subject to the Court's availability) | May 1 (subject to the Court's availability) |

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Hung, Richard S. J. <RHung@mofo.com>
**Sent:** Tuesday, January 28, 2025 2:20 PM
**To:** Tiu, Samuel N. <stiu@sidley.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Gerrish, Gina L. <GGerrish@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Hi Sam,

Yes, it was great to catch up with you and Mike yesterday.

Your characterization as to the parties' "agreement" does not accurately capture our discussion. (E.g., we did not "agree" that a continuance was necessary for the Lunar New Year, although we did acknowledge defendants' request for that accommodation.)

Our counterproposal for the schedule appears below. We propose that the parties agree to respond to PI-related discovery within fourteen days of service.

From yesterday's call, we understand that the Motiff entities would prefer to put up their declarants and our requested witnesses after defendants file their opposition. If so, please identify those individuals and the dates and locations of their availability promptly, so that we can plan accordingly and make arrangements.

Thanks -- Rich

|  | **Figma Counterproposal** |
|---|---|
| **Opposition brief** | March 6 |
| **Reply brief** | April 3 |
| **Hearing** | April 17 (subject to the Court's availability) |

---

**RICHARD S.J. HUNG**
T: (415) 268-7602

C: (415) 412-1865
rhung@mofo.com

**MORRISON FOERSTER**

---

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Tuesday, January 28, 2025 2:03 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

Richard and Bita,

It was nice talking to both of you yesterday. As discussed yesterday, both sides agreed that the briefing schedule and hearing date for Figma's PI motion need to be continued due to the parties' desire to take discovery and our need to consult with our clients who are away during the Lunar New Year holiday. We believe that the schedule we proposed in my email from Sunday provides a reasonable schedule for the parties. We are still awaiting for your proposal for a schedule that will work for Figma, which we understood you were going to provide today.

If we don't hear from you, we will move forward with our ex parte motion.

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Hung, Richard S. J. <RHung@mofo.com>
**Sent:** Monday, January 27, 2025 4:42 PM
**To:** Tiu, Samuel N. <stiu@sidley.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>
**Subject:** RE: Figma v. Motiff et al

I am now seeing your third call. As I mentioned, I am on calls until 5:30PM.

That number is fine – thanks. Speak soon.

**RICHARD S.J. HUNG**
T: (415) 268-7602
C: (415) 412-1865
rhung@mofo.com

**MORRISON FOERSTER**

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Monday, January 27, 2025 4:33 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

Richard,

I can call you at 5:30 pm. I assume that your office number (415) 268-7602 is still the best number. If not, please let me know what number to call.

Sam

**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

---

**From:** Hung, Richard S. J. <RHung@mofo.com>
**Sent:** Monday, January 27, 2025 4:25 PM
**To:** Tiu, Samuel N. <stiu@sidley.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>
**Subject:** RE: Figma v. Motiff et al

Sam,

I have been in client meetings all morning and afternoon and am just seeing your 1:43PM and 3:57PM voicemails now.

Your client (one of them, at least) apparently has been aware of this lawsuit for over a month.

Notwithstanding your desire for an immediate answer, I don't think that it is prudent to rush to the Court with an ex parte motion.

I am free after my last call at 5:30PM (ironically, scheduled to discuss your e-mail from this weekend) and can speak then.

Rich

**RICHARD S.J. HUNG**
T: (415) 268-7602
C: (415) 412-1865
rhung@mofo.com

**MORRISON FOERSTER**

**From:** Tiu, Samuel N. <stiu@sidley.com>
**Sent:** Monday, January 27, 2025 4:12 PM
**To:** Hung, Richard S. J. <RHung@mofo.com>
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>
**Subject:** RE: Figma v. Motiff et al

External Email

Hi Richard,

I attempted to reach you by telephone twice today but only reached your voicemail in which I left two messages regarding our proposed stipulation for a continuance of the PI motion hearing and extension of the briefing schedule in my email of yesterday. As stated in my second voicemail, having not heard back from you, Defendants are planning to file an *ex parte* motion this evening with the Court to seek the continuance and extension along the lines that we have proposed given the exigency of the circumstances. Please advise if Plaintiff will oppose this motion.

Best regards,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
+1 213 896 6095
stiu@sidley.com

************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
************************************************************************************************

**From:** Tiu, Samuel N.
**Sent:** Sunday, January 26, 2025 6:30 PM
**To:** rhung@mofo.com
**Cc:** Bettinger, Mike <mbettinger@sidley.com>; Hernandez, Marissa X. <marissa.hernandez@sidley.com>; Rahebi, Bita <BRahebi@mofo.com>; Morris, Jonathan M. <JonathanMorris@mofo.com>; Petersen, Holly M. <HollyPetersen@mofo.com>
**Subject:** Figma v. Motiff et al

Hi Richard,

We are in receipt of Plaintiff's Motion for Preliminary Injunction (Dkt. 28) filed Thursday evening. In order to respond properly and defend against Plaintiff's preliminary injunction, Defendants will need to conduct discovery from Plaintiff including obtaining documents and taking depositions of Plaintiff's declarants. In addition, as you know, Sidley was only engaged last week and next two weeks will be the Lunar New Year holiday in China, which also hampers our ability to adequately investigate the matter raised in Plaintiff's motion within two weeks.

Accordingly, we propose that the parties stipulate to an adjournment of the currently noticed hearing date for the preliminary injunction motion and agree to a reasonable briefing schedule that would allow for the discovery to occur. Please let us know if you

will agree to the following proposed schedule:

- Opposition to preliminary motion due April 14, 2025
- Reply due April 28, 2025
- Hearing date May 8, 2025

We are also available for a call and discuss tomorrow, Monday. Please let us know your availability

Best,
Sam
**SAMUEL N. TIU**

**SIDLEY AUSTIN LLP**
350 South Grand Ave.
Los Angeles, CA 90071
+1 213 896 6095
stiu@sidley.com
www.sidley.com
**SIDLEY**

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.