RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD.,<br><br>    Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF FIGMA'S OPPOSITION TO DEFENDANTS' MOTION TO (1) EXTEND BRIEFING SCHEDULE AND (2) CONTINUE HEARING ON FIGMA'S PRELIMINARY INJUNCTION MOTION**<br><br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato<br><br>Action Filed: September 16, 2024<br>Trial Date: None Yet Set |

I, Richard S.J. Hung, declare as follows:

1. I am a partner with Morrison & Foerster LLP, counsel for Figma, Inc. in this matter. I submit this declaration in support of Figma's Opposition to Defendants' Motion to (1) Extend Briefing Schedule and (2) Continue Hearing on Figma's Preliminary Injunction Motion. I have personal knowledge of the matters below and could and would testify competently as follows.

2. Attached as **Exhibit 1** is a true and correct copy of a letter dated August 13, 2024, from me to Yang Yuanzu and Haoran (Ryan) Zhang, with Dong Zexin copied.

3. Attached as **Exhibit 2** is a true and correct copy of a notification from the Chinese Central Authority, dated January 6, 2025 and received on January 15, 2025, concerning service of Kanyun Holdings Group Co., Ltd. on December, 11, 2024.

4. Attached as **Exhibit 3** is a true and correct copy of e-mail correspondence between counsel for Figma and Defendants concerning Defendants' request for an extension and continuance.

Executed February 3, 2025, in San Francisco, California.

*/s/ Richard S.J. Hung*
Richard S.J. Hung