# EXHIBIT 1

| | |
|---|---|
| **From:** | Hung, Richard S. J. |
| **Sent:** | Tuesday, August 13, 2024 7:17 PM |
| **To:** | yangyz@kanyun.com; ryan.zhang@motiff.com; zhanghr@kanyun.com |
| **Cc:** | dongzexin@yuanfudao.com |
| **Subject:** | Figma Cease & Desist Letter |
| **Attachments:** | 2024-08-13 Cease and Desist Letter.pdf |

Dear Messrs. Yang and Zhang:

Please see the attached correspondence on behalf of Figma, Inc.

Richard S.J. Hung

_____

**RICHARD S.J. HUNG**
Partner | Morrison & Foerster LLP
Co-Chair, Global Litigation
425 Market Street | San Francisco, CA  94105
**T:** +1 (415) 268-7602
**C:** +1 (415) 412-1865
rhung@mofo.com
mofo.com | LinkedIn | Twitter

**MORRISON FOERSTER**

⦚⦚⦚ **MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

August 13, 2024

Writer's Direct Contact
(415) 268-7602
rhung@mofo.com

By DHL Express Overnight Delivery and Electronic Mail

Yang Yuanzu
President
Motiff Pte. Ltd.
6 Raffles Quay #14-02
Singapore (048580)
yangyz@kanyun.com

Haoran (Ryan) Zhang
Co-Founder
Motiff Pte. Ltd.
6 Raffles Quay #14-02
Singapore (048580)
ryan.zhang@motiff.com; zhanghr@kanyun.com

**Re: Motiff's Violation of Figma's MSA and U.S. Intellectual Property Rights**

Dear Mr. Yuanzu and Mr. Zhang:

On behalf of Figma, Inc. ("Figma"), I write regarding violations of Figma's Organization Edition Master Subscription Agreement ("MSA") and intellectual property rights by Motiff Pte. Ltd. ("Motiff") and related entities Yuanfudao HK Ltd. ("Yuanfudao") and Kanyun Holding Group Co. Ltd. ("Kanyun") (collectively, "the Motiff entities").

When agreeing to Figma's MSA on May 14, 2020, Yuanfudao promised that it would not "reverse engineer, decompile, disassemble or otherwise attempt to discover the source code, object code or underlying structure, ideas, know-how or algorithms relevant to the Figma Platform."  MSA § 3.A.  It further promised that it would not "modify, translate, or create derivative works based on the Figma Platform . . . or Documentation."  *Id.*  The terms of the MSA bind Yuanfudao and Yuanfudao's affiliates Kanyun and Motiff.  MSA §§ 1.A, 3.B.

Rather than abide by its obligations under the MSA, the Motiff entities appear to have rampantly copied Figma's code and accompanying web materials to develop the recently released Motiff product.  These actions not only violate the terms of Figma's MSA, but also expose the Motiff entities to liability and related damages for copyright infringement.

**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 2

**<u>Breach of Contract and Copyright Infringement</u>**

Software naturally evolves with new releases and as new technologies become available.  This evolution results in distinctive signatures—much like the unique patterns in the genetic code of living organisms.  Just as mutations and other anomalies can demonstrate genetic lineage, the existence of "bugs," programming remnants, and other idiosyncrasies in software can demonstrate programming origins or lineage.

So, too, do design decisions—whether and how to express a function or data structure in code, how to create an interface so that the user interacts with a product logically and intuitively, and how to phrase error messages, user notifications, and online education materials—reveal engineers' and product marketing's unique stamp on a product.

Here, the Motiff product is replete with not only identical bugs and idiosyncrasies, but also copied code, data structures, interface elements, and text indicating its origins in Figma's product.  The non-exhaustive examples of Motiff's widespread copying that Figma provides below confirm the Motiff entities' breach of the MSA and copyright infringement.

## I.     Copied code

The Motiff entities copying of Figma's engineers' design choices—their code, their strings, and their inefficient implementations—perhaps present the clearest case for the Motiff entities' extensive copying of Figma.

- <u>Copied shader code</u>:  The Motiff product's shader code copies Figma's.  The diff—akin to a developer's redline—of the two "minified" shaders immediately reveals this.  Below, common characters are shown in grey.  Red characters are present only in Figma's shader, and green characters are present only in Motiff.  The diff shows that the Motiff product differs from Figma's only in the arbitrary "minified" single-character version of variable names.  The variable types, hardcoded numerical values, mathematical operations, and structure of the shaders are otherwise identical:



**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 3

- <u>Copied graphics processor strings:</u>  Over the years, Figma engineers have added hardcoded graphics processor ("GPU") strings to address obscure GPU-specific bugs that were discovered only after years of user trial-and-error and bug reports.  At launch, the Motiff product inexplicably includes these same strings:

    Mesa Intel(R) Graphics (ADL GT2)
    Mesa Intel(R) Xe Graphics (TGL GT2)
    Adreno (TM) 725
    Adreno (TM) 730
    Adreno (TM) 740
    Adreno (TM) 750

- <u>Copied free file limit bug:</u>  Figma limits free tier users to three collaborative design files.  Users, however, can circumvent the limitation with certain undocumented API calls to avoid the need to enroll in a paid tier.  The Motiff product inexplicably contains the same workaround.

**II.    Copied data structures**

Likewise, Figma's design and selection of its data structures reflects years of product development and evolution.  Inexplicable similarities in the Motiff product's own data structures also underscores that the Motiff entities' extensive copying of Figma:

- <u>Copied "fig" document format:</u>  Figma's "fig" document contains the base representation of the document's content and additional cached data to increase performance.  Motiff's document format copies Figma's, using similarly (and often identically) named structures and non-intuitive capitalization choices (*e.g.*, isFirstLineOfList, lineType):

|              Figma               |              Motiff              |
| :------------------------------: | :------------------------------: |

```
▼ lines (1)
  ▼ [0]
      indentationLevel  0
      isFirstLineOfList  FALSE
      lineType  "PLAIN"
      listStartOffset  0
      sourceDirectionality  "AUTO"
      styleId  0
```

```
▼ 0:
    consistencyStyleId: 0
    directionality: "DIRECTIONALITY_LTR"
    directionalityIntent: "DIRECTIONALITY_INTENT_IMPLICIT"
    downgradeStyleId: 0
    indentationLevel: 0
    isFirstLineOfList: false
    lineType: "LINE_TYPE_PLAIN"
    listStartOffset: 0
```

IIIORRISON FOERSTER

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 4

| Figma | Motiff |
|---|---|

**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 5

- <u>Copied autosave schema</u>:  Figma's autosave database schema reflects years of
  development.  Motiff's schema mirrors an older version of the Figma schema, even
  using the same version number ("v2") even though Motiff only recently released.
  Structure names have been slightly changed with only simple substitutions:



# ⅢORRISON ꟻOERSTER

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 6

- <u>Copied RenderTree format and debugging tool:</u>  Figma employs a specific RenderTree and a tool to allow its debugging via a text-based console.  The Motiff product copies both the RenderTree's organization of elements and data within those elements.  The Motiff product further includes a debugging tool that copies Figma's text-based representation of the RenderTree:

### Figma

```
> DebuggingHelpers.logAndGetRenderTree('6:6')
  GROUP hasBgBlurs nocache                                                              vendor-core-
  ├FILL path=RoundedRectPath paints=[SOLID color=#FFFFFF opacity=1] isRect bgBlurSafe
  ├FILL path=UniquePath paints=[SOLID color=#743D3D opacity=1] bgBlurSafe
  ├FILL path=UniquePath paints=[SOLID color=#000000 opacity=0.5] bgBlurSafe
  ├FILL path=UniquePath paints=[SOLID color=#4BAE5B opacity=1] bgBlurSafe
  └METADATA hasBgBlurs nocache
    └GROUP bgBlurSafe
      └MASK type=BACKGROUND_BLUR bgBlurSafe
        ├FILL path=RoundedRectPath paints=[SOLID color=#FF0000 opacity=0.5] isRect bgBlurSafe
        └BLUR radius=10 bgBlurSafe
          └GROUP bgBlurSafe
            ├FILL path=RoundedRectPath paints=[SOLID color=#FFFFFF opacity=1] isRect bgBlurSafe
            ├FILL path=UniquePath paints=[SOLID color=#743D3D opacity=1] bgBlurSafe
            ├FILL path=UniquePath paints=[SOLID color=#000000 opacity=0.5] bgBlurSafe
            └FILL path=UniquePath paints=[SOLID color=#4BAE5B opacity=1] bgBlurSafe
      └FILL path=RoundedRectPath paints=[SOLID color=#FF0000 opacity=0.5] isRect bgBlurSafe
< ▶ i {maxBounds: Ur, _isOptimized: false, flags: 6, children: Array(5), _isFirstChildSolidBackground: false}
  reconnecting with reconnect key 7ec268976db0f391f92c5a443b75a7e6799bf7b6                vendor-core-
> |
```

### Motiff

```
> wukong.printCurrentTreeRenderObject()
[2024-06-15 12:13:09.267] [info] Group bounds=(x=839 y=-985 w=927 h=635) kHasBackgroundBlur kHasVolatileOffset
├Fill shape=(Rect w=897 h=635) paints=[(Solid 0xFFFFFFFF)] transform=(869 -985) bounds=(x=869 y=-985 w=897 h=635)
└VolatileOffset mode=kChildren direction=kHorizontal offsetX=-167 offsetY=-0 bounds=(x=839 y=-896 w=608.228 h=439) kHasBackgroundBlur kHasVolatileOffset
  └Group bounds=(x=1006 y=-896 w=608.228 h=439) kHasBackgroundBlur kHasVolatileOffset
    ├Cache bounds=(x=1179 y=-797 w=363 h=300)
    │ └Fill shape=(RRect bounds=(x=363 h=300) radius=(tl=100 tr=100 bl=100 br=100)) paints=[(Solid 0xFF743D3D)] transform=(1179 -797) bounds=(x=1179 y=-797 w=363 h=300)
    ├Cache bounds=(x=1139 y=-837 w=443 h=380)
    │ └Fill shape=(Blob id=2 bounds=(x=-40 y=-40 w=443 h=380)) paints=[(Solid 0x80000000)] transform=(1179 -797) bounds=(x=1139 y=-837 w=443 h=380)
    ├Cache bounds=(x=1160.13 y=-727.035 w=454.102 h=36.5234)
    │ └Fill shape=(Glyphs size=15) paints=[(Solid 0xFF4BAE5B)] transform=(1156 -738) bounds=(x=1160.13 y=-727.035 w=454.102 h=36.5234)
    ├Mask mode=kBackgroundBlur bounds=(x=1026 y=-896 w=297 h=317) kHasBackgroundBlur kHasVolatileOffset
    │ ├Fill shape=(Rect w=317 h=317) paints=[(Solid 0x80FF0000)] transform=(-1 8.74228e-08 1323 -8.74228e-08 -1 -579) bounds=(x=1006 y=-896 w=317 h=317)
    │ └Blur radius=10 clamp=(x=1006 y=-896 w=917 h=655) kHasVolatileOffset
    │   └VolatileOffset mode=kBackground direction=kBoth offsetX=167 offsetY=-0 bounds=(x=1036 y=-985 w=897 h=635) kHasVolatileOffset
    │     └Group bounds=(x=869 y=-985 w=897 h=635) kHasVolatileOffset
    │       ├Fill shape=(Rect w=897 h=635) paints=[(Solid 0xFFFFFFFF)] transform=(869 -985) bounds=(x=869 y=-985 w=897 h=635)
    │       └VolatileOffset mode=kChildren direction=kHorizontal offsetX=-167 offsetY=-0 bounds=(x=972 y=-837 w=475.228 h=380) kHasVolatileOffset
    │         └Group bounds=(x=1139 y=-837 w=475.228 h=300)
    │           ├Fill shape=(RRect bounds=(x=363 h=300) radius=(tl=100 tr=100 bl=100 br=100)) paints=[(Solid 0xFF743D3D)] transform=(1179 -797) bounds=(x=1179 y=-797 w=363 h=300)
    │           ├Fill shape=(Blob id=2 bounds=(x=-40 y=-40 w=443 h=380)) paints=[(Solid 0x80000000)] transform=(1179 -797) bounds=(x=1139 y=-837 w=443 h=380)
    │           └Fill shape=(Glyphs size=15) paints=[(Solid 0xFF4BAE5B)] transform=(1156 -738) bounds=(x=1160.13 y=-727.035 w=454.102 h=36.5234)
    └Fill shape=(Rect w=317 h=317) paints=[(Solid 0x80FF0000)] transform=(-1 8.74228e-08 1323 -8.74228e-08 -1 -579) bounds=(x=1006 y=-896 w=317 h=317)
```

**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 7


**III.    Copied rendering bugs & idiosyncrasies**

From years of experience developing the Figma product, Figma's engineers are aware of certain bugs and idiosyncrasies that occur when rendering images. These bugs and idiosyncrasies reflect certain coding decisions and the evolution of the code base. The existence of these same errors in the Motiff product underscores the Motiff entities' extensive copying of Figma.

- Copied outside stroke error:  When rendering an outside stroke, Figma's editor will display an unintended error. *E.g.*, when applying an outside stroke with a width of 200 pixels to a 100 pixel diameter red circle, an unexpected "bullseye" (depicted as the gap between the circle and the stroke below) will appear. Motiff's product displays the same error:

|          Figma          |         Motiff          |
|:-----------------------:|:-----------------------:|

- Copied offset path error:  As yet another example, Figma's editor depicts another stroke rendering bug when displaying certain offset paths that should be smooth and continuous. Motiff's product displays the same error:



|          Figma          |         Motiff          |
|:-----------------------:|:-----------------------:|

IIIORRISON FOERSTER

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 8

- <u>Copied curved stroke error</u>:  As another example, when rendering a curved stroke with a final segment shorter than the stroke width, Figma's editor will display another unintended error.  *E.g.*, when defining a stroke with three points slightly out of line, the rendered stroke will unexpectedly omit a semicircle where the stroke segments overlap.  Motiff's product displays the same error:

Figma                      Motiff



- <u>Copied emoji heart error</u>:  As yet another example, when rendering a red heart emoji (❤️), Figma's editor will display another unintended error—a flat black heart (♥).  Motiff's product displays the same error:

Figma                      Motiff



**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 9

- <u>Copied dashed lines error and corner design</u>:  As yet another example, when rendering certain dashed lines, Figma's editor will display an unintended error.  *E.g.*, a user-specified dashed line that is 30 pixels in length will instead appear substantially shorter in certain scenarios.  The corners also are oddly shaped. Motiff's product displays the same unintuitive behavior:



Figma                                Motiff

- <u>Copied line to vector node error</u>:  As yet another example, when converting a line node to a vector node, Figma's editor will shift the node to a half-pixel position. Specifically, instead of snapping to standard grid positions, the converted vector node will mistakenly be shifted half a pixel.  Motiff's product displays the same unintuitive behavior.

**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 10

## IV.    Copied in-product instructions and "look-and-feel"

The Motiff product's interface also inexplicably mirrors Figma's.  The copying includes copying of Figma's introductory/onboarding messages, warning messages, error messages, images, icons, layouts, toggles, visual style, and options, among other things.

- <u>Copied error panes:</u>  Error panes in the Motiff products are identical.  *E.g.*, the tabs ("Comment," "Properties," and "Export") and error notification ("Export disabled" – "Someone with  . . .") in the Motiff and Figma products' export panes are identical. Other examples include error messages when prototyping has only one frame, notifications when recovering from network interruptions, and missing fonts.

Figma                  Motiff

- <u>Copied setup and onboarding panes:</u>  The same is true of the Motiff product's setup and onboarding instruction panes, which copy those in Figma's.  The exemplary library onboarding pane is shown below.  Additional examples include moving files to a team to publish assets, multiplayer onboarding, and team library onboarding.

Figma                  Motiff

**MORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 11

- <u>Copied interface elements:</u>  The Motiff product's editor copies the distinctive visual style of dozens of Figma interface elements.  An example involving how margins are displayed upon hovering is shown below.  In the Motiff product, as in Figma's, pixel values are shown in orange boxes with white numbers.  Additional examples include icon detection, toggles, and library update notifications.

| Figma | Motiff |
|---|---|



- <u>Copied multi-step user workflows:</u>  The Motiff product copies the layout, visual style, and options in numerous multistep guided workflow panes in Figma. Depicted below is an example involving the color profile settings workflow (with just one representative pane shown):

| Figma | Motiff |
|---|---|



ΙΙΙORRISON FOERSTER

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 12

- <u>Copied content editing panes:</u>  The Motiff product copies the layout, visual style, and property names of numerous content selection panes in Figma.  Examples involving selected text and selected frames appear below.  Additional examples include the Fill Rule editor plugin panes, the Skew Dat plugin panes, and scroll behavior editing panes.

Figma                                    Motiff



Selected Text Pane

MORRISON FOERSTER

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 13

Figma                                                    Motiff



Selected Frame Pane

**IIIORRISON FOERSTER**

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 14

**V.      Copied help documentation**

The Motiff product's Help Center documentation blatantly copies Figma's.  One example involving managing color profiles (from perhaps hundreds) appears below.   Other examples include documentation on corner radius smoothing, colors generally, smart selections, browser configuration, user management, code snippets, layers in DevMode, prototypes, library descriptions, swapping components, shows and blurs, and text properties.

Figma                                              Motiff





# ᴍORRISON ᖴOERSTER

Yang Yuanzu and Haoran (Ryan) Zhang
August 13, 2024
Page 15

*    *    *    *    *

The examples above involving copied code, data structures, rendering bugs and idiosyncrasies, look-and-feel, and documentation are far from exhaustive.  So, too, are the federal and state law claims that Figma has identified to date (i.e., breach of contract and copyright infringement).  For example, Figma has recently learned that the Motiff entities also have been using dozens of user accounts to scrape Figma's Community resources, in violation of Figma's Acceptable Use Policy.

The inescapable conclusion from the Motiff entities' extensive copying of Figma, however, is that they used Figma's product and code to develop their own.  This is both improper and illegal under U.S. law.  To avoid liability for their willful breach of contract and their rampant copying of Figma's intellectual property, Figma urges the Motiff entities to cease sales of the Motiff product immediately.  Should the Motiff entities decline to do so, Figma reserves the right to pursue all legal remedies.

In view of Figma's serious concerns about the origins of the Motiff product, please preserve all documents relating to its development, use of or access to Figma's products and services (whether by Motiff employees directly, those related to Motiff, or affiliates), and communications with Figma.

Sincerely,

Richard S.J. Hung

cc:    Dong Zexin, Yuanfudao Figma Account Administrator