# EXHIBIT 2

EMS 全球邮政特快专递
国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL
EA642777335CN

收寄局/ORIGIN OFFICE: 建国门

收寄日期/POSTING DATE & TIME: 2025 年Y 1 月M 6 日D

寄件人/FROM:
电话(非常重要)/PHONE (VERY IMPORTANT): 010-55604537
公司/COMPANY: Ministry of Justice
国家(地区)/COUNTRY(REGION): P.R.C China
城市/CITY: Beijing
地址/ADDRESS: Ministry of Justice International Legal Cooperation Center (ILCC) 33,Pinganli Xicheng District BEIJING
邮政编码/POSTAL CODE: P.C. 100035 People's Republic of China
用户编码/CUSTOMER CODE: 100000

如邮件无法投送, 我选择:
IF SHIPMENT IS UNDELIVERABLE, I AGREE THAT IT SHOULD BE:
☑ 退回 RETURNED
□ 放弃 ABANDONED

收件人/TO: 1443
电话(非常重要)/PHONE (VERY IMPORTANT):
公司/COMPANY: Richard S.J.Hung Morrison &Foerster LLP
国家(地区)/COUNTRY(REGION): USA
城市/CITY: San Francisco
地址/ADDRESS: 425 Market St. San Francisco,CA94105 Tel:+1(415)268-7000
邮政编码/POSTAL CODE:

体积/Volume: 长L 0cm × 宽W 0cm × 高H 0cm
保价 INSURED: 是 □ 否 180.00元
资费/CHARGE: 2元

总重量/TOTAL WEIGHT: 净重 184.00元
立方厘米/cm³: 0.00
声明价值(人民币)/DECLARED VALUE (RMB):
其它费用/ADD CHARGE:
费用总计/TOTAL CHARGE:

CN22
□ 文件资料 DOCUMENT
□ 物品 PARCEL
件数/NO OF PCS: 1件
重量/WEIGHT: 50克
申报价值/DECLARED VALUE:
内件品名/NAME & DESCRIPTION OF CONTENTS: DOCUMENT
原产地/ORIGIN

千克/KG  美元/USD
寄件人签名/SENDER'S SIGNATURE: wangtailong

日戳: 2025.01.06.15 建国门

EA642777335CN

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

3252CNS20241028

**1. 文书已予送达\***
[√] that the document has been served *
que la demande a été exécutée*

| | |
|---|---|
| - 日期: the (date) / le (date) : | 20.Nov,2024 |
| - 地点（城镇、街、号）: at (place, street, number) / à (localité, rue, numéro) : | Floor 6,Area F,Block A Lei Shing Hong Center No.8,Guangshun South St.Wangjing,Chaoyang District |

- 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

[√] **a)** 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] **b)** 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante*

[ ] **c)** 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| 收件人身份和说明: Identity and description of person: Identité et qualité de la personne : | With a seal of the company |
| 与受送达人的关系（家庭、业务及其他）: Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

**2. 由于下列事实文书未能送达：\***
[ ] that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*

| |
|---|
| |

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。
[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| | |
|---|---|
| 退还的文书: Documents returned: Pièces renvoyées : | |
| 适当时，确认送达的文书: In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

*适当时
if appropriate / s'il y a lieu

| | |
|---|---|
| 制于（地点） Done at / Fait à 北京 Beijing 日期 the / le 2024.12.11 | 签名和（或）盖章 Signature and/or stamp / Signature et / ou cachet 中华人民共和国 司法部 民商事司法协助专用章 |

海牙会议 常设局 2013 年 4 月

3252CNS2024/028

# 向国外送达司法文书或司法外文书的
## 请求书
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

### 关于向国外送达民事或商事司法文书和司法外文书公约
### 一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Richard S.J. Hung | Ministry of Justice International Legal Cooperation |
| Morrison & Foerster LLP | Center (ILCC) |
| 425 Market St. | No. 33, PingAnLi W. Ave. |
| San Francisco, CA 94105 | Xicheng District, Beijing 100035 |
|  | People's Republic of China |
| Tel: +1 (415) 268-7000 | Tel: +86 10 5560 4537 |
| Fax: +1 (415) 268-7522 | Fax: +86 10 5560 4538 |
| Email: rhung@mofo.com | Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(身份和地址)
(identity and address) / (identité et adresse)
Kanyun Holding Group Co. Ltd.
Floor 6, Area F, Block A
Lei Shing Hong Center
No. 8, Guangshun South St.
Wangjing, Chaoyang District, Beijing, 100000
People's Republic of China
Email: liyikebj@kanyun.com

北京看云控股有限公司
注册地址 北京市朝阳区广顺南大街 8 号院 1 号楼 1 层 101 内 4 层 F01 内 06 单元

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| --- | --- | --- |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

- 2024-09-16 [1] Complaint
- 2024-09-16 [1-1] Complaint Exhibit A
- 2024-09-16 [1-2] Complaint Exhibit B
- 2024-09-16 [1-3] Complaint Exhibit C
- 2024-09-16 [1-4] Complaint Exhibit D
- 2024-09-16 [1-5] Civil Cover Sheet
- 2024-09-17 [7] Initial Case Management Order
- 2024-09-27 [11] Consent or Declination to Magistrate Judge Jurisdiction
- 2024-09-19 [10] Issued Summons
- 2024-09-30 [13] Order Reassigning Case
- 2024-09-30 [13-1] Notice of Eligibility for Video Recording
- 2024-10-01 [14] Reassignment Order Setting CMC
- 16-10 Case Management Conference
- Standing Order for Civil Cases Before Judge James Donato

海牙会议常设局 2013 年 4 月

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 知识产权权属、侵权纠纷 | 案　　号 | （2024）京协外送 207 号<br>（2024）最高法协外送 2748 号 |
|---|---|---|---|
| 送达文书名称和件数 | 送达文书概要：法院函等文书及译文各 2 份 | | |
| 受送达人 | 北京看云控股有限公司（又名看云控股集团有限公司）(Kanyun Holding Group Co.,Ltd, a/k/a Beijing Kanyun Holdings Co.,Ltd) | | |
| 送达地址 | Floor 6, Area F, Block A Lei Shing Hong Center No. 8, Guangshun South St, Wangjing, Chaoyang District, Beijing, 100000（北京市朝阳区广顺南大街 8 号院 1 号楼 1 层 101 内 4 层 F01 内 06 单元/北京市朝阳区望京广顺南大街 8 号院利星行中心 A 座 F 区 6 层） | | |
| 受送达人签名或盖章 | | | 2024 年 11 月 20 日 |
| 代收人代收理由 | | | 年　月　日 |
| 未能送达理由 | | | |
| 备　　考 | | | |

填发人　夏艺轩　　　　　　　　　送达人 夏艺轩 刘颖

2024.11.20

注：（1）送达刑事诉讼文书，按照刑事诉讼法第一百零七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第八十七条、第八十八条的规定办理。
（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。