Michael J. Bettinger (CA SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Samuel N. Tiu (CA SBN 216291)
stiu@sidley.com
Brooke S. Böll (CA SBN 318372)
brooke.boll@sidley.com
Marissa X. Hernandez (CA SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6095
Facsimile: (213) 896-6600

*Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
AND KANYUN HOLDING GROUP CO. LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DEFENDANTS' REPLY IN SUPPORT OF *EX PARTE* MOTION TO (1) EXTEND BRIEFING SCHEDULE AND (2) CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. PROC. 6(b)(1)(A) AND CIV. L.R. 6-3 AND 7-10** <br><br> Assigned to: Hon. James Donato <br><br> Date:  TBD <br> Time:  TBD <br> Place: San Francisco Courthouse <br>          Courtroom 11, 19th Floor <br>          450 Golden Gate Avenue <br>          San Francisco, CA 94102 |

- 1 -

Pursuant to the Court's January 31, 2025 Order, Defendants will meet and confer with Plaintiff to discuss a schedule relating to Plaintiff's Motion for Preliminary Injunction, and the parties will submit a joint statement on February 10, 2025 addressing filing dates and discovery per the Order. The parties are currently scheduled to meet and confer under Rule 26(f) of the Federal Rules of Civil Procedure on February 6, 2025 at 1:30 p.m.

Date: February 3, 2025

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Samuel N. Tiu*
    Michael J. Bettinger
    Samuel N. Tiu
    Brooke S. Böll
    Marissa X. Hernandez

*Attorneys for Defendants*
*MOTIFF PTE. LTD., YUANFUDAO HK LTD.,*
*AND KANYUN HOLDING GROUP CO. LTD.*

- 1 -

DEFENDANTS' REPLY IN SUPPORT OF *EX PARTE* MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507