# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  February 13, 2025                                    Judge:  Hon. James Donato

Time:  8 Minutes

Case No.        **3:24-cv-06507-JD**
Case Name       **Figma, Inc. v. Motiff Pte. Ltd. et al**

Attorney(s) for Plaintiff(s):     Richard Hung/Jonathan Morris
Attorney(s) for Defendant(s):     Mike Bettinger

Deputy Clerk:  Lisa R. Clark                              Court Reporter:  Beth Krupa

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

The parties' proposed briefing schedule for the injunction is granted.  Dkt. No. 36.  Defendants may oppose the preliminary injunction motion by March 20, 2025.  Figma may file a reply by April 17, 2025.  A hearing on the PI motion is set for May 1, 2025, at 10:00 a.m., in Courtroom 11.

Figma's requests for Rule 30(b)(6) depositions of each defendant, and for half-day depositions of Ryan Zhang and Tim Yang, Dkt. No. 36 at 4, are granted.

The initial case management conference set for February 27, 2025, is vacated.  The Court will issue a scheduling order following resolution of the PI motion.