RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

MICHAEL J. BETTINGER (CA SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SAMUEL N. TIU (CA SBN 216291)
stiu@sidley.com
BROOKE S. BÖLL (CA SBN 318372)
brooke.boll@sidley.com
MARISSA X. HERNANDEZ (CA SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6095
Facsimile: (213) 896-6600

*Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FIGMA, INC.,

Plaintiff,

v.

MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD.,

Defendants.

Case No. 3:24-cv-06507-JD

**JOINT STIPULATION RE: SOURCE CODE ESCROW**

Courtroom: 11, 19th Floor
Judge: Hon. James Donato

Action Filed: September 16, 2024
Trial Date: None Yet Set

Plaintiff Figma, Inc. and Defendants Motiff Pte. Ltd., Yuanfudao HK Ltd., and Kanyun Holdings Group Co. Ltd. (collectively, "Motiff" or "Defendants") respectfully file this joint stipulation governing the setup of a secure source code clean room and the related security protocols:

WHEREAS, the parties wish to compare the parties' source code to support their claims and defenses in this action;

WHEREAS, this comparison would be facilitated by the source code being on the same computer; and

WHEREAS, Section 8(b) of the Protective Order on file with the Court requires that:

> The source code shall be made available for inspection on a secured computer in a secured room without Internet access or network access to other computers, and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

1) The parties agree to use Exponent as a vendor to oversee the operation of secure clean rooms and to serve as a source code escrow repository;

2) For each clean room, Exponent will source a review computer connected to two monitors, which will be used for source code review upon approval of the parties. Only Exponent will load the source code and install the inspection-related software on the review computer, absent other agreement by the parties;

3) Exponent will, upon request and notice to all parties, install reasonable inspection related software[1] requested by the producing or receiving party in compliance with the Protective Order. The cost of licenses related to the software applications will be borne by the party requesting the installation of the software;

4) Exponent will verify the security of the review computers after installation of the inspection software and that it complies with the protective order. Exponent then will place a

[1] Installation of any software application does not waive the right to challenge its use at a later time.

copy of the parties' respective source code on the review computers, while maintaining an original copy in its vault of each party's source code;

5) Exponent will employ all software and physical security measures that it deems necessary to maintain the security of the computers during review, including but not limited to using a computer locker that the parties will not access during review;

6) Exponent will maintain clean rooms located at Exponent's facilities in New York, NY for use by both Figma and Motiff, and in Menlo Park, CA for use by Figma, in secure conference rooms and will ensure access is limited only to those authorized under the Court's Protective Order, referenced above, to access material designated HIGHLY CONFIDENTIAL – SOURCE CODE, after reasonable notice to all parties;

7) Pursuant to the Protective Order, Exponent will maintain the review computers without network access (including Internet access);

8) During inspection, the review computers will be housed in a secure container to prevent physical access to the computer, and when not in use the computer will be locked in Exponent's vault;

9) Exponent will maintain an access log to the clean rooms and prevent phones, laptops, cameras, or other electronic devices from being brought into the clean rooms by a party or its agents. When any reviewer leaves the room, access to the source code will be temporarily suspended without affecting any current work (*e.g.*, running processes). Individuals may leave the clean room with written notes, provided that they do not contain the source code of a party for whom they are not associated;

10) The parties will agree to share the cost of the initial setup and take down of the New York clean room. Figma will bear the cost of the initial setup and take down of the Menlo Park clean room. The party requesting installation of specific software will pay for the time associated with its installation. The cost of the clean room will be attributed to the party using the clean room for active inspection or overnight processing;

11) Upon completion of the source code review and with the parties' written agreement or termination of the proceedings in this matter, Exponent will delete all data on the

review computer and destroy any remaining source code of the parties in its possession; and

12) The parties are free to modify or amend this agreement in writing, provided that Exponent receives notice of any modifications.

**IT IS SO STIPULATED.**

Dated: February 24, 2025

MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
Richard S.J. Hung

*Attorneys for Plaintiff*
FIGMA, INC.

Dated: February 24, 2025

SIDLEY & AUSTIN LLP

By: */s/ Michael J. Bettinger*
Michael J. Bettinger

*Attorneys for Defendants*
MOTIFF PTE. LTD.,
YUANFUDAO HK LTD., and
KANYUN HOLDINGS GROUP CO. LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ________________________ ____________________________________

HON. JAMES DONATO
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Stipulation Regarding Source Code Escrow. In compliance with Local Rule 5-1(i)(3) I hereby attest that all signatories have concurred in this filing.

Dated: February 24, 2025                                   */s/ Richard S.J. Hung*
                                                                                Richard S.J. Hung