| | |
|---|---|
| 1 | RICHARD S.J. HUNG (CA SBN 197425) |
| | rhung@mofo.com |
| 2 | JONATHAN M. MORRIS (CA SBN 356152) |
| | jonathanmorris@mofo.com |
| 3 | HOLLY M. PETERSEN (CA SBN 351588) |
| | hollypetersen@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone:   (415) 268-7000 |
| 6 | Facsimile:   (415) 268-7522 |
| 7 | BITA RAHEBI (CA SBN 209351) |
| | brahebi@mofo.com |
| 8 | RYAN J. MALLOY (CA SBN 253512) |
| | rmalloy@mofo.com |
| 9 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 10 | Los Angeles, California 90017 |
| | Telephone:   (213) 892-5200 |
| 11 | Facsimile:   (213) 892-5454 |
| 12 | *Attorneys for Plaintiff* |
| | FIGMA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FIGMA, INC., | | Case No. 3:24-cv-06507-JD |
| Plaintiff, | | **FIGMA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | | |
| MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., | | Judge: Hon. James Donato |
| Defendants. | | Action Filed: September 16, 2024 |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order, Plaintiff Figma, Inc. ("Figma") requests that the Court permit Figma to file under seal portions of its letter brief to the Court regarding discovery and Exhibit B attached thereto, as set forth in the table below. The portions of the letter brief and Exhibit B contain information that Defendants have designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order filed February 20, 2025. Figma is obligated to file such information under seal.

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| Figma, Inc.'s Letter Brief regarding discovery | Blue-highlighted portions of PDF pages 1-3. | These portions contain information that Defendants designated as Highly Confidential – Attorneys' Eyes Only. |
| Exhibit B to Letter Brief (Defendants' Responses to Plaintiff Figma, Inc.'s First Set of Interrogatories) | In full. | Defendants designated these responses as Highly Confidential – Attorneys' Eyes Only. |

Dated: March 3, 2025

MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
Richard S.J. Hung

*Attorneys for Plaintiff*
FIGMA, INC.