Michael Bettinger (CA SBN 122196)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Phone: (415) 772-1200
Fax: (415) 772-7400
mbettinger@sidley.com

Samuel N. Tiu (CA SBN 216291)
Eric B. Schwartz (CA SBN 266554)
Brooke S. Böll (CA SBN 318372)
Marissa X. Hernandez (CA SBN 341449)
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 896-6095
Fax: (213) 896-6600
stiu@sidley.com
eschwartz@sidley.com
brooke.boll@sidley.com
marissa.hernandez@sidley.com

Attorneys for Defendants
MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
and KANYUN HOLDING GROUP CO. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> Judge: Hon. James Donato <br><br> **DECLARATION OF SAMUEL N. TIU IN SUPPORT OF DEFENDANTS' RESPONSE STATEMENT TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (DKT. 45)** |

# DECLARATION OF SAMUEL N. TIU

I, Samuel N. Tiu, declare the following:

1. I am an attorney licensed to practice before all the courts of the State of California. I am a partner at Sidley Austin, LLP, counsel for Defendants Motiff Pte. Ltd., Yuanfudao HK Ltd., and Kanyun Holding Group Co. Ltd. ("Defendants") in the above-entitled matter. Based upon my direct involvement, I have gained knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently as to those facts under penalty of perjury. I make this declaration in support of Defendants' Response to Plaintiff's Motion to Consider Whether Another Party's Materials Should Be Sealed ("Defendants' Response").

2. Defendants request that the Court file the following under seal ("Proposed Sealing") which is less extensive than Plaintiff's proposal in its Administrative Motion:

| Document | Portion(s) to Seal |
|---|---|
| Exhibit B to Letter Brief (Defendants' Responses to Plaintiff Figma, Inc.'s First Set of Interrogatories) (ECF No. 45-2) | 3:25-6:1 |

3. The Proposed Sealing contains highly confidential and proprietary information belonging to Defendants constituting sensitive proprietary business information about Defendants internal business that are not publicly available or publicly disclosed and has been maintained by Defendants in a confidential manner. The dissemination of the information contained in the Proposed Sealing could be used by a competitor to reverse engineer Motiff's product, provide insight into Defendants' proprietary methods of unique workarounds implemented by Motiff's engineers, and/or to inflict competitive harm on Defendants.

Executed on this 10th day of March 2025, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/s/ Samuel N. Tiu
Samuel N. Tiu

1

TIU DECLARATION IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – CASE NO. 3:24-CV-06507-JD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Samuel N. Tiu*
Samuel N. Tiu