Michael J. Bettinger (CA SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Samuel N. Tiu (CA SBN 216291)
stiu@sidley.com
Eric B. Schwartz (CA SBN 266554)
eschwartz@sidley.com
Brooke S. Böll (CA SBN 318372)
brooke.boll@sidley.com
Marissa X. Hernandez (CA SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
AND KANYUN HOLDING GROUP CO. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIGMA, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD.,<br><br>　　　　Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DEFENDANTS MOTIFF PTE. LTD., YUANFUDAO HK LTD., AND KANYUN HOLDING GROUP CO. LTD.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – NON-DESIGNATING PARTY**<br><br>Assigned to: Hon. James Donato |

## I.  INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Civil Standing Order, Defendants Motiff Pte. Ltd., Yuanfudao HK Ltd., and Kanyun Holding Group Co. Ltd. ("Motiff") hereby request that this court enter an order that portions Motiff's Opposition to Plaintiff Figma, Inc.'s ("Figma") Motion for Preliminary Injunction ("Opposition to Preliminary Injunction"), Motiff's Objection and Motion to Strike or Disregard the Expert Declaration of Karan Singh, Ph.D. ("Motion to Strike"), and supporting declarations, exhibits, and other documents filed in support pursuant to the table below (collectively, "Proposed Sealing"). The Proposed Sealing contains information that Figma has designated as "Confidential," "Highly Confidential – Attorneys' Eyes Only," and/or "Highly Confidential – Source Code." Motiff is thus obligated to file such information under seal.

**Documents Relating to Motiff's Motion to Strike**

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Motiff's Motion to Strike | Highlighted portions of:<br>1:7-12, 14-18, 24-26<br>2:12-16, 22-24, 26-27<br>3:4-5, 9-11, 13-14, 18, 24-28<br>4:1-2, 4-11<br>5:4-5, 11-13<br>7:8-11<br>8:4 | Figma has designated this information as Confidential or Highly Confidential – Attorneys' Eyes Only |
| Exhibit 1 to the Declaration of Brooke S. Böll ISO Motion to Strike ("Böll Decl.") (Singh Tr.) | Entirety of excerpted document. | Figma has designated the Singh Tr. as Confidential |
| Exhibit 3 to the Böll Decl. (Parties' email correspondence) | Highlighted portion of Page 2 | Figma has designated this information as Confidential, Highly Confidential – Attorneys' Eyes Only, or Highly Confidential – Source Code pursuant to the Protective Order Dkt. 41. |

**Documents Relating to Opposition to Preliminary Injunction**

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit 48 to Declaration of Samuel N. Tiu ISO Opposition to Preliminary Injunction ("Tiu Decl.") (Singh Tr.) | Entirety of excerpted document. | Figma has designated the Singh Deposition Transcript as Confidential |
| Motiff's Opposition to Preliminary Injunction | Blue highlighted portions of: 1:4-10☐5:28-6:4☐7:8-9 ☐9:6-7☐13:5-6 | Contains information that Figma has designated as Confidential, Highly Confidential – Attorney's Eyes Only, and/or Highly Confidential – Source Code |
| Appendix A of Exhibit 1 to Tiu. Decl. (Figma's Interrogatory Responses Nos. 1-7) | In full. | Figma has designated Appendix A of Figma's First Interrogatory Response as Highly Confidential – Attorney's Eyes Only and Highly Confidential – Source Code |
| Exhibit 49 to Tiu Decl. (Meneguzzi Tr.) | Entirety of excerpted document. | Figma has designated the Meneguzzi Deposition Transcript declaration as Highly Confidential – Attorneys' Eyes Only |
| Exhibit 50 to Tiu Decl. (Schoettelkotte Tr.) | Entirety of excerpted document. | Figma has designated the Schoettelkotte Deposition Transcript as Highly Confidential – Attorneys' Eyes Only |
| Declaration of Douglas N. Ellis ISO Opposition to Preliminary Injunction ("Ellis Decl.") | Highlighted portions of: 6:7-8 7:7-8, n. 22 8:15 9:21 10:1-2, n. 33, 34 11:11-16 14:2-3, 16-17 15: n. 58, 61 18:11-12 | Contains information that Figma has designated as Confidential, Highly Confidential – Attorney's Eyes Only, and/or Highly Confidential – Source Code |
| Declaration of Cory Plock, Ph.D. ISO Opposition to Preliminary Injunction ("Plock Decl.") | Blue highlighted portions of: 4:2 6:9-11, 14-15 13:21-24, 26 14: 1-4, 6-8, 10, 12 15:1, 17-24 16:1-7, 11, 16-17, 19, 25, n. 16 17:1, 3-4, 9, 11-13, 19-20, 24-26 18:3, 5-6, 8, 23 19:4-5, 9, 11 | Contains information that Figma has designated as Confidential, Highly Confidential – Attorney's Eyes Only, and/or Highly Confidential – Source Code |

2

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – NON-DESIGNATING PARTY – CASE NO. 3:24-CV-06507

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| | 20:10-11, 13-14, n. 21, 22 | |
| | 21:11-13 | |
| | 23:18-21 | |
| | 24:2, 5-12, 16-20 | |
| | 25:3-6 | |
| | 26:6, 19-21 | |
| | 27:12-13 | |
| | 29:9-14, 23 | |
| | 30:11, 17-19, n. 40 | |
| | 32:1, 7, 10 | |
| | 33:1 | |
| | 34:26 | |
| | 35:1 | |
| | 36:4, 11 | |
| | 39:18 | |
| | 40:5-6, 10-17 | |
| | 41:1-2, 9-10 | |
| | 42:1-11, 18-20 | |
| | 43 n. 65 | |
| | 45:18 | |
| | 46:13 | |
| | 47:9-11, 15-23, n. 78 | |
| | 48:12-14, n. 79 | |
| | 49:5-6, 22, n. 80 | |
| | 50:7-8, 12-14 | |
| | 51:1, 20-21 | |
| | 52:8-9, 14-21 | |
| | 53:3-4, 6, n. 90 | |
| | 55:23 | |
| | 56:17-18 | |
| | 57:15-16 | |
| | 58:4 | |
| | 61:5, 7-16, n. 110 | |
| | 62:21, n. 112 | |
| | 64:9, 14 | |
| | 65:12-13, n. 117 | |
| | 68:1-11, n. 122 | |
| | 69:9-10, 19-24 | |
| | 70:1-7, 13, 21-22, n. 127 | |
| | 72:7-14, n. 132 | |
| | 73:16, 20-25 | |
| | 74:1, 3-4, 6, 8, 10-17 | |

3

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – NON-DESIGNATING PARTY – CASE NO. 3:24-CV-06507

Date: March 20, 2025                     Respectfully submitted,

SIDLEY AUSTIN LLP


By: */s/ Samuel N. Tiu*
    Michael J. Bettinger
    Samuel N. Tiu
    Eric B. Schwartz
    Brooke S. Böll
    Marissa X. Hernandez

*Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD., AND KANYUN HOLDING GROUP CO. LTD.

4

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – NON-DESIGNATING PARTY – CASE NO. 3:24-CV-06507

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Samuel N. Tiu*
Samuel N. Tiu

5

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED –
NON-DESIGNATING PARTY – CASE NO. 3:24-CV-06507