1 | Michael J. Bettinger (CA SBN 122196)
mbettinger@sidley.com
2 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
3 | San Francisco, CA 94104
Telephone: (415) 772-1200
4 | Facsimile: (415) 772-7400

5 | Samuel N. Tiu (CA SBN 216291)
stiu@sidley.com
6 | Eric B. Schwartz (CA SBN 266554)
eschwartz@sidley.com
7 | Brooke S. Böll (CA SBN 318372)
brooke.boll@sidley.com
8 | Marissa X. Hernandez (CA SBN 341449)
marissa.hernandez@sidley.com
9 | SIDLEY AUSTIN LLP
350 South Grand Avenue
10 | Los Angeles, CA 90071
Telephone: (213) 896-6000
11 | Facsimile: (213) 896-6600

12 | *Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
13 | AND KANYUN HOLDING GROUP CO. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD.,<br><br>Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DECLARATION OF BROOKE S. BÖLL IN SUPPORT OF DEFENDANTS' OBJECTION AND MOTION TO STRIKE OR DISREGARD THE EXPERT DECLARATION OF KARAN SINGH, PH.D.**<br><br>Assigned to: Hon. James Donato<br><br>Date: May 1, 2025<br>Time: 10:00 a.m.<br>Place: San Francisco Courthouse<br>Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

I, Brooke S. Böll, declare as follows:

1.     I am an attorney licensed to practice in the State of California. I am an attorney at Sidley Austin, LLP ("Sidley"), counsel for Defendants Motiff Pte. Ltd., Yuanfudao HK Ltd., and Kanyun Holding Group Co. Ltd. ("Motiff") in the above-entitled matter. Based upon my direct involvement, I have gained knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently as to those facts under penalty of perjury. I submit this declaration in support of Motiff's Objection and Motion to Strike the Expert Declaration of Karan Singh, Ph.D.

2.     On February 28, 2025, my colleague and Sidley partner, Sam Tiu, deposed Karan Sher Singh, Ph.D. ("Dr. Singh") concerning the expert report he filed in support of Plaintiff Figma Inc.'s ("Plaintiff") Motion for Preliminary Injunction. *See* Dkt 28-11. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the Deposition Transcript of Dr. Singh taken on February 28, 2025.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of Motiff's First Set of Requests for Production of Documents (Nos. 1-18) served on Plaintiff Figma Inc. ("Figma") on February 6, 2025.

4.     On March 5, 2025, Mr. Tiu and I attended an in person meet and confer with counsel for Figma to discuss discovery in this matter. The morning before the meeting, I followed up via email regarding Motiff's prior oral request for the older version of the Figma Platform reviewed and relied on by Dr. Singh. During this meeting, Figma refused to produce the version of the Figma Platform reviewed and relied on by Dr. Singh in forming his opinions. Figma stated that every screenshot taken was produced but the complete website as it appeared to Dr. Singh was not captured during that process.

5.     Following the March 5, 2025, meet and confer between the parties, I sent an email memorializing the details of the meeting, including Figma's refusal to provide the older version of its Figma Platform relied on by Dr. Singh in forming his opinions. In response, Figma took the position that "there are no additional documents to produce here" because it had already produced its source code. Figma asserted that it was "unreasonable" for Motiff to ask Figma to "host and serve a new website that runs a prior version of Figma's source code."

1

DECLARATION OF BROOKE S. BÖLL IN SUPPORT OF DEFENDANTS' OBJECTION AND MOTION TO STRIKE OR DISREGARD THE EXPERT DECLARATION OF KARAN SINGH, PH.D. – CASE NO. 3:24-CV-06507

6. Attached hereto as **Exhibit 3** is a true and correct copy of the email chain and exchanges between myself and counsel for Figma between February 24 and March 5, 2025.

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is all true and correct.

Executed this 20th day of March 2025, in Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brooke S. Böll*
　　　　　　　　　　　　　　　　　　　　　　　Brooke S. Böll

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

/s/ Samuel N. Tiu
Samuel N. Tiu

3

DECLARATION OF BROOKE S. BÖLL IN SUPPORT OF DEFENDANTS' OBJECTION AND MOTION TO STRIKE OR DISREGARD THE EXPERT DECLARATION OF KARAN SINGH, PH.D. – CASE NO. 3:24-CV-06507

4914-9225-8855