# EXHIBIT B

English Translation of Chinese Declaration of Yuchen (Ethan) Zhang

Redacted Version

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

## DECLARATION OF YUCHEN (ETHAN) ZHANG

I, Yuchen (Ethan) Zhang state and declare as follows:

## I.      INTRODUCTION

1.      I am the Director of Engineering and the R&D Manager for Beijing Kanyun Software Co. Ltd.  I am responsible for overseeing the development of the client-side source code for Motiff's product.  Motiff is an innovative artificial intelligence (AI) assisted user interface (UI) design software platform for webpage, desktop, and mobile applications.  The facts set forth in this Declaration are based on my personal knowledge.  If called to testify as a witness in court, I am able and willing to testify competently to the facts under oath.

2.      I have been involved in the development of Motiff's product since the Motiff development team was established in October 2021.  Motiff's product aims to usher in the development of a new generation of AI-assisted UI design software.  The advent of AI represents the most recent evolution of UI design software, while prior industry shifts occurred with the introduction of Adobe Illustrator in 1987, Adobe Photoshop in the early 1990s, Sketch in 2010, and Figma in 2016, respectively.  A version of Motiff's product was first released in China in August 2023, and was subsequently released outside of China in June 2024. Even though the development of Motiff's product is still ongoing, the source code pertaining to the features accused by Figma ▬▬▬▬▬▬▬▬▬▬▬.

3.      When developing Motiff's product, we independently defined the product's architecture, including the overall organization of the software system and the interrelationships between the system's various components.  We wrote our own source code to implement the Motiff product's functionalities and features.  ▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ We

1

consulted many publicly available sources of information throughout the development process, including open-source code repositories, technical documentation, user forums, and blog posts.

4.      During the development process of Motiff's product, we never decompiled or disassembled any Figma product to access Figma's source code.  We did not copy Figma's product source code, nor have we ever obtained copies of Figma's proprietary source code.

## II.    MOTIFF'S PRODUCT AIMS TO INTEROPERATE WITH OTHER UI DESIGN TOOLS

### a.   Interoperability Between .fig Files and Motiff's product

5.      Based on my experience, it is standard industry practice to promote compatibility and interoperability between UI design platforms so that designs generated in one platform can be imported into another.  For example, we learned from Figma's public blog posts that interoperability is why Figma allows and provisions its users to import .sketch files from the Sketch platform into the Figma platform.  https://www.figma.com/best-practices/what-to-expect-when-moving-from-sketch-to-figma. (Exhibit 3)[1].  Sketch similarly allows users to import .fig files from Figma's platform.  https://www.sketch.com/docs/designing/importing-and-exporting. (Exhibit 4).  One of our objectives for Motiff's product is therefore for it to be compatible with other design tools so users are able to seamlessly transfer their draft web designs into Motiff's product without having to start them over.  This interoperability is necessary in designing a competitive web design platform because most designers will not consider adopting a new design tool if they cannot inherit their old designs, regardless of whether the tool is better or more suited to their needs.

---

[1] I understand that the weblinks I provide in this declaration will be submitted as exhibits attached to the declaration of Motiff's attorney, Samuel Tiu, and that the numbers listed correspond to exhibit numbers in his declaration.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

6.      To support interoperability, Motiff allows users to import both Sketch and Figma files into Motiff's product.  To implement this, Motiff's product necessarily had to be capable of parsing .fig files.  Even before we started our work, Figma's .fig file format had already been reversed engineered by others in the open-source community.  This reverse engineering is publicly available on GitHub and provided at least the route for Figma files to transfer to Sketch (https://github.com/sketch-hq/fig2sketch) (Exhibit 5) and to JSON (https://github.com/yagudaev/figma-to-json) (Exhibit 6).  The co-founder and former CTO of Figma, Evan Wallace, also encouraged this interoperability on GitHub. https://github.com/evanw/kiwi/issues/23#issuecomment-650471134. (Exhibit 7).  Mr. Wallace also published a .fig file parser to support developers and allow them to incorporate .fig files in their own projects.  https://madebyevan.com/figma/fig-file-parser. (Exhibit 8).  In 2021, Figma itself also published a "Figma Plugin API Typings" repository on GitHub.  This repository is open sourced under a generic MIT license, which provides permission "to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software…."  https://github.com/figma/plugin-typings/blob/master/LICENSE. (Exhibit 9).  This repository mentions basic concepts such as vectors, nodes, and fills, and open sources field names and datatypes corresponding to such concepts.

7.      ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

8.   ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

██████████████████████████████  It is my

understanding that Figma's former CTO, Mr. Wallace, also made public the code for a

serialization tool called "Kiwi" for serializing data to facilitate transmission over the network.

Kiwi is also based on the protobuf format (https://github.com/evanw/kiwi). (Exhibit 10).  Kiwi

definitions or formats can be parsed from .fig files.  ██████████████████████

████████████████████████████████████████████

██████████████████████████████████  I

suspect that Figma uses Kiwi to serialize its data since the Kiwi script was made public by Mr.

Wallace.  However, I am not sure if this is actually the case because Motiff has never obtained

Figma's proprietary code.

9.   ████████████████████████████████

████████████████████████████████████████

██████████████████████  All the implementing code was developed without any

reference to Figma's proprietary code, which we have never obtained a copy of.  ████████████

████████████  we also noticed Mr. Wallace's representation in 2020 saying that "[y]ou are of

course free to attempt to consume Figma files anyway, as Photopea has done."

https://github.com/evanw/kiwi/issues/23#issuecomment-650471134. (Exhibit 7). Because this

came from Figma's co-founder and CTO, we understood this to mean Figma has no objections to allowing importation of .fig files into other products and making them interoperable.

10.    Also, there are many ways to analyze the Kiwi format, as exemplified by the publicly available "fig2sketch" tool, which decodes the Kiwi format to convert .fig files to .sketch files. https://github.com/sketch-hq/fig2sketch/blob/main/src/figformat/kiwi.py (Exhibit 11); https://github.com/sketch-hq/fig2sketch/blob/main/src/figformat/decodefig.py (Exhibit 12). We reviewed Mr. Wallace's public Kiwi GitHub repository (https://github.com/evanw/kiwi) (Exhibit 10) ████████████████████████████ Mr. Wallace's Kiwi repository is also open sourced under a generic MIT license, which provides permission "to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software…." https://github.com/evanw/kiwi/blob/master/LICENSE.md. (Exhibit 13).

**b. Differences Between Figma's .fig File Format and Motiff's Internal Document Format**

11.    Using the ███████████████████ allows one to check the actual document data structures in a human-readable text format. I provide examples of comparisons between Figma's .fig file format and Motiff's internal document format below using these tools. When Figma's .fig file format and Motiff's internal document format are compared, they are actually very different when viewed in their totality.

12.    ████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████





This demonstrates that the algorithm Motiff uses to ███████████████ was developed

independently.  Such differences reflect our own independent development of the Motiff

product's internal document format.  To emphasize again, even though there are similarities in

the names and datatypes of specific generic fields, the source code implementing and invoking

these variables was developed entirely independently without any reference to Figma's

proprietary source code, and we have never obtained a copy of Figma's proprietary source code.

     13.    I understand that Dr. Singh has pointed to some similarities between Figma's .fig

file format and Motiff's internal document format in his declaration.  However, elements of

Figma's .fig format and Motiff's internal document format were derived from other platforms.

For example, the use of the word "symbol" in defining the data structures depicted below comes

from Sketch.  That is, Sketch defines "symbols" which allow users to turn individual elements or

groups of elements into templates for building other elements.  https://designlab.com/sketch-101-

course/symbols. (Exhibit 14). ████████████████████

████████████████████████████████

██████████████ However, as also shown below, these data structures are defined differently

as observable through ████████████████



The above Figma and Motiff file format representations correspond to the data structures and variables that can be viewed in the Figma and Motiff products through the browser developer tools, as provided, for example, in the below images from Dr. Singh's declaration.



Dr. Singh's Figma File Format          Dr. Singh's Motiff  File Format

14.    We have not seen or obtained Figma's implementing source code for its document format.  The access and read/write source code for the Motiff format was entirely developed independently by Motiff's engineers, and the definitions in the data structure show this.

15.    Many elements of Motiff's internal document format were also developed based on independent analysis by Motiff's engineers.

8



. As shown above, Figma and the Motiff product's file formats differ in the way they present text data. The above Figma and Motiff file format representations correspond to the data structures and variables that can be viewed in the Figma and Motiff products through the browser developer tools, as provided, for example, in the below images from Dr. Singh's declaration.





Dr. Singh's Figma File Format        Dr. Singh's Motiff File Format

16.    Individual fields in the above-referenced data structures were also developed

independently based on the needs of our users.  For example, Motiff supports Chinese, Japanese,

and Korean ("CJK") characters, and CJK fonts are typically much larger in data size than

English fonts due to the number of characters. ████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████

17.     As another example, Dr. Singh points to similarities between variable names and datatypes in the below images that correspond to the "TextLineData" data structure that can be viewed in the Figma and Motiff products through the browser developer tools.  The "TextLineData" data structure functions to describe the data associated with a line of text, including whether each line of text in a text node is an ordered list, unordered list, or plain text, the indentation of the line, and whether the line is the first line of a list.



Dr. Singh's Figma File Format                    Dr. Singh's Motiff File Format

The below images depict how the "TextLineData" data structure is represented in the ████

███████████████████████████████████.  The ███████████████████████████████████

███████████████     look similar because, as I mentioned above, ███████████████████

███████████

[REDACTED]

18.     While both the [REDACTED] include similar naming conventions, there are noticeable differences between the data structures. [REDACTED]

19.     Further, this observable representation only captures the names and datatypes of the different variables.  The actual source code implementation by Figma is not observable, and we have never obtained this source code.  Motiff's engineers independently implemented the Motiff product's source code for storing, reading, and writing the data.  As such, while some of the variable names and datatypes appear similar at this abstracted level, how these variables are specifically declared and later used (or not used) throughout Motiff's product reflects our own original implementation.

20.     [REDACTED]

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████  In my experience, these fields are

necessary to implement very basic text functions, and the implementation of these fields and the

corresponding text rendering algorithm was developed entirely independently by Motiff's

engineers.

21.    Overall, Figma's .fig file format and Motiff's internal document format are

actually very different when viewed in their totality.  To the extent there are similarities in the

names and datatypes of specific generic fields, the source code implementing and invoking these

variables was developed entirely independently without any reference to Figma's proprietary

source code, and we have never obtained a copy of Figma's proprietary source code,.

**c.  Shaders**

22.    ██████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

Shaders take the form of mathematical formulas and output a final value reflecting the element's

various attributes.  Therefore, to achieve the same rendering effect between platforms, the final

output must be the same.  ██████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████  At no time did we view or obtain Figma's proprietary source code.

23.      ███████████████████  of the relevant mathematical formulas in the publicly visible minified shader code in Figma's product, ████████████  Figma's shader implementations were largely based on open-source shader codes and well-known rendering equations, such as those found in the open-source Skia 2D graphics library—████████████████████████████████ ████████.  In our review of the relevant mathematical formulas in the publicly visible minified shader code in Figma's product, we also observed that there were slight variations to a few of these equations from what is available in the open-source community.  To support interoperability for Figma's files imported into Motiff, ██████████████████████████ ████████████████████████████████████████████ ████████████████████████

24.      In total, █████████████████████████████████ ██████████████████████████████████████████ ████████████████████  Of these ███████████████████████████ ██████████████████████████████████████████ █████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████  At no time did we ever view or obtain Figma's source code to make these modifications to the mathematical formulas.  Rather, we relied on public sources to expand Figma's minified formulas into our own source code.  For example, many of the function names and variable names for the Motiff product's shaders are

found online and structurally correspond to functions in Figma's minified shaders.

https://registry.khronos.org/OpenGL/extensions/KHR/KHR_blend_equation_advanced.txt

(Exhibit 15);

https://registry.khronos.org/OpenGL/extensions/NV/NV_blend_equation_advanced.txt (Exhibit

16).

## III.    THE BUGS COMMON TO FIGMA AND MOTIFF ARE CAUSED BY THIRD PARTY PLATFORMS OR ARE NOT BUGS

25.    I understand that Figma claims that we have copied its source code because

certain bugs in Motiff's product appear to be the same as bugs in Figma's product.  That claim is

false.  Many of these bugs are common to all Skia-based rendering software.  Skia is an open-

source graphics rendering library that was not created by Figma.  ███████████████

██████████████████████████████████████████████  For

example, what Dr. Singh called the "outside stroke error" and "curved stroke-end error"

represent known problems with the Skia API and certain browsers, meaning the bugs originate in

the Skia rendering library.  ████████████████████████████████

████████████████

26.    For example, the so-called "outside stroke error" is reproducible in Skia using

code included in the following link.  ████████████████████████████████

██████

https://fiddle.skia.org/c/44ca44fa17ebd71d51018cf39fc23bb1. (Exhibit 17).



| *Figma* | *Motiff* | *Skia* |

27.    The so-called "curved stroke-end error" is also reproducible in Skia using code

included in the following link. ███████████████████████████████████████████



https://fiddle.skia.org/c/4c29abcf208a62c4b7d4b01364622ca0. (Exhibit 18).



28.    Dr. Singh also refers to an "offset path error" that he says exists in Motiff's

product. ███████████████████████████████████████████ If this bug exists,

it is also likely derived from the open-source Skia rendering library.

29.    Other bugs are similarly due to integrations with third party formats.  For

example, Motiff's product supports exporting files into the SVG format.  The "SVG export

rendering error" is a known problem with SVG, meaning the bug is caused by the SVG file

format and has nothing to do with the Motiff product's source code.  While SVG supports

Gaussian blur, it does not support background blur.  Users of Adobe XD have therefore

complained about this same issue when exporting from that platform.

https://community.adobe.com/t5/adobe-xd-discussions/unable-to-export-svg-s-with-background-

blur-effect-in-xd/td-p/12016298 (Exhibit 19).  From my experience, and as shown below, the same bug also occurs when exporting SVG files from Sketch.  In the following images, there are some differences between Sketch and Motiff.  These differences are all due to our attempts to manually reproduce the figures mentioned in Dr. Singh's declaration.



| Figma | Motiff | Sketch |

30.     Another bug that allows free or non-paying users to bypass limitations against accessing certain paid features is common when performing concurrent processing in distributed systems.



31.     This is a common issue in distributed systems called "race condition" wherein multiple requests are processed by different server instances simultaneously such that each individual instance is not aware of the other ongoing operations.

https://www.geeksforgeeks.org/race-condition-vulnerability.  (Exhibit 20).  Race condition is not unique to either Figma or Motiff.  The common workaround is to implement extra measures, such as a "global lock" to ensure that only one process or server instance can access a shared resource at a given time.  This approach limits the system's concurrency capabilities, leading to reduced processing performance.  ███████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████  Regardless, the issue of race condition underlying the paid feature bypass is common in the industry.

32.   ███████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████  Some design platforms, such as Sketch, mirror the drop shadow such that when the element flips, the drop shadow also flips.  However, in our analysis of this issue, ████████████████████████████████████

██████████████  In the real world, if you were to rotate an object, the position of the object's shadow would not change because the light source has not moved.  To implement this idea in the context of graphics design, this means that when the image is flipped, the drop shadow remains in the same place because the light source does not change.  █████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████The idea of using a consistent light source to generate shadows on an

image to simulate real world projections is common in the industry and was not copied from Figma. The only way to preserve the appearance of a fixed light source is to ensure that the shadows are also fixed. This is not a bug. █████████████████████████████

█████████████

33.     The "red heart emoji error" is similarly not an error with Motiff's product. Rather, this is functionally how Motiff's product is designed to operate. ███████████████ ████████████████████████████████████ Depending on the font selected by the user, different emojis will be displayed differently. For example, in the Inter font, the red heart emoji is actually defined as a black heart in the font file. This type of unintended behavior is the result of how the fonts' rules are defined by the fonts' developer, not how the source code is written. We have found that developers have run into the same issue regarding the Inter font even outside of the Motiff or Figma environments.

https://github.com/rsms/inter/discussions/542 (Exhibit 21).;

https://github.com/rsms/inter/issues/238. (Exhibit 22). This is therefore a common occurrence in the industry that is not unique to either Figma or Motiff.

34.     How Motiff's product renders dashed lines is also an intentional design decision which we have iteratively discussed. In designing Motiff's product, we knew that we needed a dashed line function because it is a commonly available tool in other design platforms, such as Sketch and the Adobe suite. ████████████████████████████████

██████████████████████████████████████████████

█████████████ Some design platforms, such as Sketch, generate dashed lines for a shape using the top left corner as an anchor point and filling in dotted lines around the skeleton of the shape. It is my understanding that this implementation accords with standard HTML/CSS behavior.

19

35.  ████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████  We

believe that this solution achieves a more aesthetically pleasing and consistent rendering effect

than the solution adopted by the Sketch platform.  As shown below in the left image, the shapes

may look somewhat odd when the corners are not given special attention.  ████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████  Motiff's

engineers did not reference or obtain Figma's source code when implementing the Motiff

product's dashed line feature.  Nonetheless, this feature is not unique to Figma or Motiff because

Adobe Illustrator also has this feature, and this type of dash line design is a conventional practice

in the industry.  https://www.youtube.com/watch?v=IXLACHMDamU



Sketch

36.     Our "line node to vector node conversion" also reflects intentional behavior.  Line tools are commonly used in design software platforms and are not unique to Figma or Motiff. When developing the line tool, the default stroke is centered.  However, the default stroke of a vector node is biased to one side. ██████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████  This is not an error, and I am unaware of any issues with this approach.  Rather, this behavior was specifically requested by Motiff's Product Team, and the implementation is therefore intentional.  This intentional design decision was made, and the source code implemented in Motiff's product was developed, entirely independently.  At no time did we consult or copy Figma's source code in developing these intentionally designed behaviors in Motiff's product.



## IV.    THE MOTIFF PRODUCT'S FUNCTIONAL DESIGN CHOICES REFLECT COMMON IMPLEMENTATIONS IN THE INDUSTRY

37.     I also understand that Figma claims that we copied its source code because Motiff's product reflects certain similar functional design choices.  At no time did we ever obtain Figma's source code.  These design choices were implemented independently, and from my experience are very common implementations for web design tools.

38.     For example, repeating data transfers to the GPU when rendering repeated text (e.g., "AAA") rather than transferring the data only once is a common solution in the industry because the code required to transfer the data only once is more complex and incompatible with WebGL Version 1.0.  Ideally with repeated data you would not have to transfer all data from the CPU to the GPU as this negatively impacts performance compared to transferring data only once and then reusing it.  Each render corresponds to a WebGL "draw" function.  There are two main draw functions supported by WebGL 1.0: "drawArrays" and "drawElements."

https://registry.khronos.org/webgl/specs/latest/1.0. (Exhibit  23). In order to reuse data stored on the GPU, both WebGL functions would require copying data between GPU buffers.  However,

this type of copying is not supported by WebGL Version 1.0.  Therefore, the solution supported by WebGL Version 1.0 is to construct all the data needed for the string on the CPU and then to upload it to the GPU.  This is why rendering "AAA" transfers three times as much data as just a single "A." ████████████████████████████████████████████████████

████████████████████████████████████████

     39.    While WebGL Version 2.0 defines a "copyBufferSubData" function to allow repeated data to be transferred from the CPU to the GPU only once, there is no corresponding function in WebGL Version 1.0.  https://registry.khronos.org/webgl/specs/latest/2.0. (Exhibit  24).

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████ We did not view or obtain any Figma source code in implementing this common solution.

     40.    Similarly, regarding representing quadratic curves as cubic curves for ease of user modification, this representation is industry standard.  This kind of interaction behavior for modifying cubic curves has been present in at least Sketch and the Adobe suite for many years.  Curves in design tools are represented using "Bezier curves" that are defined through generally-known mathematic formulas.  While it is possible to depict Bezier curves as quadratic curves, the Adobe suite has defined this interaction behavior to represent Bezier curves to the user as cubic curves for many years, which is more user-friendly and convenient, and which has now become

industry standard.  The general equation for cubic Bezier curves shows that a cubic curve has

four adjustable parameters.

https://web.archive.org/web/20131225210855/http://people.sc.fsu.edu/~jburkardt/html/bezier_int

erpolation.html. (Exhibit 25). As shown below, the Adobe suite provides four control points to

allow users to shape line curves: two endpoints (the hollow rectangles on the left and right of the

line segment) and two control handles or tangents (the lines extending from the endpoints).

https://helpx.adobe.com/ph_fil/illustrator/using/drawing-pen-curvature-or-pencil.html.  (Exhibit

26).



*Adobe*                                   *Motiff*

41.      Note that in images B and C above, the right endpoint has two tangents because it

anticipates the user continuing to draw the *next* line segment.  The extra control point belongs to

the next curve that the user is about to draw.  Therefore, for the curve that has already been

drawn, there are only four control points.  ████████████████████████

████████████████████████            If a quadratic representation were used, there would only

be three control points, and mapping those points to a vector tool would feel very unnatural to a

user who is accustomed to four control points.  Therefore, using a cubic curve with four control

points during editing conforms to industry practice and standards.  Consequently, it is also

natural to use four control points for storage, which avoids the computational overhead

associated with converting the curve each time.  We therefore referenced the approach of Adobe

and many other design tools, and independently developed the source code in Motiff's product for implementing this industry standard and conventional practice.

## V.   OTHER DESIGN CHOICES REFLECT THE ITERATIVE INTERNAL DEVELOPMENT OF MOTIFF'S PRODUCT

### a.  GPU

42.     I understand that Figma claims that we copied its source code because our software can handle the same set of GPUs as Figma.  At no time did we ever obtain Figma's source code. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████.  We looked into public forums and found that other designers were having similar issues in other platforms, including ANGLE, which is used to implement WebGL in Chrome.  https://issues.angleproject.org/issues/42266803. (Exhibit 27). We learned from these forums that employing certain rendering operations such as "clear" and "draw" causes rendering issues on specific GPUs, and that the solution is to call WebGL's "flush" function after such rendering operations are performed.  These rendering issues and workarounds were therefore public knowledge.

43.     Based on the public information and our understanding of these rendering operations, we determined that the bugs were caused by specific GPUs rather than the Motiff product's source code. ████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████  After we diagnosed the problem and found the solution, ███████████████████████████████████████████████

████████████████████████  to determine whether other GPUs have similar issues.  We did not

reference or obtain copies of Figma's proprietary source code, and ███████████████

███████████████████████████████████████████████████████████████

### b. Render Tree and Debugging Tool

44.     I understand that Figma claims that we copied its source code because Motiff's

product uses a render tree, which arranges specific types of rendered elements as nodes.  At no

time did we ever obtain Figma's source code.  In my experience, "render tree" is a generic name

for a particular type of data structure that is used to render graphical elements.  For example, the

Google Chrome web browser uses a render tree to display web pages.  This is because utilizing

tree structures is a conventional architectural choice in rendering systems.  Different layers

within a design document have hierarchical relationships such that it is necessary to use groups

to express the relationships between nodes existing at the same level.  Our original

implementation of the Motiff product's render tree was based on the conceptual approach of

browser rendering behavior as discussed in public forums.  https://web.dev/articles/critical-

rendering-path/render-tree-construction. (Exhibit 28).  ██████████████████████

███████████████████████████████████████████████             We

understand that Figma's render tree was likewise modeled after the render tree browsers use to

render HTML.  https://www.figma.com/blog/building-a-professional-design-tool-on-the-web.

(Exhibit 29).

45.     ███████████████████████████████████████████████

██████████████████████████████  Without this grouping construct, it would be

impossible to represent the generic tree structure.  ███████████████████████

██████████████████████████  These nodes correlate to essential graphical

operations in design tools that are ubiquitous across the industry.  ████████████████

███████████████████████████████████████████████ which again is an established architectural pattern in rendering systems. Chrome's rendering engine employs a comparable approach by decomposing rendering structures into multiple specialized tree hierarchies, such as "Effect Tree" and "Scroll Tree." ██████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████

46.    The specific representation of the render tree in the console is also common in the industry because trees are generic nested data structures. A browser's console is merely a text interface, meaning it can only display text on a flat plane, just like a sheet of paper. In the context of a flat text interface, tree data structures are commonly represented using tabbed spacing, vertical bars, corner characters, and horizontal lines. For example, in Linux systems you can use the "tree" command in the Linux terminal to display the structure of a file directory, which is similarly a nested data structure. Just like Motiff and Figma's tree representations, the "tree" command presents a hierarchical structure where different portions of the tree are separated using tabbed spacing, vertical bars, corner characters, and horizontal lines. In fact, if you defined each row of Figma's render tree output as a nested file within a single directory, the "tree" command produces almost an almost the same output to Figma's debugging tool.

Linux Tree Command (https://www.geeksforgeeks.org/tree-command-unixlinux) (Exhibit 30).



Figma's Render Tree in Linux File Format

Figma

Motiff

28

47.     The generic representation of the Motiff product's render tree is standard, and this standard way of presentation has long been used by others to represent tree structures.  Further, while both trees group rendered elements by industry-standard operations (e.g., "blur" and "fill"), the particular information used to fill out the render tree is quite different.  For example, Motiff's product includes additional information pertaining to the coordinates of the design element.  Further, while both Figma and Motiff reference colors using standard hexadecimal formats, how the hexadecimal format is presented in the render tree is different.  ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ Any similarities in the render trees' content are the result of depicting standard graphical effects and elements in text form.

### c.  Autosave Function

48.     I understand that Figma claims that we copied its source code because both Figma and Motiff's autosave functions share certain similarities.  At no time did we ever obtain Figma's proprietary source code.  Our autosave functionality and schema were internally developed over many iterations.  ████████████████████████████████████████████████████

████████████████████.  The initial deployment of autosave was based on publicly available blogs describing the general idea of autosave in a collaborative environment and how to functionally implement it.  This included publicly available Figma blogposts discussing the idea and function of autosave.  https://www.figma.com/blog/behind-the-feature-autosave (Exhibit 31); https://www.figma.com/blog/how-figmas-multiplayer-technology-works. (Exhibit 32). We therefore designed the function to conform with industry standards.

49. ████████████████████████████████████

████████████████████████████████████████

██████████████████████████████ Though Motiff's product did not launch internationally

until June 2024, the autosave function was already in its second iteration at that point.

50. ████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

██████████████ The different fields used in this object store were designed to conform to

industry standards.  For example, a "nodeId" field is a common way to reference specific nodes

in the industry.  Many browsers use HTML nodes when rendering, and these nodes have

associated id numbers.  https://developer.mozilla.org/en-US/docs/Web/API/Node (Exhibit 33);

https://developer.mozilla.org/en-US/docs/Web/API/Element/id.  (Exhibit 34). The

"offlineSessionId" field is merely a straightforward combination of words reflecting the

functionality of the field itself, and accords with industry standards for setting identification

variables.

51. ████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████  The

different fields used in this object store were designed to conform to industry standards.  A

binary large object ("BLOB") is a common term in computing, and many databases use BLOBs

to store large data.  https://dev.mysql.com/doc/refman/8.4/en/blob.html. (Exhibit 35).  The Motiff

product's BLOB serves this same purpose, and using an "id" to index blobs is a natural

combination.  For instance, in the Google Cloud API, the field used to index blobs is similarly

called "BlobId."  https://cloud.google.com/java/docs/reference/google-cloud-

storage/latest/com.google.cloud.storage.BlobId. (Exhibit 36).

    52.    In ███████████████████████████  to account for offline

users having multiple different browser tabs open to the same document.  Before the addition of

this object store, multiple browser tabs opened by an offline user would have conflicting offline

data.  ██████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

████████    The different fields used in this object store were designed to conform to industry

standards.  For example, field names including "userId," "docId," and "sid" were all used

because they are common ways in the industry to represent users, documents, and user sessions.

Tracking all three of these fields is necessary to avoid cross-contaminating data between

documents and sessions.

    53.    ███████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████  Motiff's

product offers "component" and "instance" capabilities which allow users to create templates based on their designs (components) to generate future designs (instances).  Because there is an association between components and each related instance, if a component is deleted, ██████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████  As above, field names such as "offlineSessionId" and "blobId" were used to conform to industry standards.



*Screenshot from Dr. Karan Singh's Declaration*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

I declare under the laws of the United States that the foregoing is all true and correct.

Executed on March 14, 2025, in Beijing, China.

Yuchen (Ethan) Zhang

[*signature in original Chinese*]