# EXHIBIT D

English Translation of Chinese Declaration of Mingzhe (Max) Zhang

## Redacted Version

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

### Declaration of Mingzhe Zhang

I, Mingzhe (Max) Zhang, state and declare as follows:

## I. INTRODUCTION

1.      I am the product manager for the Motiff product that is at issue in this case. I started developing the Motiff product's requirements back in October 2021 when the Motiff project began (though the name "Motiff" was not coined until much later). I was one of the co-founders of the Motiff project. I am personally familiar with the technical aspects of the User Interface (UI) in the Motiff product. The facts set forth in this Declaration are based on my personal knowledge. If called as a witness, I could and would testify to such facts under oath. Throughout this Declaration, screenshots from other platforms are included for comparison purposes. I am familiar with these platforms through my own use of them, and unless otherwise noted, the screenshots herein of the various platforms were taken by me and my team.

2.      The Motiff product is a Software as a Service (SaaS) platform that functions as an artificial intelligence-enabled user interface (UI) and user experience (UX) design tool for web, desktop, and mobile platforms. A Chinese version of the Motiff product was initially released in August 2023 inside China. An English version of the Motiff product was released on June 5, 2024, at the Super AI Summit in Singapore.

3.      I have learned from our accounting personnel that █████████████████████████ █████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ █████████████████████████████████████████████████

4.      Motiff ████████████████████████████████████████████████ ████████████████████████████████████ The Motiff product is offered in the

1

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

US at three different levels, including a Basic option which is free, a Professional option, and an Organization option.

5.    Motiff's engineers independently implemented the source code and designs supporting the Motiff product's UI.  If Motiff's product is enjoined, the harm to Motiff and its users will be substantial.  Motiff will be forced to revoke the usage licenses of its users, causing harm to Motiff's business and brand reputation.  The injunction will interrupt customer's use of Motiff for personal and business use, forcing existing users to incur time and money to migrate to a new design software, and those customers may never return.  Momentum is very important in the design software business. Motiff is already on the market.  If that momentum is halted with an injunction, it is unlikely to be regained, as users will lose trust as to the software's long-term reliability and availability.  If Motiff is not permitted to compete in this core market, the United States, Motiff's business operation, marketing, and investment in product R&D will be substantially harmed.

6.    An injunction would deprive Motiff's users of a choice of products.  Compared to Figma, Sketch, Adobe, and other UI design tools, Motiff's product provides users with important performance improvements as well as market-leading innovations in AI design.  Motiff's AI design has garnered substantial media and customer interest.  Users have emphasized in their feedback that the Motiff product's AI features have made UI design significantly more accessible and efficient, making it a great choice for both experienced designers and newcomers in the industry, as exemplified in the following links:

- https://x.com/milbon_/status/1813405969906561213 (Exhibit 37)[1]

- https://www.linkedin.com/posts/vincentghilione_how-to-generate-a-branded-mockup-with-ai-activity-7295702618679431171-CMwD?utm_source=share&utm_medium=member_desktop&rcm=ACoAAExWjWUBL5U9N041jk7khPIY21jvZm0lkf8 (Exhibit 38).

---

[1] I understand that the weblinks I provide in this declaration will be submitted as exhibits attached to the declaration of Motiff's attorney, Samuel Tiu, and that the numbers listed correspond to exhibit numbers in his declaration.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

7.      As one user described it, "Motiff is redefining design with its AI-powered tools, real-time collaboration, and effortless UI creation." https://www.linkedin.com/posts/nehaanil_motiff-activity-7297266393979179009-SiNN?utm_source=share&utm_medium=member_desktop&rcm=ACoAAExWjWUBL5U9N041jk7khPIY21jvZm0lkf8.  (Exhibit 38).  These reviews and user stories show that Motiff is at the forefront of innovation in the UI design space, and an injunction will not only substantially harm Motiff , but also strip users of the opportunity to use these innovations.

## II. DESIGN APPLICATIONS CONFORM TO STANDARD CONFIGURATIONS SET BY PRIOR GENERATIONS OF PRODUCTS

8.       In the initial stages of development, my team and I analyzed various UI design tools commercially available in the marketplace, including at least the Adobe suite (e.g., Adobe XD), Sketch, Figma, Pixso, Framer, InVision Studio, MasterGo, and MockPlus DT.  As the Motiff project developed and other design tools were launched, we also analyzed at least Penpot, Notion, Protopie, Gees, Creatie, and Spline.  It was important for us to understand the different solutions being offered in the industry so that we could ensure that our product aligns precisely with users' needs.

9.      In our analysis, we found that Adobe Illustrator, which was first introduced in the late 1980s, was the earliest vector design tool available in the marketplace.  It was the first to offer basic functions and ideas which have now become industry standards, including the central drawing canvas, menus surrounding the central canvas, basic graphic drawing tools and iconography for lines and shapes.  In the 1990s, Adobe Photoshop was released and continuously developed off the back of Adobe Illustrator's early innovations.  With features that have now become essential to the modern UI design tools, Photoshop revolutionized UI design such as support for multiple layers on a canvas.  In 2010, Sketch came along and added its own innovations to the industry standards set by Adobe.  For example, Sketch introduced the infinite canvas and vector editing, which have both become industry standards.  In 2016, Figma followed

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

Sketch and introduced collaborative functions to allow multiple users to work simultaneously on the same file.  This, too, is now an industry standard.

10.     From this review of UI design tools over the years, we learned that each generation of tools adds new functionalities to existing industry standards to move the entire industry forward. Just as Sketch and Figma improved upon the industry standards of their predecessors, the Motiff team chose artificial intelligence (AI) functionalities as a breakthrough point and aimed to build a new generation of UI design solutions. From the outset of the project, our core principle was to answer the question, "What core problems can AI solve for UI design?"

11.     One of our solutions is to use AI to simplify high-frequency, repetitive, but complex operations in the designer's workflow. For example, our "AI Reduplication" tool allows users to seamlessly duplicate and generate customized design elements based on a user's prior files to fill text, and images. Another solution is our "AI Layout" tool, which automatically structures related design elements so users may easily switch between free-form and structured design workflows. Another solution is to take advantage of the innovations in machine language learning models to use AI to create and generate new web and mobile app designs simply by typing a prompt.

12.     These AI functions in the Motiff product have been praised by users and the industry as a whole, as I mentioned above.

13.     Motiff's inclusion of AI functionality in UI design tools is the latest in a long line of innovations from industry leaders, such as Adobe in the late 1980s and 1990s, Sketch in 2010, and Figma in 2016.  Now, some 35 years after Adobe's original Illustrator program was released, many of the basic design functions and layouts supported by the Motiff product are not unique. Many of the functions are provided on publicly available websites. A basic editor, able to perform basic functions, is an essential tool for any UI design program. For that reason, our Motiff team believed that the Motiff product must offer industry standard design tools, including an infinite canvas, menus surrounding that canvas, vector editing, simple drawing tools for lines

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

and shapes, standard iconography, and collaborative functions to meet user demands. Our Motiff team of engineers and product managers spent over 32 months analyzing these various design tools and then structuring the Motiff product in our own unique way.

## III. THE OVERALL UI DESIGN IS A COMMON REPRESENTATION IN THE INDUSTRY

14.     I reviewed the Declaration of Karan Singh, Ph.D., including his conclusions directed to selected UI elements in the Motiff product. I disagree with each of Dr. Singh's conclusions as explained more fully below.

15.     I understand that Dr. Singh claims that Motiff copied Figma's UI because both have an arrangement including a top menu bar, a left content listing pane, a right content editing pane, a central canvas, and a bottom right circular help button.  We did not. Neither Figma's nor Motiff's user interfaces are unique in the industry, and Motiff's engineers completely and independently completed the source code development and designs supporting the Motiff product's UI.

16.     Following industry-standard arrangement conventions, a graphics design tool would have a canvas occupy the visual focus space in the application with menus representing various tools and functions surrounding it. This has become widely used in mainstream design tools such as Adobe XD and Sketch.  As Figma itself has represented, "Figma's UI should feel familiar to Sketch users for the most part." https://www.figma.com/best-practices/what-to-expect-when-moving-from-sketch-to-figma. (Exhibit 3).

17.     For example, Sketch, which I believe Figma modeled itself on, has the same arrangement of a top menu bar, left content listing pane, right content editing pane, and a central canvas.  An image of Sketch from 2019 depicted in a public YouTube video is reproduced below.  In this version of Sketch, the central canvas orients the UI with the top bar extending across the entire UI, just like in Figma.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Sketch 2019 (https://www.youtube.com/watch?v=sGbH8m9YXFg) (Exhibit 112)

18.    Adobe XD offers a very similar design, though instead of a top menu bar it stacks two menus on the left side.  An image of Adobe XD from 2020 depicted in a public YouTube video is reproduced below.



Adobe XD 2020 (https://www.youtube.com/watch?v=u7JMsA6FeR8) (Exhibit 113)

19.    As shown below, many other design editors also share the same arrangement of a top menu bar, left content listing pane, right content editing pane, and a central canvas.  Though not

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

all these platforms have the bottom right help button, in my experience, help buttons are often put on the bottom right of a webpage. While these design platforms are listed by way of example, the same arrangement is true for several other design tools on the market, including at least Rive, Justinmind, Plasmic, Subframe, Penpot, Pixso, and Dora.



*Framer*

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



*Spline*



*Creatie*

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

20.    Even the first major design tools, Adobe Illustrator in 1987 and Adobe Photoshop in 1990, offer similar (albeit more rudimentary) ideas for a graphics design tool UI with standard menu bars surrounding a central canvas.  Images of the first versions of Adobe Illustrator and Adobe Photoshop are reproduced below.



Adobe Illustrator (https://winworldpc.com/product/adobe-illustrator/1x) (Exhibit 39)

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Adobe Photoshop (https://winworldpc.com/product/ad-ps/1x) (Exhibit 40)

21.    A comprehensive understanding of the different design tools in this space reflects that both Figma and Motiff's UIs simply conform to long-standing industry standards, which many other platforms have adopted. We designed the Motiff product to meet these industry standards with the aim to help designers implement the migration of their work into the Motiff product with comfortability.

22.    Even though both Motiff and Figma conform to the same standard, there are still differences between the UIs. For example, as shown below, in Figma's "UI3" (UI version 3) released in October 2024, Figma now places the toolbar at the bottom of the page, not at the top of the page like Motiff.  Further, in "UI2" (UI version 2), Figma's toolbar was in black or dark blue, which was different from Motiff's toolbar which is in white.  But after the launch of Motiff in June 2024, Figma's UI3 has now changed its toolbar coloring to white, which is the same color that Motiff has always used.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Figma UI3 With White Toolbar on Bottom (https://help.figma.com/hc/en-us/articles/15297425105303-Explore-design-files) (Exhibit 41)



Figma UI2 With Black Toolbar on Top (https://help.figma.com/hc/en-us/articles/15297425105303-Explore-design-files) (Exhibit 42)

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**



*Motiff UI With White Toolbar on Top*

23.     Another key divergence lies in the use of shaded background for component fields in Motiff product.  As shown below, the Motiff product added shaded background for variables that the user can enter to enhance interactive element recognition.  By contrast, Figma's UI2 represents the relevant fields with a white background.  It was not until Figma's UI3 (released after Motiff's product launch) that Figma aligned with the approach the Motiff product always used.  This implementation approach is not unique to either Figma or Motiff, and the same kind of representation is also used by platforms such as Framer.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**





*Figma UI2*                    *Figma UI3*

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**



*Motiff*                              *Framer*

24.      As shown in the comparison analysis below, there are also layout differences between the Motiff and Figma products.  Specifically, the Motiff product gives "pages" a dedicated row in the left-side panel with a "search" option in the upper-right corner, whereas Figma's UI2 positioned search in the upper-left corner and collapsed "pages" into the upper-right corner. Notably, it was not until Figma's UI3 that Figma's layout aligned with the Motiff product's layout.  As above, this layout is not unique to either Figma or Motiff, Adobe XD, InVision and other platforms implement similar layouts for the left-side panel.



Figma UI2                     Figma UI3                     Motiff

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Creatie                                                   Framer

## IV. SPECIFIC USER INTERFACE ELEMENTS WERE DESIGNED TO CONFORM WITH USER EXPECTATIONS AND INDUSTRY STANDARDS

### a.  Toolbar Menus and Iconography

25.      I understand that Dr. Singh claims we copied Figma's toolbars, menu iconography, and menu groupings. We did not. The iconography used in the graphics design industry is largely standard. This is because to ensure users immediately recognize what the tool does, the representation of the various functional design tools is constrained due to the fact that design space is relatively limited.  As shown below, different platforms provide similar iconography because the icons merely depict the function of the tool.  For example, selection tools are often depicted with an arrowhead, pen tools are often depicted with a pen icon, text tools are often depicted with a capital letter "T," and shape-drawing tools are often depicted with shapes.  We drew all our own icons with the goal of allowing users to easily understand what the different functions do based on each icon's common meaning in the industry.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



26.    As mentioned above, Figma's icons are placed on a black background in UI2, while Motiff icons are placed on a white background.  Figma and Motiff's iconography differs as well, reflecting our own internal development of the menus and corresponding icons. Figma and Motiff differ not only in their toolbar color schemes but also in the icons they use and their different representations, reflecting Motiff's independent development approach in mapping the toolbar to its corresponding icons. For example, our pen tool icon is set at a different angle and is rounder, and our text icon is a simple flatter design.  The grouping of the icons is also different. What needs to be pointed out is, the similarity between the first few icons stems from industry-standard conventions, and these basic functions have become the most basic functions in design tools that all designers use frequently on a daily basis.  Gees therefore adopted the same ordering of these functions.  The other icons on the menu are ordered differently, and the Motiff product's menu includes more icons than Figma's.  For example, the Motiff product includes icons for its

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

AI functionality (the "AI" icon) and for plugins (the puzzle piece icon), whereas Figma includes a contextual menu represented by two squares, a diamond, and a plus sign.

27.     Through comparison analysis, the top right portion of the menu bars is also different, and any design similarities are for the purpose of conforming with industry standards relating to collaborative platforms. For example, it is common in collaborative platforms to depict the active user and a "share" button in the top right of the UI. This is the same approach adopted by Google Docs and platforms such as Miro.  Further, it is common to put canvas zooming functionalities in the top right menu, as shown by Creatie and Plasmic.  Each of these examples also utilize a right-facing triangle icon to preview the representation of the design as it would appear outside the platform.  Other aspects of Figma and the Motiff product's menu are also different, including the Motiff product's omission of a library tool from the menu bar, different coloring, different drop-down menus, and different button styling. Figma and Motiff have multiple differences in menu bar design: Motiff has removed the library tool module and adopted a distinct color scheme, an independent dropdown menu structure, and a proprietary button style design.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



28.     Regarding grouping functions within menus, developers need to logically represent sets of basic tools to users.  Our team therefore had many internal discussions regarding how to best lay out the icons and functions that would be intuitive to users.  In addition, the tool shortcut key configuration also conformed to standard industry practice and were determined it to be intuitive to users.

**b.   Error, Setup, and Onboarding Panes, and Multi-Step User Workflows**

29.     I understand that Dr. Singh claims we copied Figma's error panes. We did not. These frames are standard types in the industry with almost no other ways to represent the information to users. The types of errors that users will run into are consistent across platforms such that the same types of error message displays appear in other design platforms, including at least Pixso, Creatie, and Gees.  Using the error messages corresponding to missing fonts as an example, the

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

standard solution for such scenariohas become the industry standard. This is because the missing fonts error is common across platforms, and the solution—replacing the font—is also standard. Since users have become accustomed to standard representations of errors and fixes, the Motiff product chose to conform to industry standards in its design.



Figma



Motiff

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



|  Gees | Creatie |

30.    Other error messages operate similarly. That is, the error panes are similar between Figma and the Motiff product because there are very few ways to represent the same kinds of error messages to users, and because users are accustomed to specific terminology and formats for error messages.

31.    I understand that Dr. Singh claims we copied Figma's user onboarding instructions setup. We did not. These types of messages and panes are standard in the industry and appear in other design platforms, such as Pixso, Creatie, Gees, Framer, and Spline. For example, as shown below, the messages and workflows for team library onboarding are consistent across platforms. Figma, Motiff, and Spline all first ask the user whether to move a file to a team, and, upon clicking "move" or "move to team," a new pane is opened reflecting the different teams to move to.  While the first pane is largely similar across platforms, the styling of the buttons is different between Figma and the Motiff product. Further, the second pane wherein the team is selected is very different between Figma and the Motiff product. The Motiff product merely shows the user the different teams in a single pane, whereas Figma contains additional tabs for suggested and starred teams. The text of the various menu options in the second pane is also different. Such differences reflect our own independent development of the Motiff product's setup and onboarding panes.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Figma



Motiff

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Spline

32.    I understand that Dr. Singh claims we copied Figma's multi-step workflows with panes conveying directions and buttons. We did not. These types of panes and workflows are industry standard. As shown below, "dialog boxes" prompting the user to provide input largely conform to the standard in the industry.  That is, the standard configuration of the dialog box component contains a title, various dialog buttons corresponding to actions the user can take, and additional auxiliary buttons at the bottom of the dialog box for either canceling or confirming the action. The panes therefore primarily consist of common UI elements, such as icons, titles, content blocks, and text links, arranged in largely similar ways.  Both Figma and the Motiff product therefore use standard design conventions and familiar combinations to construct their multi-step user workflows.  The specific text used within a dialog box, such as the text used in the color profile settings workflow, is constrained by the need to present the functionality of the dialog box (e.g., what the user's input can accomplish) in a concise and understandable way.  Due to these realities, other design tools on the market, including at least Sketch, Creatie, Pixso, Framer, Penpot, and Gees, are therefore similar with respect to implementing multi-step user workflows, including at least for syncing offline changes, various library operations, and multiplayer collaboration settings.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY




Slack                                          Patreon

### c. Interface Elements

33.    I understand that Dr. Singh claims we copied Figma's interface elements, including a tool which displays margins between elements when hovering the mouse over an element, icon detection, toggles, and library update notifications.  We did not. These elements are industry standard. For example, as shown below, measuring the distance between elements by hovering the cursor is a basic function in UI tools, and many UI tools also use the same coloring schemes. Within the Motiff product, selected elements are outlined in blue because that is the default selection color in both Windows and macOS systems.  The distance between elements is shown in red/orange because this is a common implementation in the industry to contrast with the blue selection color.  Neither the Motiff product nor Figma are unique in their implementation of this functional feature.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Figma    Motiff

Sketch Measure    Creatie

Designer Tools

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

34.    Similarly, there are very few ways toggles can be represented to users because the commonly established representations in the UI design space have long been ingrained in users' cognitive habits. Other platforms, including Creatie and Gees, therefore have similar toggles.



35.    The Motiff product's implementation of the Dev Mode toggle adheres to established industry standards, as demonstrated by Creatie and Webflow's substantially similar visual implementation depicted below. As shown below, the specific icon used for the Dev Mode toggle is also the standard representation of an application's developer tools because "</>" or "<>" represents HTML code.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

36.    The Motiff product's icon detection is also standard in the industry. As shown below, when a specific function's icon is selected, the outline of the icon turns dark blue, and a light blue box surrounds the icon.  By contrast, Figma does not change the outline of the icon when it is selected, but rather maintains the same white outline contrasted against a dark blue background. Regardless, the idea of contrasting an icon's outline against a solid color is not unique to either Motiff or Figma, and is found in other design platforms including at least Creatie, Gees, and Penpot.  All these platforms contrast the icon's outline against a solid background.



37.    The Motiff product's library update notifications are also standard in the industry. As shown below, there are very few ways to represent simple updates to users because they will either view the update or dismiss the notification. The use of a book to represent the library is a common representation in the industry. Apple, for example, uses a book to represent the library app on its iPhone. https://www.apple.com/apple-books/ (Exhibit 43).  The term "Component updates available" is just that – indicating that there have been updates to components that the user can either select to "review" or "dismiss."  The options of either reviewing the updates or dismissing them is intuitive and user-friendly, and present in platforms such as Creatie and Gees.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**



#### d. Content Editing Panes

38.    I understand that Dr. Singh claims we copied Figma's interface because both Figma and Motiff contain similar content editing panes.  We did not. User interface design tools all edit the same types of content and attributes, such as layer position, size, color, and font. These basic functions are similar across platforms; therefore, interfaces across platforms are likewise similar. For example, as shown below, the box model that Motiff's product uses in its selected frame panes is also how the Safari and Chrome browsers display selected content through their developer tools.  Other design platforms, including Pixso and Creatie, also rely on a box model. Many of these examples include the same layout, visual style, differing background colors to denote different content areas, and property grouping names.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**



*Figma*



*Motiff*



*Safari Web Browser*



*Chrome Web Browser*

28

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**





39.     For the same reasons, selected text panes are also standard across platforms. That is, when editing a design element representing text, the same types of content and attributes must be displayed to users. As shown below, this means that selected text panes are represented in a standard format across platforms.  This standard format includes the standard representation of margins, the standard choice of colors, and standard content labels. The use of "Ag" as the placeholder text similarly conforms with industry standard examples.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**



*Figma*

*Motiff*

*Pixso*

*Creatie*

40.    Similarly, with respect to Figma's Skew Dat plugin panes, the ability to skew design elements is very common in the industry and the corresponding UI to facilitate skewing is also

30

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

standard.  "Skewing" an element means applying horizontal and vertical slants to the element. Implementations of element skewing are very similar because only two functional parameters are set: the horizontal skew angle and the vertical skew angle. As shown below, platforms such as Pixso, Gees, and Penpot also support skewing using similar interface tools.



*Figma*



*Motiff*



*Pixso*



*Gees*

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

41.     Other plugins also have standard industry formats. For example, the "Fill Rule Editor" plugin lets users edit the fill rules of a vector object.  In addition to the original plugin (https://www.figma.com/community/plugin/771155994770327940/fill-rule-editor) (Exhibit 44), there are two other similar plugins on the Figma community page with the same interface. https://www.figma.com/community/plugin/1391765568770221941/vector-path-editor (Exhibit 45); https://www.figma.com/community/plugin/1141421366557827511/fill-rule-editor (Exhibit 46).  Other platforms, such as Pixso shown below, adopt the same representation method for the Fill Rule Editor plugin.  Regardless, my understanding is that the ownership of a plugin's interface should rest with the creator of the plugin rather than the Figma platform, as provided in Figma's agreement. https://www.figma.com/legal/creator-agreement. (Exhibit 47).



*Figma*

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



*Motiff*

*Pixso*

42.    Lastly, regarding the scroll behavior panes, such panes do not have any unique functionality. They merely rely upon standard UI components that are based on fundamental principles and logic.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**

I declare under the laws of the United States that the foregoing is all true and correct. Executed on March 19, 2025 in Beijing, China.

Mingzhe (Max) Zhang

[*signature in original Chinese*]