1 | Michael J. Bettinger (CA SBN 122196)
mbettinger@sidley.com
2 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
3 | San Francisco, CA 94104
Telephone: (415) 772-1200
4 | Facsimile: (415) 772-7400

5 | Samuel N. Tiu (CA SBN 216291)
stiu@sidley.com
6 | Eric B. Schwartz (CA SBN 266554)
eschwartz@sidley.com
7 | Brooke S. Böll (CA SBN 318372)
brooke.boll@sidley.com
8 | Marissa X. Hernandez (CA SBN 341449)
marissa.hernandez@sidley.com
9 | SIDLEY AUSTIN LLP
350 South Grand Avenue
10 | Los Angeles, CA 90071
Telephone: (213) 896-6000
11 | Facsimile: (213) 896-6600

12 | *Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
13 | AND KANYUN HOLDING GROUP CO. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIGMA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD.,<br><br>Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DECLARATION OF HAORAN (RYAN) ZHANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**<br><br>Assigned to: Hon. James Donato<br><br>Date:  May 1, 2025<br>Time:  10:00 a.m.<br>Place:  San Francisco Courthouse<br>        Courtroom 11, 19th Floor<br>        450 Golden Gate Avenue<br>        San Francisco, CA 94102 |

I, Haoran (Ryan) Zhang, declare and state as follows:

1. I am a co-founder of Motiff PTE, Ltd, and oversee the marketing of the Motiff product through its website, www.motiff.com. Motiff's product is an artificial intelligence enabled user interface/user experience design tool for web and mobile applications.

2. Motiff released an English version of its Help Center articles in June 2024, together with the release of its product outside of China. This first version of the Help Center articles was available only on the Motiff website.

3. At the time of the June 2024 release, there were about 166 different articles in Motiff's Help Center that are grouped into various categories to assist users in using the Motiff product. Each category has multiple articles. These categories include, for example, Motiff AI, Interface, Layers and Tools, Layer Properties, Design Systems, Prototypes, Dev Mode, Collaboration, Import and Export, File Settings, Account, File Management, Team Management, Sharing and permissions, Billing, and Organization.

4. The Help Center articles were originally drafted in Chinese, and then translated into English.

5. Before being published on www.motiff.com, the draft Chinese version was input into an Artificial Intelligence (AI) program, for translation into English and further refinement. I learned that the AI program had been trained on, among other things, Figma Help Center files.

6. I understand that Figma has filed a lawsuit against Motiff in the US, and that the Declaration of Karan Singh, Ph.D. claims that 17 of Motiff's Help Center articles copied Figma's Help Center articles.

7. I disagree. Motiff did not copy Figma's Help Center articles. Motiff originally drafted each of the 166 articles in Chinese, and those articles were then translated into English using AI. Even for the 17 articles identified by Dr. Singh there are substantial differences. For example, the Motiff article entitled "Members and guests of an organization" attached as Exhibit 17 to Singh's Declaration is very different from Figma's "Get started with organizations" attached as Exhibit 18 to Singh's Declaration. The same is true for Motiff's "Guide to Dev Mode" article compared to Figma's "What's New in Dev Mode?" and "Guide to Dev Mode" articles, attached as Exhibits 21, 22, and 23

1

to Singh's Declaration, and Motiff's "Select layers in Dev Mode" article compared to Figma's "Navigate designs in Dev Mode," attached as Exhibits 26 and 27 to Singh's Declaration.

8. But in view of Figma's position as a large US-based company in web-based User Interface (UI) design software market, and Motiff's position as a new entrant in the US market, I thought that the easy solution was to re-write the 17 Help Center articles that Figma accuses of being copied, to avoid further dispute.

9. The revised and now current version of Motiff's Help Center articles was released on March 17, 2025, and is available for viewing on Motiff's website https://motiff.com/help/docs.  Of the 17 articles at issue, 14 articles have been re-written, including:

- "Manage color profiles in Motiff";
- "Corner radius and smoothing";
- "Colors in Motiff";
- "Smart selection";
- "Members and guests of an organization";
- "Add, manage or renew subscriptions";
- "Guide to Dev Mode";
- "Use code snippets in Dev Mode";
- "Select layers in Dev Mode";
- "Present your prototypes";
- "Add descriptions to libraries";
- "Swap component and instance";
- "Apply shadow and blur effects";
- "Text properties."

10. The remaining 3 articles, including: "Image loading and performance," "Can I use Motiff offline," "How do I configure my browser for Motiff?" have been removed until they are re-written.

11. None of the original 17 articles identified in Dr. Singh's Declaration are currently available on the Motiff website.

12. True and correct copies of the 14 re-written articles are attached to my declaration as Exhibit A.

13. True and correct copies of the current webpages of the three removed articles are attached to my declaration as Exhibit B.

I declare under the penalty of perjury under the laws of the United States that the above statements are all true and correct.

Executed this March 19, 2025, in Beijing, China.

_____
Haoran (Ryan) Zhang

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

/s/ Samuel N. Tiu
Samuel N. Tiu

4

DECLARATION OF HAORAN (RYAN) ZHANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION – CASE NO. 3:24-CV-06507