REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  Michael J. Bettinger (CA SBN 122196)
   mbettinger@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, CA 94104
   Telephone: (415) 772-1200
4  Facsimile: (415) 772-7400

5  Samuel N. Tiu (CA SBN 216291)
   stiu@sidley.com
6  Eric B. Schwartz (CA SBN 266554)
   eschwartz@sidley.com
7  Brooke S. Böll (CA SBN 318372)
   brooke.boll@sidley.com
8  Marissa X. Hernandez (CA SBN 341449)
   marissa.hernandez@sidley.com
9  SIDLEY AUSTIN LLP
   350 South Grand Avenue
10 Los Angeles, CA 90071
   Telephone: (213) 896-6000
11 Facsimile: (213) 896-6600

12 *Attorneys for Defendants*
   MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
13 AND KANYUN HOLDING GROUP CO. LTD.

14            **UNITED STATES DISTRICT COURT**

15           **NORTHERN DISTRICT OF CALIFORNIA**

16              **SAN FRANCISCO DIVISION**

17 FIGMA, INC.,                          | Case No. 3:24-cv-06507-JD

18         Plaintiff,                    | Assigned to: Hon. James Donato

19   vs.                                 | **DECLARATION OF CORY PLOCK,
                                          | PH.D. IN SUPPORT OF DEFENDANTS'
20 MOTIFF PTE. LTD., YUANFUDAO HK LTD.,  | OPPOSITION TO PLAINTIFF'S
   and KANYUN HOLDING GROUP CO. LTD.,    | MOTION FOR PRELIMINARY
21                                        | INJUNCTION**

22         Defendants.                    |
                                          | Date:  May 1, 2025
23                                        | Time:  10:00 a.m.
                                          | Dept:  San Francisco Courthouse
24                                        |        Courtroom 11, 19th Floor
                                          |        450 Golden Gate Avenue
25                                        |        San Francisco, CA 94102

26

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

# TABLE OF CONTENTS

Page

I.    INTRODUCTION ................................................................................................ 1

II.   QUALIFICATIONS ........................................................................................... 1

III.  MATERIALS CONSIDERED ........................................................................... 3

IV.   LEGAL PRINCIPLES ....................................................................................... 4

V.    SUMMARY OF MY OPINIONS...................................................................... 5

VI.   DETAILED DISCUSSIONS OF THE BASIS OF MY OPINIONS ................ 7

  A.   Technical Background ................................................................................. 7

  B.   Copyright Registrations ............................................................................ 11

  C.   Comparison of Figma and Motiff Source Code......................................... 15

  D.   Technical Allegations ............................................................................... 19

    1.   Shader Code ..................................................................................... 19

    2.   GPU Strings ..................................................................................... 27

    3.   Functional Design Choices .............................................................. 30

    4.   Data Structures ................................................................................ 32

      i.    .fig Document Format ............................................................. 32

      ii.   Autosave Database Schema ..................................................... 40

      iii.  Render Tree and Debugging Tool............................................ 46

    5.   Rendering Bugs ................................................................................ 50

      i.    Outside Stroke Error ............................................................... 52

      ii.   Offset Path Error ..................................................................... 56

      iii.  Curved Stroke-End Error ......................................................... 57

      iv.   Drop Shadow Error .................................................................. 57

      v.    Red Heart Emoji Error ............................................................ 60

      vi.   Dash Line Idiosyncrasies ........................................................ 64

      vii.  Line Node to Vector Node Conversion ................................... 69

      viii. SVG Export Rendering Error................................................... 70

    6.   Paid Features Access Bug ................................................................ 72

    7.   Interface Elements and Overall GUI Design ................................... 73

i

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

I, Cory Plock, state and declare as follows:

## I.    INTRODUCTION

1.    I am currently an Adjunct Professor of Computer Science at New York University.  I am also the President of Prolifogy Software & Consulting, which provides consulting services for companies that engage in software development.  I have been asked by counsel at Sidley Austin, LLP to provide my opinions about the allegations of copyright infringement made by Figma, Inc. ("Figma") against Motiff Pte. Ltd. ("Motiff") as provided in the Declaration of Karan Singh, Ph.D. in Support of Figma's Preliminary Injunction Motion.  I am being compensated for my work at my standard rate of $425 per hour and am being reimbursed for all out-of-pocket expenses.  My compensation is not contingent on any litigation outcome, nor is it based in any way on the particular opinions expressed below.  The opinions set forth in this Declaration are my own and based on my professional experience, personal investigation, and review of the materials provided to me in this matter.  If called as a witness, I could and would testify competently to them.

## II.    QUALIFICATIONS

2.    I have approximately thirty (30) years of software engineering, software development, and consulting experience in both academic and commercial settings.

3.    My academic background is primarily in the field of computer science.  I hold a Bachelor of Arts (BA) degree in computer science from Western Connecticut State University, where I graduated Summa Cum Laude.  I also hold a Master of Science (MS) degree in computer science from Rensselaer Polytechnic Institute.  I also hold a Doctor of Philosophy (Ph.D.) degree in computer science from the Courant Institute of Mathematical Sciences at New York University.

4.    My academic background in computer science includes, among other things, coursework, research, and hands-on experience with topics such as programming languages, databases, distributed systems, computer architecture and hardware, microprocessors, software

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

engineering, operating systems, compilers, and server administration.  Many of these topics overlap with a related field known as Information Technology (IT).  My study and academic work included the communication between software or firmware running on a computer node, and peripheral components such as hard drives, printers, and modems.

5.     I studied formal methods in a research group known as AcSys at New York University's Courant Institute of Mathematical Sciences, from approximately 2003-2008.  My work in formal methods specifically includes the formal expression of requirements using formalisms such as Live Sequence Charts (LSCs).  My Ph.D. thesis was on the topic of *synthesis*.  The synthesis problem, roughly speaking, involves the generation of correct executable code from a set of formal requirements, ensuring that all liveness and safety properties (as described in the requirements) are met when the resulting output code is executed.

6.     I currently serve as President of Prolifogy Inc., a software technology firm based in Danbury, Connecticut.  The primary function of the business is software consulting, which also includes software development.  I have worked on consulting engagements and software development projects of various sizes, spanning numerous industries.  Much of my work as a consultant involves performing static and dynamic source code analysis.

7.     I also actively teach graduate level courses at New York University in the role of Adjunct Professor and have been teaching since 2011.  In particular, I teach the Programming Languages course, which is a foundational course required by the Computer Science department for all master's degree students.  I also developed the curriculum for and taught several semesters of the .NET Web Development course.

8.     Prior to my role at Prolifogy and NYU, I worked for Boehringer Ingelheim Pharmaceuticals and PepsiCo in various roles relating to Information Technology or software development.  I was also the proprietor of Connecticut Custom Software, a company that offered software consulting services and developed a flagship software product known as the Preventive Maintenance and Scheduling Program.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

9.    I worked at Microsoft Research Ltd. in the United Kingdom where I had the opportunity to implement certain theoretical portions of my Ph.D. thesis in a software application known as Scenario Based Tool (SBT).  My joint work on SBT with other members of Microsoft Research eventually led to the publication of papers on the topic.

10.    I also served as an Advisory Committee Representative for the World Wide Web Consortium (W3C) on behalf of Prolifogy Inc., which was a participant in the Web Applications Working Group.  Among other things, W3C develops and maintains international web standards, including the Indexed Database API ("IndexedDB") standard.

11.    My education, history of employment, listing of all publications, listing of all prior testimony, and additional qualifications are set forth in my curriculum vitae attached as Exhibit A.[1]

## III.    MATERIALS CONSIDERED

12.    My opinions are my own and based on my professional experience, personal investigation, and review of the materials provided to me in this matter.  In forming my opinions, I have considered the Declaration of Dr. Singh ("K. Singh Decl."), the source code from both Figma and Motiff that was made available to me, both the Figma and Motiff web-based user interface (UI) design tools that are currently available on each platforms' website, the Declaration of Yuchen (Ethan) Zhang ("E. Zhang Decl."), the Declaration of Mingzhe (Max) Zhang ("M. Zhang Decl."), and the various other documents and information that I refer to in this declaration.

13.    I have also reviewed the registration certificates for U.S. Copyright Registrations Nos. TXu002441751, TXu002441752, and TXu002441753, which I understand were attached to the Declaration of Richard Hung (Figma's attorney) ("Hung Decl.") as Exhibits 1 to 3.  I have

---

[1] With the exception of my curriculum vitae attached as Exhibit A, I understand that the documents and weblinks I provide in this declaration will be submitted as exhibits attached to the declaration of Motiff's attorney, Samuel Tiu, and that the numbers listed correspond to exhibit numbers in his declaration.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   also reviewed Figma's Responses to Defendants' First Set of Interrogatories ("Figma's

2   Interrogatory Response"), including its ███████████████████████ section.

3         14.     I have also reviewed the deposition of Dr. Singh ("Singh Tr.").

4   **IV.   LEGAL PRINCIPLES**

5         15.     I am not a lawyer and therefore I am not offering an opinion on the legal merits of

6   the case.  However, I understand that in my role as an expert I must follow existing law.  I have

7   therefore applied the following legal principles to develop my opinions.

8         16.     I understand that copyright protection may extend to original computer programs.

9   However, I understand that copyright protection does not extend to an idea, procedure, process,

10  system, method of operation, concept, principle, or discovery.

11        17.     I understand that computer programs are inherently functional and therefore

12  receive thin protection.  I also understand that copyright protection will not extend to the

13  functional aspects of a computer program, such as its algorithms, formatting, functions, logic, or

14  system design.

15        18.     I understand that copyright protection does not extend to the expression of an idea

16  when the idea and the expression are inseparable, meaning there are only a limited number of

17  ways to express the idea.

18        19.     I understand that copyright protection does not extend to the generic expression of

19  ideas that are commonplace or necessary in the field.

20        20.     I understand that, to prevail on a claim of copyright infringement, a plaintiff must

21  show that it owns a valid copyright registration, and that a defendant copied protected expression

22  contained within the work.  I also understand that a plaintiff must establish substantial similarity

23  between the plaintiff's work and the defendant's work.

24        21.     I understand that a plaintiff must establish substantial similarity through the

25  application of a two-part test having an "extrinsic" prong and an "intrinsic" prong.  I also

26  understand the "extrinsic" prong is objective and requires the application of analytic dissection

27

28

4

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

and expert review.  I also understand that analytic dissection requires a plaintiff to identify the sources of the alleged similarity, at which point the court must filter out non-protectable elements by applying various copyright limiting doctrines to determine the scope of copyright protection before comparing the works as a whole.  I also understand the "intrinsic" prong is a subjective comparison of the remaining protectable elements to determine whether an ordinary observer would find the works substantially similar.

22.     I understand that certain activities which may otherwise be infringing are protected under the fair use doctrine, which looks to the purpose and character of the use, the nature of the copyrighted work, the amount or substantiality of the portion used, and the effect of the use on the potential market for or value of the work.  I also understand that using limited portions of a work for interoperability purposes is a fair use.  I also understand that the fair use doctrine protects reverse engineering when done for purposes of interoperability.

## V.    SUMMARY OF MY OPINIONS

23.     Throughout his declaration, Dr. Singh accuses Motiff of copying Figma's source code as purportedly shown through each platform's shader codes, GPU strings, functional design choices, data structures, certain rendering bugs and idiosyncrasies, a paid feature access bug, and various graphical user interface (GUI) elements (collectively, "the Accused Features").  It is my opinion that Dr. Singh's claims are based on pure speculation as he did not review either platform's source code in conducting his analysis.  Despite the fact that there are many ways to implement similar program behavior, Dr. Singh merely points to purported similarities between Motiff's and Figma's products to theorize the underlying source code of each is the same.

24.     In contrast to Dr. Singh, I manually reviewed the underlying source code for each platform for each of the Accused Features, as well as ran a tool-assisted analysis.  Based on my comparison of the source code provided by the two companies, it is my opinion that there has been no copying by Motiff of Figma's proprietary source code.  Even in the cases where the

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    programs' behaviors are the same or similar, I found that the underlying source code

2    implementations were very different.

3             25.    In addition to there being no evidence of Motiff copying Figma's proprietary

4    source code, it is unclear from Dr. Singh's declaration the extent to which the Accused Features

5    are protected by Figma's registered copyrights.  For example, each of Figma's copyright

6    registrations explicitly disclaim "Previous versions of this computer program, open source, and

7    licensed-in components," but Dr. Singh conducts no analysis to distinguish the protectable

8    components of Figma's source code versions from these excluded components.  Indeed, as

9    discussed below, I compared each of Figma's registered versions to ████████████████

10   ████████████████████████████████████████████████████████

11   ████████████████████████—there were no differences between versions.

12             26.    Further, many of the features, bugs, and idiosyncrasies that Dr. Singh claims are

13   unique to Figma are commonly found in other UI design platforms or in open-source materials.

14   For example, most of Figma's ██████████████████████████████████████

15   ████████████████████████████  Similarly, the rendering bugs referenced by

16   Dr. Singh are not unique to either Figma or Motiff, as most of the bugs are caused by ████████

17   ████████████████████████████████████████████████████,

18   or are replicable in other UI design platforms that are entirely distinct from Figma and Motiff,

19   such as Sketch.  Other "bugs" or "idiosyncrasies," such as the implementation of each platform's

20   dash line tool, were designed entirely independently by Motiff to match industry standard

21   representations.  I also understand from the Declaration of Mingzhe (Max) Zhang that most if not

22   all the GUI elements referenced by Dr. Singh are standard and/or present in other platforms.[2]

23             27.    Finally, many of the Accused Features are functional.  For example, with respect

24   to the shaders identified by Dr. Singh, these are mainly sequences of mathematical formulas used

25   to calculate certain values for rendering an object on a display, and therefore are functional

26

27   ────────────────────
     [2] *See generally* M. Zhang Decl.

28

6

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

methods of operation.  Similarly, many of the data structures referenced by Dr. Singh (e.g., .fig file format, autosave schema, render tree) are functional because they store and manipulate data. Bugs are also inherently functional because they relate to unintended program *behavior*.

28.    As explained more thoroughly below, it is my expert opinion, as supported by both my manual and tool-assisted comparisons of Figma's and Motiff's source code bases, that Motiff did not copy any portion of Figma's proprietary source code.

## VI.    DETAILED DISCUSSIONS OF THE BASIS OF MY OPINIONS

### A.    Technical Background

29.    At a high level, a computer program is a collection of statements, each statement serving as an instruction or command.  Statements collectively instruct the computer's microprocessor what to do and the order in which to do it, similar to following a recipe when preparing a meal.  Computer programs can be written in different programming languages (e.g., C++, Java, TypeScript, etc.).  Computer programmers decide which language to write a program in.  In large enterprise applications, such as those at issue, it is not uncommon for a single program to be written in multiple programming languages.

30.    When a programmer writes a program, he or she writes the program in a text-based format and saves it in a file with a specific extension that is tied to the language.  In C++, files usually end with .cpp or .h extensions.  As another example, JavaScript files end in the .js extension.  In TypeScript, files end in .ts or .tsx.  Despite the different file extensions, all these files can be opened in an ordinary text editor and understood by a programmer who is trained to read and write code in the language in question.

31.    Once the program has been written, it can be executed.  In order to execute a program, the program(s) must ultimately be translated into the language of the computer's microprocessor.  This translation is performed by something called a *compiler* or *interpreter*. Compilers perform the translation after the program has been written but before it executes,

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  whereas interpreters perform the translation while the program is executing.  Either way, a

2  translation takes place.

3        32.    During execution, programs read *input* and produce *output*.  Inputs can include

4  keyboard or mouse input, file inputs, database queries, or anything else that causes information

5  to be sent from outside the program to the program itself.  Outputs include displaying messages

6  on the screen, printing to a printer, sending information to a database, or anything else that

7  causes information within the program to be sent outside the program.  Outputs also generally

8  include program *behavior*.  Program behavior describes what the program is doing while

9  executing.  Program behaviors may or may not be observable to the user.  A simple program that

10  sorts a list of numbers entered by the user (e.g., 2, 6, 3, 1) may produce an output that displays

11  the sorted list to the screen (e.g., 1, 2, 3, 6).  In this example, the user can see the end result of the

12  sorting, but the user cannot see *how* the list was sorted.  There are many known methods of

13  sorting numbers, any of which could have been employed by the programmer when the program

14  was written.  The only way to determine how the list was sorted is to look at the source code.

15  Two programs that produce the same output do not necessarily have identical, or even similar,

16  source code.

17        33.    Both Motiff and Figma have two different kinds of user-facing software: a native

18  application that runs locally on the user's computer and a web-based application that runs in the

19  user's browser.  These programs are arranged in two parts: a server-side program and a client-

20  side program.  The client-side program refers to the native application running on the user's

21  computer or the web-application running on the user's web browser.  The client-side software is

22  generally responsible for rendering the visual elements of the program, including the windows or

23  web pages (respectively) and the contents of these windows or web pages.  The server-side

24  program, on the other hand, is generally responsible for managing the overall program, such as

25  recording details about payment and subscriptions, saving documents created by the user, and

26  communicating with the client-side program.

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

34.    Native applications (e.g., Windows applications) are usually compiled into the language of the microprocessor before they are distributed to users.  When a user downloads a native application from the software manufacturer's website, the source code is usually not present and therefore cannot be inspected without an incredibly arduous reverse-engineering effort.  Such efforts are typically quite prone to error and there is no guarantee of success.

35.    Web-based software is different.  A client-side program running on the user's web browser is sent to the web browser by the server each time they visit the web site.  Once the client-side program has been transmitted to the web browser, the program becomes capable of executing on the user's computer.  For technical reasons beyond the scope of the current discussion, certain source code text may be accessible to the user.  Most ordinary users do not possess the skills to see or understand the program.  However, more advanced users may view source code by invoking a "view source" feature or through the "developer tools" feature ("DevTools"), both located in the web browser.  This is due to the nature of how web-based software operates and is not unique to Motiff or Figma.

36.    The languages primarily involved in the current matter are Typescript, JavaScript, and C++.  Web browsers cannot understand Typescript directly.  Typescript code must be converted into JavaScript through a process known as *transpilation* before it is sent to the browser.  In the end, users of a website can only ever see JavaScript code (some of which may have previously been converted from Typescript code) using the "view source" or DevTools feature.  On the other hand, there is usually no way for users to see C++ source code text like they can JavaScript.  The C++ source code text usually never leaves the hands of the development team, as it is usually compiled into machine-readable form before it is ever deployed to a server.  Therefore, there is typically no way for an outsider to gain access to C++ source code text.  Since ███████████████████████████████ Motiff would not have had access to Figma's proprietary source code through the browser.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

37.     As mentioned above, and with the above consideration in mind regarding C++ and TypeScript code, aspects of web software can be viewed by anyone using the DevTools feature of the web browser.  Different browsers name this feature differently.  In the Chrome browser, this is called "DevTools."  In Safari, the same feature is called "Inspector."  A brief tutorial of this feature can be found attached as Exhibit 69.[3]  These tools were apparently used very heavily by Dr. Singh in the preparation of his declaration because Dr. Singh refers to them explicitly and because many of the screenshots presented in Dr. Singh's declaration appear to have been generated using DevTools.[4]  Note that DevTools has a large assortment of features. The ability to view certain portions of a program's source code is just one of them.

38.     Despite certain portions of source code being generally available to those with skill in the software trade, software companies generally do not wish to have their source code viewed by prying eyes.  Unfortunately, the code cannot be made completely inaccessible because the browser ultimately requires full access to the client-side program's source code to run it. However, measures can be taken to at least make the code less understandable to humans so that it cannot be easily understood or reverse engineered.  One such measure is *minification*, which is a popular form of *obfuscation*.  Obfuscation refers to the process of translating a program's source code from its original form to another form that is confusing to humans but nevertheless results in the same program behavior as the original source code.

39.     In the world of web applications, minification is a popular form of obfuscation. Minification generally performs two main functions in my experience: it eliminates unnecessary characters such as whitespace and tabs, and it also renames functions from their original descriptive form to short, confusing names.  Minification therefore removes the expressive elements of the source code and condenses the code to it its smallest essential form to function. For example, the client-side program written by a programmer might originally contain a

---

[3] https://developer.mozilla.org/en-US/docs/Learn_web_development/Howto/Tools_and_setup/What_are_browser_developer_tools (Exhibit 69).
[4] *E.g.*, K. Singh Decl. ¶¶ 42, 53, 79, 85, 140.

10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

function "add (operand1, operand2)" which adds two numbers.  The purpose of this function can be readily identified by a human simply by looking at the function's name.  Minification might convert this function from the above to "aY(x,y)."  In this form, the name "aY" is a meaningless function name and the descriptive names of the arguments (e.g., "operand1," "operand2") have been reduced to the single letters x and y.  An example of real minified code can be seen in Dr. Singh's declaration.[5]

40.    It does not take a computer programmer to realize that this code is incomprehensible in minified form.  After minification has been performed, the server will send the minified program source code to the web browser, rather than the original.  Other forms of obfuscation may make additional changes, all geared toward making the program as confusing to read as possible, while still resulting in the exact same program behavior as before.

## B.    Copyright Registrations

41.    Dr. Singh has identified three versions of Figma's source code bearing U.S. Copyright Registration Nos. TXu002441751, TXu002441752, and TXu002441753.  These three versions correspond to an August 2020 version, a January 2023 version, and a March 2024 version.[6]  Dr. Singh claims that "these registrations protect all aspects of the Figma Platform that [he] considered" in his declaration.[7]

42.    Dr. Singh did not provide any analysis on how he came to this conclusion.  Based on my investigation, his opinion is most likely incorrect and not supported by the facts as I will discuss below.

43.    The "Title of Work" in U.S. Copyright Registrations TXu002441751 is "Figma Design August 2020."  Specifically, under the "Limitation of copyright claim" section of this registration, it states that "Material excluded from this claim" includes "computer program, Previous versions of this computer program, open source, and licensed-in components."[8]  The

---

[5] Id. ¶¶ 44-47.
[6] Id. ¶ 39.
[7] Id.
[8] Hung Decl. Ex. 1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

"New material included in claim" is "computer program. New and revised computer program code."[9]

44.    The same exclusions for "Previous versions of this computer program, open source, and licensed-in components" are found in the other two versions of Figma's source code registered under TXu002441752 and TXu002441753.[10]

45.    Based on Figma's Interrogatory Response, Figma Design launched in 2016.[11] Figma states that it "releases daily builds to its licensed users."[12]  Many of the Accused Features were already part of the launch, according to Figma, including "GPU data transfer, shaders, Render Tree, and vector graphics rendering bugs and idiosyncrasies" and the "user interface and .fig document format."[13]

46.    Based on the Internet Archive's "Wayback Machine" tool, the Figma Design computer desktop program was also available for download at least as early as September 2017. The Wayback Machine is a popular tool that crawls the internet and captures web pages over time and archives them.  It is a very useful tool that I use to look back at a particular web page and see what it was like at various points in the past.



https://web.archive.org/web/20171001000000*/https://www.figma.com/downloads (Exhibit 70)

[9] Id.
[10] Id. Ex. 2-3.
[11] Figma's Interrogatory Response (Exhibit 1), at 11.
[12] Id.
[13] Id. at 11-12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



https://web.archive.org/web/20170904063749/https://www.figma.com/downloads (Exhibit 71)

47.     Figma's desktop application appears to be the same as the web version, with the same UI, the same editing functionalities, and the same collaborative features.  Indeed, when I move my cursor in the web application, my cursor also moves in the desktop application, suggesting that the desktop application and web application are tightly coupled.  It is therefore my opinion that substantially the same underlying source code is used to implement both Figma's web and desktop applications.  While the desktop application likely includes additional code to get the application running locally on different devices, the source code pertaining to the Accused Features is very likely the same.

48.     I was asked by counsel for Motiff to inspect the six versions of source code that were provided by Figma.  Three of the versions of Figma's source code were dated August 2020, January 2024, and March 2024.  I understand these to be snapshots of Figma's source code as it existed on the three dates in question.  Three other versions were identified ███████████ ████████████████████████████.  However, there was no indication of the dates corresponding to ████████████████████████████████████████████████ ████████████████████.

49.     When I compared the source code for each of the three dated or registered versions with ████████████████████████████████, I did not find any difference in them

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    with respect to each of the Accused Features identified by Figma in the ████████████

2    ████████ to Figma's Interrogatory Response (Exhibit 1).  Using a tool called Understand, I

3    ran a comparison between each registered version of the source code and ████████████

4    ████████████ for the files and directories identified by Figma as relevant to the graphical user

5    interface ("GUI") of Figma's product.  The comparison shows a complete overlap between each

6    registered version and ████████████████████████████████████████████.

7        50.    I performed a similar analysis for the shader source code identified in the ████

8    ████████████ to Figma's Interrogatory Response (Exhibit 1).  Once again using the

9    Understand tool, I ran a comparison between each registered version of the source code and its

10   ████████████████ for the files and directories identified by Figma as relevant to

11   shaders.  Based on my comparison, there was no difference between each registered version and

12   ████████████████████.

13       51.    Thus, based on my analysis of Figma's source code, there was no "new and

14   revised computer program code" in any of the registered versions of Figma's source code that

15   protects the shader code or the code relating to the GUI of the Accused Features identified by Dr.

16   Singh.  Rather, those Accused Features were part of the pre-existing material that has been

17   excluded by Figma's copyright registration certificates.

18       52.    Given the limitations of time I was not able to perform this analysis as to the

19   remainder of the Accused Features.  However, Dr. Singh did not do any analysis distinguishing

20   the registered versions of the code as compared to the previous versions.  Rather, his declaration

21   merely treats all features as covered by the copyright registrations when Figma itself represented

22   that "GPU data transfer, shaders, Render Tree, and vector graphics rendering bugs and

23   idiosyncrasies" and the "user interface and .fig document format" were available when Figma

24   was launched, four years before Figma's earliest copyright registration.[14]  Additionally, as

25   explored in more detail below, I was unable to find features that Dr. Singh accuses Motiff of

26

27   [14] Figma's Interrogatory Response (Exhibit 1), at 11-12.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  copying from Figma ███████████████████ in *any* of the versions of source code produced

2  by Figma.

3      53.    Dr. Singh also did not distinguish between what is open sourced or licensed-in

4  versus what is original to Figma. As discussed below, several of the Accused Features (e.g.,

5  shaders, the GPU bug workaround, the program for parsing and encoding .fig files, and certain

6  rendering bugs) are found at least in-part in the open source. All these deficiencies in Dr.

7  Singh's declaration are problematic because, again, Figma specifically excludes "previous

8  versions of this computer program, open source, and licensed-in components" from each of their

9  registrations, and therefore these elements of Figma's source code cannot be protected by

10  Figma's copyright registrations. I conducted my analysis despite these deficiencies.

11      **C.    Comparison of Figma and Motiff Source Code**

12      54.    I was asked by counsel for Motiff to compare the Figma source code with the

13  Motiff source code and to provide my opinion as to whether Motiff copied Figma's source code.

14  In addition to the time I spent analyzing Dr. Singh's claims without access to the source code, I

15  spent approximately 4.5 business days reviewing and analyzing the source code for both

16  platforms.

17      55.    As an initial matter, the ██████████████████ to Figma's Interrogatory

18  Response (Exhibit 1) make indirect reference to three programming languages ████████████

19  ████████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████

21  ████████████████████

22      56.    I compared the ██████████ source code for Figma's March 2024 registered

23  version against the June 2024 version of Motiff's program using a tool known as ████████████

24  ████████████████████████████████████████[15]  I compared the ██████████

25  written source code for all three of Figma's registered versions against the June 2024 version of

26

27  ─────────────────
   [15] https://pmd.github.io/pmd/pmd_userdocs_cpd.html (Exhibit 72).

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   Motiff's program using the ███████ . ████████████████████████████.

2   Therefore, this analysis is applicable to all features, files, and directories identified in ███████

3   █ to Figma's Interrogatory Response (Exhibit 1), except for ████████████████████

4   ████████ .

5       57.    I found the ███████████ to be more time and resource consuming than

6   the ██████████ .  Given the limitations of time, I compared Figma's March 2024 version

7   against Motiff's June 2024 version for the ███████ because I reasoned that if there was any

8   copying by Motiff of Figma's source code, it will very likely manifest between these two

9   versions that are closest in time.  Further, Figma's March 2024 version is the version that is

10  closest in time to when Dr. Singh began working on this case and forming his opinions, which I

11  understand to be ███████████ [16]  I would also expect Figma's code base to become larger over

12  time such that the 2024 version contains an accumulation of features and updates written prior to

13  2024, including 2020 and 2023. ██████████████████████████

14  ████████████████████████████████████████

15  ████████████████████████ [17]

16      58.    The ██████ operates by analyzing one or more directories of source code and

17  looking for code clones—fragments of code that are similar.  I configured ██████ to output the

18  results in text form and saved the results to the source code review computer for review.

19      59.    For the ███████████ , I configured the ██████ to ignore identifiers, literals, and

20  sequences.  This setting is most favorable to Figma because, for example, it would capture code

21  fragments in which the structure was the same, but the variable names were different.  Thus, "a

22  == b" would match "c == d."  The string "Hello" would match "HELLO" and the sequence "1,

23  2, 3" would match "2, 3, 4."  Without these settings, the code in each platform would have to be

24  exactly the same to be considered a match.  I further configured it to consider matches involving

25  ██████████ .

26  ─────────────────────

27  [16] Singh Tr. ██████ at 6:24-25.
    [17] E. Zhang Decl. ¶ 2.

28

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

60.     For the ███████████████████████ are not offered, so there was no choice but to match exact identifiers, strings, and sequences.  I further configured it to consider matches involving ███████████.

61.     ████ reports all code clones found, regardless of where they originate.  Thus, it would report matches within the same Figma file, within the same Motiff file, or across two or more Motiff files, or two or more Figma files.  I wrote a script to eliminate this noise and report only matches involving at least one occurrence of a Motiff file and at least one occurrence of a Figma file.  This greatly reduced the number of matches to consider.

62.     ████ performs an automated analysis of the entire code base.  If copying were to have hypothetically taken place for the supported programming languages, even on a small scale, ████ would pick it up and report it in the results.  There is no subjectivity involved on the part of ████.  However, the mere presence of results does not mean copying took place.  Especially with the configuration settings set as broadly as I described above, ████ can pick up many instances of code from two or more sources that correctly meet the definition of a clone, but nonetheless bear no resemblance whatsoever.  For example, a variable declaration "List<Node> nodeList;" could be considered a match to another unrelated declaration "string fileName;" with the setting I used.  Indeed, most of the matches I reviewed involved lists of totally unrelated variable declarations, and were therefore false positives.

63.     My methodology for using ████ was as follows:

a.     I ran ████ with the settings noted above for ███████████, respectively.

b.     I ran the script noted above to filter out certain false positives (matches exclusively within Figma or matches exclusively within Motiff), resulting in a new, shorter list of matches.

c.     For each accused feature in ███████ I searched the new match list for any occurrence of a ██████████████████████████ ███████████.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

d. For each match I found using the search above, I manually inspected the source code in question to determine the level of similarity.

64. Using ▉ and the methodology described above, I compared each of the registered versions of Figma's source code against the June 2024 version of Motiff's source code for ▉. There were no matches reported using the above methodology.

65. Using ▉ and the methodology described above, I also compared the March 2024 version of Figma's source code against the June 2024 version of Motiff's source code for ▉. ▉ to Figma's Interrogatory Responses (Exhibit 1), ▉

66. ▉

▉. In any event, I determined that the matches reported by ▉ were of no substance.

[18] https://oreillymedia.github.io/Using_SVG/guide/blend-modes.html (Exhibit 73).
[19] https://skia.org/docs/user/api/skblendmode_overview (Exhibit 74).
[20] https://github.com/google/skia/blob/b9f4a95a59764abf4df601881d33fc0da5e0286e/src/gpu/Blend.cpp#L38 (Exhibit 75).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

67.    The lack of similarity in the hundreds of thousands of lines of source code between the two companies demonstrates, in my opinion, that Motiff did not copy Figma's source code.

68.    As previously mentioned, the above ██████████ does not apply to the ██████ ████████. With respect to the shaders, I performed a manual review of the ████████. I did find some overlap between Figma's source code and Motiff's source code. But as detailed below, these overlaps were largely due to the use of ██████████████████████████ ██████████████████████████████.

69.    In addition to using the ██████ to automatically compare the Accused Features in Figma's and Motiff's source code, I also manually looked at each of the file folders relevant to each Accused Feature ██████████████████████ Figma's Interrogatory Response (Exhibit 1). I then went and found the corresponding files in Motiff based on my understanding of the Accused Features. I manually reviewed both sets of source code relating to each of the Accused Features and found that, except for the shaders (which I will again discuss in more detail below), the source code implementations of each Accused Feature are very different between the two platforms.

70.    Therefore, based on my analysis, even though both platforms are capable of achieving the same or similar functionality in some of the areas identified by Dr. Singh, discussed below, it is my opinion that Motiff did not copy Figma's source code.

**D.    Technical Allegations**

**1.    Shader Code**

71.    In paragraphs 40-50 of his declaration, Dr. Singh points to a series of diff tool comparison outputs generated by comparing minified shaders from Figma's and Motiff's products to claim that the literal expression of Figma's underlying source code was copied, and that this "indicates unlawful appropriation." I disagree.

19

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

72.    Preliminarily, Dr. Singh's diff tool comparison does not reflect the *original* source code written by either Motiff or Figma.  Rather, it reflects the differences between each platform's shader codes *after* they have already been transformed by a computer from their original version to the shorter, less-readable minified version.  The minified code Dr. Singh compares is therefore not original source code.  As previously discussed, minification makes the code as unreadable and short as possible.

73.    After source code is minified, what is left are the core functional aspects of the source code that are necessary for running the program.  The minified shaders that Dr. Singh identifies are therefore functional, not expressive, and were generated by a computer.  As Dr. Singh admits, ████████████████████████████████████████████████████████ ████████████████████████████████████████ [21]

74.    These minified shaders are also publicly viewable in both Figma's and Motiff's products by using a web browser's DevTools console.  ████████████████████████ ████████████████████████.[22]  Motiff can similarly view Figma's minified shaders and mathematical formulas without breaking into any secure vault—they are readily accessible to anyone with a computer.  Further, as admitted by Dr. Singh, the minified code accessible through the DevTools console "includes shaders in a form condensed ('minified') from fully expressive source code."[23]  Dr. Singh thus admits that the functional minified code is distinct from "fully expressive source code."[24]

75.    Shaders are small programs that run on a computer's graphics processing unit ("GPU") to generate light, color, and texture for an image.  Shaders, including all the minified shaders cited by Dr. Singh, share one thing in common: they are computing values using mathematical formulas.  This is because shaders modify the rendering of an image, and the attributes modified by the shader (e.g., light, color, and texture) are all represented numerically.

---

[21] K. Singh Decl. ¶ 41; *see also* Singh Tr. ████████ at 63:11-64:3.
[22] Singh Tr. ████████ at 39:11-20, 63:3-10.
[23] K. Singh Decl. ¶ 41.
[24] *Id.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    Put simply, numbers go in, calculations are performed, and numbers come out.  To implement a

2    shader with the same rendering effect as another shader, the output must be the same between the

3    two.  Thus, shaders compute mathematical formulas which are inherently functional rather than

4    expressive.  These shader codes are also methods of operation because they are merely a

5    sequence of non-expressive algorithms to compute a final result.  This is particularly true of the

6    computer-generated, minified shader code, which strictly contains the mathematical formulas in

7    an extremely condensed form without any further expression.

8        76.    I understand from the ███████████████████████

9    ███████████████████████████████.[25] ███

10   ███████████████████████████████████

11   ████████.[26]  In reviewing the underlying source code, ████████████

12   ████████████████████████████████████████

13   ████████    This is consistent with Motiff never accessing the underlying source code

14   but instead ████████████████████ as a roadmap for its own

15   implementation.  Further, while there were similarities in the functions identified by Dr. Singh,

16   similar or identical functions are *also* generally found in the open-source community and on

17   publicly accessible websites such that they are not original to Figma.

18       77.    Indeed, from my review of the source code I found that, ████████████

19   █████████████████████████████████

20   █████████████████████████████.

21   ██████████████████████████████████

22   ████████████████████████████

23   ██████████████████████████████████

24   ████████████.  This is what I would expect to see with independently developed

25   software.  ████████████████████████████.  It is

26

27   [25] E. Zhang Decl. ¶ 22.
28   [26] *Id.* ¶ 24.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    therefore my opinion that Motiff ██████████████████████████ in building its source

2    code implementation, ████████████████████████████████████████

3    ████████████████

4        78.    Using the "blend tile custom" shader referenced in paragraph 44 of Dr. Singh's

5    declaration (reproduced below) as an example, I was able to find substantially similar or

6    identical functions for almost all the minified functions mentioned therein.  I first performed

7    optical character recognition on the graphic supplied by Dr. Singh to yield a text file, and then

8    expanded the code in this text file by adding white space and indentation between the lines of

9    code for readability purposes.  To identify open-source or public versions of these routines, I

10   looked for distinguishing characteristics referenced in the routines, such as specific floating point

11   numbers like 3.0, 0.59, 0.11, or .003922, or calls to OpenGL routines like texture2D, min, max,

12   mix, or inversesqrt.  By searching for documents containing some or all these items, I was able to

13   identify routines on the open web that are structurally identical to the minified code in Dr.

14   Singh's declaration.  This led me to the links attached as Exhibits 15, 16, and 76.[27]  These links

15   provide code and/or rendering equations that are identical or nearly identical to the operations

16   carried out by the minified shaders referenced by Dr. Singh.

17

```
precision highp float;uniform sampler2D gi,yB;uniform int uq;uniform float CE;varying vec2 e;const vec3 h
=vec3(.2126,.7152,.0722);const float l=float(255)/float(255),m=float(230)/float(255),k=float(204)/float(2
55);float Aa_(vec3 a){return min(min(a.r,a.g),a.b);}float Hma(vec3 a){return max(max(a.r,a.g),a.b);}float
Iga(vec3 a){return Hma(a)-Aa_(a);}float Jha(vec3 a){return dot(a,vec3(.3,.59,.11));}vec3 Bna(vec3 c,vec3
id){float ab=Jha(id);vec3 ba=c+(ab-Jha(c));float de=Aa_(ba),fg=Hma(ba);ba=de<0.?mix(vec3(a),b),a,b/(ab-d
e));:fg>1.?mix(vec3(ab),ba,(1.-ab)/(fg-ab)):ba;return ba;}vec3 KNa(vec3 a,vec3 db,vec3 fe){float bc=Iga(a)
;vec3 cd=vec3(0.);if(bc>0.){float ig=Aa_(a),nh=Iga(db);cd=(a-ig)*nh/bc;}return Bna(cd,fe);}void main(){ve
c4 rj=texture2D(gi,ef)*CE,vk=texture2D(yB,ef);float bc=rj.a,a=vk.a;vec3 cb=vk.rgb;if(bc==0.)gl_FragColor=
vec4(cb,a);else{vec3 d=rj.rgb,fg=d*(1.-a)+cb*(1.-bc);if(uq==3)fg+=min(d*a,c*b*c);else if(uq==4)fg+=d*cb;e
lse if(uq==5)fg=max(vec3(0.),d+c-b-c*a);else if(uq==6){vec3 zx=max(d*a,.003922),Dz=(a-cb)*bc*step(.003922
,a-cb);fg+=bc*a*(1.-min(vec3(1.),D/z/x));}else if(uq==7)fg+=max(d*a,c*b*c);else if(uq==8)fg=d+cb-d*cb;els
e if(uq==9)fg=min(vec3(1.),d+cb);else if(uq==10){vec3 EO=max(a*(bc-d),.003922),FR=c*b*c*step(.003922,cb);
fg+=bc*a*min(vec3(1.),FR/EO);}else if(uq==11)fg+=min(d*c*a-2.*(a-cb)*(bc-d),2.*d*cb,vec3(lessThanEqual(2.*
cb,vec3(a))));else if(uq==13)fg+=mix(2.*d*c,b,c*a-2.*(a-cb)*(bc-d),vec3(greaterThan(2.*d,vec3(bc))));else
if(uq==14)fg+=abs(c*b*c-d*a);else if(uq==15)fg+=d*a+c-cb;else{vec3 pl=vec3(0.),nh=d,ie=cb;if(bc
>0.)nh/=bc;if(a>0.)ie/=a;if(uq==12){vec3 IT=1.-ie,Jp=(16.*ie-12.)*ie+3.,Mr=inversesqrt(ie+1e-6)-1.,qm=mix
(Jp,Mr,vec3(greaterThan(ie,vec3(.25))));qm=mix(qm,IT,vec3(greaterThan(nh,vec3(.5))));pl=ie*(1.+qm*(2.*nh-
1.));}else pl=vec3==16?KNa(nh,ie,ie):uq==17?KNa(ie,nh,ie):uq==18?Bna(nh,ie):pl;fg+=bc*a*p
l;}gl_FragColor=vec4(fg,bc+a-bc*a);}}const float j=1./float(512);
```

[27] https://registry.khronos.org/OpenGL/extensions/KHR/KHR_blend_equation_advanced.txt (Exhibit 15);
https://registry.khronos.org/OpenGL/extensions/NV/NV_blend_equation_advanced.txt (Exhibit 16);
https://registry.khronos.org/OpenGL-Refpages/es3/html/glBlendEquation.xhtml (Exhibit 76).

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

79.    The below table maps the minified functions above to their equivalent in the open-source material.  I identify each minified shader function and variable using the name as it appears above.  For example, I use "Aa_" rather than "Aa" or "_."  Further, note that the use of different variable and function names is attributable to the minifier—the names of these variables and functions are different in the source code, as explained below.

| Minified Shader Function | Open-Source Function | Open-Source Link |
|---|---|---|
| float Aa_(vec3 a) | float minv3(vec3 c) | https://registry.khronos.org/OpenGL/extensions/KHR/KHR_blend_equation_advanced.txt (Exhibit 15) |
| float Hma(vec3 a) | float maxv3(vec3 c) | https://registry.khronos.org/OpenGL/extensions/KHR/KHR_blend_equation_advanced.txt (Exhibit 15) |
| float Iga(vec3 a) | float satv3(vec3 c) | https://registry.khronos.org/OpenGL/extensions/KHR/KHR_blend_equation_advanced.txt (Exhibit 15) |
| float Jha(vec3 a) | float lumv3(vec3 c) | https://registry.khronos.org/OpenGL/extensions/KHR/KHR_blend_equation_advanced.txt (Exhibit 15) |
| vec3 Bna(vec3 c, vec3 id) | vec3 SetLum(vec3 cbase, vec3 clum) | https://registry.khronos.org/OpenGL-Refpages/es3/html/glBlendEquation.xhtml (Exhibit 76) |
| vec3 Kna(vec3 a, vec3 db, vec3 fe) | vec3 SetLumSat(vec3 cbase, vec3 csat, vec3 clum) | https://registry.khronos.org/OpenGL-Refpages/es3/html/glBlendEquation.xhtml (Exhibit 76) |

80.    In reviewing the underlying source code implementations of these minified shader functions, I confirmed ████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████.  For example, ████████████████ ████████████████████████, but these functions are also found with identical names in the above-referenced open-source links.  It is therefore my opinion that these elements of each platform's shaders have been commonly known in the industry for many years, and as such they are not original to either Figma or Motiff.  The similarities in naming conventions are attributable to relying on the identically named open-source equations.  To the extent there were

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  any variables or functions used in the platforms' shaders that were not mentioned in the open

2  source, I found that ███████████████████.

3       81.     The only function referenced in paragraph 44 that is not explicitly found in the

4  open source is "void main()." However, many of the calculations performed in this function *are*

5  found in the open source. After reviewing the underlying source code, ████████████████

6  ██████████████████████. For example, ███████████████████

7  ███████████████████████████████████████

8  ██████████████████████████████████████████

9  █████████████[28]  This is because these rendering effects are well-known and have established

10  implementations.[29]  From reviewing the source code, I can confirm that ████████████████

11  ███████████████████████████████████████

12  ████████████████████████████████████████[30]

13       82.     ████████████████████████████████████

14  ███████████████████, the process of checking for specific rendering effects and then applying

15  the corresponding equation is also not unique to Figma or Motiff. For example, it is provided in

16  the publicly available links attached as Exhibits 81 and 82.[31] ██████████████████

17  ████████████████████████████████████████.[32]

18  Therefore, while the minified "void main()" functions have a similar structure ██████████████

19  ███████████████████████████████, this same structure was

20  not original to Figma, and is a common way to implement ████████████████.

21

22  [28] https://registry.khronos.org/OpenGL-Refpages/es3/html/glBlendEquation.xhtml (Exhibit 76);
   https://www.w3.org/TR/SVGCompositing (Exhibit 77).
23  [29] *E.g.*, https://www.pegtop.net/delphi/articles/blendmodes (Exhibit 78); https://godotshaders.com/snippet/blending-
   modes (Exhibit 79); https://help.clip-studio.com/en-us/manual_en/180_layers/Blending_modes.htm (Exhibit 80).
24  [30] https://www.w3.org/TR/SVGCompositing (Exhibit 77).
25  [31] https://github.com/TorchTheDragon/Torchs-FNF-
   Engine/blob/3442d22871ac67dd4496501bf10c3e10fe5aab59/assets/torchs_assets/shaders/customBlend.frag#L6
   (Exhibit 81);
26  https://github.com/SuperIlu/DOjS/blob/01f545b81fea715e32319582bfbbc8bb8b2109f4/jsboot/p5.js#L760 (Exhibit
   82).
27  [32] https://github.com/google/skia/blob/b9f4a95a59764abf4df601881d33fc0da5e0286e/src/gpu/Blend.cpp#L38
   (Exhibit 75).

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

83.    Substantially all the rendering equations used in the above shader, including the equations in the minified "void main()" function, are therefore publicly available.  Thus, while both platforms ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████.  Variables that are not explicitly mentioned in the open source ███████ █████████████████████████████████, consistent with Motiff having no access to Figma's underlying source code.

84.    To the extent that there are similarities in the aspects of the minified equations that depart from the open-source implementation, I understand that this was to support interoperability.[33]  This makes sense because, as mentioned above, there is only one way to achieve the same rendering effect between platforms—the shaders have to output the same value.  If a user were to export a .fig file from Figma and then import it into Motiff, the user would expect to see the same colors and textures—attributes of the design elements set by the user—on both platforms.  It is a similar idea as saving a Word document to a PDF—though the platforms are different, the user expects their formatting and images to appear the same in both.  With respect to the "blend tile custom" shader discussed in paragraph 44 of Dr. Singh's declaration, my analysis shows ███████████████████████████████████████████████████ ████████████ differed from the open-source implementations of these effects.  The differences reflect small tweaks to the open-source equations, and therefore relate to non-expressive mathematical operations.

85.    With respect to the "image" shader code referenced in paragraph 47 of Dr. Singh's declaration (replicated below), many of these equations are again found in identical or near-identical form in publicly available documents.  For example, several functions are found substantially replicated in the public link attached as Exhibit 83.[34]  Mapping the minified functions to the functions in the link, "nnA" corresponds to "lin_sRGB," "oaI" corresponds to

---

[33] E. Zhang Decl. ¶ 23.
[34] https://www.w3.org/TR/css-color-4/#color-conversion-code (Exhibit 83).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

"gam_sRGB," and "yla" is a straightforward combination of the "lin_sRGB_to_XYZ" and

"XYZ_to_lin_sRGB" functions.  Dr. Singh's diff output also shows that Motiff's "yla" function

takes an additional parameter that Figma's "yla" function does not, thereby showing independent

development choices by Motiff.  Thus, as above, ███████████████████████████████

████████████████████████ many of these equations are also generally found in the open source,

and ████████████████████████████████████████, based on my review.



86.     The shaders cited by Dr. Singh in paragraphs 45 and 46 of his declaration likely

tell a similar story.  Both shaders correspond to blurring tiles, with paragraph 45 corresponding

to a "clamped blur" and paragraph 46 corresponding to an "unclamped blur."  Both blurring and

clamping involve well-known operations, such as those found in the publicly available links

attached as Exhibits 16, 84, and 85.[35]  It is therefore likely that these shaders, as with the shaders

referenced in paragraphs 44 and 47 of Dr. Singh's declaration, are based on open-source

implementations.  As above, any similarities in the underlying source code distinct from the

open-source implementation is likely for interoperability purposes to achieve the same rendering

effects between platforms.  Also as above, ████████████████████████████████████

█████████████████████████████████████████████████████████████████████

████████████████.

87.     Though I could not find an exact match in the open source for some of the

functions alluded to by Dr. Singh throughout his declaration, it is clear that these functions

represent well-known mathematical formulas that are widely published.  To the extent there are

---

[35] *E.g.*, https://registry.khronos.org/OpenGL/extensions/NV/NV_blend_equation_advanced.txt (Exhibit 16); https://github.com/google/skia/blob/b9f4a95a59764abf4df601881d33fc0da5e0286e/tests/sksl/intrinsics/ClampFloat.glsl (Exhibit 84); https://blog.innogames.com/shader-exploration-the-art-of-blurring (Exhibit 85).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

differences in the functions or equations from what is available in the open source, Motiff's implementation was again constrained by the nature of shaders themselves. That is, to support interoperability between platforms when importing user-created designs from Figma into Motiff, Motiff's shaders must output the same values as Figma's shaders. The structures of the various functions are also partially constrained by the calculations performed in the shaders. That is, certain interim calculations necessarily appear in a specific order because the value calculated is used in a later calculation. It is therefore my opinion that these mathematical shader code sequences are merely methods of operation that are dictated by the function of the shader. This explains any resulting similarities in the implementing source code.

88.    Further, even though Motiff looked at Figma's minified shaders using the publicly available DevTools, Motiff's translation of these shaders into fully expressive source code reflects Motiff's own development. Where variables were not used in the open source, ███ ████████████████████. Motiff therefore did not copy the expression in Figma's source code, but rather merely referenced Figma's publicly available minified shaders (which are inherently functional methods of operation) in small amounts for interoperability purposes.

### 2.  GPU Strings

89.    In paragraphs 51-57 of his declaration, Dr. Singh points to a set of third-party GPUs whose product names are represented as strings, and opines that Motiff must have copied Figma's source code because both platforms reference the same GPUs. He bases his opinion on the fact that these GPUs have bugs and that Figma somehow discovered and implemented workarounds for these bugs. I find his opinion to be based on pure speculation.

90.    First, as background, GPUs are graphics chips or cards that run tasks associated with images and videos, such as rendering. Computers typically have at least two processing chips: a central processing unit (CPU) and a GPU. C++ code is executed on the CPU, whereas shaders run on the GPU. The GPU strings Dr. Singh refers to are simply the names of the GPUs, which in this case are designated by the manufacturer's name (e.g., Intel or Adreno) and the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   name and number of the particular model of GPU made by the manufacturer (e.g., "Mesa

2   Intel(R) Graphics (ADL GT2)").  These GPU strings are in the source code because they

3   function to identify a user's GPU, which is how Figma's and Motiff's products are able to

4   identify and interact with them.  I cannot imagine that Figma could claim a copyright on the use

5   of product names that are not even theirs.  In order for the product to correctly identify that the

6   computer has a certain GPU installed, the string that identifies the GPU in the source code must

7   be identical to the string that the GPU itself supplies to the program.  ███████████████

8   ████████████████████████████████████████████████████ .

9       91.    Second, Dr. Singh speculates that because the particular GPUs corresponding to

10  the GPU strings have "bugs," that Motiff must have copied Figma's source code and the

11  workarounds for these bugs.  Dr. Singh cites no evidence showing Figma's work in identifying

12  the alleged bugs themselves and no source code backing up his speculation.  While I cannot

13  identify precisely what the bugs in the GPUs are, from my research into this issue I found that

14  users of these GPUs have complained on public forums about incorrect rendering results that

15  occur when certain rendering operations are called, as discussed for example in the public forum

16  link attached as Exhibit 27.[36]  The author of this forum post indicated that the workaround is to

17  "call glFlush()" after certain rendering operations to flush the GPU.  "Flushing" the GPU means

18  clearing the GPU's memory cache by removing the data stored within it.  This is typically done

19  after rendering operations such as "draw" and "clear" are completed because the data in the

20  GPU's memory cache is no longer needed.  Programmers may also flush the cache periodically

21  or as specific use cases dictate.

22      92.    Here, it seems that flushing specific GPUs after certain rendering operations is

23  required to avoid incorrect rendering behavior, and this solution was publicly available in the

24  above-referenced link.  Therefore, the GPU strings, the bugs in the GPUs themselves, and the

25  required workaround are all common public information and ideas which are not original to

26

27  ───────────────────────
    [36] https://issues.angleproject.org/issues/42266803 (Exhibit 27).

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   Figma.  Flushing the GPU cache is also a functional operation, and would be considered as the

2   best practice for dealing with these GPU bugs as evidenced by the public article referenced

3   above.  To be clear, these flush operations are apparently required for these specific GPUs to

4   function correctly.  Figma's idea to provide support for certain third-party GPUs, however "rare"

5   they might be, may be a discovery, but I understand from counsel that copyright protection does

6   not extend to discovery.

7        93.    Third, I conducted an analysis of Motiff's source code and █████████████

8   ████████████████████████████████████████████████ Aside from

9   these ████████████████████ I did not find any similarities in the source code

10  implementation between Figma's and Motiff's products relating to the GPU strings.  ████████

11  ████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████████

14  ████████████████████.  Even with such a simple implementation, I found that the code is

15  still very different.  This reflects Motiff's own independent implementation of the functional

16  workarounds, not copying.

17        94.    I also disagree with Dr. Singh that "[b]ugs are, almost by definition, non-

18  functional," because bugs specifically refer to *behavior* (e.g., function) that is deemed to be

19  erroneous.[37]  In this case, the erroneous behavior pertains to third-party hardware—not a bug in

20  Figma or Motiff's source code.  One would expect that any vendors choosing to support these

21  GPUs would be aware of and utilize the same publicly available fixes.  Even so, as mentioned

22  above, I confirmed that the source code of the two products relating to the handling of this bug is

23  completely different, both manually and through the previously described ████████████.

24

25

26

27  [37] K. Singh Decl. ¶ 66.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

### 3. Functional Design Choices

95.     Dr. Singh claims in paragraph 58 of his declaration that Motiff copied "Functional Design Choices" from Figma.  At an initial level, I am perplexed by this statement because I had understood that "functional" elements are not protected by copyrights.  Regardless, Dr. Singh does not cite to any evidence in the source code to show that any portion of it was copied by Motiff.

96.     Rather, he claims in paragraph 60 to have monitored the "size of data the Motiff product transfers from main memory to the GPU's memory when rendering repeated characters (e.g., 'AAA')," and speculates, based on what he supposedly understands was Motiff's intent for its products, that this design choice was made because of copying.[38]  Dr. Singh also points to Figma's product ███████████████████████████, and again speculates that the source code "likely derive[s]" from Figma's source code because Motiff's product shows similar behavior.[39]

97.     I disagree with Dr. Singh because I have manually reviewed the source code between the two companies relating to both the repeated data transfers and the cubic curve representation and found no similarities or evidence of copying.  This review is in addition to the ████████████████ I described earlier. ████████████████████████████████████████████████████████████████████████████████████████.[40]  This is not to say that Motiff copied the idea from Figma either because, as shown below, these are common design choices in design platforms.

98.     Regarding the repeated data transfers, I note that Dr. Singh did not disclose any of his methodology for this analysis, nor explained how he monitored data transfers from the Motiff product to the GPU.  What GPU did he use?  What tools did he use to observe the data transfer sizes?  What precise feature in Motiff and Figma was he utilizing when he made these

---

[38] *Id.* ¶ 60.
[39] *Id.* ¶ 61-63.
[40] Singh Tr. ██████ at 90:4-21.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   observations?  What were the data sizes, exactly?  What were the steps that he took to reproduce

2   this observation?  None of these questions have answers, but all would be relevant to his

3   analysis.

4         99.     Further, Dr. Singh omits from his declaration any discussion of other products

5   besides Figma and Motiff.  Therefore, Dr. Singh apparently did not monitor any data transfers

6   from other related software products to their respective GPUs to determine whether his

7   observations in paragraph 60 were unique to Figma.  If the larger space of graphic design

8   products were to yield similar results to Figma and Motiff, Dr. Singh's reasoning falls apart.

9   And even if other products do not exhibit the same behaviors as Motiff and Figma, one cannot

10   conclude that the source code is identical, as there are countless ways to write the code to

11   achieve the same behavior.

12         100.    Indeed, there exists a plausible explanation as to why Motiff designed the data

13   transfer function the way they did.  I understand from reading the Declaration of Yuchen (Ethan)

14   Zhang that ████████████████████████████████████████████████████

15   ██████████████[41]  It is therefore likely that other platforms similarly implement this

16   "functional design choice" for ██████████████████████████████████

17   ███████████████████████████████████████.  Thus, I am

18   not surprised that this "functional design choice" that Dr. Singh pointed to would be customary

19   in this type of product.  And indeed, I found no evidence of source code copying here.

20         101.    Dr. Singh's reasoning also does not make logical sense.  He argues that Motiff has

21   gone to great lengths to optimize its product's performance (e.g., speed), but he does not discuss

22   data transfer *speed* in suggesting that Motiff "would have made the opposite design choice

23   without copying."[42]  A product's performance is dictated by how fast it is, which would be a

24   much better indicator of performance than the "size of data" measurement Dr. Singh picked.

---

27   [41] E. Zhang Decl. ¶¶ 38-39.
28   [42] K. Singh Decl. ¶ 60.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

102.    Regarding representing ███████████████████, I understand from

reading the Declaration of Yuchen (Ethan) Zhang that this is a matter of basic mathematics to

conform to standard industry representations.[43]  Dr. Singh cannot affirmatively say that Motiff

copied *anything* from Figma here, as he admits he is not familiar with Motiff's API, he has not

reviewed the source code, and he merely cites the presence of an industry standard representation

in both platforms and Motiff's supposed design goals as his scant evidence of copying.[44]  I

understand that many platforms ██████████████████████ because this was the

standard set by Adobe, an industry leader in graphics design.[45]  It therefore makes sense that

Motiff would *also* want to adopt this standard because users are accustomed to it.  Regardless, as

mentioned above, my review of the source code and my ██████████ revealed no similarities in

the implementation of this standard idea.

### 4.  Data Structures

#### i.    .fig Document Format

103.    In paragraphs 64-77 of his declaration, Dr. Singh claims that the Motiff product's

document format copies the .fig document format from Figma.  He bases his opinion on variable

names, values, and certain specific data structures that he viewed using DevTools without any

underlying understanding of the source code.  Dr. Singh has not viewed the source code

implementation for any of the data structures that he claims Motiff copied from Figma.  I have,

and ███████████████████████████████████████████████████████

████████, these names and groupings are publicly known, functional, and largely irrelevant to

Dr. Singh's copying allegations because the underlying code is different.  For example, while

both Figma and Motiff may have an "isFirstLineOfList" variable to represent whether a line of

text is the first line in a list—meaning the name just describes the function of the variable—that

does not say *anything* about how the variable is actually declared and invoked throughout each

---

[43] E. Zhang Decl. ¶¶ 40-41.
[44] K. Singh Decl. ¶ 61-62.
[45] E. Zhang Decl. ¶¶ 40-41.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

platform's source code.  Both my ███████ and manual review confirm that Motiff's internal document representation is distinct from Figma's .fig file format, and as such there is no evidence of source code copying.

104.    The Motiff product accepts .fig files as input.  I understand that this is to allow Motiff to interoperate with Figma-generated files.[46]  This interoperability does not mean Motiff is copying Figma, as I understand Figma allows users to import Sketch files, and Sketch allows users to import Figma files.[47]  I am not aware of any allegations from Figma that Sketch is copying them by providing for such importation.  That is because this type of interoperability is expected in the industry, even between competitors.  Corel's WordPerfect supports Microsoft Word documents.[48]  Google Sheets supports Microsoft Excel documents.[49]  Adobe XD supports Sketch documents.[50]  The lists go on, and these are *all* software outputs.

105.    To support interoperability and allow .fig files to be imported into the Motiff product, the product necessarily must be able to read and parse .fig files to translate them into Motiff's own internal representation.  This is a basic requirement to make two systems interoperable.  It would be impossible for .fig files to work in Motiff's product unless it were able to parse the .fig file and pull out its data.

106.    I studied the source code for the feature that parses .fig files in both Motiff and Figma's products.  ████████████████████████████████████████

---

[46] *Id.* ¶ 6.
[47] *Id.* ¶ 5.
[48] https://www.wordperfect.com/en/pages/items/1600092.html (Exhibit 86).
[49] https://support.google.com/docs/answer/9331167?hl=en (Exhibit 87).
[50] https://helpx.adobe.com/si/xd/kb/import-export-issues.html (Exhibit 88).
[51] https://github.com/evanw/kiwi (Exhibit 10).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  ████████████████████████████████████████████

2  ████████████████████████████████████████.

3       107.    The Figma product is capable of exporting graphic designs by means of a file

4  ending with a .fig extension. ████████████████████████████

5  ████████████████████████████████████████████████████

6  ████████████████████████████████████████████

7  ████████████████████ This is a so-called schema file for the Kiwi tool described above,

8  which is used to describe the structure of the Figma file format. This schema is contained within

9  the .fig file itself, along with the data it describes. This explains how Motiff obtained the Kiwi

10  schema, as Figma's .fig files are obtainable by any user exporting designs from the Figma

11  platform.

12       108.    The Kiwi schema describes the format it expects the data portion of the .fig files

13  to follow. It outlines the names of the fields it expects, the order of those fields in the .fig file,

14  and even the possible values for those fields, but it does not fill in any of the details. In other

15  words, the schema describes the format that a Figma document must follow but does not contain

16  any actual data. For ████████████████████████████

17  ████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████

20  ███

21       109.    ████████████████████████████████████████

22  ████████████████████████████████████████

23  ████████████████████████████████████████

24  ████████████████████████████████████████████

25  ████████████████████████████████████████████

26  ████. I have reviewed the source code for both Figma and Motiff, and ████████████████

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    ████████ and have confirmed that the ██████████████████████████████

2    ██████████ are different.

3        110.    It is my understanding that source code typically goes more to the heart of

4    copyright protection than variable names provided in the abstract without any connection to the

5    source code.  In other words, the Kiwi schema is not source code, but ████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████    In the end, my review reveals that ██████████████████████

8    ████████████████████████████████████████████████

9    ██████████████████████████████████████████████████████

10   ██████████████████████████████████████████

11       111.    ██████████████████████████████████████████████

12   ██████████████████████████████████████████████

13   ██████████████████████████████████████████████[52]

14   Evan Wallace also made a .fig file parser which is publicly available.[53]  He said regarding his

15   .fig file parser that "This is not new information, as the .fig file format has already been reverse-

16   engineered in public multiple times now."[54]  Indeed, a basic internet search returned many

17   results for converting .fig files into other formats, primarily by relying on the Kiwi schema.[55]

18   Based on these public resources, it is unsurprising the ██████████████████████████████

19   ██████████████████████████████████

20       112.    After parsing .fig files, or in the general case where a file is created without

21   importing, the Motiff product stores document data in its own internal document format.  At this

22   point, from my review of the source code, ██████████████████████████████████████

23   as previously discussed, it begins using its own internal data structure.  ██████████████████

24   ████████████████████████████████████████████████

25

26   ────────────────────────
     [52] https://github.com/evanw/kiwi (Exhibit 10).
     [53] https://madebyevan.com/figma/fig-file-parser (Exhibit 8).
27   [54] https://github.com/evanw/kiwi/issues/17 (Exhibit 89).
     [55] *E.g.*, https://github.com/sketch-hq/fig2sketch (Exhibit 5); https://github.com/yagudaev/figma-to-json (Exhibit 6).

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   ███████████████████████████████████████████

2   ████████████████████████████████████████████

3   ███████.[56]

4       113.    As discussed above, my ██████████ compared all Motiff's June 2024 █████████

5   to the files Figma asserts embody the Accused Features in Figma's 2024 source code.  Figma's

6   2024 source code is particularly relevant here, as presumably this is the version that is closest in

7   time to Dr. Singh's screenshots (though he provides no information either way).  Both this

8   review and my manual review confirm there was no evidence of copying Figma's source code,

9   as the ████████████████████████████████████████ that

10  are inherently functional, and which have been made public several times in the past.  From my

11  review and ██████████, I found the ██████████████████████

12  ██████ was entirely different between platforms.  It is therefore my opinion that Motiff's

13  internal document representation does not copy Figma's source code.

14      114.    Setting aside Kiwi and turning to the specific data structures referenced by Dr.

15  Singh which are used in Figma's .fig format and Motiff's internal document representation, there

16  is again no evidence of copying copyrightable expression.  For example, Dr. Singh claims that

17  both platforms' "lines" have "similar properties" including "directionality, lineType,

18  isFirstLineOfList, listStartOffset, and indentationLevel."[57]  Dr. Singh claims these variable

19  names are expressive, but they are all functional in that they merely describe what the variable is

20  meant to represent.  "directionality" stores the direction of the line of text, such as left-to-right

21  which is commonly abbreviated as "LTR" in the industry.[58]  "lineType" stores what type of line

22  the text is.  "isFirstLineOfList" stores whether the line is the first in a list.  "listStartOffset"

23  stores the offset of the list.  "indentationLevel" stores the indentation level of the line of text.  All

24  the variable names Dr. Singh points to in paragraph 67 therefore merely describe the function of

25

26  ──────────────────
    [56] E. Zhang Decl. ¶ 8; https://github.com/evanw/kiwi (Exhibit 10).
27  [57] K. Singh Decl. ¶ 67.
    [58] https://learn.microsoft.com/en-us/globalization/fonts-layout/text-directionality (Exhibit 90).
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

the variable. Further, the particular styling of the capitalization (e.g., "firstLetterLowercase") is called "camelCase," which is a standard representation for variable names in the industry that is taught in entry level computer science courses.

115.    There are also differences in each platform's "lines" that Dr. Singh conveniently does not mention. For example, from Dr. Singh's image in paragraph 66 of his declaration replicated below, Motiff includes variables for "consistencyStyleId" and "downgradeStyleId" that Figma does not. Further, Dr. Singh claims Motiff uses the "same descriptor" for its string variables (e.g., "directionality"), but that is clearly untrue. Dr. Singh takes issue with Motiff using "LINE_TYPE_PLAIN," but that is unquestionably different than Figma's "PLAIN." Further, this type of difference reflects Motiff's independent development. If Motiff were wholesale copying Figma, there would no need to change the string variables—something that is not typically represented to the user unless they access and search the DevTools. This is consistent with the fact that Motiff independently developed its own code and data structures. Again, ███████████████████████████████████████████████████████████. The underlying source code implementation for these data structures and variables, including how they are defined in the first instance, is different.



Figma                                                Motiff

116.    Dr. Singh's claims in paragraph 73 fare no better in that they again only show that some functional variable names are similar, which means nothing without looking at the underlying code. And again, Dr. Singh conveniently ignores the differences in the data structures. As shown in Dr. Singh's image from paragraph 73 of his declaration, each platforms'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    "symbolData" data structure is very different.  Motiff's "color" variable does not include a field

2    for "alpha," whereas Figma's does.  Motiff's data structure includes "fields" and "nodeId"

3    variables whereas Figma's does not.  And the strings used by each platform are again

4    unquestionably different.  Despite Dr. Singh's claims, Figma's "SOLID" is different compared

5    to Motiff's "PAINT_TYPE_SOLID_PAINT."  Dr. Singh's claimed deviations from styling

6    conventions only pertain to variable names and these strings, which are different.  Either way, I

7    understand these variable names and values to be functional in nature, and again the source code

8    is not the same.



Figma                                Motiff

117.    Dr. Singh's claims in paragraph 76 of his declaration follow the same theme: he

only points to similarly named variables and claimed "deviations" to assert copying without

addressing any of the clear differences in the data structures.  The image in paragraph 76 from

Dr. Singh's declaration is replicated below.  Again, even with some similarly named variables,

the data structures are clearly different.  Motiff includes a "fake" field, a "glyphInfos" field, and

a "layoutVersion" field which Figma does not.  Likewise, Figma includes a

"logicalIndexToCharacterOffsetMap" field that Motiff does not.  If Motiff copied Figma's

source code, one would imagine Motiff's product would have at least all the same fields as

Figma, but it does not.  This again reflects Motiff's individual development.  Dr. Singh's claims

about the string values, which are inherently functional because they directly affect the code, are

also hollow for the same reasons explained above.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



Figma                                                      Motiff

118.    Finally, there are *many* data structures that Dr. Singh does not reference which reflect further differences. At least one, the ████████████, is described in the Declaration of Yuchen (Ethan) Zhang.[59]  The significant differences in each platforms' data structures reflects Motiff's independent development. Even if every single variable name in every data structure viewable from a browser's DevTools was exactly the same (they are clearly not), these variable names are inherently functional and say nothing about the underlying source code implementation. Again, from both my ████████ and my manual review, there is no evidence of source code copying.

119.    To the extent Dr. Singh claims these comparisons satisfy the extrinsic test, I disagree. From my understanding, the extrinsic test presupposes the comparison of two works, which is not what Dr. Singh has done—he has not pointed to anything in the actual source code, but rather merely points to images which are generated from either Motiff's or Figma's product using DevTools. Further, it is unclear how exactly Dr. Singh even generated the screenshots

---

[59] E. Zhang Decl. ¶ 12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  referenced above. For example, whether Dr. Singh imported a .fig file into Motiff to achieve his

2  comparison is an open question.

3                    **ii.    Autosave Database Schema**

4        120.    Dr. Singh claims in paragraphs 78-84 of his declaration that Motiff copied

5  Figma's "autosave database schema." Specifically, Dr. Singh claims Motiff copied ███████

6  ███████████████████████████████████████████████████ because Motiff's

7  autosave was in its second version in June 2024.[60]

8        121.    Dr. Singh insinuates that Motiff launched its product in 2024 with a copied

9  version of Figma's version 2 schema, perhaps without Motiff ever having its own version 1

10 schema. I disagree. ███████████████████████████████████████████████

11 ███████████████████████████████████████████████████████

12 ███████████████████████████████████████████████████████

13 ██████████████████████████████████████████████████

14 ███████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████

16 ███████████████████████████████████████████████████████

17 ███████████████████████████

18       122.    Further, although the Motiff product did not launch outside of China until June

19 2024, the █████████████████████████████████ and was launched in China in

20 August 2023, as I understand from the Declaration of Yuchen (Ethan) Zhang.[61] ███████████

21 ████████████████████████████████████████████████████

22 █████████████████████████████████████████████████████

23 █████████████████████████████████ This points to the previous existence of a

24 version 1 schema and, accordingly, independent development.

25

26

27 [60] K. Singh Decl. ¶ 78-79.
   [61] E. Zhang Decl. ¶ 2.

28

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    123.    ███████████████████████████████████████

2    ████████████████, the graphic shown below paragraph 79 of Dr. Singh's declaration

3    shows the origin of the Figma graphic as "https://staging.figma.com."  The term "staging" is

4    known in the field of software development to refer to an internal server where software is

5    typically tested and used prior to it being released into production.  Staging environments are

6    usually not accessible by the public, nor is the staging environment necessarily reflective of what

7    the publicly available product would look like or how it would behave.  For this reason, the

8    graphic shown in this paragraph likely did not come from any production version of Figma that

9    was in use at the time Dr. Singh prepared his report, ██████████████████████████

10   ████████████████████████████.  In this case, it appears that a

11   previous version of Figma went into staging for the purpose of creating this graphic.  I tried to

12   access the staging website, and, while I can generally view the homepage, if I try to log in, I am

13   blocked by a message stating "Access denied. Only available to @figma domains":



*https://staging.figma.com* (Exhibit 91)

21   124.    The above means that the editor portion of the website, where Dr. Singh's

22   screenshots came from, is only accessible by persons with @figma email addresses.  I find this to

23   be troubling as Dr. Singh accuses Motiff of copying the "older version" of Figma's autosave, but

24   provides no way to assess these claims in either Figma's source code or Figma's deployed

25   product.[62]

27   ───────────────────

[62] K. Singh Decl. ¶ 78.

41

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

125.    More problematic, ███████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████.

126.    That being said, I compared ████████████████████
████████████████████████████ and there was no evidence of copying.  While
there may be some functional similarities, the code is different.  Additionally, there are numerous
articles posted by Figma and Figma users which functionally describe how Figma's autosave
works.[64]  There is no source code shown in these articles, and the numerous functional
descriptions could theoretically be followed to implement an autosave schema without relying on
any source code.

127.    Moving to the substance of Dr. Singh's specific claims, ███████████████
███████████████████████████████████████████████████
██████.  IndexedDB is a NoSQL database system, which is specifically designed to hold
unstructured data.  These databases are inherently functional because the different object stores
and identifiers are used to pull data.  Moreover, IndexedDB itself, and the contents of any object
stores contained within, are not source code.  Rather, the contents serve as a means of input and
output for the program, but only when it is executing.  In order to populate the IndexedDB

---

[63] Figma's Interrogatory Response (Exhibit 1), at 12.
[64] *E.g.*, https://www.figma.com/blog/behind-the-feature-autosave (Exhibit 31);
https://medium.com/@pierluigi.giglio.01_23202/does-figma-automatically-save-72c0c2bb31d3 (Exhibit 92).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

database system with information such as what is shown in Dr. Singh's declaration, the source code expression would have to first be fixed, so it could be compiled prior to execution. Thus, even if the autosave schemas were hypothetically identical, I understand that they are not subject to copyright protection because they are not fixed in the source code, but rather are the output of executing code.

128.    Dr. Singh does not appear to possess the qualifications necessary to evaluate IndexedDB technology because he has a fundamental misunderstanding of how it works.[65] IndexedDB does not contain any notion of "tables" as referenced by Dr. Singh.[66] Rather, data is stored in "object stores" (the rough equivalent to what Dr. Singh calls a "table"), and each store contains key-value pairs where values can be data of an arbitrary structure.

129.    Further, IndexedDB databases are inherently *unstructured* such that Dr. Singh's claims of Motiff copying Figma's "identical structure and organization" are fundamentally incorrect.[67] Each row in an object store consists of a key and corresponding value. Values can be of an arbitrary shape and size, and each row in an object store can hold data that is structured differently than the other rows. Contrast this with the more conventional concept of the relational database—to which Dr. Singh appears to be alluding—which is a structured system involving a set of tables, with each table having a predefined set of fields, and each row in the table conforming precisely to those fields. Dr. Singh appears to be incorrectly assuming that IndexedDB works the same way as a relational database, which it does not.

130.    For example, Dr. Singh claims Motiff copied several "table" names either exactly or closely.[68] First, as mentioned above, IndexedDB does not have tables, but rather has object stores. Second, the names of the object stores—which are discussed in more detail below—do not tell us anything about the database schema because object stores do not have structure. Relatedly, Dr. Singh accuses Motiff of copying Figma's "session-index auxiliary table" and "the

[65] *E.g.*, Singh Tr. ███████ at 226:8-227:23.
[66] K. Singh Decl. ¶¶ 80-81.
[67] *Id.* ¶ 84.
[68] *Id.* ¶ 80-81.

43

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

session-index fields."[69]  However, "session-index" is not a table, but rather an index, the purpose of which is to efficiently retrieve data from the object store.  The index specifies a compound key path, which is best described as inputs to a lookup operation in the accompanying object store.  The existence of an index says nothing about the structure of the object store since, again, there is no structure.

131.    There are similar fundamental issues with Dr. Singh's other allegations.  For example, Dr. Singh states that "[t]he identically named referenced-nodes tables contain an identically named offlineSessionId field and a nodeId field (renamed blobId)."[70]  Again, tables do not exist in IndexedDB.  Moreover, "node" and "session" are terms of art, and placing the commonly used suffixes "ID" or "Id" after such terms is often done to denote an identifier.  For example, "nodeId" would be understood by a practitioner as the identifier of a node.  It is a common design practice to designate an "id" field, which is usually given a unique number.  In the case of nodes, a "nodeId" would be used to distinguish between different nodes (e.g., node 1, node 2, node 3, etc.).  The choice of capitalization ("Id" vs "ID" vs "id") is unimportant.  Moreover, these names only indicate what the keys are—it says nothing about the structure of the corresponding values or the database (which is, again, unstructured).

132.    Dr. Singh also claims that "[t]he identically named node-changes tables have an editorSessionId field (renamed offlineSessionId) and a nodeID field (but the Motiff product's schema substitutes a lowercase d for uppercase D)."[71]  Again, these are not tables, but object stores.  Further, "editorSessionId" and "nodeID" define composite keys consisting of the properties "editorSessionId" and "nodeID."  It says nothing of the other properties that may or may not exist, since object stores lack a structure.  As to naming, again the use of "id" and other variations of capitalization is widely used in software.  That Motiff and Figma's implementations somewhat vary in the naming conventions used further suggests to me that Motiff independently

---

[69] *Id.* ¶ 82.
[70] *Id.* ¶ 81.
[71] *Id.*

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

developed its autosave implementation. Further, both "node" and "session" are again terms of art, and qualifiers such as "offline" prepended to terms of art are merely descriptive in nature. The term "offline" would be understood by a practitioner to mean the situation where the user is utilizing the product without an active network connection. This is notable because IndexedDB is a client-side database that is managed by the user's web browser. This database would likely be used in place of the more common server-side database whenever the user is "offline" (e.g., does not have an active network connection). Dr. Singh's allegations thus do not show copying of the IndexedDB database, much less any of the implementing source code.

133. Dr. Singh's other allegations proceed similarly. For example, he claims there is copying because Figma has an "editor-sessions table" that he admits has a different name than Motiff's "offline-sessions."[72] Dr. Singh also admits that Figma's "session-index" auxiliary table (as he calls it) has "userID, fileKey, and sessionID" keys, but that Motiff's "session-index" auxiliary table has "userId, docId, and sid" keys.[73] Notwithstanding that "session-index" is neither a table nor an object store, it is again common practice for data to be associated with an identifier, and the use of "id" or some variation of this is standard. The words "user," "file" and "session" are all terms of art. Even despite these industry constraints, the names are still different, thereby reflecting independent development. As above, I also found no similarity in the source code implementation, either with my manual review or my ▮▮▮▮▮▮.

134. Dr. Singh's final allegation consists of pointing to several different object stores and identifiers that he admits have different names.[74] Figma has a "saved-images" object store, whereas Motiff has a "blob-changes" object store. Figma has an "editorSessionID" identifier, whereas Motiff has an "offlineSessionId" identifier. Figma has a "hash" identifier, whereas Motiff has a "blobId" identifier. Dr. Singh inconceivably takes all these differences to claim that Motiff copied Figma. As an initial matter, words like "offline," "session", "editor," and "blob"

---

[72] *Id.* ¶ 82.
[73] *Id.*
[74] *Id.* ¶ 83.

45

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    are all terms of art, and moreover are not unique to graphics applications, including either Figma

2    or Motiff.  A practitioner would also understand that IndexedDB is a client-side database

3    residing on the web browser and that a common use case with such database is the need to store

4    changes that are made to the user's work until such time as a connection is restored and the

5    accumulated changes can be finally synchronized with the server.  Thus, an object store whose

6    name ends in "-changes" makes sense given the context.

7          135.    Further, as mentioned, there is no "structure and organization" that *can* be copied

8    in this type of database because the object stores are devoid of any fixed structure.  Any structure

9    that might exist inside the database can only exist after data has been inserted into it at runtime.

10   As such, the structure of the autosave features in the IndexedDB database is not embodied in the

11   source code as a fixed expression.  It is therefore my opinion that Motiff did not copy Figma's

12   autosave implementation, and my opinion is further supported by my review of the source code

13   and my ▮▮▮▮▮, both of which revealed no similarities.

14              **iii.    Render Tree and Debugging Tool**

15         136.    Dr. Singh claims in paragraphs 85-87 of his declaration that Motiff copied

16   Figma's "render tree and debugging tool."  Dr. Singh states nothing about the underlying source

17   code in these paragraphs, but rather merely states that "it is unlikely independently developed

18   products would contain such a similar rendering tree structure or express the render tree with a

19   debugging tool so similarly."[75]  Even with giving Dr. Singh the benefit of the doubt by

20   construing his claims to suggest Motiff's source code copies the internal render tree data

21   structure and the representation of the render tree in the debugging tool, this claim is incorrect.

22         137.    Render trees are inherently functional data structures that directly affect a

23   program's rendering logic.  In a typical render tree, different elements to be rendered are stored

24   in internal nodes, and the rendering data stored in the node is output when the tree is traversed.[76]

25

26   _____

[75] *Id.* ¶ 87.
27   [76] https://engineering.teknasyon.com/what-is-the-dom-how-does-html-rendering-happen-in-browsers-cbeb12bdfea6
     (Exhibit 93).

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    All web browsers, including Google Chrome, use render trees to store and render webpages.[77]  A

2    generic render tree for HTML is depicted below.



8    *https://web.dev/articles/critical-rendering-path/render-tree-construction* *(Exhibit 28)*

9        138.    As Dr. Singh admits, the ████████████████████████████████████

10   ████████████████████████████████████████████████████████████████████████

11   ██████████████████.[78]  Dr. Singh concludes that, because both platforms employ a default data

12   structure that is standard across many platforms—including some of the most widely-used

13   browsers in the world—the underlying source code is the same.  The inferences drawn by Dr.

14   Singh go beyond reason.

15       139.    In my review of the implementing source code, including both my ████████████

16   ██████████████  identified by Figma and my manual review of the same files, I found no

17   evidence of copying.  The only similarity is that ████████████████████████████████

18   ████████████████████████████████████████████████████████████████████

19   ██████████████████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████████

23   ███████████████████████████████  Additionally, even though render trees are constrained by

24   the tree structure, Dr. Singh's screenshots of each platform's render tree show that the structure

[77] https://web.dev/articles/critical-rendering-path/render-tree-construction (Exhibit 28).
[78] Singh Tr. ███████ at 134:13-135:13.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

and organization of the trees are different between the two platforms, both internally and in the

output representation.

```
GROUP bgBlurSafe
  ├──BLUR radius=4 bgBlurSafe
  │   └────FILL paintedGeometry=([SOLID color=#000000 opacity=0.25] numPathCommands=6) isRect bgBlurSafe
  ├──FILL paintedGeometry=([SOLID color=#38388B opacity=1] numPathCommands=6) isRect bgBlurSafe
  └──FILL paintedGeometry=([SOLID color=#D9D9D9 opacity=0.52] numPathCommands=6) bgBlurSafe
```

*Figma*

```
Node nodeId=0:1 bounds=(x=-262144 y=-262144 w=524288 h=524288) kIsPage kHasChildren kHasBackground
  └─Group bounds=(x=-262144 y=-262144 w=524288 h=524288)
    ├─Fill shape=(Rect x=-262144 y=-262144 w=524288 h=524288) paints=[(Solid 0xFFEDEEF0)] transform=I bounds=(x=-262144 y=-262144 w=524288 h=524288)
    └─Group bounds=(x=-586 y=-606 w=907 h=866) NodeChildren
      ├─Node nodeId=602:0 bounds=(x=-586 y=-606 w=561 h=518)
      │  └─Group bounds=(x=-586 y=-606 w=561 h=518)
      │    ├─Blur radius=4 clamp=infinite bounds=(x=-540 y=-560 w=515 h=472)
      │    │  └──Fill shape=(Rect x=-540 y=-560 w=515 h=472) paints=[(Solid 0x33000000)] transform=(-536 -556) bounds=(x=-536 y=-556 w=507 h=464)
      │    └──Fill shape=(Rect w=507 h=464) paints=[(Solid 0xFF4416DE)] transform=(-586 -606) bounds=(x=-586 y=-606 w=507 h=464)
      └─Node nodeId=802:2 bounds=(x=-134 y=-212 w=455 h=472)
        └─Fill shape=(Oval w=455 h=472) paints=[(Solid 0x80C4C4C4)] transform=(-134 -212) bounds=(x=-134 y=-212 w=455 h=472)
```

*Motiff*

140.    As Dr. Singh points out, either ███████████████████████████

███████████ was drawn in each platform's editor to generate the outputs reproduced above.[79]

Despite ██████████████████████, the render tree outputs between the two platforms are

quite different, which is very telling that there was no copying.  I note at least the following

differences between the render trees shown in paragraph 87 of Dr. Singh's declaration:

    a.    Most nodes in Motiff's render tree contain bounds expressed as a set of x-y

        coordinates along with width and height.  Figma's render tree does not contain

        any bounds.

    b.    Motiff's render tree contains a generic node named "Node" whereas Figma's does

        not.

    c.    Figma's render tree contains opacity values.  Motiff's does not.

    d.    Figma's render tree contains node parameters such as radius, bgBlurSafe, and

        isRect.  Motiff's render tree contains node parameters like nodeId, shape, paints,

---

[79] ████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

transform, bounds, clamp, radius, kIsPage, kHasChildren, and kHasBackground. The only commonality is "radius."

e.  The structure of the two trees is inherently different, with Figma's render tree having a height of 3 with 5 nodes total and Motiff's having a height of 7 with 11 nodes total, bearing in mind that these render trees are ███████████████ ███████████████████████████.[80]

141.    The structure and details of the render tree and the nodes contained therein are fundamentally different.  Moreover, neither of these trees constitute fixed source code expression.  Rather, they constitute dynamically generated program output, which is not the same thing as source code.  Being that the trees are fundamentally different, I would expect the source code implementation of this data structure to be equally as different: any source code relying upon these trees would necessarily have to be programmed to be aware of each tree's unique properties.  For example, the Figma code would need to be programmed to read in opacity and be aware of node parameters such as radius and bgBlurSafe, whereas Motiff's source code would need to be programmed to recognize the node parameters mentioned above: nodeId, shape, paints, etc.  Accordingly, I would expect many differences—not similarities.  And I confirmed in my source code review that the source code between the two platforms were in fact different.

142.    If Motiff had hypothetically copied Figma's source code, there would be no need to deviate from Figma's data structure because that would cause issues in other areas of the allegedly copied code which reference the render tree.  My observations together point to an original, independent implementation of the render tree by Motiff, which I confirmed in my source code review and my ████████.  It is therefore my opinion that Motiff did not copy Motiff's render tree data structure.

143.    Further, the general presentation of the tree in the debugging console is a common and standard way in the industry to depict the contents of tree data structures.  The specific

---

[80] 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   output of the render tree representation (e.g., using vertical bars, horizontal bars, corner

2   characters, and indentation) is also a common representation of nested data structures such as

3   trees, including file directories.[81]  It is surprising that Dr. Singh would claim this representation

4   and structure embodies Figma's original expression when a virtually identical representation has

5   been output by Linux's aptly-named "tree" command for many years.[82]  Regardless, I reviewed

6   the source code corresponding to how both platforms construct the render tree and print it to the

7   debugging console, and █████████████████████████████████████████████

8   ████████████████.  The code for building and printing the render tree is very different

9   between platforms.

10        144.    Because the source code pertaining to each platform's render tree is very

11   different, there is no indication that Motiff copied Figma's source code.  There is also no

12   indication that Motiff copied any of Figma's structure or organization, as ████████████████

13   ████████████████████████████████████████████████████████████████████████

14   ██████████████████████   Regardless, it is my understanding that the render tree data

15   structure is inherently functional because it affects the rendering algorithm.  It is therefore my

16   opinion that Motiff did not copy Figma's render tree in either its internal representation or its

17   representation in the debugging console.

**5.   Rendering Bugs**

19        145.    In paragraphs 88-108 of Dr. Singh's declaration, he claims Figma's "rendering

20   code contains various bugs and idiosyncrasies" which the Motiff product purportedly replicates.

21   Dr. Singh claims that it is unlikely that independently developed products would replicate "such

22   esoteric bugs."[83]  However, Dr. Singh states that confirming the "extent of copying" would

23   require "comparing the source code."[84]  I agree that a source code comparison is necessary to

24   determine whether copying has occurred.  I have compared the rendering code for both products,

[81] E. Zhang Decl. ¶ 46.
[82] Id.; https://www.geeksforgeeks.org/tree-command-unixlinux (Exhibit 30).
[83] K. Singh Decl. ¶ 89.
[84] Id. ¶ 91.

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  ███████████████████████, and there were no similarities, and therefore no evidence of

2  copying.

3      146.    More specifically, and as discussed in detail below, most of the bugs and

4  idiosyncrasies that Dr. Singh claims Motiff copied from Figma's source code are actually

5  attributable to *other* third-party platforms.  For example, the outside stroke error, the offset path

6  error, and the curved stroke-end error are all due to issues with the third-party, open-source Skia

7  graphics library.  As discussed in more detail below, ████████████████████████████████

8  ██████████████████████████████████████████████████████████████████

9  ███████████████████████    Similarly, the red heart emoji error is due to issues with how

10  the font files are defined and displayed in the browser, and the SVG export rendering error is

11  caused by the third-party SVG file format.  Most of these bugs have also been catalogued by

12  users of *other* platforms unrelated to Motiff or Figma.  These bugs are therefore not "esoteric,"

13  but rather are common to many platforms.  These bugs are also not "expressive" because they

14  are caused by third party integrations.

15      147.    I understand that the other "bugs" or "idiosyncrasies" are the result of Motiff's

16  individual design decisions and corresponding source code development.  For example, I

17  understand from the Declaration of Yuchen (Ethan) Zhang that Motiff independently designed

18  and developed its dash line tool, and my review of the underlying source code confirms this as

19  Motiff's source code is different from Figma's source code.[85]  As discussed below, both Figma's

20  and Motiff's dash line tools are also inherently functional and ████████████████████████

21  ████████████████████████████████████████████████████████████████████.

22  The line node to vector node conversion is likewise functional and was independently designed

23  and developed by Motiff, as confirmed in my source code review.

24      148.    Therefore, it is my opinion that none of these "bugs" or "idiosyncrasies" are

25  indicative of Motiff copying any of Figma's source code.

26

27  ─────────────────────
[85] E. Zhang Decl. ¶¶ 34-35.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

### i.    Outside Stroke Error

149.    In paragraphs 92-93 of Dr. Singh's declaration, he refers to an "outside stroke error" in Figma's product that will occur when rendering an outside stroke or border.  As an example, Dr. Singh points to an "unintended gap" that appears "between the red circle and the outside stroke" creating a "bullseye" image.[86]  Without citing any evidence, Dr. Singh speculates that the presence of the same behavior in Motiff's product "suggests copying of the Figma Platform's rendering source code."[87]

150.    I disagree.  I have reviewed the source code from both companies and ███████ ████████████, and found that the rendering source code is different, ██████████████ ██████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████.[88]

151.    ████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████ ██████████████████████████████ ███████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████ █████████████████████████████████

152.    Therefore, while the way the source code is implemented is different between Motiff's and Figma's products (and thus there is no indication of copying), ███████████ ████████████████████████████████, which, as I discuss below, likely explains

---

[86] K. Singh Decl. ¶ 92.
[87] *Id.* ¶ 93.
[88] https://skia.org/docs/user/api/skpath_overview (Exhibit 94).
[89] https://www.figma.com/blog/introducing-vector-networks (Exhibit 95).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  the similar behavior of the "outside stroke error." ████████████████████████████

2  ██████████████████████████████████ also manifests in significant differences in

3  the underlying source code for both platforms, regardless of the cause of the bug. ██████

4  ████████████████████████████████.[90]  Further, Figma's Interrogatory

5  Response that I reviewed states that "Libraries used by Figma Design include React, WebGL,

6  and Skia."[91]  My understanding of ████████████████ was thus confirmed by these

7  statements.

8      153.    The "outside stroke error" is therefore not unique to Figma or Motiff, but rather

9  likely derives from Skia.  For example, I have found developers reporting this same error in

10  public forums for an open-source web browser project called Chromium, which also uses Skia.

11  In one forum depicted below, a developer reported "svg circles with large stroke-width values

12  draw incorrectly in software."[92]  This developer reported that "[t]he area of the stroke that

13  overlaps itself is not drawn at all, leaving a gap between the filled region and the visible

14  stroke."[93]

15

16

17

18

19

20

21

22

23

24

25

26  [90] Singh Tr. ████████ at 149:3-6.
    [91] Figma's Interrogatory Response (Exhibit 1), at 11.
27  [92] https://issues.chromium.org/issues/41011831 (Exhibit 96).
    [93] Id.
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1
2
3
4
5
6
7
8
9
10



11
*https://issues.chromium.org/issues/41011831 (Exhibit 96)*

12
154.    Others in the same thread confirmed this error and attributed it to a "Skia bug."

13
14
15
16
17
18
19
20
21



22
*https://issues.chromium.org/issues/41011831 (Exhibit 96)*

23
155.    Still others have also seen rendering errors that create a hole inside the stroke path

24
when there should not be any hole inside it.

25
26
27
28

54

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



*https://issues.chromium.org/issues/40031601* (Exhibit 97)

156.    Based on my review of these forums, the developers agree that this is a problem, but nobody seems motivated to fix it.  This reported bug therefore keeps getting closed out without a fix.

157.    I understand from the Declaration of Yuchen (Ethan) Zhang that Dr. Singh's bullseye can in fact be replicated in the Skia source code.[94]  While Dr. Singh claims that "it is unlikely this error arises due to a bug in underlying libraries," Dr. Singh apparently did not view the source code, nor attempt to replicate this error in any other platform.[95]  Nonetheless, the error is clearly present in the Skia library, which is consistent with the findings that have been reported by the developers of Chromium I discussed above.  Thus, it is my opinion that the similarities of the outside stroke error in Figma and Motiff are not due to any copying of the source code, but rather are attributable ███████████████████████████.  Again, regardless of the cause of the bug, from my manual review of and █████████ on the relevant implementing source code for Motiff's and Figma's rendering functions, each platform's source code is very different and there is no evidence of copying.

---

[94] E. Zhang Decl. ¶ 26.
[95] K. Singh Decl. ¶ 93.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

### ii.    Offset Path Error

158.    In paragraphs 94-95 of Dr. Singh's declaration, he refers to an "offset path" in Figma's product that will occur when displaying certain paths that should be smooth and continuous.  Dr. Singh does not provide any methodology for how to replicate this bug in either Figma or Motiff's products.  Further, without citing any evidence, Dr. Singh speculates that the alleged presence of the same behavior in Motiff's product "suggests copying of the Figma Platform's rendering source code."[96]

159.    Preliminarily, the lack of Dr. Singh's methodology for replicating this bug in Figma or Motiff is extremely troubling.  While Dr. Singh provides at least *some* specifics for the other rendering bugs that allowed me and/or Motiff to replicate the bugs in Motiff's platform, here he does not provide anything except two images that allegedly show a bug.  This is clearly insufficient to claim the existence of a bug and therefore copying of the underlying source code.  Indeed, I understand that Motiff has tried to replicate this bug for weeks and has been unable to.[97]  I likewise have tried to replicate the bug and have been unable to.  Dr. Singh expects us to take at face value that this bug exists in both platforms but has provided no support for this claim.

160.    Regardless, I have reviewed the rendering source code for each platform and ███ ███████ and found there is no evidence of copying.  As discussed above, ██████████ ████████████████████████████████████████████████████ manifests in significant differences in the way the underlying source code for both platforms is implemented. Assuming this bug indeed exists in both platforms, it is my opinion that this bug is due to ███ █████████████████████.  Since the other rendering bugs (e.g., the "outside stroke error" and the "curved stroke-end error") are replicable in Skia, it is likely that this bug is also replicable in Skia.  Regardless of what specifically causes this behavior, there is again no evidence of copying.

---

[96] *Id.* ¶ 95.
[97] E. Zhang Decl. ¶ 28.

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

### iii.    Curved Stroke-End Error

161.    In paragraphs 96-97 of Dr. Singh's declaration, he refers to a "curved stroke-end error" in Figma's product that will occur when a user creates a curved stroke with a final segment shorter than the stroke width.  As an example, Dr. Singh states that "if the stroke has three points slightly out of line, the rendered stroke will unexpectedly omit a semicircle where the stroke segments overlap."[98]  Without citing any evidence, Dr. Singh speculates that the presence of the same behavior in Motiff's product "suggests copying of the Figma Platform's rendering source code."[99]

162.    I disagree.  Despite Dr. Singh's assertion that it is "unlikely this error arises due to a bug in underlying libraries," I find it extremely likely.  Namely, I understand from the Declaration of Yuchen (Ethan) Zhang that the curved stroked-end error Dr. Singh references can in fact be replicated in the Skia source code, ███████ ██ ██

███████████████████████████████████████████████████████████

██████████████████████████████████████████

163.    Additionally, I have reviewed the source code from both companies, ██████

██████, and found that the rendering source code is very different.  Again, ██████████

████████████████████████████████████████ manifests in significant differences in the underlying source code for both platforms, regardless of the cause of the bug.  There is therefore no evidence of copying.

### iv.    Drop Shadow Error

164.    In paragraphs 98-99 of his declaration, Dr. Singh claims another "error" in Figma's platform pertaining to drop shadows on an object with a gradient.  Namely, Dr. Singh claims that Figma "will display an unintuitive behavior" when the gradient is flipped in that "the gradient flips, but the drop shadow does not."[101]  Dr. Singh claims that this behavior was a

---

[98] K. Singh Decl. ¶ 96.
[99] Id. ¶ 97.
[100] E. Zhang Decl. ¶ 27.
[101] K. Singh Decl. ¶ 98.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

"design choice" by Figma.[102]  He then speculates without citing any evidence that, because Motiff's product displays similar behavior, this "suggests copying of the Figma Platform's rendering source code."[103]

165.    I disagree.  I have reviewed both companies' source code and ███████████ and found their source code to be entirely different in the way they implement drop shadows.  There is thus no indication of copying the underlying rendering source code.

166.    Further, as discussed below, drop shadow tools are an extremely common feature in the industry and is therefore not original to Figma or Motiff.  The specific behavior of the drop shadow, wherein it maintains the same location even when an object is flipped, is also very common.  The similarity in this functional behavior does not indicate any copying at all in my opinion.

167.    I found many articles on the internet written about drop shadows not flipping or rotating when an object is rotated or flipped.  This shows that this behavior is not unique to Figma or Motiff, and companies often make this design choice for valid functional reasons.  Namely, because this behavior simulates real-world projections.  For example, an article titled "Why Drop Shadows Don't Rotate and Scale," discusses this concept in the context of a product called "InDesign."  The author wrote:

> When you rotate an object that has a drop shadow (or another kind of directional effect), the drop shadow doesn't rotate! It stays in place. Similarly, if you scale an object that has a drop shadow, the shadow doesn't scale.
>
> Technically, InDesign is correct: It shouldn't rotate or scale the drop shadow. Imagine a virtual light source casting a shadow on your object. You've already set the angle and position of the light source

---

[102] *Id.* ¶ 99.
[103] *Id.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

when you first made your drop shadow settings — size, offset, and blur. Just because the object is rotated X degrees doesn't mean the light source changes, does it?[104]

168.    Another article discussing Adobe Illustrator and InDesign also has this to say about the drop shadow not following the changed orientation of the object:

Illustrator (and just about all Adobe apps for that matter) has the ability to apply the most over-used design effect of all time -- Drop Shadows (look out Drop Shadows, reflections aren't far behind). Drop Shadows are applied as live effects, meaning that if you update your artwork or move it, the drop shadow updates and moves as well.

But have you ever applied a drop shadow to an object, and then ROTATED that object so that it's upside down? Have you then taken a closer look at the drop shadow and realized that the drop shadow DIDN'T rotate? Even worse, did you ever see that problem AFTER your job was printed? What I describe happens not only in Illustrator, but in InDesign as well.[105]

169.    With another product called Inkscape, a user expressly did not want the drop shadow to change direction when the orientation of the object changes, because then "suddenly the light is coming from different directions":

---

[104] https://creativepro.com/why-drop-shadows-dont-rotate-and-scale (Exhibit 98).
[105] https://rwillustrator.blogspot.com/2008/05/rotating-effects-drop-shadows-etc.html (Exhibit 99).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

**How to rotate objects but maintain drop shadow? [SOLVED]**

by **cameralibre** » Sun Jan 10, 2016 12:23 am

Hello, I have an image comprising many different objects, all with a drop shadow applied (Filters>Shadows & Glows>Drop Shadow...).
The settings are currently:
Blur radius: 1px
Horizontal offset: 1px
Vertical offset: -1.1px

My problem is that when I want to rotate an object, the drop shadow rotates as well. Obviously this make no sense to the viewer - suddenly the light is coming from different directions. Even if I remove the filter, rotate the object and reapply it, the result is the same - the drop shadow seems to take its coordinates from the original coordinates of the shape.
Here's an example of the current outcome above, and the desired effect below:
Image
What I want to achieve is that however I move or rotate an object, the shadow is always up and to the right of that object.
Is there a way that can I set up Inkscape (or just this project) in a way that the drop shadow effect uses global coordinates?

*https://alpha.inkscape.org/vectors/www.inkscapeforum.com/viewtopicf0be.html* (Exhibit 100)

170.    Given the above examples, it is reasonable that Motiff made a design choice, as a general rule, to not flip the location of its drop shadow when an object or gradient is flipped, such as in the sole example identified by Dr. Singh.  I understand that Motiff made this design choice to reflect a consistent light source as would be done in real-world projections, just as described in the above articles.[106]  Dr. Singh does not cite any examples of other platforms flipping an object's drop shadow when a gradient on that object is flipped, suggesting that there are not any and that this is the common industry approach.  The implementation of this design choice is merely the implementation of an inherently functional idea: the idea of not flipping the shadow when an object or gradient is flipped to mimic real world lighting situations.  Because this design choice is also common in the industry, it does not suggest that Motiff copied Figma's product or source code.  And as referenced above, my review of the source code for implementing this feature shows that the source code is very different between platforms.  What Dr. Singh personally claims to be "intuitive" or "unintuitive" is irrelevant to whether copying has taken place, and in my opinion it clearly has not.[107]

### v.    Red Heart Emoji Error

171.    In paragraphs 100-101 of his declaration, Dr. Singh claims another "error" in the Figma product relating to a "red heart emoji" that will instead display as a "flat black heart"

---

[106] E. Zhang Decl. ¶ 32.
[107] K. Singh Decl. ¶ 99.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    when rendered.[108]  Dr. Singh speculates without citing to any evidence that "the rendering logic

2    involved" means that the bug is unlikely to be due to underlying libraries, and claims that it

3    "suggests copying of the Figma Platform's rendering source code."[109]

4         172.    I disagree.  I have reviewed the source code pertaining to rendering emojis for

5    both Figma and Motiff, ████████████████, and found that the underlying source

6    implementations are in fact different.  I did not see any evidence of copying.

7         173.    I note that Dr. Singh admitted ████████████████████

8    ████████████████████████████████████████████

9    ██████████████████████████████

10              ████████████████████████████

11              ████████████████

12              ████████████████████████

13              ████████████████████████

14              ████████████████████████

15              ████████████████████████

16              ████████████████[110]

17        174.    As discussed below, the behavior described by Dr. Singh is not specific to either

18    Figma's or Motiff's rendering logic.  It is thus unsurprising that both platforms may sometimes

19    render a red heart emoji as a flat black heart.  While Dr. Singh again baselessly claims "it is

20    unlikely this error arises due to a bug in underlying libraries," a few simple Google searches

21    reveals this is a very common issue.[111]

22        175.    First, as shown below, the Unicode codepoints U+2764 U+FE0F describing the

23    *red* heart emoji started off with the Unicode name "Heavy *Black* Heart."

24

25

26    ---
      [108] *Id.* ¶ 100.

26    [109] *Id.* ¶ 101.

27    [110] Singh Tr. ████████ at 164:20-165:3.
      [111] K. Singh Decl. ¶ 101.

28

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

Red Heart was approved as part of Unicode 1.1 in 1993 under the name "Heavy Black Heart" and added to Emoji 1.0 in 2015.

| Emoji | ❤ |
|---|---|
| Codepoints | U+2764 U+FE0F |
| Unicode Name | Heavy Black Heart |
| Apple Name | Red Heart |
| Also Known As | Heart<br>Love Heart<br>Red Heart |
| Shortcodes | :red_heart: (Emojipedia)<br>:heart: (GitHub, Slack, Discord) |
| Proposals | L2/14-093<br>L2/13-207 |

*https://emojipedia.org/red-heart#technical* (Exhibit 101)

**Unicode Data**

| Name | HEAVY BLACK HEART |
|---|---|
| Block | Dingbats |
| Category | Symbol, Other [So] |
| Combine | 0 |
| BIDI | Other Neutrals [ON] |
| Mirror | N |
| Comments | displayed with a red color when used in emoji style |
| See Also | black heart suit U+2665<br>black heart U+1F5A4<br>white heart U+1F90D |
| Version | Unicode 1.1.0 (June, 1993) |

**Encodings**

| Emoji | ❤<br>:heart: |
|---|---|

*https://www.fileformat.info/info/unicode/char/2764/index.htm* (Exhibit 102)

176.    Dr. Singh admitted ███████████████████████████████.[112]  As one public article describing this issue puts it, "[t]his particular emoji can be confusing in that it is officially named a 'black heart' but is displayed as either red or black."[113]  This behavior is

---

[112] Singh Tr. ███████ at 165:11-15.
[113] https://www.iemoji.com/view/emoji/40/symbols/red-heart#google_vignette (Exhibit 103).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

thus not unique or original to Figma or Motiff, as it has been reported to occur in other platforms, particularly those run in the Firefox and Chrome web browsers.[114]

Second, Dr. Singh does not explain in his declaration the methodology he used to effectuate the rendering of the red heart emoji as a black heart. To test this behavior in the Figma and Motiff programs, I experimented with the particular Unicode character for the red heart emoji referenced above (U+2764 U+FE0F). I found that the heart emoji will show up as either red or black in both platforms depending on which font face is selected. For example, the heart shows up black when font face "Inter" is selected, but it shows up as red under "Arimo." I used the Edge browser, which is based on Chrome, when performing this analysis.



*Motiff*                                    *Figma*

177.    The web browser is ultimately responsible for rendering fonts. Using the HTML document render tree, Figma's and Motiff's products output a pair of numeric Unicode codepoint values (e.g., U+2764 U+FE0F) to the tree, indicating that the red heart emoji should be displayed. From there, the browser is responsible for rendering the selected emoji, given the currently selected font. The font rendering process is complicated and varies from computer to

---

[114] https://github.com/rsms/inter/issues/238 (Exhibit 22);
https://discussions.apple.com/thread/255467616?sortBy=rank (Exhibit 104).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

computer because the web browser relies upon the fonts installed at the operating system level, as well as the fonts provided by websites. The browser will attempt to display an emoji using the currently selected font. If the font does not support the character in question, it will select another font, and so on. The exact details vary from browser to browser.

178.     As to why the red heart emoji would ever be rendered black in the first place is the subject of numerous bug reports, some of which specifically mention the "Inter" font above.[115] The issue appears to be attributable to the web browser. As such, there is nothing specific to Motiff or Figma going on here that would suggest that Motiff copied Figma's source code, which I have confirmed it did not through my manual review on and ███████ of each platform's source code. Rather, my investigation described above suggests to me that the issue has more to do with browsers and fonts.

179.     Again, Dr. Singh points to issues which are widely known and not specific to either platform to accuse Motiff of copying Figma. That is clearly not the case, as my review of the source code and ███████ confirm there was no copying of Figma's rendering source code.

### vi.     Dash Line Idiosyncrasies

180.     In paragraphs 102-104 of his declaration, Dr. Singh claims that the Figma product "display[s] a unique design idiosyncrasy" relating to dash lines being shorter when drawn in a rectangle, and the corners of the rectangle having a shape different from "typical web standards." He alleges that this "indicates copying of the non-literal expression" and speculates again that Motiff copied Figma's source code.[116] I disagree.

181.     To start, Dr. Singh is describing a software behavior which is functional, and not some form of expression. How dash lines are rendered correlates to functional algorithms that are inherently non-expressive. Dr. Singh also has not identified any source code that has been copied, and indeed he has not even viewed *Figma's* source code. Showing similar behavior

---

[115] https://github.com/rsms/inter/issues/238 (Exhibit 22).
[116] K. Singh Decl. ¶ 104.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   between two applications does not show that the source code has been copied, as there are

2   generally many ways to implement the behavior.  I analyzed and reviewed the source code for

3   Figma's and Motiff's products and the source code between the two products are in fact different

4   even though this behavior is similar.  As with the Skia-based rendering bugs discussed above,

5   here ████████████████████████████████████████████████████████████████████

6   ████████████████████████████████  and this manifests in significant differences in the

7   underlying source code for both platforms.  There is therefore no evidence of copying.

8       182.   Dr. Singh is also wrong to allege that this dash line concept is unique to Figma.

9   Figma is just one of numerous graphical design applications that has this capability.  I have

10  found several references on the internet discussing products that draw rectangles with dash lines

11  having similar looking corners to Figma that are also different from the HTML/CSS standard.

12  Specifically, Dr. Singh clarified ████████████████████████████████████████████

13  ███████████████████████████████████████████████████████.[117]  In

14  Figma's product, the corners of the dash line rectangle are without gaps and more orderly.

15      183.   The Adobe suite of products and other products like Inkscape also have the dash

16  line feature that Dr. Singh identified in Figma's and Motiff's products.

17      184.   For example, Adobe Illustrator allows users to draw dashed rectangular boxes

18  with the orderly corners referenced by Dr. Singh as shown in the right image below, as well as

19  the disorderly corners as shown in the left image below.  This is discussed in a YouTube video

20  providing "Quick Tip: How to Get Nice Corners in Dashes in Illustrator" in the link attached as

21  Exhibit 105.[118]

22

23

24

25

26

[117] Singh Tr. ██████████ at 171:16-173:18.
[118] https://www.youtube.com/watch?v=IXLACHMDamU (Exhibit 105).

27

28

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

 

*Disorderly Corners*          *Orderly Corners*

185.    This feature of having orderly corners for dash line rectangles is well known and discussed in another web article for Adobe Photoshop and Illustrator attached as Exhibit 106.[119]

  

*Disorderly Corners*          *Orderly Corners*

186.    When orderly corners are desired, Adobe Illustrator automatically adjusts the length of the lines so they will be evenly spaced and fit within the corners—the exact "unique design idiosyncrasy" that Dr. Singh claims is original to Figma and that Motiff copied.[120]

---

[119] https://www.subtraction.com/2016/11/28/the-devils-in-the-dashed-line-details (Exhibit 106).
[120] K. Singh Decl. ¶ 102.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE



*https://www.youtube.com/watch?v=IXLACHMDamU* (Exhibit 105)

187.    Inkscape, another design tool, also has this feature that creates orderly looking corners, as discussed in the YouTube video "A Better Way To Make Dashed & Dotted Lines In Inkscape" in the link attached as Exhibit 107.[121]  As with Adobe Illustrator, the lengths of the lines are adjusted to fit within the orderly corners.



*Disorderly Corners*                     *Orderly Corners*

188.    In paragraph 102 of his declaration, Dr. Singh also refers to a situation in which dashes specified as 30 pixels in length will appear shorter than defined in the Figma product,

---

[121] https://www.youtube.com/watch?v=seOfLFMCt20 (Exhibit 107).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   which he claims to have also found in Motiff.  Dr. Singh clarified ███████████

2   ████████████████████████

3   ████████████████████████████

4   ████████████████████████████

5   ████████████████████████████

6   ████████████████████████████

7   ████████████████████████████

8   ████████████████████████

9   ████████████████████████████

10   ███████

11   ████████████.[122]

12   189.    In my opinion, this is not some "unique design idiosyncrasy" as claimed by Dr.

13   Singh.[123]  Rather, this is a logical function of making the dash lines equally distributed and

14   properly centered on one side of the rectangle when constrained by the orderly corners.  That is,

15   when the rectangle is sized smaller such that the sum of all the defined dashes and gaps exceed

16   the length of one side of the rectangle, the dashes have to be shortened such that they could still

17   fit the side of the rectangle without looking disorderly.  This is plainly functional and there is

18   nothing unique or novel about the capability of making the corners of dashed line boxes look

19   pretty.  As mentioned above, this is also the exact same approach employed by many other

20   platforms.

21   190.    I also understand that Motiff independently developed its algorithm for

22   implementing this approach.[124]  Nothing alleged by Dr. Singh indicates any form of copying,

23   and, again, the source code implementation that I reviewed from both platforms is very different.

24

25

26   [122] Singh Tr. ████████ at 170:18-171:7.
27   [123] K. Singh Decl. ¶ 102.
     [124] E. Zhang Decl. ¶¶ 34-35.
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

**vii.    Line Node to Vector Node Conversion**

191.    In paragraphs 105-106 of his declaration, Dr. Singh claims that the Figma product "erroneously shift[s] the vector node to a half-pixel position" when converting a line node to a vector node.  Dr. Singh then speculates that, because Motiff's product allegedly has the same "error," this "suggests copying of the Figma Platform's rendering source code."[125]  I disagree.

192.    Preliminarily, Dr. Singh cites no evidence that the Motiff product has the same alleged "error."  He does not provide images, he does not explain why or how this alleged "error" occurs, and he has no basis for asserting the source code is the same since he has not reviewed either platform's source code.  I have reviewed the source code, ██████████████ ████, and I found no similarities or evidence of copying.  As with the Skia-based rendering bugs, ██████████████████████████████████████████████████ ██████████████████████████████.  The underlying code is therefore substantially different, even if both products have the same alleged "error."

193.    I understand from the Declaration of Yuchen (Ethan) Zhang that Motiff intentionally designed its line node to vector node conversion to implement what Dr. Singh considers to be an "error."[126]  This is therefore not an error at all, at least from Motiff's perspective, but rather was an intentional design choice to ensure consistent rendering effects.

194.    Regardless, there is no basis for Dr. Singh's assertion that this similar behavior in both platforms means Motiff must have copied Figma.  As Dr. Singh admitted ████████████ ████████████████████████████████████████████████████ ██████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████

---

[125] K. Singh Decl. ¶ 108.
[126] E. Zhang Decl. ¶ 36.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1

2

3

4

5

6

7    ██ .[127]

8    195.    Thus, even assuming that the conversion shift is an unintended oversight or

9  "error"—it is not from Motiff's perspective—Dr. Singh indicates that this behavior is generally

10 known.  There is a wide gap between failing to account for certain behavior and widescale

11 copying of rendering source code.  Regardless, as mentioned above, the source code between the

12 two platforms is different, and there was no indication of copying based on my review of the

13 source code and ████████ .

14                          **viii.    SVG Export Rendering Error**

15    196.    In paragraphs 107-108 of his declaration, Dr. Singh claims that the Figma product

16 makes a "design choice" wherein certain transparencies render inappropriately when images are

17 exported to the SVG file format.  While Dr. Singh says it is a "design choice" of Figma's, he

18 claims it is an "error" in Motiff's platform, and then speculates that the presence of this behavior

19 "suggests copying of the Figma Platform's SVG export source code."[128]  Regardless of the

20 semantics, I disagree.

21    197.    I have reviewed the SVG export source code for both platforms, ████████

22 ████████ , and they are very different.  As above, ████████████████

23 ████████████████ .  There is thus nothing in the source code to indicate

24 copying.

25

26

27 [127] Singh Tr. ████████ at 178:5-10, 179:24-180:4.
   [128] K. Singh Decl. ¶¶ 107-08.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

198.    The behavior Dr. Singh describes is also not unique to Figma or Motiff.  I understand that Sketch also has the same behavior when exporting to the SVG file format.[129] From my review and investigation, users of the Adobe suite, and particularly Adobe Illustrator, have also encountered this issue.[130] As one user described the issue on the "Adobe Community" forum, "Why does exporting SVGs change the transparency layer(s) to Normal?":



*https://community.adobe.com/t5/illustrator-discussions/why-does-exporting-svgs-change-the-transparency-layer-s-to-normal/m-p/10438398* (Exhibit 110)

199.    This is merely a non-exhaustive accounting of other users in other platforms running into the same SVG export error that Dr. Singh claims arises due to Figma's "design choice."[131]

200.    From my review of the source code, Figma's and Motiff's SVG export implementations are substantially different.  The issue is also not unique to Figma or Motiff, and likely has to do with the types of backgrounds that SVG supports.  Therefore, this is a limitation of SVG, not of either platform, and the presence of this limitation is not indicative of copying.

---

[129] E. Zhang Decl. ¶ 29.
[130] *E.g.*, https://community.adobe.com/t5/illustrator-discussions/colors-get-messed-up-on-export-to-svg/m-p/12230158 (Exhibit 108); https://stackoverflow.com/questions/6366093/svg-from-illustrator-transparency-issues (Exhibit 109); https://community.adobe.com/t5/illustrator-discussions/why-does-exporting-svgs-change-the-transparency-layer-s-to-normal/m-p/10438398 (Exhibit 110).
[131] K. Singh Decl. ¶ 108.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

**6. Paid Features Access Bug**

201. In paragraph 109 of Dr. Singh's declaration, he refers to an "undisclosed bug" in "Figma Design's API calls that allows free users to bypass limitations against accessing certain paid features." Initially, Dr. Singh does not actually disclose what the bug is or how to replicate it. Dr. Singh's highly ambiguous accusation coupled with the absence of a methodology made it difficult to know what he was referring to.

202. In Dr. Singh's ████████████████████████████████████████
████████████████████████████ █████████████████████████████████
██████████████████████████████████ ████████████████████████████
████████████████████████████████████████ ███████████
██████████████████████████████████████████████████████████
████████████████████████████ ██ ██████████████████████████████
████████████████████████████████████████████████████████████
██████████

203. Though I have not been able to replicate the bug, ████████████████
████████████████████████████████████████████ ██ ████████████████
█████████████████████████████████████ A race condition is a situation where independent processes read or write to the same data at the same time. This is usually due to the programmer's failure to utilize an atomic lock that would prohibit all but one process from reading from or writing to the data at any time. Race conditions rarely happen in my experience, which is why many programmers forget to utilize atomic locks when writing their code. ████
████████████████████████████████████████████████████████████
████████████████

[132] Singh Tr. ████████ at 16:4.
[133] *Id.* at 18:20-25, 19:1-9.
[134] *Id.* at 21:2-5.
[135] *Id.* at 21:15-24.
[136] E. Zhang Decl. ¶¶ 30-31.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1    204.    Though race conditions are rare, it would not surprise me to hear that someone

2    who is experimenting with both products looking specifically for this issue would find it.  It

3    would also not surprise me to learn that two independent software implementations exhibit this

4    particular error while using similar features in each product.  Of course, Dr. Singh did not

5    disclose the methodology he presumably used to uncover the alleged behavior, so it is

6    impractical to examine the source code at any level of specificity in search of root causes.   In

7    any event, contrary to Dr. Singh's claims, it is not "inconceivable" that two products could have

8    the same bug.[137]

9    205.    Regardless, I have reviewed the source code in each platform underlying this bug

10   and found no evidence of copying.  It is therefore my opinion that Motiff did not copy Figma's

11   source code.

12   **7.  Interface Elements and Overall GUI Design**

13   206.    Starting in paragraph 110 of his declaration, Dr. Singh claims similarities between

14   the Figma product's GUI and the Motiff product's GUI.  Like all behavior in software, the GUI

15   is a function of the underlying source code.  I compared the source code for Figma and Motiff

16   relating to the GUI, ██████████████████, and found them to be different.  It is also my

17   understanding from the Declaration of Mingzhe (Max) Zhang that the specific GUI elements

18   cited by Dr. Singh are industry standard, and the same or similar GUI representations appear in

19   many other platforms.[138]  It is therefore my opinion that Motiff did not copy Figma.

20   207.    ███████████ is particularly relevant here.  The ████████████████████

21   ██ Figma's Interrogatory Response (Exhibit 1) shows that each of the Accused Features

22   pertaining to the GUI are implemented using ██████████████████.  For the ████

23   ████████████████████████████████████████████

24   ███████████████████████████████████████████

25   ████████████████████████████████████████

26

27   [137] K. Singh Decl. ¶ 109.
     [138] *See generally* M. Zhang Decl.

28

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1   ███████████████████████████████.  As discussed above, ███████████████████

2   ran on *all three* registered versions of Figma's source code and returned no matches to Motiff's

3   June 2024 source code relating to the files and directories referenced in the ████████████

4   █████████ Figma's Interrogatory Response (Exhibit 1).  This shows that Motiff did not copy

5   *any portion* of Figma's GUI-implementing code.  Moreover, I compared each registered version

6   of Figma's source code against the ████████████████████ for the above-referenced files

7   and directories.  I found that for each listed file or directory (including all files contained

8   therein), there █████████████████████████ and the registered version.

9        208.    Additionally, it is not clear whether many of the design elements are even fixed in

10  Figma's source code. ████████████████████████████████

11  ██████████████████████████████████████████

12  ███████████████████████████████████████████

13  ██████████████████████████████████████

14  ███████████████████████████████████████████

15  ███████████████████████████████████████████

16  ███████████████████████████████████████████

17  █████████   I also found it incredibly daunting to reproduce the screenshots and verify Dr.

18  Singh's claims, particularly in the absence of a methodology for causing each window to be

19  displayed.

20       209.    I also understand from the Declaration of Mingzhe (Max) Zhang that substantially

21  all the GUI elements referenced by Dr. Singh are present in substantially identical forms in other

22  platforms, such as Sketch, the Adobe suite, and others.[139]  Certain elements claimed to be copied

23  have also been included in platforms that have existed before Figma was even launched.  For

24  example, in paragraphs 123-124 of his declaration, Dr. Singh claims Motiff copied Figma's

25  "Selected Text Pane and Selected Frame Pane," but these are standard layouts for content editing

26

27  _____
    [139] *See generally id.*

28

DECLARATION OF CORY PLOCK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:24-CV-06507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1  that are used across a multitude of browsers and UI design tools.[140]  Below, for example, is a
2  screenshot of the "Computed" tab taken from the Chrome browser's DevTools, which shows the
3  styles that are currently being applied to a design element.  The existence of this feature would
4  be common knowledge to any web developer:



16  210.    Note that the list of name/value pairs, indicating cascading style sheet ("CSS")
17  properties and their respective values, from Chrome's DevTools above is similar to the list of
18  properties shown in the "Layout" sections of the selected frame pane graphics in paragraph 124
19  of Dr. Singh's declaration, which is replicated below.  Note also the CSS box model visualizer
20  on the Chrome DevTools screenshot above is similar to the boxes shown in Dr. Singh's graphic.
21  Chrome shows the dimensions of the box and also the "border" and "padding" values.

27  _____
[140] *Id.* ¶¶ 38-39.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE


Figma


Motiff

211.   In paragraphs 125-131 of his declaration, Dr. Singh also claims Motiff copied Figma's "overall GUI design," and points to select screenshots from other platforms to apparently prove this fact.  However, I understand that these screenshots do not accurately depict what platforms such as Sketch and Adobe XD looked like at various times in the past.[141]  Indeed, if Dr. Singh looked to older versions of Sketch and Adobe XD and removed the central content, as he did with Figma and Motiff, then the design platforms Dr. Singh points to look substantially like Figma.[142]

212.   Other GUI elements cited by Dr. Singh are inherently functional.  For example, the feature wherein margins display when hovering over a design element is functional because it merely shows the distance between elements, like a ruler.[143]  And regardless, I understand that this feature and corresponding representation is common in the industry.[144]  Error messages are also functional and are constrained by the root of the errors themselves, which are not unique to Figma or Motiff.[145]

---

[141] *Id.* ¶¶ 17-18.
[142] *Id.*
[143] K. Singh Decl. ¶ 120.
[144] M. Zhang Decl. ¶ 33.
[145] *Id.* ¶¶ 29-30.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

213.    Dr. Singh therefore has not shown that Motiff has copied Figma.  A more reliable methodology would have been to compare Figma and Motiff to other platforms across the different areas, as done in the Declaration of Mingzhe (Max) Zhang.  Among other issues discussed above, by effectively omitting any discussion of other platforms—particularly when it is clear that many of the design elements are standard in design platforms across the industry—it is my opinion that Dr. Singh has failed to show that Motiff copied Figma as the similarities he identified are likely nothing more than common industry practices or standards.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – SOURCE CODE

1         I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on March 20, 2025 in _____Palo Alto, CA_____.

4

5    _____

6    Cory J. Plock, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28