Michael J. Bettinger (CA SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Samuel N. Tiu (CA SBN 216291)
stiu@sidley.com
Eric B. Schwartz (CA SBN 266554)
eschwartz@sidley.com
Brooke S. Böll (CA SBN 318372)
brooke.boll@sidley.com
Marissa X. Hernandez (CA SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6095
Facsimile: (213) 896-6600

Attorneys for Defendants
MOTIFF PTE. LTD., YUANFUDAO HK
LTD., and KANYUN HOLDING GROUP
CO. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIGMA, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD.,<br><br>　　　　Defendants. | Case No. 3:24-cv-06507-JD<br><br>**DECLARATION OF YUANZU YANG**<br><br>Assigned to: Hon. James Donato<br><br>Date:　May 1, 2025<br>Time:　10:00 a.m.<br>Place:　Courtroom 11 |

I, Yuanzu Yang, declare as follows:

1. I am the President of Motiff Pte. Ltd. ("Motiff")  I provide this declaration as ordered by the Court in the case of *Figma, Inc. v. Motiff Pte. Ltd., et al*.

2. Haoran (Ryan) Zhang reports to me and is the person responsible for sales, marketing, and pricing of the Motiff product, which is an AI-enabled user interface (UI) design tool for web and mobile applications.  I have delegated all responsibilities relating to sales, pricing, and marketing of the Motiff product to Mr. R. Zhang.

3. I have instructed  Mr. R. Zhang to conduct a search of Motiff's files for documents related to the pricing and marketing of the Motiff product,  including documents that specifically mention Figma.

4. I have further instructed Mr. R. Zhang to provide to the Court copies of the documents he locates in his search.

I declare under penalty of perjury under the laws of the United States that the above statements are all true and correct.

Executed this 29 day of March, 2025, in Beijing, China.

_____
Yuanzu Yang