Michael J. Bettinger (CA SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Samuel N. Tiu (CA SBN 216291)
stiu@sidley.com
Eric B. Schwartz (CA SBN 266554)
eschwartz@sidley.com
Brooke S. Böll (CA SBN 318372)
brooke.boll@sidley.com
Marissa X. Hernandez (CA SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendants*
MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
AND KANYUN HOLDING GROUP CO. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDING GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **SUPPLEMENTAL DECLARATION OF HAORAN (RYAN) ZHANG** <br><br> Assigned to: Hon. James Donato <br><br> Date:  May 1, 2025 <br> Time:  10:00 a.m. <br> Place: Courtroom 11 |

I, Haoran (Ryan) Zhang, declare as follows:

1. I am a co-founder of Motiff PTE, Ltd. (Motiff), and oversee the marketing, sale and pricing of the Motiff product - an artificial intelligence enabled user interface/user experience design tool for web and mobile applications.

2. I understand that I have been designated by Motiff as the person most knowledgeable of the "plans, activities, and strategies concerning the marketing, sale, and pricing of Motiff's product in the United States."

3. In my role as co-founder, I am responsible for the marketing, sale and pricing of the Motiff product. I report directly to Motiff's president, Yuanzu Yang.

4. On March 28, 2025, Mr. Yang directed me to conduct a search of Motiff's files for documents related to the pricing and marketing of the Motiff product, including documents that specifically mention Figma.

5. In response to Mr. Yang's request, I collected all documents published on the Motiff website that describe Motiff's pricing plan, its overall pricing policy and how Motiff markets its product. I also personally searched Motiff's document repository, a cloud-based Notion workspace for Motiff's R&D and product marketing documents. Specifically, I searched for documents relating to pricing and marketing of the Motiff product, including documents that refer to Figma. I attach to this Declaration each of the documents that I have located, labeled as Exhibits A – AA, and provide a brief description of each document in the following paragraphs. For the documents that are available on the Motiff website, I provide the date of publication. For the documents retrieved from the Notion workspace, I provide the date listed in the system.

6. Exhibit A is a document entitled "Research for Figma Pricing," dated October 12, 2022.

7. Exhibit B is a document entitled "Motiff Pricing Plan," dated October 19, 2022.

8. Exhibit C is a document entitled "Pricing," dated March 13, 2024.

9. Exhibit D is an analysis of the Motiff hierarchical billing scheme, dated March 28, 2024.

10.     Exhibit E is a document entitled, "Research: Pricing FAQs," dated May 16, 2024.

11.     Exhibit F is a document entitled, 'Pricing," dated June 5, 2024.

12.     Exhibit G is a document entitled, "Pricing philosophy of Motiff," published June 5, 2024.  The document is available at www.motiff.com/blog/pricing-philosophy-of-motiff.

13.     Exhibit H is a document entitled, "Motiff fair price policy," published on June 5, 2024.  The document is available at https://motiff.com/blog/motiff-fair-price-policy.

14.     Exhibit I is a screenshot of Motiff's "Pricing" website with the heading, "Pricing, Motiff Basics at a fair price, Motiff AI for free for a limited time," dated June 5, 2024.  The document is available at motiff.com/pricing.

15.     Exhibit J is an analysis of International and Domestic subscription scenarios, dated July 17, 2024.

16.     Exhibit K is a document entitled, "The Best Figma Alternative, Motiff – A Detailed Comparison," published November 4, 2024.  On page 6, there is a subheading entitled, "Figma vs. Motiff: Pricing Comparison."  The document is available at www.motiff.com/blog/best-figma-alternative-motiff-detailed-comparison.

17.     Exhibit L is product research on billing management, dated December 10, 2024.

18.     Exhibit M is a document entitled, "Figma 2025 Billing Updates: Key Changes and New Options," published on December 13, 2024.  The document is available at https://motiff.com/blog/figma-2025-billing-updates-key-changes-new-options.

19.     Exhibit N is a document entitled, "Motiff, the best Figma alternative," published on December 18, 2024.  On pages 7 and 8, there is a subheading entitled, "Fairer price, higher performance."  The document is available at https://motiff.com/figma-to-motiff.

20.     Exhibit O is a post that I, Ryan Zhang, posted on X (formerly Twitter) on December 11, 2024.  The post is available at www.x.com/Ryan_Motiff/status/1866733271670984760/.

21.     Exhibit P is a document analyzing payment options and vendors, dated December 26, 2024.

22.     Exhibit Q is research for a pricing model, dated December 27, 2024.

23. Exhibit R is a document that lists the features available for different plans, dated March 27, 2025.

24. Exhibit S is research analyzing how to name the different plans, dated March 27, 2025.

25. Exhibit T is an estimate of data volume according to the charging strategy, dated August 5, 2022.

26. Exhibit U is research for Tiktok promotion model and trends in every country, dated November 24, 2024.

27. Exhibit V is the script of the speech that I gave during the Super AI conference in Singapore in June 2024.

28. Exhibit W is a preliminary investigation of international market size and Figma status quo, dated March 8, 2024.

29. Exhibit X is a summary of our branding communications after our initial release of the Motiff product, dated June 24, 2024.

30. Exhibit Y is Motiff's plan for an advertising truck at Config 2024, dated June 18, 2024.

31. Exhibit Z is the internal plan for the promotion of the Motiff product with the theme "AI Generating UI," dated June 25, 2024.

32. Exhibit AA is research into Figma's marketing, dated February 16, 2024.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed this __29__ day of March 2025, in Beijing, China.

_____
Haoran (Ryan) Zhang