# Exhibit S



# SaaS 版本命名&购买方式

石墨

- 个人：个人、超级会员（个人或小组）
- 企业：企业、企业高级、私有部署
- 私有部署需咨询

飞书

- 基础免费、商业标准、商业专业、商业旗舰、企业旗舰
- 企业旗舰需咨询

墨刀

- 个人：免费、订阅、终身
- 团队：免费、团队版、企业版、私有部署
- 私有部署需咨询

摩客（摩客协作、RP、DT）

- 免费、创业、企业、企业私有部署
- 超级版（3个产品打包）
- 私有部署需咨询

月维

UXPIN

- Free、Essentials、Advanced、Merge AI、Company、Enterprise
- Enterprise 需咨询

Framer

- Personal：Free、Mini、Basic、Pro
- Business：Startup、Scaleup、Enterprise
- Enterprise 需咨询

Airtable

- Free、Team、Bussiness、Enterprise
- Enterprise 需咨询

Figma

- Start、Pro、Org、Enterprise
- Enterprise 需咨询

Zeplin

- ~~Free、Team、Org、Enterprise~~
- Pay per project：Free、Basic
- Pay per seat：Advanced、Enterprise
- Enterprise 需咨询

Notion

- 个人大会员、免费、专业版团队、企业版团队

可画

- 免费（个人）、高级（个人）、团队、企业
- 企业版需咨询

即时

- 基础版（个人或中小型团队）、企业版、私有部署版
- 私有部署需咨询

Pixso

- 基础版、企业版、私有部署版
- 私有部署需咨询

MasterGo

- 初创版、团队版、企业版、私有部署版
- 私有部署需咨询

Worktile

- 免费、专业、旗舰、私有部署
- 私有部署需咨询

语雀

- 团队：标准版、专业版、旗舰版
- 个人：普通、专业、超级会员

钉钉

- ~~免费版、创业版、专业版、专属版、混合版~~
- 全部需咨询

- ~~Personal、Personal Pro、Team、Enterprise~~
- Free、Plus、Business、Enterprise
- Enterprise 需咨询

Confluence

- Free、Standard、Premium、Enterprise
- Enterprise 需咨询

Coda

- Free、Pro、Team、Enterprise
- Enterprise 需咨询

Clickup

- Free、Unlimited、Business、~~Business+~~、Enterprise
- Enterprise 需咨询

Miro

- Free、Start、Bussiness、Enterprise
- Enterprise 需咨询

Asana

- ~~Basic、Premium、Bussiness、Enterprise~~
- Individuals&small teams：Personal、Starter、Advanced
- Bussiness&Enterprise：Enterprise、Enterprise+
- Enterprise、Enterprise+ 需咨询

<u>Ones</u>

- 团队版（免费）、企业版、企业版私有部署
- 私有部署需咨询

<u>Zoom（中文）</u>

- 免费、专业、商业、商业加强版、企业
- 商业加强版和企业版需咨询