# Exhibit Y



# Config 广告车

## Brief（正式）

| 广告车型号 | 广告车示意图 | 尺寸 |
|---|---|---|
| Frameless Truck<br>无边框版 |  | 7ft x 15ft |

信息呈现：

1、AI 功能（轮播）、**网址**

2、定价


## Brief（脑暴版）

**内容**

- 要不要始终露出"motiff.com"
- 侧面某一面：直接循环播放总片？
    - 静态图，文字需要斟酌
    - 我们要表达什么内容？致敬 Figma ？欢迎体验？或者表明态度——我们是当下最好的 UX 设计工具。

- 侧面另一面：四个时代？然后引到 Motiff：Design Tool for AI era



  Hello, Motiff_哔哩哔哩_bilibili
  AI 时代设计工具——Motiff 8 月 4 日（本周五）即将开放试用申请三大 AI 功能上线，敬请期待, 视频播放量 488、弹幕量 0、点赞数 14、投硬币枚数 6、收藏人数 11、转发人数 0, 视频作者
  https://www.bilibili.com/video/BV1Rk4y137kf/?spm_id_from=333.999.0.0&vd_source=cb91e365f9003117a2a59d5bf7e065f6

    - 文字改为英文；
    - 在不同的时代时候对应出现 PS、Sketch、Figma、Motiff 的 logo；
    - 结合广告车的屏幕、白天的光效，强化一下视频中线框等界面元素的视觉效果。
- 尾面：搞价格？
    - Professional Plan：Designer $4/month，Developer $1/month
    - Organization Plan：Designer $15/month，Developer $3/month

**视觉**

- 冲击力强：
    - 20 米开外看到想一探究竟。
    - 5 米内，产品设计师看一眼，想再多看两眼。

1、致敬 @Zhiyu Jiang （@6.14）

Thanks to Figma for pioneering the high-performance online interface editor,

Motiff is striving to do even better  in the AI era.


Thanks to Figma for bringing the high-performance collaborative interface editor, Motiff is dedicated to pioneering design tool for AI era.


Dear Figma, Cheers for Design Tools' New Era!

——Motiff

Dear Figma, Let's Celebrate Entering the AI Era!

——Motiff

Dear Figma, Let's Embracing the AI Revolution Together!

—Motiff

Let's Embrace the AI Revolution with Figma!

—Motiff

Dear Figma, Cheers for the New Era!

—Motiff, A Design Tool for AI Era

Dear Figma: Welcome to the AI Era!

—Motiff, A Design Tool for AI Era

Dear Figma: Welcome to the AI Era!

—Greetings from the Vanguard of AI, Motiff.