# Exhibit AA



# Figma 各国渗透情况调研

结论与发现
【行业与市场】
【客户角度】Figma 销售与客户
【用户角度】Figma 国家渗透和机会

## 结论与发现

- **成熟市场**：美国、印度 、巴西 不管在客户数量还是 UV 上排名都靠前，反映了这三个国家强大的市场需求、成熟的技术环境。
    - 美国作为全球最大的经济体，有众多的技术公司和设计机构；
    - 印度作为迅速发展的经济体，拥有大量的技术和创业公司，以及一个庞大的外包市场，印度在IT外包行业是世界第一名，占到了50%的市场份额，且印度拥有 7500 家软件公司。软件开发者人数4百万。
    - 巴西是世界上最大的软件服务市场之一，在全球排名第九，在拉丁美洲排名第一。巴西还拥有一个价值 4550 万美元的强大 IT 市场，其中 24.3% 涉及软件。且巴西有50W 软件开发者。 8000 多家软件开发公司，在软件分销和 IT 服务市场还有数千家公司。

- **潜力市场**：俄罗斯、乌克兰 印尼 UV 排名靠前且年UV 增长率高，但是客户数量很少。高UV增长率表明这些国家有很大的市场潜力。
    - 俄罗斯处于经历技术普及和数字化转型的阶段，政策扶持下软件开发相关企业和工作者会增加，目前40W。
    - 乌克兰包括波兰作为东欧软件开发外包主力，也很有市场。
- 【没查完】日本 UV 和客户数都不是很高，figma 却支持日语？
- **发现**：海外与国内关于设计师招聘画像不同，海外基本都要求设计师懂 html、css。

## 【行业与市场】

- 数据来源较杂，差异很大。中国的软件行业差异是万亿、中过开发者人数高于美国，但是收入低很多。
- 预计到 2024 年，Saas 市场的收入将达到 2,822.0 亿美元。年增长率（CAGR 2024-2028）将达到 **7.33%**，到 2028 年，市场规模将达到 3,745 亿美元。
- 东欧的软件（乌克兰、波兰、俄罗斯）开发是一个庞大的行业，拥有 130 多万开发者，而且这个数字在未来几年还会继续增长。此外，东欧有 4500 到 6500 家软件开发外包供应商。<u>在软件开发外包中是包含产品设计的。</u>

| 国家 | 2023人口 | 招聘网站 | UI / UX/ Interface design | 软件开发者人数（W） | 2023年软件行业收入 | 2023年SaaS 行业收入（in B USD） | 软件/it 企业数 |
|---|---|---|---|---|---|---|---|
| United States | 331 M | LinkedIn | 开发和设计师：非招聘网站。<u>22W</u> | 440.0 | 3382亿 | 141.4 | |
| India | 1.39 B | <u>Naukri.com</u> | 19073 | 580.0 | 84亿 | 2.4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Russia | 145.9 M | HeadHunter | 3100=2062 + 509+709（web） | 41.2 | 36亿 | 1.6 | |
| Brazil | 213.3 M | InfoJobs | 100 | 50.0 | 84亿 | 2.0 | |
| Ukraine | 41.3 M | Rabota.ua | 385 | 20.0 | 21亿 | 0.2 | |
| France | 67.39 M | Pôle emploi | 186 | 53.4 | 163亿 | 7.3 | |
| United Kingdom | 67.22 M | Reed.co.uk | 1244 | 85.0 | 331亿 | 12.1 | |
| Germany | 83.24 M | StepStone | 687 | 90.2 | 288亿 | 13.1 | |
| Japan | 126.3 M | Indeed ja | 7761 | 120.0 | 240亿 | 7.9 | |
| China | 1.41 B | Boss | | 700.0 | 352亿 | 14.5 | 3.8W |
| Poland | 37.95 M | Pracuj.pl | 224 | 29.5 | 21亿 | 0.7 | |
| Australia | 25.69 M | SEEK | 624 | 10.0 | 115亿 | 4.5 | |
| Canada | 38.01 M | Job Bank | 75 | | 211亿 | 6.3 | |
| Indonesia | 273.5 M | Jobstreet | 248 | | 11亿 | 0.4 | |
| Vietnam | 98.17 M | VietnamWorks | 不认识 翻译出不出来 | | 5亿 | 0.2 | |

▼ 简历截图

　　▼ 设计师的职能范围

俄罗斯UI/UX 招聘信息中的技能要求

Ключевые навыки

UX　CSS　figma

印度UI/UX 招聘信息中的技能要求



巴西UI/UX 招聘信息中的技能要求

## 【客户角度】Figma 销售与客户

 10.4W 家公司正在使用**协同**设计和原型制作工具，Sketch 因不属于"协作"设计软件分类未在统计中。。

**工具**：Figma 占 38.61% 的市场份额（4-5W 客户，400W用户）位居第一，Adobe Premiere Pro CC 占 20.87% 的市场份额（21,748 位客户），Adobe XD 占 15.01% 的市场份额（15,634 位客户）。

**国家**：主要来自美国 43,951 家（55.00%），印度 8,847 家（11.07%），英国 8 218 家（10.28%）。
Figma的客户中 25% 的公司规模人数在20-49人，主要国家是美国占比49.13%，印度 12.02%，英国9.74%。

- 根据 figma 的招聘信息：Figma 分别在 伦敦、巴黎、柏林以及东京、新家坡有销售中心。**分别负责EMEA （欧洲、中东和非洲）、JAPAC （日亚太）两个经济中心的拓展和销售。**

## 【用户角度】Figma 国家渗透和机会

**数据说明（先读）**

- 范围：Figma.com，2019-2023年 4年的网站的访问数据
- 指标
  - 流量比例：Figma 在各个国家市场中的份额。
  - 唯一身份访问 **UV** ：不重复的访客数量。
  - 访问量：网站访问次数，能够反映网站的受欢迎程度、用户活跃度以及内容的吸引力。因素较多这里不分析。
- 国家维度，且下面数据只展示流量排名前15的国家，完整数据查看数据源

[figma 全球 2019-2023.xlsx](#)

- **增长率趋势 基本符合认知**：唯一身份访问增长率和 **Figma** 的增长率基本吻合。见下图 国家唯一身份访问增长率 和 **Figma ARR**。

  2020 和 2021 年受疫情影响 新用户（唯一身份访问）增长率最高（超100%），2022和2023年有所下滑。





- ▼ 2023年预计ARR 600M，增长率50%。数据参考
  - https://www.cbinsights.com/research/figma-valuation-adobe/
    - 🔗

- **在国家方面：**
  - **流量排名稳定前五**：美国、俄罗斯、印尼、巴西。乌克兰（5）和印度（6）22年排名对调（图1）。
    - 美国、印度、巴西 流量比例和UV 排名双高，除美国是经济体有需求基础外
      - 信息技术(IT)(包括软件和硬件)是印度的重要行业之一，印度在IT外包行业是世界第一名，占到了50%的市场份额，且印度拥有 6.8 万多家科技初创企业。
    - 其中俄罗斯流量比例下降 UV（唯一身份访问量）上升，表明俄罗斯的增长速度比较慢。可能是受封禁制裁的原因。
    - 中国排名低于认知，可能是因为中国用户挂梯子使用，导致ip未被计算为中国。
  - **唯一身份访问增长率排名最高**：2020 和2021年 中国、印尼、印度、越南 （图2）。



- **俄乌战争，Figma 制裁大疆均发生在2022年，中俄乌增长率跌幅较大。**
    - Dylan 的回应：停止对俄销售、继续对乌克兰提供付费功能
    - Figma 对俄罗斯客户政策说明：不向俄罗斯境内的新客户提供付费服务，除受制裁的账户外不限制访问
    - 俄罗斯账户付款方式：虚拟卡、中介付款（约20%佣金）
    - 乌克兰用户在Figma 论坛请愿关闭俄罗斯的 Figma



▼ 参考信息

**印度产业**：https://www.163.com/dy/article/FVIQ9H6S0539D443.html

2023年印度的科技和初创企业生态系统：https://arc.net/l/quote/dfrwmvzy

巴西软件开发外包：https://www.tecla.io/blog/brazil-software-outsourcing-report

https://youteam.io/blog/6-reasons-for-outsourcing-software-development-to-brazil/

- 俄罗斯的UV为什么高
- 日本是市场大还是渗透率高（用Figma的多不多）
- 巴西和印度的UI 设计师在本地吗？
    - 招聘网站上设计师工作地要求