# EXHIBIT 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4         ------------------- x

 5         FIGMA, INC.,          )

 6                    Plaintiff,)

 7         vs.                   )

 8                               )   Case No. 3:24-cv-06507-JD

 9         MOTIFF PTE. LTD.,     )

10         YUANFUDAO HK          )

11         LTD., and KANYUN      )

12         HOLDING GROUP         )

13         CO. LTD.,             )

14              Defendants. )

15         ------------------- x

16                    CONFIDENTIAL

17

18         Confidential transcript of Deposition of KARAN

19         SHER SINGH, Ph.D.,  taken at the offices of

20         Veritext Legal Solutions, 77 King Street West,

21         Suite 2020, Toronto, Ontario, M5K 1A1, on Friday

22         the 28th day of February, 2025 at 9:00 a.m.

23

24         Job No. 7213793

25         Reported by: Lisa Barrett, RPR, CRR, CRC, CSR
```

Page 1

CONFIDENTIAL

```
 1              --- Commenced at 9:03 a.m.                    9:03:46AM

 2                   KARAN SHER SINGH, Ph.D.: AFFIRMED

 3                   DIRECT EXAMINATION BY MR. TIU:

 4                   Q.   Good morning, Dr. Singh.

 5                   A.   Good morning.

 6                   Q.   Is there any reason why you

 7         cannot provide truthful testimony today?

 8                   A.   No.

 9                   Q.   Just for the record, could you

10         provide us with your full name?

11                   A.   Sure, my last name is Singh.

12         My first name is Karan Sher.  Most people call

13         me "Karan."

14                   Q.   Thank you.  Where are you

15         currently employed?

16                   A.   I'm employed here in Toronto at

17         the University of Toronto.

18                   Q.   Okay, and how long have you

19         been employed there?

20                   A.   I guess this is probably my

21         23rd year.

22                   Q.   Thank you.  And you provided

23         some expert opinions in this case; is that

24         correct?

25                   A.   Yes.
```

Page 5

1                          So how many pages I created at which   9:31:42AM

2              point of time and whether they were created

3              through the developer tools or not, I couldn't

4              say conclusively.

5                          Q.   Are you familiar with

6              distributed systems?

7                          MR. MALLOY:  Objection, form.

8                          THE WITNESS:  Yes.

9                          BY MR. TIU::

10                         Q.   What are distributed systems?

11                         A.   In a very general sense, they

12             are systems where the functionality of the

13             system is distributed across multiple computer

14             platforms.

15                         Q.   And this particular bug that

16             you identified that could bypass the certain

17             paid features, would that be in the source

18             code?

19                         MR. MALLOY:  Objection, form.

20                         THE WITNESS:  You know, all

21             behavior -- all behavior of software is at

22             some point impacted by source code.  I mean,

23             it is the source code that drives computing.

24                         (Court reporter clarification)

25                         BY MR. TIU:

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1                    Q.   Have you reviewed the Figma       9:33:20AM
 2          source code?
 3                    A.   I have reviewed user accessible
 4          Figma source code.
 5                    Q.   What do you mean by "user
 6          accessible Figma source code"?
 7                    A.   What I mean is that the Figma
 8          platform is built on internet browser
 9          technology, and deployed through a browser.
10          And so aspects of the Figma source code are
11          accessible to users through these browsers and
12          so those aspects, some aspects -- those
13          aspects of source code that are accessible, I
14          have reviewed.
15                    Q.   And that's the minified code
16          that you are referring to in your declaration?
17                    MR. MALLOY:  Objection, form.
18                    THE WITNESS:  In one instance.
19                    BY MR. TIU::
20                    Q.   What are instance?
21                    A.   In one example.
22                    Q.   So the minified code is the
23          aspects of the source code that you could
24          access using the browser's developer tools?
25                    MR. MALLOY:  Objection, form.
```

CONFIDENTIAL

```
1              THE WITNESS:  The minified code is      9:34:39AM
2      an example of user accessible source code.
3              BY MR. TIU::
4              Q.   What other user accessible
5      source code of the Figma can you access
6      through the Figma platform?
7              A.   I would say a number of
8      aspects.
9              I mean, various kinds of labels and
10     tags, the structure of different kinds of
11     objects.
12             There are a number of aspects of
13     browser-deployed product that are visible to a
14     user.
15             Q.   You are talking about the end
16     result of the implementation of the source
17     code, right, that are visible in the browser?
18             MR. MALLOY:  Objection, form.
19             BY MR. TIU::
20             Q.   Is that correct?
21             MR. MALLOY:  Objection, form.
22             THE WITNESS:  I'm talking about
23     those, as well.
24             BY MR. TIU::
25             Q.   I'm talking actual source code.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1           Did you review Figma source code?              9:35:55AM

2                     MR. MALLOY:  Objection, form.

3                     THE WITNESS:  I reviewed Figma

4           source code or code that is part of the Figma

5           platform that is visible and accessible

6           through the browser, yes.

7                     BY MR. TIU::

8                     Q.   And aside from what's

9           accessible through the browser, did you review

10          any other part of Figma source code that not

11          accessible from the browser?

12                    A.   I'd be happy to; I have not as

13          yet.

14                    Q.   You have not yet reviewed that?

15                    A.   No.

16                    Q.   Okay, with respect to the paid

17          access bug --

18                    A.   Mm-hmm.

19                    Q.   -- where in the source code is

20          that bug?

21                    MR. MALLOY:  Objection, form.

22                    THE WITNESS:  I would be able to

23          answer that question once I had access to the

24          source code.

25                    BY MR. TIU::

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1                    Q.   You haven't reviewed it yet?    9:37:02AM

 2                    A.   No.

 3                    MR. MALLOY:  Objection, form.

 4                    BY MR. TIU::

 5                    Q.   You don't know whether it's a

 6          client-side source code or a server-side

 7          source code at this point?

 8                    MR. MALLOY:  Objection, form.

 9                    THE WITNESS:  I have not reviewed

10          the Figma source code as yet, so...

11                    BY MR. TIU:

12                    Q.   It's possible that

13          implementation of the Figma source code and

14          Motiff's source code could be different?

15                    MR. MALLOY:  Objection, form.

16                    THE WITNESS:  It's sort of

17          a hypothetical question.  In my case, I opined

18          on the likelihood of the source code being the

19          same with respect to the features I've opined

20          on.  And for the features I've opined on,

21          I find them strikingly similar, and that

22          leaves me with an opinion that it's much more

23          likely that the source code driving those

24          features is the same.

25                    BY MR. TIU::
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1           Q.   But you haven't looked at the      9:38:29AM

2      actual source code and compared them, correct?

3           MR. MALLOY:  Objection, form.

4           THE WITNESS:  I have not, but as I

5      said, I've been programming similar features

6      and graphical constructs for 35 years now and

7      to see the striking similarities across the

8      products in a manner in which I've observed,

9      my opinion is that it is significantly more

10     likely that they -- that the code is

11     essentially the same, more likely than not.

12     That's my opinion.  That's the opinion that

13     I've expressed in my report.

14          BY MR. TIU::

15          Q.   Even though you have access to

16     the Figma platform, the software, you are not

17     able to discern the actual implementation of

18     the Figma source code that were not visible in

19     the browser developer tools, correct?

20          MR. MALLOY:  Objection, form.

21          THE WITNESS:  I have not had access

22     to the Figma source code beyond what is

23     accessible to a user through the browser.

24          BY MR. TIU::

25          Q.   And so you have not seen the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
1              actual implementation of the source code        9:39:57AM

2              beyond what's -- you can see in the browser

3              developer code, in the minified code, correct?

4                      MR. MALLOY:  Objection, form.

5                      THE WITNESS:  That is correct.  I

6              have not had access to Figma source code

7              beyond what is accessible to a user.

8                      BY MR. TIU::

9                      Q.   In preparing for your

10             declaration, you also talked to John Lai and

11             Luke Anderson, correct?

12                     A.   Let me just check.  It is

13             probably there somewhere in my report.

14                     Q.   Let's take page 3, paragraph

15             21.

16                     A.   Yes -- yeah, I see it.

17                     Q.   Who are they?

18                     A.   Well, their exact designations

19             at Figma, I'm not sure, but they are Figma

20             employees and I believe they are Figma

21             employees on the technical side.

22                     Q.   And when did you talk to them?

23                     A.   At some point in the fall of

24             2024.

25                     Q.   How long did you talk to them?
```

Page 33

1              A.   I don't know how long I          9:41:19AM

2         specifically talked to them, but usually it

3         would have been part of either half an hour

4         meeting or an hour meeting, but it would have

5         been just a portion of it, so exactly how long

6         or exactly how many times I don't remember.

7              Q.   Is it more than once or just

8         once?

9              A.   It wasn't too many times, but

10        it may have been more than once.

11             Q.   Did you talk to them together

12        or separately?

13             A.   I couldn't say for sure.

14             Q.   I'm sorry?

15             A.   I couldn't say for sure.  They

16        were virtual meetings in any case, so I'm not

17        sure.

18             Q.   What did you discuss with them?

19             A.   Discussed with them aspects of

20        the Figma source code and functionality.

21             Q.   What aspects?

22             A.   Aspects pertaining to the

23        features that I've opined on in my report.

24             Q.   What did they tell you about

25        the features that you opined in your report?

Page 34

CONFIDENTIAL

```
1              look at?                                    12:08:43PM

2                      A.  In the -- it would be in the

3              version that was for the -- for the image that

4              I was looking at that you see later in

5              paragraph 79 and, in fact, there's -- that's

6              where version 2 comes from.

7                      Q.  So you were looking at version

8              2; is that correct?

9                      A.  No, that's the -- the image

10             refers to -- refers to version 2, yes.

11                     As it says, the name -- prior

12             version of Figma is autosave schema version 2.

13                     Q.  Do you know when version 2 of

14             the autosave schema was implemented and

15             released in Figma's platform?

16                     A.  Exactly when, I don't know.

17                     Q.  Do you know when did Figma

18             release version 1 of the autosave?

19                     A.  Certainly prior -- not

20             certainly, but likely prior to version 2.

21                     Q.  But you don't know?

22                     A.  Exactly when?  No, I do not.

23                     Q.  And you don't know when version

24             3 of the autosave schema was released and

25             published by Figma?
```

```
 1                        A.   If I believe it was relevant,    12:10:09PM

 2             it would be in my report, but I don't.

 3                        Q.   Are you aware of the difference

 4             between version 1, version 2 and version 3 of

 5             the autosave schema in Figma?

 6                        MR. MALLOY:  Objection, form.

 7                        THE WITNESS:  Not in detail.

 8                        BY MR. TIU::

 9                        Q.   Are you aware of any difference

10             at this point?

11                        A.   Well, I'm sure that there --

12             that there were different -- that there are

13             differences.  That's why they're different

14             versions.

15                        Q.   But you don't know what those

16             differences are, as you sit here today; is

17             that correct?

18                        A.   Right, I'm not opining on that.

19             I'm not opining on the differences.

20                        Q.   I'm just asking: Are you

21             aware --

22                        A.   No.

23                        Q.   No, you're not.

24                        And how did you generate -- or -- on

25             paragraph 79 you were pointing to these
```

Page 129

1                    images -- this image that you put in here?     12:11:12PM

2                         A.   Yes.

3                         Q.   How was that generated?

4                         A.   I obtained it from counsel.

5                         Q.   You obtained the image from

6        counsel?

7                         A.   Yes.

8                         Q.   How about the underlying thing?

9        How did counsel generate the image that is

10       shown here?

11                        A.   Counsel generated it from the

12       autosave or -- from the autosave schema.

13                        Q.   Where is the autosave schema?

14                        A.   Well, the autosave schema is --

15       you know, it's a set of values and other

16       attributes and information that would be

17       defined -- that would be, you know, saved with

18       the -- with the different products and that

19       could be -- could be recovered.

20                        Q.   How could it be recovered?

21                        A.   Umm...

22                        Q.   Do you know?

23                        A.   Exactly, I'm not sure.

24                        Q.   Same question for previous --

25       in page 14 of your declaration there is also

Page 130

CONFIDENTIAL

1               some other images related to the .fig file       12:13:13PM

2               format.  Those images between Figma and Motiff

3               that are being compared, those images were

4               provided to you by counsel, as well?

5                       A.    The images were provided to me

6               by counsel, yeah.  The properties themselves

7               are viewable from the products.

8                       (Court reporter clarification)

9                       Q.   And did you know how these were

10              generated?

11                      A.   The specific images, how they

12              were -- they were captured?

13                      Q.    Yes.

14                      A.    No.

15                      Q.    The specific images or specific

16              view that is in here, do you know how they

17              were generated?

18                      MR. MALLOY:  Objection, form.

19                      MR. TIU:  I'll just withdraw that

20              question.

21                      Let's take a break.  Maybe -- is

22              this a good time for lunch?

23                      --- Luncheon recess at 12:14 p.m.

24                      --- Resumed at 12:53 p.m.

25                      BY MR. TIU:

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1                    least one version of it?                    3:53:14PM

 2                          A.   It is.

 3                          Q.   And there's an author named

 4               Tekeste Kidanu; do you see that?

 5                          A.   I do.

 6                          Q.   Do you know of this person?

 7                          A.   I don't.

 8                          Q.   Have you ever spoken with this

 9               person?

10                          A.   I have not.

11                          Q.   Do you know what contribution

12               this person has to the particular version that

13               is copyrighted on Exhibit 5?

14                          A.   I don't.

15                          MR. TIU:  Sorry, can we take a

16               break?

17                          THE WITNESS:  Sure, no problem.

18                          --- Recess taken at 3:53 p.m.

19                          --- Resumed at 3:55 p.m.

20                          BY MR. TIU:

21                          Q.   Okay, well, thank you,

22               Dr. Singh.  I don't have any more questions

23               for today.

24                          MR. MALLOY:  I have just a few

25               questions.  I should be quick.
```

Page 240

CONFIDENTIAL

```
 1                          RE-DIRECT EXAMINATION BY MR. MALLOY:  3:55:10PM

 2                   Q.   Thank you for your time.  My

 3          name is Brian Malloy.  I am counsel for Figma

 4          in this matter.

 5                   Do you recall counsel for defendants

 6          asking you to define a number of

 7          software-related terms?

 8                   A.   Things like algorithms and --

 9                   Q.   That's what I'm referring to,

10          yes.

11                   A.   Yes.  I do remember.

12                   Q.   When answering, were you

13          interpreting any contract language?

14                   A.   No, I was providing just very,

15          very general answers in a fairly layperson

16          form and I believe I made it clear that these

17          definitions were, you know, fairly generic and

18          that many of these terms that I was opining on

19          were -- or I was providing a definition to

20          were kind of fuzzy and interchangeable and

21          could only be defined more specifically in

22          very concrete contexts.

23                   Q.   Thank you, thank you.

24                   You testified earlier that you

25          engaged in discussions with Figma engineers
```

Page 241

1              John Lai and Luke Anderson; do you remember     3:56:42PM

2         that?

3                    A.    I do.

4                    Q.    In your discussions with John

5         Lai and Luke Anderson did you engage in any

6         screenshare sessions?

7                    A.    Yes, I believe there was some

8         screen sharing, yes.

9                    Q.    During those sessions with John

10        and Luke did you examine the Figma and Motiff

11        products together?

12                   A.    Yeah, we certainly did examine

13        certain aspects of products together.

14                   Q.    Would those aspects be aspects

15        that you contend are similar between the Figma

16        and Motiff code?

17                   MR. TIU:  Objection, leading, form.

18                   THE WITNESS:  Yeah, I mean,

19        certainly all my discussions relating to, you

20        know, the Figma and Motiff products have been

21        on looking at, you know, features that

22        potentially would be indicative of copying and

23        substantial similarities and, you know, in

24        terms of the software, frankly, when you look

25        at them they seem virtually identical, really.

                                              Page 242

CONFIDENTIAL

```
 1                     BY MR. MALLOY::                    3:58:22PM

 2               Q.   Is it your understanding that

 3          the then current versions of the Figma and

 4          Motiff products were used during those

 5          screenshare sessions?

 6                     MR. TIU:  Objection, form, leading.

 7                     THE WITNESS:  Sorry, can you repeat

 8          that, Brian?

 9                     BY MR. MALLOY::

10               Q.   Is it your understanding that

11          the versions of the Motiff software and the

12          Figma software that were current at the

13          time --

14               A.   Um-hmm.

15               Q.   -- are what were being shared

16          through these screenshare sessions?

17                     MR. TIU:  Objection, leading, form,

18          foundation.

19                     THE WITNESS:  That is my belief,

20          that they were whatever was current at the

21          time.  I do not believe being told at any

22          point that what was being shared was from some

23          different -- some version other than the

24          current version at the time.

25                     BY MR. MALLOY::
```

Page 243

1           Q.   Because counsel complained that  3:59:18PM

2      my question was leading, I'm going to ask it a

3      different way:  What was your understanding of

4      what version of the Figma and Motiff software

5      was being discussed during your screenshare

6      sessions with John Lai and Luke Anderson?

7           MR. TIU:  Foundation, objection.

8           THE WITNESS:  My understanding in

9      any conversations that I've had, by default,

10      relating to any of the software that I've been

11      -- that I have looked at, have been that it

12      was the current version of the software at the

13      time at which I have been looking at it,

14      unless there's been a specific indication

15      counter to that.

16           BY MR. MALLOY:

17           Q.   Did you use browser-based

18      development -- strike that.

19           Did you use browser-based developer

20      tools during these sessions?

21           A.   I have looked at some

22      browser-based developer tools myself, as well

23      as we did look at browser-based developer

24      tools through these -- the screenshare

25      sessions as well.

Page 244

CONFIDENTIAL

```
 1                       Q.   Okay.                          4:00:41PM

 2                           Now, you testified earlier that

 3              attorneys provided you with the screen shots

 4              that you used in your declaration.

 5                           Do you recall that?

 6                       A.   Yes, I did.

 7                       Q.   Did you, in the Figma and

 8              Motiff products, see all the behavior that was

 9              represented by those screen shots in your

10              declaration?

11                           MR. TIU:  Objection -- objection,

12              form, leading.

13                           THE WITNESS:  Yes, I believe I

14              actually answered that when asked that

15              question at some point, that, you know,

16              while -- while I was given certain screen

17              shots the corroboration of the behaviors and

18              the similarities opined on from those screen

19              shots were either observed by me directly

20              through my operation or observed by me through

21              screenshare observation either with counsel or

22              with screenshare sessions with John Lai and

23              Luke Anderson.

24                       Q.   After today's questioning, do

25              you stand by all the opinions expressed in
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1           your report?                                    4:02:05PM

2                       MR. TIU:  Objection, form.

3                       THE WITNESS:  I do.

4                       BY MR. MALLOY::

5                       Q.   Do you believe that Motiff

6           copied and reversed-engineered Figma?

7                       MR. TIU:  Objection, form,

8           foundation.

9                       THE WITNESS:  I believe, given the

10          features I have analyzed, given the

11          documentation similarities I have observed,

12          and other aspects that are outlined in my

13          report, I certainly believe that, given what

14          I've been able to both observe from the

15          behavior as well as from user accessible

16          documentation and content and code, that it is

17          highly unlikely that these could be -- that

18          all of this could be coincidental and a result

19          of two independently developed products.  The

20          products are strikingly similar in a very,

21          very large number of ways, virtually identical

22          in how they look and feel, which is also in my

23          report, and so as somebody that has been

24          working with software of this magnitude over

25          the years, I feel it's highly unlikely that

                                                    Page 246

```
 1              such a piece of software could be -- could      4:03:51PM

 2              have been developed independently with such --

 3              such strong similarities.  To me, this is

 4              quite indicative of copying.

 5                      (Court reporter clarification)

 6                      MR. MALLOY:  Okay.

 7                      FURTHER DIRECT-EXAMINATION BY MR.

 8              TIU:

 9                      Q.   With respect to the screenshare

10              sessions that you said you had with John Lai

11              and Luke Anderson --

12                      A.   Yes.

13                      Q.   -- you said that you understood

14              that that was the then current version.

15                      Can you tell me a little bit, was

16              the screen share the product that you were

17              being shown, the Figma, was that the one from

18              the web at that time or is this an internal

19              version of Figma's product?

20                      MR. MALLOY:  Objection, form.

21                      THE WITNESS:  Umm... I actually --

22              I believe it was the -- annex -- you know, a

23              public facing version because I believe we

24              were really trying to look at public facing

25              behavior in terms of looking for our
```

Page 247

```
 1          similarities so I'm -- I certainly have a       4:05:22PM

 2          sense of that.  And another thing that kind of

 3          gives me that sense is because, as I said, I

 4          did spend some time myself playing around with

 5          that software and I was looking for and

 6          finding essentially similar -- similar bits

 7          and elements and things that I was looking to

 8          operate on based on what I had observed in

 9          those screenshare sessions.

10                   BY MR. TIU:

11                   Q.   Mm-hmm.

12                   A.   So, yes.

13                   Q.   Well, you understand that what

14          you were looking at at that time in those

15          sessions screenshare was the then current

16          version of Figma platform?

17                   A.    Mm-hmm.

18                   Q.   You had no idea -- you had no

19          understanding whether it was UI2 or UI3 that

20          you were looking at, correct?

21                   A.   Specific version number, I do

22          not.

23                   Q.   And you were not told whether

24          it was UI2 or UI3, correct?

25                   A.   If I had been I told I don't
```

Page 248

CONFIDENTIAL

1                    REPORTERS' CERTIFICATE

2

3          I, LISA M. BARRETT, RPR, CRR, CRC, CSR,

4      Certified Realtime Reporter,  certify; that the

5      foregoing proceedings were taken before me at the

6      time and place therein set forth, at which time

7      the witness was put under oath by me;  that the

8      testimony of the witness and all objections made

9      at the time of the examination were recorded

10     stenographically by me and were thereafter

11     transcribed;  that the foregoing is a true and

12     correct transcript of our shorthand notes

13     so taken.

14

15          Dated this 12th day of March, 2025.

16

17

18          PER: LISA M. BARRETT, RPR, CRR, CRC, CSR

19          Certified Realtime Stenographic Reporter

20

21

22

23

24

25

                                        Page 250

1          Figma, Inc. v Motiff Pte Ltd.

2          KARAN SHER SINGH, Ph.D.        Job No. 6732361

3                ACKNOWLEDGEMENT OF DEPONENT

4          I, Dr. Karan Sher Singh, do hereby declare that I

5          have read the foregoing transcript, I have made

6          any corrections, additions, or changes I deemed

7          necessary as noted above to be appended hereto,

8          and that the same is a true, correct and complete

9          transcript of the testimony given by me.

10         _____  _____

11         KARAN SHER SINGH, Ph.D.        DATE:

12         *If notary is required

13

14         SUBSCRIBED AND SWORN TO BEFORE ME THIS

15             DAY OF _____, 2025.

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127