RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:   (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DECLARATION OF JONATHAN M. MORRIS IN SUPPORT OF FIGMA'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE EXPERT DECLARATION OF DR. KARAN SINGH, PH.D.** <br><br> Courtroom:  11 <br> Judge:  Hon. James Donato |

I, Jonathan M. Morris, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel in this action for Plaintiff Figma, Inc. ("Figma"). I submit this declaration in support of Figma's Opposition to Defendants' Motion to Strike the Expert Declaration of Dr. Karan Singh, Ph.D. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently as follows.

2. On February 11, 2025, Figma made the six versions of its source code available for inspection in response to Defendants' expedited Requests for Production Nos. 1 and 2.

3. On March 6, 2025, Figma made further source code available for inspection in the form of a git repository with version control history for the source code previously made available for inspection.

4. Defendants first made Motiff's source code available for inspection during the week of February 24, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 3, 2025 in San Francisco, California.

                                                          */s/ Jonathan M. Morris*
                                                          Jonathan M. Morris

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of Jonathan M. Morris in Support of Figma's Opposition to Defendants' Motion to Strike the Expert Declaration of Dr. Karan Singh, Ph.D.. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jonathan Morris has concurred in this filing.

Dated: April 3, 2025                                    /s/ Richard S.J. Hung
                                                                 Richard S.J. Hung