1  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
2  JONATHAN M. MORRIS (CA SBN 356152)
   jonathanmorris@mofo.com
3  HOLLY M. PETERSEN (CA SBN 351588)
   hollypetersen@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:    (415) 268-7000
6  Facsimile:    (415) 268-7522

7  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
8  RYAN J. MALLOY (CA SBN 253512)
   rmalloy@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
10 Los Angeles, California 90017
   Telephone:    (213) 892-5200
11 Facsimile:    (213) 892-5454

12 *Attorneys for Plaintiff*
   FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DECLARATION OF KARAN SINGH, PH.D., IN SUPPORT OF FIGMA'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE EXPERT DECLARATION OF DR. KARAN SINGH, PH.D.** <br><br> Courtroom: 11 <br> Judge: Hon. James Donato |

I, Karan Singh, declare as follows:

1. I am a Professor of Computer Science at the University of Toronto. I co-direct the graphics and human computer interaction laboratory "dgp" (the dynamic graphics project). I submit this declaration in support of Plaintiff Figma, Inc. ("Figma")'s Opposition to Defendants' Motion to Strike the Expert Declaration of Dr. Karan Singh, Ph.D. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently as follows.

2. To the best of my knowledge, Defendants had not yet made their user-inaccessible source code available for inspection when I signed my declaration in support of Figma's Preliminary Injunction Motion.

3. I reviewed the version control history for Figma Design with Dr. John Lai and confirmed it includes the source code for the autosave-v2 schema.

4. I am being compensated for my work in connection with this matter at my current standard consulting rate of $700 per hour. I am separately being reimbursed for any out-of-pocket expenses. My compensation is not based in any way on the outcome of the litigation or the nature of the opinions that I express.

SINGH DECL. ISO FIGMA'S OPP. TO DEFENDANTS' MOT. TO STRIKE THE EXPERT DECL. OF DR. KARAN SINGH
CASE NO. 3:24-CV-06507-JD

1

1    I declare under penalty of perjury of the laws of the United States that the foregoing is true
2 and correct.
3    Executed on April 3, 2025 in Toronto, Canada.

/s/ Karan Singh
Karan Singh

SINGH DECL. ISO FIGMA'S OPP. TO DEFENDANTS' MOT. TO STRIKE THE EXPERT DECL. OF DR. KARAN SINGH
CASE NO. 3:24-CV-06507-JD

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of Karan Singh, Ph.D., in Support of Figma's Opposition to Defendants' Motion to Strike the Expert Declaration of Dr. Karan Singh, Ph.D. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Karan Singh, Ph.D., has concurred in this filing.

Dated: April 3, 2025                                          */s/ Richard S.J. Hung*
                                                              Richard S.J. Hung

SINGH DECL. ISO FIGMA'S OPP. TO DEFENDANTS' MOT. TO STRIKE THE EXPERT DECL. OF DR. KARAN SINGH
CASE NO. 3:24-CV-06507-JD

3