RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JONATHAN M. MORRIS (CA SBN 356152)
jonathanmorris@mofo.com
HOLLY M. PETERSEN (CA SBN 351588)
hollypetersen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DECLARATION OF JOHN LAI, PH.D., IN SUPPORT OF FIGMA'S RESPONSE STATEMENT TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (DKT. 85)** <br><br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato |

I, John Lai, declare as follows:

1.  My title is Manager, Software Engineering at Figma, Inc. I submit this declaration in support of Figma's Response Statement to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed based upon matters within my own personal knowledge. If called to testify, I could and would competently testify to the matters below.

2.  I have been employed at Figma since April 2021. Figma's flagship software, Figma Design, enables distributed teams to efficiently collaborate on product designs. My work is focused on continued development of technical infrastructure and core functionalities of the Figma Platform so it meets the needs of users worldwide.

3.  I understand that Figma moves to seal the below identified portions of Defendants' Request to Consider Declarations Responsive to New Developments in the Case ("Defendants' Request") and Supplemental Declaration of Cory Plock ("Plock Decl.").

| Document | Portion(s) Sought to be Sealed | Content |
| --- | --- | --- |
| Motiff's Request to Consider Declaration Responsive to New Developments in the Case ("Defendants' Request") | Blue highlighted portions of: 5:6, 8-11 | Descriptions of how specific platform features are deployed based on user access permissions. |
| Supplemental Declaration of Cory Plock, Ph.D. ISO Motiff's Opposition to Figma's Preliminary Injunction Motion ("Plock Decl.") | Blue highlighted portions of: 5:6 26:21-22 27:14-15, 24 28:1, 8-14, 21-24 29:1, 4-8, 10, 13, 16-21 31:20-32:2 32:12, 16 33:11-12 34:4, 6-8, 16-22 35:4-5, 7, 20-22 36:1, 5-6 | Detailed descriptions and analysis of Figma's proprietary source code. |

4.  The highlighted portions of Defendants' Request and the Plock Decl. reference confidential technical information about Figma's proprietary source code, its architecture, and how specific platform features are deployed based on user access permissions—the disclosure of

1  which would cause Figma to suffer competitive harm by allowing competitors access to such
2  non-public information.  Specifically, the highlighted portions of Defendants' Request and the
3  Plock Decl. all reflect confidential source code-related information and other technical details
4  about the Figma platform—including detailed descriptions and analysis that reflect the structure,
5  functionality, and implementation of Figma's source code, revealing sensitive aspects of the
6  platform's design, operation, and distribution.  Figma's confidential source code and related
7  technical details of its platform are highly confidential and proprietary to Figma, and the detailed
8  source code-related information and analysis contained in these excerpts are not publicly
9  disclosed or described.  Public disclosure of this information would assist Figma's competitors to
10 advance their own source code and related technical development of their products, harming
11 Figma's competitive standing in the UI design industry.  Figma's confidentiality interests will be
12 prejudiced if any of the highlighted information in these documents is made public.

13     I declare under penalty of perjury of the laws of the United States that the foregoing is true
14 and correct.

15     Executed May 1, 2025 in San Francisco, California.

Signed by:
John Lai
5B97B647684645B...

John Lai, Ph.D.

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of John Lai, Ph.D., in Support of Figma's Response Statement to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that John Lai, Ph.D., has concurred in this filing.

Dated: May 1, 2025                                           */s/ Richard S.J. Hung*
                                                                        Richard S.J. Hung