1  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
2  JONATHAN M. MORRIS (CA SBN 356152)
   jonathanmorris@mofo.com
3  HOLLY M. PETERSEN (CA SBN 351588)
   hollypetersen@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:   (415) 268-7000
6  Facsimile:   (415) 268-7522

7  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
8  RYAN J. MALLOY (CA SBN 253512)
   rmalloy@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
10 Los Angeles, California 90017
   Telephone:   (213) 892-5200
11 Facsimile:   (213) 892-5454

12 *Attorneys for Plaintiff*
   FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., | Case No. 3:24-cv-06507-JD |
| Plaintiff, | **DECLARATION OF JONATHAN M. MORRIS IN SUPPORT OF FIGMA'S RESPONSE STATEMENT TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (DKT. 85)** |
| v. | |
| MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., | |
| Defendants. | Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

I, Jonathan M. Morris, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel in this action for Plaintiff Figma, Inc. ("Figma"). I submit this declaration in support of Figma's Response Statement to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed and pursuant to Civil Local Rule 79-5 to establish compelling reasons for sealing certain documents filed in connection with Defendants' Request to Consider Declarations Responsive to New Developments in the Case ("Defendants' Request"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently as follows.

2. Specifically, Figma moves to seal portions of portions of Defendants' Request, Supplemental Declaration of Cory Plock ("Plock Decl."), Exhibit 1 to the Plock Decl., and Exhibits E and F to the Supplemental Declaration of Lingling Martin ("Martin Decl.") pursuant to **Table 1** below.

3. The materials provisionally filed under seal by Defendants contain a limited number of excerpts referencing Figma's confidential and proprietary information. Figma requests that the Court file the following under seal ("Proposed Sealing") which is less extensive than Defendants' proposal in its Administrative Motion. John Lai, Ph.D., Manager, Software Engineering at Figma, also provides a declaration ("Lai Decl.") in support of sealing certain of these materials. As described in further detail herein and in the table below, as well as in the Lai Decl., compelling reasons exist for sealing the listed portions of the following:

| Table 1: Requests to Seal or Redact | | |
|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Basis for Sealing** |
| Motiff's Request to Consider Declaration Responsive to New Developments in the Case ("Defendants' Request") | Blue highlighted portions of: 5:6, 8-11 | Contains references to specific confidential and proprietary features of Figma's platform that are deployed based on user access permissions that are trade secrets and could harm Figma's competitive standing if released to the public (Lai Decl. ¶¶ 3-4.) |

| Table 1: Requests to Seal or Redact | | |
|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Basis for Sealing** |
| Supplemental Declaration of Cory Plock, Ph.D. ISO Motiff's Opposition to Figma's Preliminary Injunction Motion ("Plock Decl.") | Blue highlighted portions of:<br>5:6<br>26:21-22<br>27:14-15, 24<br>28:1, 8-14, 21-24<br>29:1, 4-8, 10, 13, 16-21<br>31:20-32:2<br>32:12, 16<br>33:11-12<br>34:4, 6-8, 16-22<br>35:4-5, 7, 20-22<br>36:1, 5-6 | Contains confidential technical information about Figma's proprietary source code, its architecture, and how specific platform features are deployed based on user access permissions that are trade secrets and could harm Figma's competitive standing if released to the public. (Lai Decl. ¶¶ 3-4.)<br><br>This also includes information that Figma has already sought to seal in a prior motion. (*See* Dkts. 81, 81-1, 81-2). |
| Exhibit 1 to the Plock Decl. (Cory Plock Deposition Excerpt) | Blue highlighted portions of:<br>35:8, 13, 21<br>36:3-4, 9-14, 20<br>37:5<br>45:3, 6<br>61:6-7, 11, 14<br>115:15 | Contains references to specific confidential and proprietary features of Figma's platform that are deployed based on user access permissions that are trade secrets and that Figma has already sought to seal in a prior motion or that are of the same character as information previously submitted under seal. (*See* Dkts. 81, 81-1, 81-2; *see also infra* ¶ 4.)<br><br>Public disclosure of this information, which is not publicly available, would reveal internal technical functionality that Figma treats as a trade secret and could harm Figma's competitive standing. (*See* Lai Decl. ¶¶ 3-4; *see also* Dkts. 81, 81-1, 81-2). |
| Exhibit E to the Supplemental Declaration of Lingling Martin ("Martin Decl.") | Blue highlighted portions of Exhibit 3 (E. Zhang Deposition Excerpt):<br>177:2-6, 11, 18 | Contains confidential technical information about Figma's proprietary source code, its architecture, and how |

| Table 1: Requests to Seal or Redact | | |
|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Basis for Sealing** |
| (E. Zhang Chinese Decl.) | 267:14-15, 20-21<br>268:2-3, 11-12, 23-24<br>269:7-8, 10-11, 18-21<br>274:1-2<br>275:24-25<br>279:13-14<br>286:13-14, 22-25<br>287:1 | specific platform features are deployed based on user access permissions that are trade secrets and that Figma has already sought to seal in a prior motion or that are of the same character as information previously submitted under seal. (*See* Dkts. 81, 81-1, 81-2; *see also infra* ¶ 4.)<br><br>Public disclosure of this information, which is not publicly available, would reveal internal technical functionality that Figma treats as a trade secret and could harm Figma's competitive standing. (*See* Lai Decl. ¶¶ 3-4; *see also* Dkts. 81, 81-1, 81-2.) |
| Exhibit F to the Martin Decl. (E. Zhang English Decl.) | Blue highlighted portions of: Exhibit 3 (E. Zhang Deposition Excerpt)<br>177:2-6, 11, 18<br>267:14-15, 20-21<br>268:2-3, 11-12, 23-24<br>269:7-8, 10-11, 18-21<br>274:1-2<br>275:24-25<br>279:13-14<br>286:13-14, 22-25<br>287:1 | Contains confidential technical information about Figma's proprietary source code, its architecture, and how specific platform features are deployed based on user access permissions that are trade secrets and that Figma has already sought to seal in a prior motion or that are of the same character as information previously submitted under seal. (*See* Dkts. 81, 81-1, 81-2; *see also infra* ¶ 4.)<br><br>Public disclosure of this information, which is not publicly available, would reveal internal technical functionality that Figma treats as a trade secret and could harm Figma's competitive standing. (*See* Lai Decl. ¶¶ 3- |

| Table 1: Requests to Seal or Redact | | |
|---|---|---|
| **Document** | **Portion(s) Sought to be Sealed** | **Basis for Sealing** |
|  |  | 4; *see also* Dkts. 81, 81-1, 81-2.) |

4.  I have confirmed that portions of the Plock Decl., Exhibit 1 to the Plock Decl., and Exhibits E and F to the Martin Decl. that Figma seeks to seal contain citations to, excerpts from, or discussion of confidential material that Figma has already moved to seal in a prior motion or that is of the same character as information Figma previously moved to seal. (*See* Dkt. 81). Specifically, these materials reference or excerpt portions of the Declaration of Karan Singh in Support of Figma's Reply in Support of Motion for Preliminary Injunction (Singh Decl.), the deposition testimony of Yuchen (Ethan) Zhang, and the deposition testimony of Cory Plock that were previously submitted under seal in Figma's earlier Administrative Motion. (*Id.*) As explained in the prior Declarations of John Lai and Jonathan M. Morris in Support of Figma's Administrative Motion to Seal (Dkts. 81-1, 81-2), this type of information reflects proprietary and highly confidential technical and source code-related information that Figma treats as a trade secret and the public disclosure of which would risk competitive harm. Sealing is therefore warranted for the same reasons. (*See* Dkts. 81, 81-1, 81-2; *see also* Lai Decl. ¶¶ 3-4).

5.  I have confirmed that this request is "narrowly tailored to seek sealing of only sealable material," in accordance with Civil Local Rule 79-5. Accordingly, Figma requests that the Court grant Defendants' Administrative Motion pursuant to the modifications in Figma's Response and seal the Proposed Sealing.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 1, 2025 in San Francisco, California.

          */s/ Jonathan M. Morris*
          Jonathan M. Morris

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration of Jonathan M. Morris in Support of Figma's Response Statement to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jonathan M. Morris has concurred in this filing.

Dated: May 1, 2025                                          */s/ Richard S.J. Hung*
                                                                                       Richard S.J. Hung

Morris Decl. ISO Figma's Response to Defendants' Admin. Motion to Consider Sealing (Dkt. 85)
Case No. 3:24-cv-06507-JD

5