UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 15, 2025      Judge: Hon. James Donato

Time: 11 Minutes

Case No.     **3:24-cv-06507-JD**
Case Name     **Figma, Inc. v. Motiff Pte. Ltd. et al**

Attorney(s) for Plaintiff(s):     Richard Hung/Bita Rahebi/John Douglass/Jonathan Morris/
    Brendan Mulligan/Kelsey McPherson/Laura Markuse
Attorney(s) for Defendant(s):     Samuel Tiu/Mike Bettinger

Deputy Clerk: Lisa R. Clark      Court Reporter: Ana Dub

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

Plaintiff's request for a preliminary injunction is held in abeyance. An expedited jury trial is set for August 18, 2025. The parties will file by May 20, 2025, a joint statement confirming the trial date. A pretrial conference is set for August 7, 2025, at 1:30 p.m. in Courtroom 11. All remaining fact and expert witness discovery must be completed by July 14, 2025. FRE 702 motions must be filed by July 21, 2025. Opening and opposition briefs may not exceed 10 pages. Replies may not be filed unless requested by the Court. Exhibits and declarations should be filed sparingly and may not exceed 25 pages in total. Because trial is expedited, the Court does not anticipate summary judgment or other dispositive motions.