1  RICHARD S.J. HUNG (CA SBN 197425)
   JOHN S. DOUGLASS (CA SBN 322801)
2  JONATHAN M. MORRIS (CA SBN 356152)
   HOLLY M. PETERSEN (CA SBN 351588)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:   (415) 268-7000
5  Facsimile:   (415) 268-7522
   rhung@mofo.com; jdouglass@mofo.com
6  jonathanmorris@mofo.com; hollypetersen@mofo.com

7  BITA RAHEBI (CA SBN 209351)
   BENJAMIN J. FOX (CA SBN 193374)
8  RYAN J. MALLOY (CA SBN 253512)
   ROSE S. LEE (CA SBN 294658)
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
10 Los Angeles, California 90017
   Telephone:   (213) 892-5200
11 Facsimile:   (213) 892-5454
   brahebi@mofo.com; rmalloy@mofo.com
12 bfox@mofo.com; roselee@mofo.com

*Attorneys for Plaintiff*
FIGMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> Date: July 10, 2025 <br> Time: 10:00am <br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato <br><br> Action Filed: September 16, 2024 <br> Trial Date: August 18, 2025 |

I, Richard S.J. Hung, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Plaintiff Figma, Inc. in this matter. I submit this declaration in support of Figma's motion for leave to file a First Amended Complaint. I have personal knowledge of the matters below and could and would testify competently as follows.

2. Figma seeks leave to file a First Amended Complaint to include three additional defendants, Beijing Kanyun Software Co., Ltd.; Yuan Ed. Ltd.; and Beijing Yuanli Future Technology Co., Ltd., and to plead additional claims for violations of the Digital Millenium Copyright Act, 17 U.S.C. § 1201, *et seq.*, the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., and California's unfair competition law, Cal. Bus. & Prof. Code § 17200 *et seq*.

3. The attached materials are submitted in support of Figma's showing that, based on information learned in discovery, the proposed amended pleading is necessary to fully protect Figma's interests. Figma and its counsel have been working diligently to identify all corporate entities within a web of related companies who are responsible for the conduct alleged in the complaint, as well as the methods by which Defendants have gained access to Figma's non-public information and computer code. This investigation has been time-consuming because, among other reasons, Defendants' witnesses have provided partial or conflicting information about the entities who employ them or are responsible for the Motiff product, and the technical methods used to access Figma's computer code are complex and have changed over time. The proposed First Amended Complaint is the result of Plaintiff's investigative efforts, which are ongoing.

4. Attached as **Exhibit 1** is Figma's Proposed First Amended Complaint.

5. Attached as **Exhibit 2** is a redline showing all changes made to the Proposed First Amended Complaint as compared against the original complaint.

6. Attached as **Exhibit 3** is a true and correct copy of excerpted pages of Defendants' Responses to Plaintiff's First Set of Interrogatories, dated February 20, 2025.

7. Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Yuchen (Ethan) Zhang, Volume 1, dated March 31, 2025.

8. Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition of

Haoran (Ryan) Zhang dated April 3, 2025.

9. Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Mingzhe (Max) Zhang dated April 1, 2025.

10. Attached as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Ming (Tim) Yang dated April 4, 2025.

11. Attached as **Exhibit 8** is a true and correct copy of a document produced by Defendants, assigned bates number MOTIFF_PROD_0001503, converted to PDF from its native .xlsx format.

12. Attached as **Exhibit 9** is a true and correct copy of an email communication I sent to Defendants' counsel, Mike Bettinger, dated May 23, 2025.

13. Attached as **Exhibit 10** is a true and correct copy of an email communication from Defendants' counsel, Mr. Bettinger to me, dated May 28, 2025.

14. Attached as **Exhibit 11** is a true and correct copy of an email communication I sent to Defendants' counsel, Mr. Bettinger, dated June 1, 2025.

15. Attached to as **Exhibit 12** is a true and correct copy of an email communication from Defendants' counsel, Mr. Bettinger to me, dated June 4, 2025.

16. Attached as **Exhibit 13** is a true and correct copy excerpts of the May 15, 2025 hearing transcript.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of June 2025 in San Francisco, California.

                                            */s/ Richard S.J. Hung*
                                            Richard S.J. Hung