**MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

July 3, 2025

Writer's Direct Contact
(415) 268-7602
rhung@mofo.com

**VIA CM/ECF**

The Honorable James Donato
United States District Judge
U.S. District Court for the Northern District of California

Re:   *Figma, Inc. v. Motiff Pte. Ltd., et al.*, No. 3:24-cv-06507-JD

Dear Judge Donato:

The issue raised in Defendants' motion ("Mot.," ECF No. 124) is moot.

Defendants sought production of "[a]ll documents filed with the SEC relating to Figma's initial public offering, including Figma's Form S-1 Registration Statement." (Mot. at 2.) Figma disagreed that the documents sought by Defendants' motion were responsive to any of Defendants' cited discovery requests, as none of the requests called for production of or otherwise encompassed Figma's IPO filings. Without conceding that such documents are responsive to any discovery request, Figma nevertheless produced—as a courtesy—all documents filed with the SEC to date relating to Figma's initial public offering, including Figma's Form S-1 Registration Statement.

On July 2, 2025, Defendants' counsel confirmed by email that Figma's production resolved the issue raised in Defendants' motion.[1] Accordingly, the Court should deny the motion as moot.

Sincerely,

Richard S.J. Hung

---

[1] Per paragraph 19 of the Court's Standing Order for Discovery in Civil Cases, Figma has not attached Defendants' email, but can provide it upon request.