| | |
|---|---|
| RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JONATHAN M. MORRIS (CA SBN 356152)<br>jonathanmorris@mofo.com<br>HOLLY M. PETERSEN (CA SBN 351588)<br>hollypetersen@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:   (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com<br>RYAN J. MALLOY (CA SBN 253512)<br>rmalloy@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone:   (213) 892-5200<br>Facsimile:    (213) 892-5454<br><br>*Attorneys for Plaintiff*<br>FIGMA, INC. | MICHAEL J. BETTINGER (CA SBN 122196)<br>mbettinger@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>Telephone:   (415) 772-1200<br>Facsimile:    (415) 772-7400<br><br>SAMUEL N. TIU (CA SBN 216291)<br>stiu@sidley.com<br>BROOKE S. BÖLL (CA SBN 318372)<br>brooke.boll@sidley.com<br>MARISSA X. HERNANDEZ (CA SBN 341449)<br>marissa.hernandez@sidley.com<br>SIDLEY AUSTIN LLP<br>350 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone:   (213) 896-6095<br>Facsimile:    (213) 896-6600<br><br>*Attorneys for Defendants*<br>MOTIFF PTE. LTD., YUANFUDAO<br>HK LTD., and KANYUN HOLDING<br>GROUP CO. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD.,<br><br>             Defendants. | Case No. 3:24-cv-06507-JD<br><br>**[PROPOSED]**<br>**JOINT STIPULATED STAY**<br><br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato<br><br>Action Filed:  September 16, 2024<br>Trial Date:  August 18, 2025 |

WHEREAS the parties are actively discussing a possible settlement of this action, and

WHEREAS, the parties expect to finalize a settlement within two weeks,

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS,** subject to the Court's agreement**:**

1) The August 18, 2025 trial date is vacated;

2) The case is stayed for thirty (30) days;

3) If the parties have not resolved the matter within thirty (30) days, the parties will provide a status report and request a status conference with the Court.

**IT IS SO STIPULATED.**

Dated: July 12, 2025                                MORRISON & FOERSTER LLP


By: /s/ Richard S.J. Hung
    Richard S.J. Hung

*Attorneys for Plaintiff*
FIGMA, INC.

Dated: July 12, 2025                                SIDLEY & AUSTIN LLP


By: /s/ Michael J. Bettinger
    Michael J. Bettinger

*Attorneys for Defendants*
MOTIFF PTE. LTD.,
YUANFUDAO HK LTD., and
KANYUN HOLDINGS GRP. CO. LTD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                                              _____
                                                    HON. JAMES DONATO
                                                    United States District Court Judge

**ATTESATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this [Proposed] Joint Stipulated Stay. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael J. Bettinger has concurred in this filing.

Dated: July 12, 2025    */s/ Richard S.J. Hung*
                         Richard S.J. Hung