| | |
|---|---|
| RICHARD S.J. HUNG (CA SBN 197425) | MICHAEL J. BETTINGER (CA SBN 122196) |
| rhung@mofo.com | mbettinger@sidley.com |
| JONATHAN M. MORRIS (CA SBN 356152) | SIDLEY AUSTIN LLP |
| jonathanmorris@mofo.com | 555 California Street, Suite 2000 |
| HOLLY M. PETERSEN (CA SBN 351588) | San Francisco, California 94104 |
| hollypetersen@mofo.com | Telephone: (415) 772-1200 |
| MORRISON & FOERSTER LLP | Facsimile: (415) 772-7400 |
| 425 Market Street | |
| San Francisco, California 94105-2482 | SAMUEL N. TIU (CA SBN 216291) |
| Telephone: (415) 268-7000 | stiu@sidley.com |
| Facsimile: (415) 268-7522 | BROOKE S. BÖLL (CA SBN 318372) |
| | brooke.boll@sidley.com |
| BITA RAHEBI (CA SBN 209351) | MARISSA X. HERNANDEZ (CA SBN 341449) |
| brahebi@mofo.com | marissa.hernandez@sidley.com |
| RYAN J. MALLOY (CA SBN 253512) | SIDLEY AUSTIN LLP |
| rmalloy@mofo.com | 350 South Grand Avenue |
| MORRISON & FOERSTER LLP | Los Angeles, California 90071 |
| 707 Wilshire Boulevard | Telephone: (213) 896-6095 |
| Los Angeles, California 90017 | Facsimile: (213) 896-6600 |
| Telephone: (213) 892-5200 | |
| Facsimile: (213) 892-5454 | *Attorneys for Defendants* |
| | MOTIFF PTE. LTD., YUANFUDAO |
| *Attorneys for Plaintiff* | HK LTD., and KANYUN HOLDING |
| FIGMA, INC. | GROUP CO. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., | Case No. 3:24-cv-06507-JD |
| Plaintiff, | **NOTICE OF SETTLEMENT & [PROPOSED] ORDER** |
| v. | Courtroom: 11, 19th Floor |
| MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., | Judge: Hon. James Donato |
| | Action Filed: September 16, 2024 |
| Defendants. | Trial Date: August 18, 2025 |

NOTICE OF SETTLEMENT & [PROPOSED] ORDER
CASE NO. 3:24-CV-06507-JD

WHEREAS the parties have entered into a binding settlement, and

WHEREAS, under the settlement agreement, the parties will submit a consent judgment within fourteen days;

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS,** subject to the Court's agreement:

1) The August 18, 2025 trial date is vacated;

2) The case is pending the parties' submission of the consent judgment.

**IT IS SO STIPULATED.**

Dated: July 23, 2025                                MORRISON & FOERSTER LLP

By: /s/ Richard S.J. Hung
Richard S.J. Hung

*Attorneys for Plaintiff*
FIGMA, INC.

Dated: July 23, 2025                                SIDLEY & AUSTIN LLP

By: /s/ Michael J. Bettinger
Michael J. Bettinger

*Attorneys for Defendants*
MOTIFF PTE. LTD.,
YUANFUDAO HK LTD., and
KANYUN HOLDINGS GRP. CO. LTD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

HON. JAMES DONATO
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Notice of Settlement and [Proposed] Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael J. Bettinger has concurred in this filing.

Dated: July 23, 2025

                                    /s/ Richard S.J. Hung
                                    Richard S.J. Hung