UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIGMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTIFF PTE. LTD., YUANFUDAO HK LTD., and KANYUN HOLDINGS GROUP CO. LTD., <br><br> Defendants. | Case No. 3:24-cv-06507-JD <br><br> **STIPULATED CONSENT JUDGMENT** <br><br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato <br><br> Action Filed: September 16, 2024 <br> Trial Date: August 18, 2025 |

STIPULATED CONSENT JUDGMENT & PERMANENT INJUNCTION
CASE NO. 3:24-CV-06507-JD

Plaintiff Figma, Inc. ("Figma") and Defendants Motiff Pte. Ltd., Yuanfudao HK Ltd., and Kanyun Holdings Group Co. Ltd. ("Defendants") stipulate and agree to a Consent Judgment as follows:

1. On September 16, 2024, Figma filed a complaint for copyright infringement and breach of contract against Defendants in this Court.

2. On June 6, 2025, Figma moved to amend its complaint to add Beijing Kanyun Software Co., Ltd., Yuan Education Ltd., and Beijing Yuanli Future Technology Co., Ltd. ("Additional Defendants" (collectively with Defendants, "Motiff Defendants")) as additional defendants and to plead additional claims for violation of the Digital Millenium Copyright Act ("DMCA"), the Computer Fraud and Abuse Act ("CFAA"), and statutory unfair competition under California law (Bus. & Prof. Code section 17200) ("UCL").

3. Figma and the Motiff Defendants have reached an agreement to resolve this litigation pursuant to a separate settlement agreement ("Settlement Agreement"). The Settlement Agreement outlines certain obligations, responsibilities, and restricted activities by the Motiff Defendants globally and binds related entities.

4. In accordance to the Settlement Agreement, the Motiff Defendants and affiliated entities agree to cease marketing, promoting, distributing, selling, licensing, or otherwise making available (including through resellers and distributors), in any form, including the Internet, the Motiff product or variants of the Motiff product in all jurisdictions, except for mainland China as specified in the Settlement Agreement.

5. Defendants shall reimburse Figma for its legal expenses as specified in the Settlement Agreement.

6. This Court shall retain jurisdiction over Figma and Defendants for the purpose of enforcing the terms of this Stipulated Consent Judgment and over any matters related to or arising from the interpretation or enforcement of the Settlement Agreement.

7. Figma's claims against Defendants are dismissed without prejudice. Each party to bear its own costs.

*Execution Version*

1  Dated: August 8, 2025

2  MORRISON & FOERSTER LLP                     SIDLEY AUSTIN LLP

3  */s/ Richard S.J. Hung*                      */s/ Michael Bettinger*

4  Richard S.J. Hung (CA SBN 197425)            Michael Bettinger (CA SBN 122196)
   John S. Douglass (CA SBN 322801)             555 California Street, Suite 2000
5  Jonathan M. Morris (CA SBN 356152)           San Francisco, California 94104-1715
   Holly M. Petersen (CA SBN 351588)            Telephone:   (415) 772-1200
6  425 Market Street                            Facsimile:   (415) 772-7400
   San Francisco, California 94105-2482         mbettinger@sidley.com
7  Telephone:   (415) 268-7000
   Facsimile:   (415) 268-7522                  Samuel N. Tiu (CA SBN 216291)
8  rhung@mofo.com; jdouglass@mofo.com           Eric B. Schwartz (CA SBN 266554)
   jonathanmorris@mofo.com                      Brooke S. Böll (CA SBN 318372)
9  hollypetersen@mofo.com                       Marissa X. Hernandez (CA SBN 341449)
                                                350 South Grand Avenue
10 Bita Rahebi (CA SBN 209351)                  Los Angeles, CA 90071
   Benjamin J. Fox (CA SBN 193374)              Telephone: (213) 896-6095
11 Ryan J. Malloy (CA SBN 253512)               Facsimile: (213) 896-6600
   Rose S. Lee (CA SBN 294658)                  stiu@sidley.com
12 707 Wilshire Boulevard                       eschwartz@sidley.com
   Los Angeles, California 90017                brooke.boll@sidley.com
13 Telephone:   (213) 892-5200                  marissa.hernandez@sidley.com
   Facsimile:   (213) 892-5454
14 brahebi@mofo.com; rmalloy@mofo.com           Attorneys for Defendants
   bfox@mofo.com; roselee@mofo.com              MOTIFF PTE. LTD., YUANFUDAO HK LTD.,
15                                              and KANYUN HOLDING GROUP CO. LTD.

16 Attorneys for Plaintiff
   FIGMA, INC.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED CONSENT JUDGMENT & PERMANENT INJUNCTION                               2
CASE NO. 3:24-CV-06507-JD

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Stipulated Consent Judgment. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael Bettinger has concurred in this filing.

Dated: August 9, 2025

/s/ Richard S.J. Hung
Richard S.J. Hung